# PETITION EXHIBIT A

MARK VAINTROUB
755 Steeles Avenue West, Suite 309, Toronto, ON, M2R 2S6
Tel. (416) 993-5483 ❖ Fax: (416) 227-0014
E-mail: translating@rogers.com

# CERTIFIED TRANSLATOR'S DECLARATION

**PROVINCE OF ONTARIO**  **IN THE MATTER OF**
City of Toronto           **ARBITRATION DECISION**

I, the undersigned **MARK VAINTROUB**, of the city of Toronto, in the province of Ontario,

**DO SOLEMNLY DECLARE:**

1. That I am a Certified Translator and Member in Good Standing of the Association of Translators and Interpreters of Ontario (**ATIO ID № 2653**);

2. That I am conversant and capable in the Russian and English languages;

3. That I have accurately and carefully translated the parts of the attached document(s) from the Russian into the English language (the copies in both languages are stamped/sealed for identification and attached hereto) and

4. That the said translation is, in every respect, a true and correct translation of the said document(s).

**AND** I make this solemn declaration conscientiously believing it to be true and knowing that it is of the same force and effect as if made under oath and by virtue of the Canada Evidence Act.

**DATED** in the city of Toronto this _28th_ day of _October_ 2005.

_____
Mark Vaintroub, M.A., Cert. Translator

ATIO Seal / Stamp

Федерации хоккея России                    Профессиональная хоккейная лига

## АРБИТРАЖНЫЙ КОМИТЕТ

г. Москва                                          «21» октября 2005 г.

Арбитражный комитет в составе:        Кукушкина В.В.
                                      Баринова А.М.
                                      Козина В.И.
                                      Овчинниковой Н.А.
                                      Лукиной М.А.

Рассмотрел на открытом заседании 20 Октября 2005 года исковое заявление истца ХК «Динамо» Москва (далее «Динамо») против ответчика Александра Михайловича Овечкина (далее «Овечкин»).

На заседании по делу приняли участие:

От истца:        Спортивный директор ХК «Динамо» г. Москва Панфилов А.Е.
                 Юрист Александр Беркович

От ответчика:    ни ответчик, ни его представители на заседание не пришли

## РЕШЕНИЕ

### ОБСТОЯТЕЛЬСТВА ДЕЛА

a. **Возбуждение арбитражного дела**

6 Октября 2005 г. в Арбитражный комитет Федерации Хоккея России и Профессиональной хоккейной лиги (далее «АК ФХР и ПХЛ») согласно ПОЛОЖЕНИЮ (далее «ПОЛОЖЕНИЕ») об АК ФХР и ПХЛ поступило исковое заявление хоккейного клуба Динамо Москва по возбуждению арбитражного разбирательства претензии Динамо против Овечкина на основании пункта 6 типового контракта игрока ПХЛ между Овечкиным и Динамо.

Согласно статье 10ой ПОЛОЖЕНИЯ, Динамо предоставило в АК ФХР и ПХЛ вместе с исковым заявлением квитанцию, подтверждающую оплату взноса за рассмотрение искового заявления на сумму 10 000 (Десять тысяч) рублей, перечисленного на расчетный счет ПХЛ.

[Stamp: Association of Translators and Interpreters of Ontario — Certified Translator — atio — Mark Vaintroub — 2653]

Согласно статье 11ой ПОЛОЖЕНИЯ, 10 Октября 2005 г. АК ФХР и ПХЛ направило исковое заявление Динамо Овечкину с сопроводительным письмом, назначающим слушание дела на 20 Октября 2005 г. на 12 часов дня в Москве по факсу и DHL по адресу Овечкина в США -- Alexander Ovechkin, c/o Washington Capitals, Market Square North, 401 9th Street NW, Suite 750, Washington, DC 20004, fax 202-266-2250.

Согласно документации предоставленной Динамо, Динамо также уведомило Овечкина о возбуждении дела и назначении слушания следующим образом:

7 Октября 2005 г. Динамо, через своих юристов в Вашингтоне, направило исковое заявление Овечкину в Washington Capitals по выше указанному адресу с сопроводительным письмом на английском и русском языках. Также 7 Октября 2005 г. юрисконсульт Washington Capitals принял исковое заявление Динамо с подтверждением того, что ему доверено принять исковое заявление Динамо от имени Овечкина.

10 Октября 2005 г. Динамо, через своих юристов в Вашингтоне, направило Овечкину в Washington Capitals по выше указанному адресу по факсу письмо АК ФХР и ПХЛ назначающее слушание дела на 20 Октября 2005 г. на 12 часов дня в Москве.

7 и 10 Октября 2005 г. Динамо также направило исковое заявление и письмо, назначающее слушание дела на 20 Октября 2005 г. на 12 часов дня в Москве через своих юристов в Вашингтоне агентам Овечкина в Северной Америке и России, в Washington Capitals, в НХЛ и в профсоюз игроков НХЛ.

Динамо также направило исковое заявление с письмом, назначающим слушание дела на 20 Октября 2005 г. на 12 часов дня в Москве, родителям Овечкина.

Ни ответчик, ни его представители на заседание не пришли. Ни ответчик, ни его представители не представили письменные объяснения или возражения на исковое заявление Динамо. Ни ответчик, ни его представители не связались ни с АК ФХР и ПХЛ ни с истцом с просьбой о перенесении заседания.

АК ФХР и ПХЛ удовлетворен в том, что Овечкин и его представители получили заявление Динамо и уведомление АК ФХР и ПХЛ, назначающее слушание дела на 20 Октября 2005 г. на 12 часов дня в Москве, по адресу г. Москва, Лужнецкая набережная, дом 8, офис 235. Соответственно, АК ФХР и ПХЛ рассмотрел дело согласно статье 11 ПОЛОЖЕНИЯ, которая гласит о том, что «непредставление стороной письменных объяснений и доказательств в случае неявки на арбитражное заседание не препятствует рассмотрению дела по имеющимся материалам».

2

### 6. Арбитражный иск Динамо

Арбитражный Иск Динамо, который включает документацию в поддержку иска, состоит в следующем:

Динамо является хоккейным клубом и членом ПХЛ. Александр Михайлович Овечкин является гражданином России, рожденным 17 сентября, 1985 г. и прописанным по адресу г. Москва, ул. Сельскохозяйственная, д. 18, корпус 4, кв. 188. Рабочий адрес Овечкина: Alexander Ovechkin, c/o Washington Capitals, Market Square North, 401 9th Street NW, Suite 750, Washington, DC 20004, fax 202-266-2250. Овечкин общепризнанно является игроком уникального таланта и восходящей звездой Российского хоккея. Овечкин является воспитанником детско-юношеской школы Динамо и игроком Сборной Национальной Команды России. Овечкин был выбран клубом НХЛ Вашингтон Капиталс (далее «Вашингтон») первым номером в драфте НХЛ 2004 года.

Овечкин играл за Динамо в сезоне 2004-2005 на основании контракта между Динамо и Овечкиным, вступившим в силу 1 июля 2004 г. и закончившим свое действие 30 апреля 2005 г. (См. Приложение № 1). (Все ссылки на «Приложения» являются ссылками на Приложения к исковому заявлению Динамо). Согласно правилам ПХЛ под заголовком «Контракт Хоккеиста, Правила Переходов, Аренды и Уплаты Компенсационных Выплат» (см. Приложение № 2), Динамо предложило Овечкину 26 апреля 2005 г. заключить новый контракт с Динамо с увеличением общей суммы финансового вознаграждения на 30% по сравнению с сезоном 2004-2005 г. (См. Приложение № 3).

30 июня 2005 г. Авангард Омск (далее «Авангард») подписал предварительный контракт с Овечкиным, который состоял из стандартного контракта профессионального хоккеиста (см. Приложение №4) и конфиденциального соглашения (см. Приложение № 5) и направил его в ПХЛ и Динамо. Кроме прочих условий, в конфиденциальном соглашении Авангард согласился на то, «... что Игрок имеет право принять предложенный контракт от Клуба НХЛ в любое время до 12 часов ночи (время Восточного Побережья США) 20 июля 2005 г. Если Игрок решает принять выше оговоренный контракт, Клуб в свою очередь согласен на то, что Игрок имеет право прервать контракт немедленно и обе стороны – Клуб и Игрок – согласны аннулировать контракт и признать его недействительным.» (см. Приложение №5 п. 2).

1 июля 2005 г. Динамо подтвердило свое согласие подписать контракт с Овечкиным на тех же финансовых условиях, что и контракт Авангарда в соответствии с Приложением №2. (См. Приложение № 6). В пресс-релизе от 5 августа 2005 г. Вашингтон объявил, что 5 августа 2005 г. соглашение по 3-х летнему контракту было достигнуто между клубом и Овечкиным начиная с сезона 2005-2006 г. (См. Приложение№ 7). Сезон НХЛ 2005-2006 г. и выступление Овечкина за Вашингтон начались 5 Октября 2005 г.

3

8 августа 2005 г. АК ФХР и ПХЛ рассмотрел заявление Авангарда, в котором Авангард поставил под вопросом выполнение Динамо условий контракта с Овечкиным за сезон 2004-2005 г. В тот же день АК ФХР и ПХЛ вынес решение отказать претензии Авангарда и снять заявление Авангарда с рассмотрения. (См. Приложение № 8). Несмотря на требования Динамо, НХЛ и Вашингтон отказались аннулировать контракт между Вашингтоном и Овечкиным, проигнорировав права Динамо. 5 Октября 2005 г. Овечкин начал хоккейный сезон 2005-2006 г. в составе Вашингтон Капиталс и продолжает в настоящее время играть в профессиональный хоккей за Вашингтон Капиталс.

## МОТИВЫ РЕШЕНИЯ

АК ФХР и ПХЛ имеет юрисдикцию рассматривать настоящий спор на основании пункта 6 типового контракта игрока ПХЛ и контрактов Овечкина с Динамо и Авангардом. Пункт 6 типового контракта игрока ПХЛ и контрактов Овечкина с Динамо и Авангардом гласит о том, что Клуб и Игрок соглашаются на исключительную юрисдикцию АК ФХР и ПХЛ по разрешению разногласий между ними. Согласно правилам ПХЛ под заголовком «Контракт Хоккеиста, Правила Переходов, Аренды и Уплаты Компенсационных Выплат», пункт 1.2 (см. Приложение № 2), контракт профессионального хоккеиста должен быть заключен в соответствии с Типовым контрактом утвержденным ПХЛ.

Динамо является хоккейным клубом и членом ПХЛ. Александр Михайлович Овечкин (далее «Овечкин») является гражданином России, рожденным 17 сентября, 1985 г. и прописанным по адресу г. Москва, ул. Сельскохозяйственная, д. 18, корпус 4, кв. 188. Рабочий адрес Овечкина: Alexander Ovechkin, c/o Washington Capitals, Market Square North, 401 9th Street NW, Suite 750, Washington, DC 20004, fax 202-266-2250.

Бесспорно, потеря услуг Овечкина не может быть адекватно возмещена Динамо и в результате чего Динамо несет значительный ущерб. Овечкин общепризнанно является игроком уникального таланта и восходящей звездой Российского хоккея. Овечкин является воспитанником детско-юношеской школы Динамо и игроком Сборной Национальной Команды России. Овечкин был выбран клубом НХЛ Вашингтон Капиталс (далее «Вашингтон») первым номером в драфте НХЛ 2004 года. Овечкин был одним из ведущих игроков Динамо в сезоне 2004-2005 г., в котором Динамо стало чемпионат России, впервые с 2000 года.

Овечкин играл за Динамо в течение нескольких лет до сезона 2004-2005 и в сезоне 2004-2005. В сезоне 2004-2005 Овечкин играл за Динамо на основании контракта между Динамо и Овечкиным, вступившим в силу 1 июля 2004 г. и закончившим свое действие 30 апреля 2005 г. (См. Приложение № 1). Переговоры по этому контракту от Овечкина проводил его агент Сергей Исаков.

4

Согласно правилам ПХЛ под заголовком «Контракт Хоккеиста, Правила Переходов, Аренды и Уплаты Компенсационных Выплат» (см. Приложение № 2), Динамо предложило Овечкину 26 апреля 2005 г. заключить новый контракт с Динамо с увеличением общей суммы финансового вознаграждения на 30% по сравнению с сезоном 2004-2005 г. (См. Приложение № 3). Согласно этим правилам, Динамо для того, что бы сохранить за собой преимущественное право подписания контракта с Овечкиным, должно было предоставить такое предложения не позднее, чем 10 дней после окончания контракта Овечкина. Факт того, что Динамо сделало это предложение до окончания контракта Овечкина, только было в пользу Овечкина.

30 июня 2005 г. Авангард Омск (далее «Авангард») подписал предварительный контракт с Овечкиным, который состоял из стандартного контракта профессионального хоккеиста (см. Приложение №4) и конфиденциального соглашения (см. Приложение № 5), на сезон 2005-2006 г., и направил его в ПХЛ и по факсу в Динамо. Согласно показаниям Динамо, переговоры от имени Овечкина по контракту Овечкина с Авангардом проводил его агент Сергей Исаков.

В конфиденциальном соглашении Авангард и Овечкин согласились на сумму компенсации Овечкина на сезон 2005-2006 г. на 1 800 000 (один миллион восемьсот тысяч) долларов США.

Авангард и Овечкин также согласились на то, «... что Игрок имеет право принять предложенный контракт от Клуба НХЛ в любое время до 12 часов ночи (время Восточного Побережья США) 20 июля 2005 г. Если Игрок решает принять выше оговоренный контракт, Клуб в свою очередь согласен на то, что Игрок имеет право прервать контракт немедленно и обе стороны – Клуб и Игрок – согласны аннулировать контракт и признать его недействительным.» (см. Приложение №5 п. 2).

1 июля 2005 г., то есть по истечению одного дня с момента получения контракта Овечкина от Авангарда, Динамо подтвердило свое согласие подписать контракт с Овечкиным на тех же финансовых условиях, что и контракт Авангарда, в соответствии с пунктом 1.10 «Контракт Хоккеиста, Правила Переходов, Аренды и Уплаты Компенсационных Выплат» (см. Приложение № 2 и Приложение № 6), который дает право предыдущему клубу (Динамо) повторить условия контракта предложенного новым клубом (Авангард).

На основании выше указанного, у Динамо на данный момент существует действительный контракт с Овечкиным. Динамо своевременно предложило Овечкину новый контракт с увеличением компенсации на 30 %, тем самым, оставив за собой преимущественное право подписания контракта с Овечкиным и Динамо своевременно согласилось, на повторение финансовых условий предварительного контракта между Авангардом и Овечкиным. Соответственно на 1 июля 2005 г. между Овечкиным и Динамо состоялся полностью действительный контракт на сезон 2005-2006 г. с суммой компенсации на 1 800

5

000 (один миллион восемьсот тысяч) долларов США и всеми другими условиями типового контракта игроков ПХЛ.

Условие конфиденциального соглашения между Авангардом и Овечкиным по поводу прерывания контракта в случае принятия Овечкиным условий контракта с клубом НХЛ, не распространяется на настоящий контракт между Динамо и Овечкиным, ввиду того, что, согласно Протоколу Заседания Коллегии Суперлиги ПХЛ от 12 апреля 2005 г. (см. Приложение № 9) и объяснительным инструкциям ПХЛ (см. Приложение № 10), в пункте 1.10 «Контракт Хоккеиста, Правила Переходов, Аренды и Уплаты Компенсационных Выплат» «положение о том, что «предыдущий Клуб имеет право повторить условие этого контракта» подразумевает <u>финансовые</u> условия».

В пресс-релизе от 5 августа 2005 г. Вашингтон объявил, что 5 августа 2005 г. соглашение по 3-х летнему контракту было достигнуто между клубом и Овечкиным начиная с сезона 2005-2006 г. (См. Приложение№ 7). Сезон НХЛ 2005-2006 г. и выступление Овечкина за Вашингтон начались 5 Октября 2005 г.

Даже в случае, если условие по поводу прерывания контракта между Авангардом и Овечкиным распространялось бы на Динамо, то это условие не может быть основанием прерывания контракта между Динамо и Овечкиным ввиду того, что Овечкин и Вашингтон согласились на контракт 5 августа 2005 г., в то время как, по условию прерывания контракта с Авангардом, Овечкин мог прервать контракт только в случае принятия предложенного контракта от Клуба НХЛ <u>до 12 часов ночи (время Восточного Побережья США) 20 июля 2005 г.</u>

8 августа 2005 г. АК ФХР и ПХЛ рассмотрел заявление Авангарда, в котором Авангард поставил под вопросом выполнение Динамо условий контракта с Овечкиным за сезон 2004-2005 г. В тот же день АК ФХР и ПХЛ вынес решение отказать претензии Авангарда и снять заявление Авангарда с рассмотрения. (См. Приложение № 8).

Несмотря на требования Динамо, НХЛ и Вашингтон отказались аннулировать контракт между Вашингтоном и Овечкиным, проигнорировав права Динамо.

Соответственно, подписав контракт с Вашингтоном, Овечкин нарушил свои обязательства по действующему контракту с Динамо.

6



## РЕШИЛ:

На основании Регламента АК ФХР и ПХЛ, материалов предоставленных Динамо, правил ПХЛ, Арбитражный комитет Федерации хоккея России и Профессиональной хоккейной лиги выносит следующие решения:

1. **Подтвердить полную действенность контракта между Динамо и Овечкиным на сезон 2005-2006г.г.**

2. **Решить, что Овечкин нарушил контракт с Динамо на сезон 2005-2006 г.г.**

3. **Запретить Овечкину выступать в сезоне 2005-2006г.г. за любой другой хоккейный клуб, кроме Динамо, согласно п.6.4 и 6.5 контракта между Динамо и Овечкиным на сезон 2005-2006г.г. и типового контракта игрока ПХЛ.**

4. **Учитывая общепризнанный уникальный талант Овечкина, потеря услуг которого не может быть адекватно возмещена Динамо, и в результате чего Динамо несет значительный ущерб, решить, что настоящее Решение АК ФХР и ПХЛ, включая решение, запрещающее Овечкину выступать в сезоне 2005-2006г.г. за любой другой хоккейный клуб, кроме Динамо, приводиться к немедленному исполнению согласно ст. 22 Положения об АК ФХР и ПХЛ.**

Настоящее решение составлено в трех экземплярах, из которых один предназначен для хранения в делах Арбитражного комитета Федерации хоккея России и Профессиональной хоккейной лиги, один – для истца, один – для ответчика.

Кукушкин В.В.        _____

Баринов А.М.         _____

Козин В.И.           _____

Овчинникова Н.А.     _____

Лукина М.А.          _____

# ENGLISH TRANSLATION

Russian Ice Hockey Federation                              Professional Hockey League

## ARBITRATION COMMITTEE

Moscow, October 21, 2005

The Arbitration Committee consisting of V. V. Kukushkin, A. M. Barinov, V. I. Kozin, N. A. Ovchinnikova and M. A. Lukina conducted an open arbitration hearing on 20 October 2005 regarding the claim of the Claimant - Hockey Club Dynamo Moscow (hereinafter Dynamo) against the Respondent - Alexander Mikhailovich Ovechkin (hereinafter Ovechkin).

The following parties participated in the hearing:
From the Claimant: *A. E. Panfilov - Sports Director of the HC Dynamo Moscow*
               *Alexande. Berkovich - Attorney*
From the Respondent: Neither the Respondent nor his representatives were present.

## DECISION

### STATEMENT OF THE FACTS

#### A. COMMENCING THE ARBITRATION CASE

On 6 October 2005, the Arbitration Committee of the Russian Ice Hockey Federation and Professional Hockey League (hereinafter the AC of the RIHF and the PHL) received a statement of claim submitted according to the Regulations of the AC of the RIHF and the PHL (hereinafter the Regulations) from the hockey club Dynamo Moscow regarding initiating an arbitration proceeding of Dynamo against Ovechkin based on Article 6 of the Professional Hockey League Standard Player's Contract between Ovechkin and Dynamo.

According to Article 10 of the Regulations, along with its statement of claim to the AC of the RIHF and the PHL, Dynamo also submitted a receipt confirming the payment of the processing fee in the amount of 10,000 (ten thousand) rubles transferred to the account of the PHL.

On 10 October 2005, according to paragraph 11 of the Regulations, the AC of the RIHF and the PHL submitted Dynamo's statement of claim to Ovechkin along with the cover letter scheduling the date and time of the hearing for 20 October 2005 at 12 pm in Moscow. The documents were faxed and couriered via DHL to Ovechkin's address in the USA: Alexander Ovechkin, c/o Washington Capitals, Market Square North, 401 9th Street NW, Suite 750, Washington, DC 20004, Fax 202-266-2250.

According to the documents submitted by Dynamo, Ovechkin was also notified about this case and the hearing as follows.

On 7 October 2005, Dynamo forwarded the statement of claim to Ovechkin (c/o Washington Capitals) through its attorneys in Washington. The statement of claim was submitted along with the cover letter in English and Russian. In addition, on 7 October 2005, the counsel for the Washington Capitals received Dynamo's statement of claim and confirmed that he was authorized to accept Dynamo's statement of claim against Ovechkin.

On 10 October 2005, through its attorneys in Washington, Dynamo sent a letter to Ovechkin (c/o Washington Capitals) via fax to the above address from the AC of the RIHF and the PHL scheduling the hearing for 20 October 2005 at 12 pm in Moscow.

On 7 and 10 October 2005, Dynamo also sent the statement of claim and a cover letter with the date of the hearing through its attorneys in Washington to Ovechkin's agents (in North America and Russia), to the Washington Capitals, the NHL and the NHL players' union.

Dynamo also sent the statement of claim and a cover letter with the date of the hearing scheduled for 20 October 2005 at 12 pm in Moscow to Ovechkin's parents.

Neither the Respondent nor the Respondent's representatives appeared at the hearing. Neither the Respondent nor the Respondent's representatives submitted written responses or objections to Dynamo's claim. Neither the Respondent nor the Respondent's representatives got in touch with the AC of the RIHF and the PHL or the Claimant regarding rescheduling the hearing.

The AC of the RIHF and the PHL is satisfied that Ovechkin and his representatives had received Dynamo's statement of claim and the notice of the AC of the RIHF and the PHL scheduling the date of the hearing for 20 October 2005 at 12 pm in Moscow at the following address: Moscow, 8 Luzhnetskaya Naberezhnaya, Suite 235. Accordingly, the AC of the RIHF and the PHL has heard the case according to paragraph 11 of the Regulations, which states that "failure to submit the written explanations and proof in the event of absence at the arbitration hearing does not preclude the arbitration committee from consideration of a case based on the available materials".

B. DYNAMO'S ARBITRATION CLAIM

Dynamo's arbitration statement of claim, including the supporting documents is as follows:

Dynamo is a hockey club and a member of the PHL. Alexander Mikhailovich Ovechkin is a Russian citizen born on 17 September 1985 and registered at the following address: Moscow, 18 Selskokhozyastvennaya Street, Building 4, Apt. 188. Ovechkin's working address is: c/o Washington Capitals, Market Square North, 401 9th Street NW, Suite 750, Washington, DC 20004, Fax: 202-266-2250. It is universally recognized that Ovechkin is a rising star of Russian hockey and a player of a unique talent. He is a product of the Dynamo youth program and a player of the Russian national hockey team. Ovechkin was selected by the NHL club Washington Capitals (hereinafter Washington) as a top pick in the 2004 draft.

Ovechkin played for Dynamo in the 2004-2005 season pursuant to the contract between Dynamo and Ovechkin, which commenced on July 1, 2004, and ended on April 30, 2005 (see Attachment 1). (All references to the "Attachments" are references to the Attachments to Dynamo's statement of claim). On 26 April 2005, according to the PHL regulations entitled "Contract of a Hockey Player, Rules of Transfers, Lease and Compensation Payments" (see Attachment 2), Dynamo offered Ovechkin signing of a new agreement with a 30% increase of the total amount of compensation as compared with the 2004-2005 season (see Attachment 3).

On June 30, 2005, Avangard Omsk (hereinafter "Avangard") and Ovechkin signed a preliminary contract, which consisted of a standard professional player's contract (see Attachment 4) and a confidential agreement (see Attachment 5) and forwarded them to the PHL and Dynamo.

2

Besides the other terms and conditions, Avangard agreed in the confidential agreement that "…the player may accept a proposed contract from an NHL club at any time until midnight U.S. eastern zone on July 20, 2005. If the player decides to accept the contract agreed to above, the club in turn agrees that the player has the right to terminate the contract immediately and both parties (the Club and player) agree to annul the contract and accept it as void." (see Attachment 5, par. 2).

On July 1, 2005, Dynamo agreed to sign the contract with Ovechkin matching the financial conditions of Avangard's contract in accordance with Attachment 2 (see Attachment 6). In the press release dated August 5, 2005, Washington declared that on August 5, 2005 it reached an agreement for a 3-year contract between the club and Ovechkin starting in the 2005-2006 season (see Attachment 7). The NHL 2005-2006 season started on October 5, 2005. Ovechkin started to play for Washington on the same date.

On August 1, 2005, the AC of the RIHF and the PHL considered the claim of Avangard, in which the club questioned the fulfillment of contract terms and conditions by Dynamo in the 2004-2005 season. The same day, the AC of the RIHF and the PHL ruled to reject the Avangard's claim and dismiss the claim from consideration (See Attachment 8). Despite Dynamo's demands, the NHL and Washington refused to annul the contract between Washington and Ovechkin thus ignoring Dynamo's rights. On 5 October, Ovechkin started his season for Washington Capitals and continues playing for this team at present time.

**REASON FOR DECISION**

It is within the jurisdiction of the AC of the RIHF and the PHL to consider the present claim based on Article 6 of the standard player's contract of the PHL as well as Ovechkin's contracts with Avangard and Dynamo. Clause 6 of the PHL standard player's contract and Ovechkin's contracts with Dynamo and Avangard state that the Club and the Player consent to the exclusive jurisdiction of the AC of the RIHF and the PHL to resolve disputes between them. According to paragraph 1.2 of the Rules of the PHL entitled "Contract of a Player, Rules of Transfers, Lease and Compensation Payments", (see Attachment 2), the professional player's contract must be entered into in accordance with the Standard contract approved by the PHL.

Dynamo is a hockey club and a member of the PHL. Alexander Mikhailovich Ovechkin is a Russian citizen born on September 17, 1985 and registered at the following address: Moscow, 18 Selskokhozyastvennaya Street, Building 4, Apt. 188. Ovechkin's place of employment is: c/o Washington Capitals, Market Square North, 401 9th Street NW, Suite 750, Washington, DC 20004, Fax: 202-266-2250.

It is undisputed that the loss of Ovechkin's services by Dynamo cannot be adequately compensated and results in considerable damages to Dynamo. It is universally recognized that Ovechkin is a rising star of Russian hockey and a player of a unique talent. He is a product of the Dynamo youth system and a player on the Russian national hockey team. Ovechkin was selected by the NHL club Washington Capitals (hereinafter Washington) as the first pick overall in the 2004 draft. Ovechkin was one of the leading Dynamo players in the 2004-2005 season when Dynamo won the Russian Championship for the first time since 2000.

Ovechkin had been playing for Dynamo for several years before the 2004-2005 season and during the 2004-2005 season, when he was playing pursuant to the contract between him and

3

Dynamo, which commenced on July 1, 2004 and ended on April 30, 2005 (see Attachment 1). His agent, Sergey Isakov, represented Ovechkin during negotiations leading to this contract.

On April 26, 2005, according to the PHL rules entitled "Contract of a Player, Rules of Transfers, Lease and Compensation Payments" (see Attachment 2), Dynamo offered Ovechkin a new agreement with a 30% increase of a total amount of compensation as compared with the 2004-2005 season (see Attachment 3). According to these rules, in order to keep its matching rights with respect to signing the contract with Ovechkin, Dynamo had to submit such offer no later than 10 days after expiration of Ovechkin's contract. The fact that Dynamo made an offer prior to expiration of Ovechkin's contract, was only in favor of Ovechkin.

On June 30, 2005, Avangard Omsk (hereinafter "Avangard") and Ovechkin signed a preliminary contract, which consisted of a standard contract of a professional player (see Attachment 4) and confidential agreement (see Attachment 5) for the 2005-2006 season and forwarded them to the PHL and faxed them to Dynamo. According to Dynamo, Ovechkin's agent Sergey Isakov conducted the negotiations with Avangard.

Avangard and Ovechkin agreed in the confidential agreement that Ovechkin's compensation for the 2005-2006 season would be $1,800,000 (one million eight hundred thousand) dollars.

Avangard and Ovechkin also agreed that "…the player may accept a proposed contract from an NHL club at any time until midnight eastern US time on July 20, 2005. If the player decides to accept the contract agreed to above, the club in turn agrees that the player has the right to terminate the contract immediately and both parties (the Club and player) agree to annul the contract and accept it as void." (see Attachment 5, par. 2).

On July 1, 2005, i.e. one day after receiving Ovechkin's contract from Avangard, Dynamo confirmed its agreement to sign the contract with Ovechkin matching the financial conditions of Avangard's contract according to paragraph 1.10. of the "Contract of a Player, Rules of Transfers, Lease and Compensation Payments" (see Attachment 2 and 6), which enables the former club (Dynamo) to match the conditions of the contract offered by a new club (Avangard).

Based on the above, Dynamo at present has a valid contract with Ovechkin. Dynamo has offered to Ovechkin in a timely manner a new contract with a 30% increase of the total amount of compensation, thus reserving the matching rights with respect to signing the contract with Ovechkin; and Dynamo in a timely manner has agreed to match the financial conditions of the preliminary contract between Avangard and Ovechkin. Thereby, the contract between Dynamo and Ovechkin has come into full force and effect as of July 1, 2005 with the compensation in the amount of $1,800,000 (one million eight hundred thousand) dollars and all other terms and conditions of a standard contract of a PHL player.

The terms of the confidential agreement between Avangard and Ovechkin regarding termination of the contract in the event of Ovechkin accepting the contract with an NHL club, do not apply to the present contract between Ovechkin and Dynamo since according to the minutes of the meeting of the Board of the PHL Super league dated April 12, 2005 (see Attachment 9) and interpretive instructions of the PHL (see Attachment 10), in paragraph 1.10 of the "Contract of a Player, Rules of Transfers, Lease and Compensation Payments", the provision that "the former club may match the conditions of this contract" shall mean the <u>financial</u> conditions.

In the press release dated August 5, 2005, Washington announced that on August 5, 2005 it reached an agreement for a 3-year contract between the club and Ovechkin starting with the

4

2005-2006 season. (see Attachment 7). The NHL season 2005-2006 started on October 5, 2005. Ovechkin started playing for Washington on the same date.

Even if the condition regarding termination of the contract between Avangard and Ovechkin had applied to Dynamo, it may not form the basis for termination of a contract between Dynamo and Ovechkin due to the fact that Ovechkin and Washington agreed to enter into a contract on August 5, 2005, whereas, according to the condition for termination of the contract between Avangard and Ovechkin, Ovechkin could terminate the contract only in the event of accepting a contract with an NHL club before midnight (eastern US time) on July 20, 2005.

On August 8, 2005, the AC of the RIHF and the PHL considered Avangard's claim, in which the club questioned the fulfillment of contract terms and conditions between Dynamo and Ovechkin in the 2004-2005 season. The same day, the AC of the RIHF and the PHL ruled to reject the Avangard's claim and dismiss the claim from consideration (see Attachment 8).

Despite Dynamo's demands, the NHL and Washington refused to annul the contract between Washington and Ovechkin thus ignoring Dynamo's rights.

Accordingly, by signing the contract with Washington, Ovechkin has breached his obligations under his existing contract with Dynamo.

## AWARD

Based on the regulations of the AC of the RIHF and the PHL, materials submitted by Dynamo and the PHL rules, the Arbitration Committee of the Russian Ice Hockey Federation and Professional Hockey League DECIDED AS FOLLOWS:

1. To confirm that the contract between Dynamo and Ovechkin for the 2005-2006 season is in full force and effect.
2. That Ovechkin is in breach of his contract with Dynamo for the 2005-2006 season.
3. To ban Ovechkin from playing in the 2005-2006 season for any club other than Dynamo in accordance with paragraphs 6.4 and 6.5 of the contract between Dynamo and Ovechkin for the 2005-2006 season and the PHL standard player's contract.
4. Considering the undisputed unique talent of Ovechkin, the loss of the whose services cannot be adequately compensated to Dynamo, which results in Dynamo suffering considerable damages, it is decided that this decision of the AC of the RIHF and the PHL including the decision banning Ovechkin from playing in the 2005-2006 season for any club other than Dynamo shall become effective immediately according to paragraph 22 of the Regulations on AC of the RIHF and the PHL.

This decision has been made in 3 counterparts, one of which is intended to remain in the files of the Arbitration Committee of the Russian Ice Hockey Federation and Professional Hockey League, one for the Claimant and one for the Respondent.

V. V. Kukushkin         /signature/
A. M. Barinov           /signature/
V. I. Kozin             /signature/
N. A. Ovchinnikova      /signature/
M. A. Lukina            /signature/



5