PETITION EXHIBIT  B

MARK VAINTROUB
1323 Steeles Avenue West, Toronto, ON, M2R 2S6
Tel. (416) 993-5483 ❖ Fax: (905) 761-6724
E-mail: translating@rogers.com

# CERTIFIED TRANSLATOR'S DECLARATION

**PROVINCE OF ONTARIO**
**City of Toronto**

**IN THE MATTER OF**

I, the undersigned **MARK VAINTROUB**, of the city of Toronto, in the province of Ontario,

**DO SOLEMNLY DECLARE:**

1. That I am a Certified Translator and Member in Good Standing of the Association of Translators and Interpreters of Ontario (**ATIO ID № 2653**);

2. That I am conversant and capable in the Russian and English languages;

3. That I have accurately and carefully translated the parts of the attached document(s) from the Russian into the English language (the copies in both languages are stamped/sealed for identification and attached hereto) and

4. That the said translation is, in every respect, a true and correct translation of the said document(s).

**AND** I make this solemn declaration conscientiously believing it to be true and knowing that it is of the same force and effect as if made under oath and by virtue of the Canada Evidence Act.

**DATED** in the city of Toronto this ___15th___ day of ___November___ 2005.

_____
**Mark Vaintroub, M.A., Cert. Translator**





# РЕГИОНАЛЬНАЯ ОБЩЕСТВЕННАЯ ОРГАНИЗАЦИЯ
## ХОККЕЙНЫЙ КЛУБ «ДИНАМО» МОСКВА
### «DYNAMO» MOSCOW HOCKEY CLUB

№ _227/03_                          " _06_ " _октября_ 200 _5_ г.

6 октября 2005 г.

```
                                    Некоммерческое партнерство
                                  "Профессиональная хоккейная лига"
```

Арбитражный комитет
Федерации хоккея России и
Профессиональной хоккейной лиги
119992, Москва, Лужнецкая набережная, д.8

ПОЛУЧЕНО 06 ОКТ 2005

17.08 _Абрулин_

### ЗАЯВЛЕНИЕ

Согласно ПОЛОЖЕНИЮ (далее «ПОЛОЖЕНИЕ») об Арбитражном комитете Федерации хоккея России и Профессиональной хоккейной лиги (далее «АК ФХР и ПХЛ»), хоккейный клуб ПХЛ Динамо Москва (далее «Динамо») подает настоящее ЗАЯВЛЕНИЕ в АК ФХР и ПХЛ с целью возбуждения арбитражного разбирательства по претензии Динамо против Александра Овечкина на основании пункта 6 стандартного контракта игрока ПХЛ и контракта Овечкина с Динамо (См. Приложение №1; п. 6).

Согласно статье 13 ПОЛОЖЕНИЯ, Динамо с уважением требует, чтобы настоящее дело было назначено к слушанию не позднее десяти (10) дней со дня подачи настоящего ЗАЯВЛЕНИЯ. Согласно статье 10 ПОЛОЖЕНИЯ, Динамо прилагает квитанцию, подтверждающую оплату взноса за рассмотрение ЗАЯВЛЕНИЯ на сумму 10 000 (Десять тысяч) рублей, перечисленного на расчётный счёт ПХЛ.

### ОСНОВАНИЯ ПРЕТЕНЗИИ

1. Динамо является хоккейным клубом и членом ПХЛ.

125167, Россия, Москва, Ленинградский проспект, д.36
(095) 213-22-01, факс (095) 213-13-04
www.dynamo.ru, e-mail: info@dynamo.ru



atio
Mark Vaintroub
2653
Association of Translators and Interpreters of Ontario
Certified Translator

Oct 07 2005 10:05AM    p.3
07/10/2005  12:03    +7-095-213-13-84    HC "DYNAMO"    PAGE 02

2. Александр Михайлович Овечкин (далее «Овечкин») является гражданином России, рожден 17 сентября, 1985 г. и прописан по адресу г. Москва, ул. Сельскохозяйственная, д. 18, корпус 4, кв. 188. Рабочий адрес Овечкина: Alexander Ovechkin, c/o Washington Capitals, Market Square North, 401 9th Street NW, Suite 750, Washington, DC 20004, fax 202-266-2250.

3. Овечкин общепризнанно является игроком уникального таланта и восходящей звездой Российского хоккея. Овечкин является воспитанником детско-юношеской школы Динамо и игроком Сборной Национальной Команды России. Овечкин был выбран клубом НХЛ Вашингтон Капиталс (далее «Вашингтон») первым номером в драфте НХЛ 2004 года.

4. Овечкин играл за Динамо в сезоне 2004-2005 на основании контракта между Динамо и Овечкиным, вступившим в силу 1 июля 2004 г. и закончившим свое действие 30 апреля 2005 г. (См. Приложение № 1).

5. Согласно правилам ПХЛ под заголовком «Контракт Хоккеиста, Правила Переходов, Аренды и Уплаты Компенсационных Выплат» (см. Приложение № 2), Динамо предложило Овечкину 26 апреля 2005 г. заключить новый контракт с Динамо с увеличением общей суммы финансового вознаграждения на 30% по сравнению с сезоном 2004-2005 г. (См. Приложение № 3).

6. 30 июня 2005 г. Авангард Омск (далее «Авангард») подписал предварительный контракт с Овечкиным, который состоял из стандартного контракта профессионального хоккеиста (см. Приложение №4) и конфиденциального соглашения (см. Приложение № 5) и направил его в ПХЛ и Динамо.

7. Кроме прочих условий, в конфиденциальном соглашении Авангард согласился на то, «... что Игрок имеет право принять предложенный контракт от Клуба НХЛ в любое время до 12 часов ночи (время Восточного Побережья США) 20 июля 2005 г. Если Игрок решает принять выше оговоренный контракт, Клуб в свою очередь согласен на то, что Игрок имеет право прервать контракт немедленно и обе стороны – Клуб и Игрок – согласны аннулировать контракт и признать его недействительным.» (см. Приложение №5 п. 2).

2



07/10/2005  12:03   +7-095-213-13-04          HC "DYNAMO"                      PAGE  03

8. 1 июля 2005 г. Динамо подтвердило свое согласие подписать контракт с Овечкиным на тех же финансовых условиях, что и контракт Авангарда в соответствии с Приложением №2. (См. Приложение № 6).

9. В пресс-релизе от 5 августа 2005 г. Вашингтон объявил, что 5 августа 2005 г. соглашение по 3-х летнему контракту было достигнуто между клубом и Овечкиным начиная с сезона 2005-2006 г. (См. Приложение№ 7). Сезон НХЛ 2005-2006 г. и выступление Овечкина за Вашингтон начались 5 Октября 2005 г.

10. 8 августа 2005 г. АК ФХР и ПХЛ рассмотрел заявление Авангарда, в котором Авангард поставил под вопросом выполнение Динамо условий контракта с Овечкиным за сезон 2004-2005 г. В тот же день АК ФХР и ПХЛ вынес решение отказать претензии Авангарда и снять заявление Авангарда с рассмотрения. (См. Приложение № 8).

11. Несмотря на требования Динамо, НХЛ и Вашингтон отказались аннулировать контракт между Вашингтоном и Овечкиным, проигнорировав права Динамо.

12. Суммируя вышесказанное, у Динамо на данный момент существует действительный контракт с Овечкиным на следующих основаниях. Во-первых, Динамо своевременно предложило Овечкину новый контракт с увеличением компенсации на 30 %, тем самым оставив за собой преимущественное право подписания контракта с Овечкиным. Во-вторых, Динамо своевременно согласилось на повторение финансовых условий предварительного контракта между Авангардом и Овечкиным. В-третьих, условие конфиденциального соглашения между Авангардом и Овечкиным по поводу прерывания контракта в случае подписания Овечкиным контракта с клубом НХЛ, не распространяется на Динамо, согласно Протоколу Заседания Коллегии Суперлиги ПХЛ от 12 апреля 2005 г. (см. Приложение № 9) и интерпретационным инструкциям ПХЛ (см. Приложение № 10). Как указано в Приложениях № 9 и 10, и в пункте 1.10 Приложения № 2 «положение о том, что «предыдущий Клуб имеет право повторить условие этого контракта» подразумевает финансовые условия». В-четвертых, даже в случае если условие по поводу прерывания контракта распространялось бы на Динамо, это условие не может быть основанием прерывания контракта между Динамо и Овечкиным ввиду того, что



Association of Translators and Interpreters of Ontario
Certified Translator
atio
Mark Vaintroub
2653

Овечкин и Вашингтон согласились на контракт 5 августа 2005 г., в то время как по условию прерывания контракта Овечкин мог прервать контракт в случае принятия предложенного контракта от Клуба НХЛ до 21 июля 2005 г.

13. Соответственно, подписав контракт с Вашингтоном, Овечкин грубо и откровенно нарушил свои обязательства по действующему контракту с Динамо.

### ТРЕБОВАНИЯ ДИНАМО

На основании выше сказанного, Динамо с уважением требует в срочном порядке рассмотрения настоящего дела и следующего решения Арбитражного комитета Федерации хоккея России и Профессиональной хоккейной лиги:

1. Решение подтверждающее действенность контракта между Динамо и Овечкиным на сезон 2005-2006 г.

2. Решение о том, что Овечкин нарушил контракт с Динамо на сезон 2005-2006 г.

3. Решение запрещающее Овечкину выступать в сезоне 2005-2006 г. за Вашингтон или любой другой хоккейный клуб, кроме Динамо, согласно п. 6.4 и 6.5 Приложения № 1.

4. Учитывая общепризнанный уникальный талант Овечкина, потеря услуг которого не может быть адекватно возмещена Динамо и в результате чего Динамо несет значительный ущерб, Динамо с уважением требует вынесения решения АК ФХР и ПХЛ о немедленном исполнении выше указанного пункта запрещающего Овечкину выступать в сезоне 2005-2006 г. за Вашингтон или любой другой хоккейный клуб (см. ПОЛОЖЕНИЕ об АК ФХР и ПХЛ, ст. 22).

С уважением,

Президент                                          А. Г. Харчук



4

Oct 07 2005 10:05AM                                                    P.6
  07/18/2005  16:48    +7-095-213-13-04        HC "DYNAMO"        PAGE  01

# ПРИЛОЖЕНИЕ № 1



# КОНТРАКТ ПРОФЕССИОНАЛЬНОГО ХОККЕИСТА

### Вниманию Профессионального хоккеиста!

Прежде чем подписывать контракт, Вы должны внимательно изучить его, чтобы быть уверенным, что все условия и обязательства, оговоренные ранее, включены в контракт и его содержание и трактовка Вам понятны.

## КОНТРАКТ ПРОФЕССИОНАЛЬНОГО ХОККЕИСТА
### Клуба Суперлига ПХЛ
### (срочный трудовой договор)

**Региональная Общественная Организация Хоккейный Клуб «Динамо» г. Москва**, именуемый в дальнейшем «Клуб», в лице Президента **Харчука Анатолия Георгиевича** действующего на основании Устава Клуба, с одной стороны, и гражданин **Овечкин Александр Михайлович**, именуемый в дальнейшем «Профессиональный хоккеист», с другой стороны, руководствуясь достигнутым соглашением, заключили настоящий контракт о нижеследующем:

## 1. ПРЕДМЕТ КОНТРАКТА

1.1.  Правовое   регулирование   и   оформление   взаимоотношений Профессионального хоккеиста и Клуба.

1.2.  Профессиональный хоккеист принимается на работу в Клуб в качестве игрока в хоккей первой команды Клуба, а Клуб обязуется выплачивать Профессиональному хоккеисту заработную плату и обеспечивать условия труда, предусмотренные законодательством о труде, физической культуре и спорте и соглашением сторон. При этом профессиональный хоккеист соглашается с тем, что при снижении уровня мастерства, которое определяется исключительно по заключению Главного тренера или Генерального менеджера, по решению Руководителя Клуба, он может быть переведен для работы во вторую команду Клуба без дополнительного письменного согласия.

1.3.  Профессиональный спортсмен и Клуб соглашаются с тем, что трудовые отношения не могут быть установлены на неопределенный срок в связи с характером предстоящей работы и условиями ее выполнения, поэтому заключаемый контракт является срочным.[1]

## 2. СРОК ДЕЙСТВИЯ КОНТРАКТА

2.1. Срок действия контракта _____ один  ( 1 ) лет/года.[2]

---

[1] Заключение контракта допускается с лицами, достигшими возраста шестнадцати лет.
В случаях получения основного общего образования, контракт могут заключать лица, достигшие возраста пятнадцати лет.

[2] Срок контракта не может превышать пяти лет.

Клуб _____          Профессиональный хоккеист _____

Начало: 1 июля 2004 года.  Окончание: 30 апреля 2005 года.

2.2. По соглашению сторон устанавливается испытание при приеме на работу сроком _____[3]

2.3. При неудовлетворительном результате испытания Клуб имеет право до истечения срока испытания расторгнуть контракт с хоккеистом, предупредив его об этом в письменной форме не позднее, чем за три дня с указанием причин, послуживших основанием для признания этого хоккеиста не выдержавшим испытание.

2.4. Если срок испытания истек, а Профессиональный хоккеист продолжает работу в соответствии с настоящим контрактом, он считается выдержавшим испытание. Положительный результат испытания, а также надлежащим образом оформленная лицензия Профессионального хоккеиста, выданная ПХЛ, является свидетельством наличия у Профессионального хоккеиста соответствующей профессиональной квалификации, устраивающей Клуб, с учетом того, что в соответствии с п.1.2 настоящего Контракта в дальнейшем устанавливается право Главного тренера, Генерального менеджера, Руководителя Клуба вновь оценивать уровень качества игры Профессионального хоккеиста.

## 3. ОБЯЗАННОСТИ СТОРОН

Профессиональный хоккеист принимает на себя следующие обязательства:

3.1. Предоставить свои исключительные игровые услуги, знания, умение и навыки только Клубу, отработать установленный контрактом срок и не заключать никаких контрактов с другими хоккейными клубами и организациями Российской Федерации и за рубежом на все время действия настоящего контракта.

При этом Профессиональный хоккеист со всей ответственностью заявляет, что на момент подписания настоящего контракта не имеет никаких препятствий (в том числе оформленных в письменной форме) для его заключения и не имеется никаких обстоятельств и документов, которые могут сделать настоящий контракт недействительным после его подписания. Иные контракты и разного рода письменные обязательства с другими хоккейными клубами, организациями и их официальными представителями, как в Российской Федерации, так и за рубежом Профессиональный хоккеист может заключать и подписывать исключительно после освобождения от обязательств, предусмотренных настоящим контрактом.

Профессиональный хоккеист также заявляет и гарантирует, что он не находится под запретом на выступления ни в какой Национальной федерации

---

[3] Срок испытания не может превышать трех месяцев.
Испытание при приеме на работу не устанавливается для лиц, не достигших возраста восемнадцати лет.

Клуб _____    Профессиональный хоккеист _____

07/18/2005  16:48  +7-095-213-13-04          HC "DYNAMO"          PAGE 04

(ассоциации) или Лиге, полностью выполнил все свои обязательства и обязанности перед своим предыдущим клубом и нет никакой причины, почему ему не должна быть выдана трансферная карта Национальной федерации (ассоциации) и разрешение на работу.

3.2. Не играть ни за какую другую команду и не принимать участие в других спортивных мероприятиях без письменного разрешения Клуба.

3.3. Неукоснительно соблюдать Устав Клуба, Федерации хоккея России, Профессиональной хоккейной лиги, Международной федерации хоккея (ИИХФ) и требования настоящего контракта, включая правила по переходу в другие клубы России и клубы других стран, а также решения уполномоченных органов ФХР и ПХЛ при разрешении споров и быть юридически связанным Регламентом проведения соревнований ПХЛ и ФХР, локальные нормативные акты, содержащие нормы трудового права, принимаемые Клубом как работодателем.

3.4. Принимать участие в официальных соревнованиях ПХЛ только при наличии лицензии профессионального хоккеиста, порядок получения которой и правовые последствия ее отсутствия определяются специальным локальным нормативным актом ПХЛ.

3.5. Играть за Клуб в качестве хоккеиста во всех хоккейных матчах, проводимых Клубом, включая показательные матчи, матчи «Всех звезд» и международные игры за свою страну, на которые в установленном порядке получил вызов.

3.6. Не пользоваться услугами представителей (агентов), не имеющих официальную лицензию ПХЛ.

3.7. Выполнять все требования руководства Клуба и тренерского состава, касающиеся профессиональной учебы, тренировок и игровой практики.

Постоянно проявлять надлежащую заботу о необходимости поддержания высокого стандарта физической формы и не заниматься в свободное время любым видом спорта или тренировкой, если это может повредить и/или подвергнуть опасности физическое состояние хоккеиста или иначе затронуть способность играть в хоккей.

3.8. Не нарушать условий, указанных в любом страховом полисе, оформленном в пользу Профессионального хоккеиста или в пользу Клуба, содержание которого было доведено до сведения Профессионального хоккеиста, а также не заниматься никакой деятельностью или времяпрепровождением, которые в соответствии с условиями такого полиса могут лишить его силы.

3.9. Принимать участие в поездках по стране и за рубежом, принимать безоговорочно маршруты и транспортные средства, предложенные Клубом.

3.10. В связи с изменениями в организации командной игры Клуба, оказывать игровые услуги другому хоккейному клубу без расторжения данного контракта. Основанием такого перемещения является переуступка прав

Клуб _____          Профессиональный хоккеист _____

Oct 07 2005 10:06AM                                                                    P.10
        07/10/2005 16:49  +7-095-213-13-04            HC "DYNAMO"                    PAGE 05

услуги Профессионального хоккеиста другому клубу.

3.11. Постоянно находиться в оптимальной спортивной форме на протяжении всего хоккейного сезона и быть готовым выступать во всех матчах, проводимых Клубом.

3.12. В целях поддержания высокой спортивной формы для выполнения своих обязанностей по настоящему контракту Профессиональный хоккеист обязуется являться на тренировочные занятия в назначенные руководством команды день и время.

3.13. Присутствовать на всех медицинских освидетельствованиях и восстановительных мероприятиях, организуемых Клубом.

3.14. Вести себя на и за пределами хоккейной площадки в соответствии с высокими требованиями честности, морали, справедливой игры и спортивных отношений и воздерживаться от нанесения ущерба Клубу, ФХР, ПХЛ и профессиональному хоккею в целом.

3.15. Продолжать регулярные занятия (тренировки), если временно не сможет участвовать в играх и если его коснется временная дисквалификация.

3.16. Не принимать без предварительного письменного разрешения врача Клуба любые наркотические, анаболические, сильнодействующие или стимулирующие медицинские препараты и пищевые добавки. Профессиональный хоккеист настоящим признает, что в случае его дисквалификации, последовавшей в результате приема любых медицинских препаратов или пищевых добавок без предварительного письменного разрешения врача Клуба, или в случае ухудшения состояния его здоровья, последовавшего в результате приема таких препаратов или пищевых добавок, он за свой счет будет обязан возместить Клубу связанные с этим убытки. Кроме того, в случае такой дисквалификации или ухудшения состояния здоровья Профессионального хоккеиста, подтвержденного медицинским заключением, Клуб будет вправе расторгнуть настоящий контракт на основание п.3 ст.81 ТК РФ.

3.17. Сохранять в тайне в течение всего времени действия настоящего контракта и 5 лет после его расторжения ставшие ему известными во время работы в Клубе следующие данные, являющиеся коммерческой тайной:
    — имеющуюся в Клубе специальную и юридическую документацию, в том числе бухгалтерскую и статистическую;
    — сведения, связанные с финансовыми операциями как самого Клуба, так и его деловых партнеров;
    — сведения, связанные с выполнением непосредственно своих обязанностей, в том числе и размер установленного денежного вознаграждения;
    — сведения, связанные с деятельностью Клуба и его партнеров, о проводимых ими коммерческих, юридических, научных разработках, являющихся собственностью Клуба.

3.18. Не получать самому или через своих родственников и доверенных

Клуб _____    Профессиональный хоккеист _____

лиц никаких денежных вознаграждений или имущественных выгод от любых граждан или организаций за достижение победы в матчах неспортивным методом или попытку иным образом повлиять на исход какой-либо конкретной встречи или серии игр и о подобных фактах незамедлительно сообщать Главному тренеру, Менеджеру или Руководителю Клуба.

3.19. Без письменного согласия Клуба не заключать самостоятельно или через третьих лиц любые спонсорские, промоутерские или рекламные соглашения.

3.20. Передать Клубу на период действия настоящего Контракта все права на использование своего изображения и имени в рекламных целях, если иное не установлено дополнительным соглашением.

3.21. Профессиональный хоккеист и его родители, опекун или попечитель заявляют и соглашаются в том, что они выполнят в случае необходимости все требования Клуба и/или Суда и подпишут все документы и появятся, если потребуется, в соответствующем российском Суде для объявления Профессионального хоккеиста эмансипированным. При этом они заявляют, что действуют согласно желанию Профессионального хоккеиста и своей свободной воле, и имели полную возможность до подписания настоящего контракта обсудить все его условия и обязательства с юристами, психологами, личными представителями и агентами.

3.22. Воздерживаться в течение срока действия настоящего контракта (с учетом любого возможного продления срока его действия) в своих публичных и частных выступлениях от любой критики в адрес Клуба, его должностных лиц и других Профессиональных хоккеистов, работающих в Клубе.

3.23. Не нарушать прав Клуба на интеллектуальную собственность.

**Клуб обязан:**

3.24. Соблюдать законы и иные нормативные правовые акты, локальные нормативные акты, условия настоящего Контракта.

3.25. Создать необходимые условия для успешного выполнения Профессиональным хоккеистом своих профессиональных обязанностей.

3.26. Своевременно и в полном объеме выплачивать заработную плату в соответствии с системой оплаты, установленной в Клубе, и настоящим контрактом. На период временной нетрудоспособности Профессиональному хоккеисту выплачивается пособие в размере и на условиях, предусмотренных действующим законодательством Российской Федерации.

3.27. Предоставлять Профессиональному хоккеисту ежегодный основной оплачиваемый отпуск продолжительностью 28 календарных дней. Оплата отпуска производится не позднее, чем за три дня до его начала.[4]

---

[4] Ежегодный основной оплачиваемый отпуск Профессиональным хоккеистам в возрасте до 18 лет предоставляется продолжительностью 31 календарный день.

Клуб _____    Профессиональный хоккеист _____

Профессиональному хоккеисту предоставляется ежегодный дополнительный оплачиваемый отпуск продолжительностью три календарных дня.

3.28. Обеспечить Профессиональному хоккеисту условия труда, отвечающие требованиям безопасности и гигиены, в том числе предоставлять необходимую спортивную одежду и спортивный инвентарь в соответствии с установленными в Клубе нормативами.

3.29. Создавать необходимые и достаточные условия для проживания и питания Профессионального хоккеиста в учебно-тренировочные и игровые периоды вне его постоянного места жительства.

3.30. Обеспечить обязательное медицинское и социальное страхование Профессионального хоккеиста при утрате трудоспособности, по возрасту и в иных установленных Законом случаях.

3.31. При заключении контракта в недельный срок Клуб обязан провести полное медицинское освидетельствование Профессионального хоккеиста для определения его пригодности для выполнения предстоящей работы. После прохождения медицинского обследования Клубом составляется медицинское заключение о состоянии здоровья Профессионального хоккеиста. Фактический допуск Профессионального хоккеиста к работе, после подписания настоящего контракта, является подтверждением того, что он здоров на момент подписания контракта, прошел полное углубленное медицинское освидетельствование в данном Клубе и готов для выполнения условий настоящего контракта.

3.32. Являясь налоговым агентом Профессионального хоккеиста в соответствии с законодательством Российской Федерации, своевременно и полностью исчислять, удерживать и перечислять в соответствующие бюджеты все налоги и сборы.

Ознакомить Профессионального хоккеиста с документами ИИХФ, ФХР, ПХЛ и Клуба, на которые содержится ссылка в настоящем контракте, а также с применимыми лично к нему страховыми полисами, предоставить ему по его письменному запросу их копии, а также предоставить ему все без исключения последующие дополнения к вышеуказанным документам.

3.33. Клуб обязан без требований какой-либо компенсации отпустить Профессионального хоккеиста для тренировок и выступлений за национальную сборную команду на международном соревновании без потери заработка или льгот, когда хоккеист приглашается ФХР представлять свою Страну в соответствии с Правилами ФХР и ИИХФ.

Несмотря на вышеизложенное, Клуб имеет право отказаться отпустить Профессионального хоккеиста для выступлений за национальную сборную, как предусмотрено Правилами ФХР и ИИХФ, когда по заключению независимого медицинского совета Профессиональный хоккеист является нетрудоспособным.

Клуб _____    Профессиональный хоккеист _____

07/10/2005 16:48  +7-095-213-13-04        HC "DYNAMO"           PAGE  08

## 4. СУММА КОНТРАКТА

4.1. За выполнение предусмотренных данным контрактом обязательств, Клуб выплачивает Профессиональному хоккеисту заработную плату в размере _____

Заработная плата выплачивается не реже, чем каждые полмесяца, в день, установленный администрацией Клуба[1].

4.2. Клуб может выплачивать Профессиональному хоккеисту премии в зависимости от оценки его игры, осуществляемой Главным тренером. Выплата таких премий осуществляется по усмотрению Руководителя Клуба в дополнение к заработной плате Профессионального хоккеиста, выплачиваемой на основании п. 4.1 настоящего Контракта.

4.3. В случае направления Профессионального хоккеиста в другой хоккейный Клуб без расторжения данного контракта, Профессиональный хоккеист будет получать вознаграждение не менее ___% от установленного п. 4.1. Контракта. Источник выплат устанавливается Клубом.

4.4. При заключении контракта Профессиональному хоккеисту выплачивается единовременное пособие в размере _____ рублей.

4.5. При досрочном расторжении настоящего контракта по инициативе Клуба, Профессиональному хоккеисту выплачивается 25% от невыплаченной суммы заработной платы, независимо от дальнейшего трудоустройства Профессионального хоккеиста.

4.6. При нарушении Клубом установленного срока выплаты заработной платы, оплаты отпуска, выплат при увольнении и других выплат, причитающихся Профессиональному хоккеисту, Клуб обязан выплатить их с уплатой процентов (денежной компенсации) в размере и на условиях, предусмотренных действующим трудовым законодательством Российской Федерации.

## 5. РАСТОРЖЕНИЕ КОНТРАКТА

Контракт расторгается с истечением срока его действия, по соглашению сторон, а также в иных случаях, предусмотренных Трудовым кодексом Российской Федерации с учетом особенностей, предусмотренных Федеральным законом «О физической культуре и спорте в Российской Федерации» от 29 апреля 1999г. № 80-ФЗ и локальными нормативными актами, содержащими нормы трудового права, принятыми Клубом.

## 6. РАЗРЕШЕНИЕ СПОРОВ

---

[1] Размер и условия выплаты заработной платы, а также вся система оплаты труда Профессионального хоккеиста устанавливаться приложениями к настоящему контракту

Клуб _____    Профессиональный хоккеист _____

6.1. Индивидуальные трудовые споры – неурегулированные разногласия между Клубом и Профессиональным хоккеистом – рассматриваются в Арбитражном комитете ФХР и ПХЛ и стороны настоящего контракта соглашаются на исключительную юрисдикцию вышеуказанного Арбитража и обязуются в добровольном порядке исполнить его решение.

При этом Профессиональный хоккеист и Клуб согласны в том, что решения указанного Арбитража признаются во всем мире на основании Нью-Йоркской конвенции 1958 г. «О признании и приведении в исполнение иностранных арбитражных решений».

6.3. Все споры, разногласия или требования, возникшие из настоящего контракта или в связи с ним, в том числе касающиеся его исполнения, нарушения, прекращения или недействительности, подлежат рассмотрению исключительно на основании законодательства Российской Федерации.

6.4. В случае, если Профессиональный хоккеист переходит в любой другой Клуб, включая иностранный Клуб, без письменного разрешения Клуба, то Профессиональный хоккеист соглашается, что решение Арбитражного комитета ФХР и ПХЛ, запрещающее Профессиональному хоккеисту выступать за любой другой Клуб, включая иностранный Клуб, имеет полную силу в России и любой другой стране и Профессиональный хоккеист соглашается не опротестовывать решение Арбитражного комитета, запрещающее Профессиональному хоккеисту выступать за любой другой Клуб, включая иностранный Клуб.

6.5. Клуб и Профессиональный хоккеист соглашаются в том, что услуги, предоставленные Профессиональным хоккеистом по настоящему контракту, уникальны, неоценимы и не могут быть адекватно возмещены Клубу, поэтому Клуб имеет право на требование и получение через соответствующие инстанции ИИХФ, ФХР, ПХЛ запрещения для Профессионального хоккеиста выступать за любой другой клуб Российской Федерации или любой другой страны. Данные условия никаким образом не ограничивают права Клуба на выставление любых других претензий Профессиональному хоккеисту.

## 7. ОСОБЫЕ УСЛОВИЯ КОНТРАКТА

7.1. Профессиональный хоккеист и Клуб соглашаются в том, что настоящий контракт направляется и регистрируется в ПХЛ в установленном Регламентом проведения соревнований порядке, а также в том, что Профессиональный хоккеист обязан получить освобождение от исполнения обязательств по настоящему контракту, прежде чем он сможет предложить свои хоккейные игровые услуги любому другому Клубу, иным юридическим и физическим лицам в Российской Федерации и за её пределами.

Клуб _____    Профессиональный хоккеист _____

7.2. Профессиональный хоккеист признает, что несмотря на его собственные уникальные навыки и способности, вклад Клуба в соответствии с данным контрактом, включая, но не только, заработную плату, иные денежные выплаты, использование помещений и оборудования, тренировки, возможность участвовать в соревнованиях в качестве члена команды и предоставленные услуги являются существенной частью в развитии хоккейных навыков и способностей хоккеиста, и что такой вклад является для него ценным в содействии карьере профессионального игрока в хоккей с шайбой.

7.3. В подготовительный и соревновательный периоды руководство Клуба имеет право устанавливать дополнительные разумные правила, регулирующие поведение и подготовку Профессионального хоккеиста, причем эти правила являются частью настоящего контракта в той же мере, как если бы они были включены в него.

7.4. В случае заболевания или несчастного случая Профессиональный хоккеист, если обстоятельства позволяют это сделать, должен немедленно предупредить Главного тренера и врача команды, и в течение 24 часов предоставить медицинское свидетельство, подтверждающее противопоказания занятием хоккеем, и явиться в Клуб для прохождения медицинского обследования под контролем врача Клуба.

7.5. Если Профессиональный хоккеист получает травму в ходе игры, при переездах с командой, командировках от Клуба, а также на тренировочных занятиях, Клуб оплачивает ему в установленном порядке госпитализацию, вплоть до выписки, при условии, что больница и врач определены Клубом.

7.6. Если Профессиональный хоккеист нездоров и не сможет больше играть по причине травмы, полученной в ходе выполнения обязанностей Профессионального хоккеиста, контракт не может быть расторгнут Клубом до восстановления трудоспособности или установления группы инвалидности.

7.7. Клуб вправе ставить вопрос перед ФХР и ПХЛ о дисквалификации и лишении лицензии Профессионального хоккеиста за нарушение условий настоящего контракта и Регламента соревнований. В случае наступления дисквалификации на срок более одного месяца Клуб вправе расторгнуть контракт.

7.8. Клуб имеет право заключить с Профессиональным хоккеистом, которого принимает на работу, ученический договор (применительно к Главе 32 Трудового кодекса РФ).

Данный договор будет являться гражданско-правовым и регулироваться гражданским законодательством.

7.9. Профессиональный хоккеист соглашается с тем, что не имеет права уклониться от заключения ученического договора, так как профессиональное обучение, повышение квалификации, совершенствование мастерства – есть неотъемлемая часть основных обязанностей Профессионального хоккеиста, принятых на себя по настоящему контракту.

Клуб _____   Профессиональный хоккеист _____

7.10. В случае окончательной потери трудоспособности Профессионального хоккеиста по данному виду деятельности в результате исполнения им обязанности по настоящему контракту, Клуб выплачивает Профессиональному хоккеисту в течение месяца единовременную компенсацию в размере 50% от годовой суммы контракта (суммы заработной платы за соответствующий год), установленной данным контрактом или приложениями к нему.

7.11. В случае смерти Профессионального хоккеиста в результате исполнения им обязанностей по настоящему контракту, Клуб выплачивает его семье в течение месяца единовременную компенсацию в размере полной годовой суммы контракта (сумму заработной платы за соответствующий год), установленной данным контрактом или приложениями к нему.

7.12. Клуб не несет обязательств по лечению, если Профессиональный хоккеист получил травму в результате действий или бездействия, не связанных с его обязанностями и обязательствами как хоккеиста.

## 8. ЗАКЛЮЧИТЕЛЬНЫЕ ПОЛОЖЕНИЯ

8.1. После завершения очередного хоккейного сезона условия настоящего контракта могут быть пересмотрены по обоюдному письменному согласию сторон.

8.2. Профессиональный хоккеист и Клуб признают, что ФХР, ПХЛ и ИИХФ в свою очередь признают действительность настоящих пунктов контракта.

Профессиональный хоккеист заверяет, что у него была возможность изучить все документы, указанные в п. 3.3 и п. 3.29 настоящего контракта, до его заключения.

8.3. В части регулирования трудовых отношений контракт вступает в силу с момента его подписания сторонами.

В части регулирования иных отношений, вытекающих из локальных нормативных актов ИИХФ, ФХР и ПХЛ, контракт вступает в силу с момента его регистрации в ПХЛ.

8.4. Контракт составлен в трех экземплярах, которые хранятся по одному у обеих сторон, в ПХЛ, и имеют одинаковую юридическую силу.

После прочтения настоящего контракта Клуб и Игрок соглашаются в том, что все условия и обязательства контракта, а также их трактовка им в полном объеме приняты. Все участники контракта имели полную возможность до его подписания обсудить все условия и обязательства со своими юристами, врачами, агентами, иными представителями и контракт подписывается при свободном волеизъявлении сторон.

### АДРЕСА И ПОДПИСИ СТОРОН:

**КЛУБ**                                    **ПРОФЕССИОНАЛЬНЫЙ ХОККЕИСТ**
Адрес: 125167 г. Москва, Ленинградский пр-  Овечкин Александр Михайлович
т. д.36                                     17 сентября 1985 года рождения

Клуб _____                       Профессиональный хоккеист _____

Association of Translators and Interpreters of Ontario
Certified Translator
10
atio
Mark Vaintroub
2653

Oct 07 2005 10:08AM

07/18/2005 15:48    +7-095-213-13-84    НО "DYNAMO"    PAGE 12

ИНН _____    Паспорт серии 45 01 924237, выдан ОВД
_____    "Росточино" г. Москвы 30.01. 2002г.
_____    Адрес: г. Москва, ул. Сельскохозяйственная
_____    д. 18 кор. 4 кв. 188

Президент Клуба    Профессиональный хоккеист
/Харчук А.Г./    _____ /Овечкин А.М./

Клуб _____    Профессиональный хоккеист _____

Association of Translators and Interpreters of Ontario
Certified Translator
atio
Mark Vaintroub
2653

1

# КОНТРАКТ ПРОФЕССИОНАЛЬНОГО ХОККЕИСТА

### Вниманию Профессионального хоккеиста!

Прежде чем подписывать контракт, Вы должны внимательно изучить его, чтобы быть уверенным, что все условия и обязательства, оговоренные ранее, включены в контракт и его содержание и трактовка Вам понятны.

## КОНТРАКТ ПРОФЕССИОНАЛЬНОГО ХОККЕИСТА
### Клуба Суперлиги ПХЛ
### (срочный трудовой договор)

РОО Хоккейный Клуб «Динамо», именуемый в дальнейшем «Клуб», в лице президента Харчука Анатолия Георгиевича, в лице действующего на основании Устава Клуба, с одной стороны, и гражданин именуемый в дальнейшем «Профессиональный хоккеист», с другой стороны, руководствуясь достигнутым соглашением, заключили настоящий контракт о нижеследующем:

## 1. ПРЕДМЕТ КОНТРАКТА

1.1. Правовое регулирование и оформление взаимоотношений Профессионального хоккеиста и Клуба.

1.2. Профессиональный хоккеист принимается на работу в Клуб в качестве игрока в хоккей первой команды Клуба, а Клуб обязуется выплачивать Профессиональному хоккеисту заработную плату и обеспечивать условия труда, предусмотренные законодательством о труде, физической культуре и спорте и соглашением сторон. При этом профессиональный хоккеист соглашается с тем, что при снижении уровня мастерства, которое определяется исключительно по заключению Главного тренера или Генерального менеджера, по решению Руководителя Клуба, он может быть переведен для работы во вторую команду Клуба без дополнительного письменного согласия.

1.3. Профессиональный спортсмен и Клуб соглашаются с тем, что трудовые отношения не могут быть установлены на неопределенный срок в связи с характером предстоящей работы и условиями ее выполнения, поэтому заключаемый контракт является срочным.[1]

---

[1] Заключение контракта допускается с лицами, достигшими возраста шестнадцати лет.
В случаях получения основного общего образования, контракт могут заключить лица, достигшие возраста пятнадцати лет.

Клуб _____          *Профессиональный хоккеист* _____

Association of Translators and Interpreters of Ontario
Certified Translator
atio
Mark Vaintroub
2653

2

## 2. СРОК ДЕЙСТВИЯ КОНТРАКТА

2.1. Срок действия контракта___ (___) лет/года.[2]
Начало:___/___/___г. Окончание:___/___/___г.

2.2. По соглашению сторон устанавливается испытание при приеме на работу сроком - без испытательного срока[3].

2.3. При неудовлетворительном результате испытания Клуб имеет право до истечения срока испытания расторгнуть контракт с хоккеистом, предупредив его об этом в письменной форме не позднее, чем за три дня с указанием причин, послуживших основанием для признания этого хоккеиста не выдержавшим испытание.

2.4. Если срок испытания истек, а Профессиональный хоккеист продолжает работу в соответствии с настоящим контрактом, он считается выдержавшим испытание. Положительный результат испытания, а также надлежащим образом оформленная лицензия Профессионального хоккеиста, выданная ПХЛ, является свидетельством наличия у Профессионального хоккеиста соответствующей профессиональной квалификации, устраивающей Клуб, с учетом того, что в соответствии с п.1.2 настоящего Контракта в дальнейшем устанавливается право Главного тренера, Генерального менеджера, Руководителя Клуба вновь оценивать уровень качества игры Профессионального хоккеиста.

## 3. ОБЯЗАННОСТИ СТОРОН

Профессиональный хоккеист принимает на себя следующие обязательства:

3.1. Предоставить свои исключительные игровые услуги, знания, умение и навыки только Клубу, отработать установленный контрактом срок и не заключать никаких контрактов с другими хоккейными клубами и организациями Российской Федерации и за рубежом на все время действия настоящего контракта.

При этом Профессиональный хоккеист со всей ответственностью заявляет, что на момент подписания настоящего контракта не имеет никаких препятствий (в том числе оформленных в письменной форме) для его заключения и не имеется никаких обстоятельств и документов, которые могут сделать настоящий контракт недействительным после его подписания. Иные контракты и разного рода письменные обязательства с другими хоккейными клубами, организациями и их официальными представителями, как в Российской Федерации, так и за рубежом Профессиональный хоккеист

---

[2] Срок контракта не может превышать пяти лет.
[3] Срок испытания не может превышать трех месяцев.
Испытание при приеме на работу не устанавливается для лиц, не достигших возраста восемнадцати лет.

*Клуб_____            Профессиональный хоккеист_____*


Association of Translators and Interpreters of Ontario
Certified Translator
atio
Mark Vaintroub
2653

3

может заключать и подписывать исключительно после освобождения от обязательств, предусмотренных настоящим контрактом.

Профессиональный хоккеист также заявляет и гарантирует, что он не находится под запретом на выступления ни в какой Национальной федерации (ассоциации) или Лиге, полностью выполнил все свои обязательства и обязанности перед своим предыдущим клубом и нет никакой причины, почему ему не должна быть выдана трансферная карта Национальной федерации (ассоциации) и разрешение на работу.

3.2. Не играть ни за какую другую команду и не принимать участие в других спортивных мероприятиях без письменного разрешения Клуба.

3.3. Неукоснительно соблюдать Устав Клуба, Федерации хоккея России, Профессиональной хоккейной лиги, Международной федерации хоккея (ИИХФ) и требования настоящего контракта, включая правила по переходу в другие клубы России и клубы других стран, а также решения уполномоченных органов ФХР и ПХЛ при разрешении споров и быть юридически связанным Регламентом проведения соревнований ПХЛ и ФХР, локальные нормативные акты, содержащие нормы трудового права, принимаемые Клубом как работодателем.

3.4. Принимать участие в официальных соревнованиях ПХЛ только при наличии лицензии профессионального хоккеиста, порядок получения которой и правовые последствия ее отсутствия определяются специальным локальным нормативным актом ПХЛ.

3.5. Играть за Клуб в качестве хоккеиста во всех хоккейных матчах, проводимых Клубом, включая показательные матчи, матчи «Всех звезд» и международные игры за свою страну, на которые в установленном порядке получил вызов.

3.6. Не пользоваться услугами представителей (агентов), не имеющих официальную лицензию ПХЛ.

3.7. Выполнять все требования руководства Клуба и тренерского состава, касающиеся профессиональной учебы, тренировок и игровой практики.

Постоянно проявлять надлежащую заботу о необходимости поддержания высокого стандарта физической формы и не заниматься в свободное время любым видом спорта или тренировкой, если это может повредить и/или подвергнуть опасности физическое состояние хоккеиста или иначе затронуть способность играть в хоккей.

3.8. Не нарушать условий, указанных в любом страховом полисе, оформленном в пользу Профессионального хоккеиста или в пользу Клуба, содержание которого было доведено до сведения Профессионального хоккеиста, а также не заниматься никакой деятельностью или времяпрепровождением, которые в соответствии с условиями такого полиса могут лишить его силы.

*Клуб*_____        *Профессиональный хоккеист*_____

4

3.9. Принимать участие в поездках по стране и за рубежом, принимать безоговорочно маршруты и транспортные средства, предложенные Клубом.

3.10. В связи с изменениями в организации командной игры Клуба, оказывать игровые услуги другому хоккейному клубу без расторжения данного контракта. Основанием такого перемещения является переуступка прав на услуги Профессионального хоккеиста другому клубу.

3.11. Постоянно находиться в оптимальной спортивной форме на протяжении всего хоккейного сезона и быть готовым выступать во всех матчах, проводимых Клубом.

3.12. В целях поддержания высокой спортивной формы для выполнения своих обязанностей по настоящему контракту Профессиональный хоккеист обязуется являться на тренировочные занятия в назначенные руководством команды день и время.

3.13. Присутствовать на всех медицинских освидетельствованиях и восстановительных мероприятиях, организуемых Клубом.

3.14. Вести себя на и за пределами хоккейной площадки в соответствии с высокими требованиями честности, морали, справедливой игры и спортивных отношений и воздерживаться от нанесения ущерба Клубу, ФХР, ПХЛ и профессиональному хоккею в целом.

3.15. Продолжать регулярные занятия (тренировки), если временно не сможет участвовать в играх и если его коснется временная дисквалификация.

3.16. Не принимать без предварительного письменного разрешения врача Клуба любые наркотические, анаболические, сильнодействующие или стимулирующие медицинские препараты и пищевые добавки. Профессиональной хоккеист настоящим признает, что в случае его дисквалификации, последовавшей в результате приема любых медицинских препаратов или пищевых добавок без предварительного письменного разрешения врача Клуба, или в случае ухудшения состояния его здоровья, последовавшего в результате приема таких препаратов или пищевых добавок, он за свой счет будет обязан возместить Клубу связанные с этим убытки. Кроме того, в случае такой дисквалификации или ухудшения состояния здоровья Профессионального хоккеиста, подтвержденного медицинским заключением, Клуб будет вправе расторгнуть настоящий контракт на основание п.3 ст.81 ТК РФ.

3.17. Сохранять в тайне в течение всего времени действия настоящего контракта и 5 лет после его расторжения ставшие ему известными во время работы в Клубе следующие данные, являющиеся коммерческой тайной:

— имеющуюся в Клубе специальную и юридическую документацию, в том числе бухгалтерскую и статистическую;

— сведения, связанные с финансовыми операциями как самого Клуба, так и его деловых партнеров;

— сведения, связанные с выполнением непосредственно своих

Клуб_____          *Профессиональный хоккеист_____*

5

обязанностей, в том числе и размер установленного денежного
вознаграждения;

— сведения, связанные с деятельностью Клуба и его партнеров, о
проводимых ими коммерческих, юридических, научных разработках,
являющихся собственностью Клуба.

3.18. Не получать самому или через своих родственников и доверенных
лиц никаких денежных вознаграждений или имущественных выгод от любых
граждан или организаций за достижение победы в матчах неспортивным
методом или попытку иным образом повлиять на исход какой-либо
конкретной встречи или серии игр и о подобных фактах незамедлительно
сообщать Главному тренеру, Менеджеру или Руководителю Клуба.

3.19. Без письменного согласия Клуба не заключать самостоятельно
или через третьих лиц любые спонсорские, промоутерские или рекламные
соглашения.

3.20. Передать Клубу на период действия настоящего Контракта все
права на использование своего изображения и имени в рекламных целях,
если иное не установлено дополнительным соглашением.

3.21. Профессиональный хоккеист и его родители, опекун или
попечитель заявляют и соглашаются в том, что они выполнят в случае
необходимости все требования Клуба и/или Суда и подпишут все документы
и появятся, если потребуется, в соответствующем российском Суде для
объявления Профессионального хоккеиста эмансипированным. При этом они
заявляют, что действуют согласно желанию Профессионального хоккеиста и
своей свободной воле, и имели полную возможность до подписания
настоящего контракта обсудить все его условия и обязательства с юристами,
психологами, личными представителями и агентами.

3.22. Воздерживаться в течение срока действия настоящего контракта
(с учетом любого возможного продления срока его действия) в своих
публичных и частных выступлениях от любой критики в адрес Клуба, его
должностных лиц и других Профессиональных хоккеистов, работающих в
Клубе.

3.23. Не нарушать прав Клуба на интеллектуальную собственность.

**Клуб обязан:**

3.24. Соблюдать законы и иные нормативные правовые акты,
локальные нормативные акты, условия настоящего Контракта.

3.25. Создать необходимые условия для успешного выполнения
Профессиональным хоккеистом своих профессиональных обязанностей.

3.26. Своевременно и в полном объеме выплачивать заработную плату
в соответствии с системой оплаты, установленной в Клубе, и настоящим
контрактом. На период временной нетрудоспособности Профессиональному
хоккеисту выплачивается пособие в размере и на условиях, предусмотренных

*Клуб_____        Профессиональный хоккеист_____*

Association of Translators and Interpreters of Ontario
Certified Translator
atio
Mark Vaintroub
2653

6

действующим законодательством Российской Федерации.

3.27.  Предоставлять Профессиональному хоккеисту ежегодный основной оплачиваемый отпуск продолжительностью 28 календарных дней.[4] Оплата отпуска производится не позднее, чем за три дня до его начала.

Профессиональному хоккеисту предоставляется ежегодный дополнительный оплачиваемый отпуск продолжительностью три календарных дня.

3.28.  Обеспечить Профессиональному хоккеисту условия труда, отвечающие требованиям безопасности и гигиены, в том числе предоставлять необходимую спортивную одежду и спортивный инвентарь в соответствии с установленными в Клубе нормативами.

3.29.  Создавать необходимые и достаточные условия для проживания и питания Профессионального хоккеиста в учебно-тренировочные и игровые периоды вне его постоянного места жительства.

3.30.  Обеспечить обязательное медицинское и социальное страхование Профессионального хоккеиста при утрате трудоспособности, по возрасту и в иных установленных Законом случаях.

3.31.  При заключении контракта в недельный срок Клуб обязан провести полное медицинское освидетельствование Профессионального хоккеиста для определения его пригодности для выполнения предстоящей работы. После прохождения медицинского обследования Клубом составляется медицинское заключение о состоянии здоровья Профессионального хоккеиста. Фактический допуск Профессионального хоккеиста к работе, после подписания настоящего контракта, является подтверждением того, что он здоров на момент подписания контракта, прошел полное углубленное медицинское освидетельствование в данном Клубе и готов для выполнения условий настоящего контракта.

3.32.  Являясь налоговым агентом Профессионального хоккеиста в соответствии с законодательством Российской Федерации, своевременно и полностью исчислять, удерживать и перечислять в соответствующие бюджеты все налоги и сборы.

Ознакомить Профессионального хоккеиста с документами ИИХФ, ФХР, ПХЛ и Клуба, на которые содержится ссылка в настоящем контракте, а также с применимыми лично к нему страховыми полисами, предоставить ему по его письменному запросу их копии, а также предоставить ему все без исключения последующие дополнения к вышеуказанным документам.

3.33.  Клуб обязан без требований какой-либо компенсации отпустить Профессионального хоккеиста для тренировок и выступлений за национальную сборную команду на международном соревновании без

---

[4] Ежегодный основной оплачиваемый отпуск Профессиональным хоккеистам в возрасте до 18 лет предоставляется продолжительностью 31 календарный день.

*Клуб*_____            *Профессиональный хоккеист*_____

Association of Translators and Interpreters of Ontario
Certified Translator
atio
Mark Vaintroub
2653

7

потери заработка или льгот, когда хоккеист приглашается ФХР представлять свою Страну в соответствии с Правилами ФХР и ИИХФ.

Несмотря на вышеизложенное, Клуб имеет право отказаться отпустить Профессионального хоккеиста для выступлений за национальную сборную, как предусмотрено Правилами ФХР и ИИХФ, когда по заключению независимого медицинского совета Профессиональный хоккеист является нетрудоспособным.

## 4. СУММА КОНТРАКТА

4.1. За выполнение предусмотренных данным контрактом обязательств, Клуб выплачивает Профессиональному хоккеисту заработную плату – согласно штатному расписанию.

Заработная плата выплачивается не реже, чем каждые полмесяца, в день, установленный администрацией Клуба⁵.

4.2. Клуб может выплачивать Профессиональному хоккеисту премии в зависимости от оценки его игры, осуществляемой Главным тренером. Выплата таких премий осуществляется по усмотрению Руководителя Клуба в дополнение к заработной плате Профессионального хоккеиста, выплачиваемой на основании п. 4.1 настоящего Контракта.

4.3. Все выплаты по настоящему контракту, в том числе предусмотренные конфиденциальными приложениями или дополнениями к контракту, включают в себя индивидуальную надбавку за профессиональное мастерство как хоккеисту Суперлиги ПХЛ в размере 50%.

В случае, когда профессиональный хоккеист в силу снижения уровня профессионального мастерства по заключению Главного тренера или Генерального менеджера первой команды Клуба проводит менее 75% официальных игр Чемпионата России в месяц среди команд Суперлиги ПХЛ, по решению Руководителя Клуба индивидуальная надбавка за профессиональное мастерство не выплачивается.

4.4. В случае направления Профессионального хоккеиста в другой хоккейный Клуб без расторжения данного контракта, Профессиональный хоккеист будет получать вознаграждение не менее 100 % от установленного п. 4.1. Контракта. Источник выплат устанавливается Клубом.

4.5. При заключении контракта Профессиональному хоккеисту выплачивается единовременное пособие в размере _____рублей.

4.6. При досрочном расторжении настоящего контракта Профессиональному хоккеисту выплачивается заработная плата за фактически проработанное время.

---

⁵ Размер и условия выплаты заработной платы, а также вся система оплаты труда Профессионального хоккеиста будут устанавливаться приложениями к настоящему контракту

Клуб_____            *Профессиональный хоккеист_____*

8

4.7. При нарушении Клубом установленного срока выплаты заработной платы, оплаты отпуска, выплат при увольнении и других выплат, причитающихся Профессиональному хоккеисту, Клуб обязан выплатить их с уплатой процентов (денежной компенсации) в размере и на условиях, предусмотренных действующим трудовым законодательством Российской Федерации.

## 5. РАСТОРЖЕНИЕ КОНТРАКТА

Контракт расторгается с истечением срока его действия, по соглашению сторон, а также в иных случаях, предусмотренных Трудовым кодексом Российской Федерации с учетом особенностей, предусмотренных Федеральным законом «О физической культуре и спорте в Российской Федерации» от 29 апреля 1999г. № 80-ФЗ и локальными нормативными актами, содержащими нормы трудового права, принятыми Клубом.

## 6. РАЗРЕШЕНИЕ СПОРОВ

6.1. Индивидуальные трудовые споры — неурегулированные разногласия между Клубом и Профессиональным хоккеистом — рассматриваются в Арбитражном комитете ФХР и ПХЛ и стороны настоящего контракта соглашаются на исключительную юрисдикцию вышеуказанного Арбитража и обязуются в добровольном порядке исполнить его решение.

При этом Профессиональный хоккеист и Клуб согласны в том, что решения указанного Арбитража признаются во всем мире на основании Нью-Йоркской конвенции 1958 г. «О признании и приведении в исполнение иностранных арбитражных решений».

6.3. Все споры, разногласия или требования, возникшие из настоящего контракта или в связи с ним, в том числе касающиеся его исполнения, нарушения, прекращения или недействительности, подлежат рассмотрению исключительно на основании законодательства Российской Федерации.

6.4. В случае, если Профессиональный хоккеист переходит в любой другой Клуб, включая иностранный Клуб, без письменного разрешения Клуба, то Профессиональный хоккеист соглашается, что решение Арбитражного комитета ФХР и ПХЛ, запрещающее Профессиональному хоккеисту выступать за любой другой Клуб, включая иностранный Клуб, имеет полную силу в России и любой другой стране и Профессиональный хоккеист соглашается не опротестовывать решение Арбитражного комитета, запрещающее Профессиональному хоккеисту выступать за любой другой Клуб, включая иностранный Клуб.

6.5. Клуб и Профессиональный хоккеист соглашаются в том, что услуги, предоставленные Профессиональным хоккеистом по настоящему контракту, уникальны, неоценимы и не могут быть адекватно возмещены

*Клуб_____          Профессиональный хоккеист_____*

Oct 07 2005 10:11AM                                                          p.26
07/10/2005  16:48   +7-095-213-13-04           HC "DYNAMO"           PAGE  21

9

Клубу, поэтому Клуб имеет право на требование и получение через соответствующие инстанции ИИХФ, ФХР, ПХЛ запрещения для Профессионального хоккеиста выступать за любой другой клуб Российской Федерации или любой другой страны. Данные условия никаким образом не ограничивают права Клуба на выставление любых других претензий Профессиональному хоккеисту.

## 7. ОСОБЫЕ УСЛОВИЯ КОНТРАКТА

7.1. Профессиональный хоккеист и Клуб соглашаются в том, что настоящий контракт направляется и регистрируется в ПХЛ в установленном Регламентом проведения соревнований порядке, а также в том, что Профессиональный хоккеист обязан получить освобождение от исполнения обязательств по настоящему контракту, прежде чем он сможет предложить свои хоккейные игровые услуги любому другому Клубу, иным юридическим и физическим лицам в Российской Федерации и за ее пределами.

7.2. Профессиональный хоккеист признает, что несмотря на его собственные уникальные навыки и способности, вклад Клуба в соответствии с данным контрактом, включая, но не только, заработную плату, иные денежные выплаты, использование помещений и оборудования, тренировки, возможность участвовать в соревнованиях в качестве члена команды и предоставленные услуги являются существенной частью в развитии хоккейных навыков и способностей хоккеиста, и что такой вклад является для него ценным в содействии карьере профессионального игрока в хоккей с шайбой.

7.3. В подготовительный и соревновательный периоды руководство Клуба имеет право устанавливать дополнительные разумные правила, регулирующие поведение и подготовку Профессионального хоккеиста, причем эти правила являются частью настоящего контракта в той же мере, как если бы они были включены в него.

7.4. В случае заболевания или несчастного случая Профессиональный хоккеист, если обстоятельства позволяют это сделать, должен немедленно предупредить Главного тренера и врача команды, и в течение 24 часов предоставить медицинское свидетельство, подтверждающее противопоказания занятием хоккеем, и явиться в Клуб для прохождения медицинского обследования под контролем врача Клуба.

7.5. Если Профессиональный хоккеист получает травму в ходе игры, при переездах с командой, командировках от Клуба, а также на тренировочных занятиях, Клуб оплачивает ему в установленном порядке госпитализацию, вплоть до выписки, при условии, что больница и врач определены Клубом.

*Клуб*_____        *Профессиональный хоккеист*

**10**

7.6. Если Профессиональный хоккеист нездоров и не сможет больше играть по причине травмы, полученной в ходе выполнения обязанностей Профессионального хоккеиста, контракт не может быть расторгнут Клубом до восстановления трудоспособности или установления группы инвалидности.

7.7. Клуб вправе ставить вопрос перед ФХР и ПХЛ о дисквалификации и лишении лицензии Профессионального хоккеиста за нарушение условий настоящего контракта и Регламента соревнований. В случае наступления дисквалификации на срок более одного месяца Клуб вправе расторгнуть контракт.

7.8. Клуб имеет право заключить с Профессиональным хоккеистом, которого принимает на работу, ученический договор (применительно к Главе 32 Трудового кодекса РФ).

Данный договор будет являться гражданско-правовым и регулироваться гражданским законодательством.

7.9. Профессиональный хоккеист соглашается с тем, что не имеет права уклониться от заключения ученического договора, так как профессиональное обучение, повышение квалификации, совершенствование мастерства – есть неотъемлемая часть основных обязанностей Профессионального хоккеиста, принятых на себя по настоящему контракту.

7.10. В случае окончательной потери трудоспособности Профессионального хоккеиста по данному виду деятельности в результате исполнения им обязанностей по настоящему контракту, Клуб выплачивает Профессиональному хоккеисту в течение месяца единовременную компенсацию в размере 50% от годовой суммы контракта (суммы заработной платы за соответствующий год), установленной данным контрактом или приложениями к нему.

7.11. В случае смерти Профессионального хоккеиста в результате исполнения им обязанностей по настоящему контракту, Клуб выплачивает его семье в течение месяца единовременную компенсацию в размере полной годовой суммы контракта (сумму заработной платы за соответствующий год), установленной данным контрактом или приложениями к нему.

7.12. Клуб не несет обязательств по лечению, если Профессиональный хоккеист получил травму в результате действий или бездействия, не связанных с его обязанностями и обязательствами как хоккеиста.

## 8. ЗАКЛЮЧИТЕЛЬНЫЕ ПОЛОЖЕНИЯ

8.1. После завершения очередного хоккейного сезона условия настоящего контракта могут быть пересмотрены по обоюдному письменному согласию сторон.

8.2. Профессиональный хоккеист и Клуб признают, что ФХР, ПХЛ

Клуб_____            Профессиональный хоккеист_____

Oct 07 2005 10:19AM                                                P.2
07/18/2005 17:00   +7-095-213-13-04        HQ "DYNAMO"        PAGE 01

# ПРИЛОЖЕНИЕ № 2



Case 1:05-cv-02245-EGS    Document 1-3    Filed 11/18/2005    Page 30 of 101

Oct 07 2005 10:19AM                                                           P.3
    07/10/2005  17:00   +7-095-213-13-04         HC "DYNAMO"            PAGE  02

*Приложение 3*

# КОНТРАКТ ХОККЕИСТА, ПРАВИЛА ПЕРЕХОДОВ,
## АРЕНДЫ И УПЛАТЫ КОМПЕНСАЦИОННЫХ ВЫПЛАТ

### 1.    Контракт хоккеиста.

1.1. Взаимоотношения профессионального хоккеиста с клубом регулируются контрактом. Контракт профессионального хоккеиста заключается на основе трудового законодательства РФ и норм локальных нормативных актов ФХР и ПХЛ.

1.2. Контракт профессионального хоккеиста заключается в письменной форме в соответствии с Типовым контрактом профессионального хоккеиста, утвержденным ПХЛ. Контракты, составленные в форме, отличной от типовой, к регистрации в ПХЛ не принимаются и спорные вопросы по ним не рассматриваются. Контракты, заключенные клубами:
    - для Суперлиги —       до 16 апреля 2004 года,
    - для Высшей лиги —      до 14 мая 2004 года,
имеют легитимную силу, если не противоречат требованиям локальных нормативных актов ФХР и ПХЛ.

1.3. Заключение контракта профессионального хоккеиста с профессиональным хоккейным клубом-чиеном ПХЛ допускается с хоккеистом, достигшим возраста  16 лет. В случаях получения основного общего образования, либо оставления, в соответствии с федеральным законом общеобразовательного учреждения, контракт могут заключать хоккеисты, достигшие возраста 15 лет. С согласия одного из родителей (опекуна, попечителя) и органа опеки и попечительства контракт могут заключать хоккеисты, достигшие возраста 14 лет.

1.4. Хоккеист, имеющий контракт учащегося ДЮСШ, а также выпускник ДЮСШ (контракт которого закончился) обязаны заключить первый контракт профессионального хоккеиста с тем профессиональным хоккейным клубом, в состав которого входит ДЮСШ, которую хоккеист закончил или в которой обучался последний год. При нарушении данного положения, по решению АК ФХР и ПХЛ, хоккеист может быть дисквалифицирован сроком до одного года.

1.5. Первый контракт (срочный трудовой договор) профессионального хоккеиста заключается между Клубом и хоккеистом на срок 5 лет.
    После окончания срока такого контракта Клуб имеет преимущественное право, а хоккеист обязан заключить новый контракт на срок 3 года, если Клуб предложит хоккеисту в письменной форме:
    - 30-ти процентную надбавку к его совокупному доходу за пятый последний год истекающего контракта (для СУПЕРЛИГИ);
    - 10-ти процентную надбавку к его совокупному доходу за пятый последний год истекающего контракта, но не менее 30 000 (Тридцать тысяч) долларов США в год (для ВЫСШЕЙ ЛИГИ).

1.6. Срок действия контракта профессионального хоккеиста должен заканчиваться не позднее 30 апреля.

1.7. С хоккеистом не может быть расторгнут контракт менее чем за десять дней  до начала заявочной или дозаявочной компании.

1.8. Срок действия контракта хоккеиста – гражданина другого государства (легионера)  не может превышать срока действия оформленной на него трансферной карты.

1.9.    Хоккеисты, у которых закончился контракт подразделяются на три категории:
**Категория «1».** Хоккеисты, у которых закончился первый профессиональный контракт сроком на 5 лет, а так же хоккеисты, которые заключили после окончания срока этого контракта следующий 3-х летний контракт.
**Категория «2».** Хоккеисты, у которых закончился второй профессиональный контракт или не достигшие возраста 30 лет.
**Категория «3».** К ней относятся хоккеисты, достигшие возраста 30 лет, необремененные никакими обязательствами по отношению к своему бывшему Клубу, с которым у них был заключен последний контракт. Такие хоккеисты вправе заключить любые контракты по своему усмотрению.

1.10. Клуб имеет преимущественное право на заключение нового контракта с хоккеистами, относящимися к Категории «2». В этом случае в течение 10 дней с момента окончания срока контракта Клуб имеет право предложить в письменной форме этому хоккеисту новый контракт с не менее чем 10% надбавкой, известив об этом в письменной форме ПХЛ.
    Если хоккеист не соглашается на это предложение, он может заключить предварительный контракт (срочный трудовой договор с испытательным сроком в соответствии со ст. 70 и 71 ТК РФ) с любым другим Клубом. Его предыдущий Клуб имеет право повторить условие этого контракта. Если этого не происходит в течение 10 дней, предварительный контракт с новым клубом вступает в действие и имеет силу основного контракта.
    Если хоккеист не получил предложения о надбавке 10% к предыдущему контракту, он автоматически переходит в Категорию «3».



2

1.11. Предварительный контракт по форме должен соответствовать утвержденному типовому контракту ПХЛ, где должна быть указана сумма контракта, либо к контракту должно прилагаться конфиденциальное приложение.

1.12. Клуб, предложивший хоккеисту предварительный контракт (новый Клуб игрока), обязан в 3-х дневный срок направить в предыдущий клуб этого хоккеиста копию предварительного контракта и конфиденциального соглашения и уведомить об этом в письменном виде Комитет по проведению соревнований ПХЛ. С момента получения предыдущим Клубом указанных документов начинается отсчет 10 дней, в течение которых Клуб обязан принять решение.

1.13. Хоккеисты, относящиеся к Категории «2» обязаны урегулировать свои контрактные отношения с Клубом в срок не менее, чем за 10 дней до начала Чемпионата.

1.14. Контракты профессиональных хоккеистов составляются в трех экземплярах, подписываются построчно и регистрируются в ПХЛ. После регистрации один экземпляр хранится в клубе, второй - у хоккеиста, третий - в ПХЛ. Положение данного пункта распространяется также на контракты хоккеистов, переданных в аренду другим клубам.

1.15. При заключении контракта в соответствии с правилами ПХЛ хоккеист регистрируется, вносится в официальный реестр профессиональных хоккеистов и получает лицензию ПХЛ как профессиональный хоккеист.

1.16. Досрочное расторжение контракта допускается исключительно по основаниям, предусмотренным действующим законодательством РФ, локальными нормативными актами ПХЛ и в соответствии с положениями заключенного с хоккеистом контракта.

1.17. До окончания срока действия контракта, переход хоккеиста из клуба в клуб ЗАПРЕЩЕН. Исключение составляют случаи, когда между тремя заинтересованными сторонами (сам хоккеист, его нынешний клуб и его будущий клуб) достигнута договоренность о переходе хоккеиста до окончания срока действия контракта и заключен соответствующий договор о переходе (Соглашение о компенсации за подготовку хоккеиста).

1.18. Хоккеист не имеет права заключать контракты с двумя и более клубами одновременно. Наличие у хоккеиста одновременно двух и более действующих трудовых договоров (контрактов), предыдущих из которых не прекращен в установленном порядке к моменту заключения нового, влечет за собой дисквалификацию хоккеиста сроком до двух лет в соревнованиях, проводимых ПХЛ, по решению АК ФХР и ПХЛ.

1.19. В случае нахождения хоккеиста в клубе на предсезонных просмотровых сборах между ним и хоккейным клубом должен быть оформлен договор на предсезонную подготовку. По окончании предсезонных сборов хоккеист обязан либо заключить контракт профессионального хоккеиста с хоккейным клубом, либо надлежащим образом расторгнуть договор на предсезонную подготовку.

1.20. При дисквалификации хоккеиста контракт с ним может быть расторгнут по решению руководства клуба в одностороннем порядке. Дисквалифицированный хоккеист до истечения срока дисквалификации, либо при ее отмене имеет право заключить контракт с другим клубом, однако не имеет права принимать участия в официальных соревнованиях, проводимых ФХР и ПХЛ.

1.21. Контракт между клубом и хоккеистом, зачисляемым в состав сборной команды России по хоккею, на период нахождения хоккеиста в сборной команде не расторгается.

1.22. Контракт со спортсменом, утратившим трудоспособность в связи с травмой, трудовым увечьем или профессиональным заболеванием, полученным на тренировочных занятиях, учебно-тренировочных сборах, спортивных соревнованиях, не может быть расторгнут по инициативе клуба до восстановления трудоспособности или установления инвалидности хоккеиста и перевода его на пенсию.

1.23. Долгосрочные контракты хоккеистов, переданных в аренду в другой хоккейный клуб, а также контракты хоккеистов, передаваемых в аренду, подлежат обязательной перерегистрации в Комитете по проведению соревнований ПХЛ.

## 2. Переходы хоккеистов

2.1. Правила перехода хоккеистов из одного клуба в другой клуб являются обязательными для всех субъектов, осуществляющих свою деятельность в системе ПХЛ.

2.2. Профессиональный хоккеист, зарегистрированный в ПХЛ, имеет право на переход из одного клуба в другой клуб в следующих случаях:

- по истечении срока действия контракта между хоккеистом и клубом, с учетом требований, предусмотренных настоящим Приложением 5;

- при оформлении досрочного расторжения контракта по взаимной договоренности хоккеиста и клуба;

- при достижении договоренности между двумя клубами (нынешний и будущий) и хоккеистом о его переходе в другой клуб до окончания срока действия контракта.

2.3. В целях упорядочения переходов «хоккеистов-воспитанников ХК» и хоккеистов с действующими контрактами из клуба в клуб, между клубами обязательно заключается «Договор о переходе хоккеиста»

Association of Translators and Interpreters of Ontario
Certified Translator
atio
Mark Vaintroub
2653

3

(Соглашение о компенсации за подготовку хоккеиста) с указанием полной суммы компенсации, точного срока расчетов и разрешения на выступление хоккеиста по указанного срока. После регистрации, по одному экземпляру «Договора о переходе хоккеиста» (Соглашения о компенсации за подготовку хоккеиста) остается в хоккейных клубах, а третий экземпляр хранится в ПХЛ.

2.4. Договор о переходе и аренде хоккеистов (Соглашение о компенсации за подготовку хоккеиста) имеет право подписывать руководитель хоккейного клуба или лицо, уполномоченное руководством клуба.

2.5. Переходы хоккеистов осуществляются в сроки, установленные настоящим Регламентом *(Глава 6 Статья 34)*.

2.6. Клуб, желающий приобрести хоккеиста, имеющего действующий контракт, обязан до начала переговоров с хоккеистом проинформировать в письменном виде его клуб о своем намерении. При нарушении данного положения, по решению АК ФХР и ПХЛ, хоккейный клуб может быть подвергнут денежному штрафу в размере 50 000 (Пятьдесят тысяч) рублей.

2.7. Хоккеист не имеет права появляться на тренировочных занятиях в другом клубе до полного юридического оформления его перехода в соответствии с требованиями настоящего Регламента. Исключение составляют случаи, когда между клубами заключено письменное соглашение о нахождении хоккеиста на просмотровых предсезонных сборах. При нарушении данного положения, по решению АК ФХР и ПХЛ, хоккейный клуб может быть подвергнут денежному штрафу в размере 50 000 (Пятьдесят тысяч) рублей, а хоккеист дисквалифицирован на срок до шести месяцев.

2.8. Хоккеист, самовольно покинувший клуб при наличии действующего контракта, по решению АК ФХР и ПХЛ, может быть дисквалифицирован сроком до одного года.

2.9. Переходы хоккеистов в «армейские» и «динамовские» клубы осуществляются на общих основаниях в соответствии с положениями настоящего Регламента и Статуса хоккеиста. «Армейским» и «динамовским» клубам запрещается включать в заявки на участие в официальных соревнованиях, проводимых ПХЛ, хоккеистов, призванных на воинскую службу, при наличии у них контрактов профессиональных хоккеистов, прекративших свое действие по основаниям, изложенным в п. 1 ст. 83 Трудового кодекса Российской Федерации.

Исключения составляют случаи взаимной договоренности клубов, надлежащим образом оформленные в письменном виде.

2.10. Переходы хоккеистов из клубов других национальных федераций оформляются в соответствии с уставными нормами ИИХФ с обязательным оформлением трансферной карты ИИХФ.

2.11. В случае перехода хоккеиста-легионера из клуба в клуб в системе ПХЛ или возвращения из-за рубежа в один из клубов ПХЛ, на него распространяются все требования *Приложения 3*.

2.12. Хоккейный клуб, получивший компенсацию за хоккеиста от любого клуба ИИХФ или НХЛ теряет на этого хоккеиста все спортивные и финансовые права.

2.13. В случае невыполнения обязательств «Договора о переходе (аренды) хоккеиста» (Соглашения о компенсации за подготовку хоккеиста) одним из хоккейных клубов, запрет на дальнейшее выступление данных хоккеистов осуществляется Комитетом по проведению соревнований ПХЛ не позднее, чем за 24 часа до начала матча.

### 3. Компенсационные выплаты

3.1. Переход хоккеиста из ДЮСШ в профессиональный клуб, оформляется с обязательной оплатой компенсационных выплат за подготовку хоккеиста согласно «СТАТУСА ХОККЕИСТА».

3.2. Допускается переход профессионального хоккеиста из одного профессионального клуба в другой без компенсационных выплат при условии, что между хоккеистом и его клубом достигнута соответствующая договоренность и данное положение отражено в тексте основного контракта, зарегистрированного в ПХЛ.

3.3. В целях упорядочения расчетов между клубами (ДЮСШ) при переходе хоккеистов необходимо придерживаться следующих правил и нормативов:

3.3.1. При переходе выпускника (учащегося) ДЮСШ в профессиональный хоккейный клуб с подписанием первого контракта профессионального хоккеиста, хоккейный клуб обязан произвести оплату компенсационных выплат всем ДЮСШ (клубам), у которых были оформлены договорные взаимоотношения с хоккеистом, начиная с 10 лет. Сумма компенсационных выплат рассчитывается исходя из следующих нормативов:

– 500 у.е. за каждый полный год пребывания учащегося в ДЮСШ (клубе) в возрасте от 10 до 12 лет;
– 1200 у.е. за каждый полный год пребывания учащегося в ДЮСШ (клубе) в возрасте, начиная с 12 лет.

Выплаты производятся пропорционально времени пребывания хоккеиста в ДЮСШ (клубе). Исключение составляют собственные ДЮСШ, находящиеся в структуре клуба, с которым хоккеист подписывает первый контракт профессионального хоккеиста, а также ДЮСШ, получившие ранее компенсационные выплаты.

*Примечание:*
– срок пребывания хоккеиста в ДЮСШ (клубе) исчисляется с календарной даты выхода приказа по ДЮСШ (клубу) о его зачислении;
– сумма компенсационных выплат за неполный год пребывания в ДЮСШ (клубе) рассчитывается по следующей формуле:

$$X = 1200/365 \cdot n, \quad \textit{либо} \quad X = 500/365 \cdot n$$

Association of Translators and Interpreters of Ontario

Certified Translator

atio

Mark Vaintroub

2653

Oct 07 2005 10:21AM    P.6
07/10/2005  17:00   +7-095-213-13-04        HC "DYNAMO"        PAGE  05

*где:*        X — сумма выплат за неполный год;
*n* — количество дней, проведенных хоккеистом в ДЮСШ (клубе)
в неполном году.

3.3.2. При переходе  хоккеиста — воспитанника детско-юношеской спортивной школы из хоккейного клуба, с которым у него был заключен первый профессиональный контракт, этот клуб имеет право на получение компенсационных выплат.
Суммы компенсационных выплат составляют:
– переход хоккеиста внутри *СУПЕРЛИГИ* – до 100 000 у.е.
– переход хоккеиста внутри *ВЫСШЕЙ ЛИГИ* – до 50 000 у.е.
– переход хоккеиста из *ВЫСШЕЙ ЛИГИ* в *СУПЕРЛИГУ* – до 50 000 у.е.
– переход хоккеиста из *ВЫСШЕЙ ЛИГИ* в *СУПЕРЛИГУ* – до 100 000 у.е.

Все остальные переходы хоккеистов, у которых срок действия контракта закончен, осуществляются без компенсационных выплат.

*Примечание:*        Под у.е. понимается рублевый эквивалент одного доллара США, исчисляемый по курсу Центрального Банка РФ на день произведения оплаты;

3.4. Все споры, касающиеся переходов из клуба в клуб хоккеистов и тренеров, должны решаться только в рамках хоккейных инстанций, предусмотренных настоящим Регламентом.
3.5. Если клубы не могут договориться о финансовых условиях перехода хоккеиста, вопрос передается на рассмотрение АК ФХР и ПХЛ. До момента принятия решения АК ФХР и ПХЛ хоккеисту запрещается выступать в официальных соревнованиях, проводимых ФХР и ПХЛ.
3.6. Все конфликтные ситуации и вопросы, связанные с переходами хоккеистов и выходящие за рамки настоящего Регламента, рассматриваются Арбитражным комитетом ФХР и ПХЛ. Решение Арбитражного комитета, вступившее в законную силу, является обязательным для всех клубов ПХЛ.
3.7. Арбитражный комитет ФХР и ПХЛ принимает к рассмотрению все документы, регулирующие отношения «клуб-хоккеист», в т.ч. и не зарегистрированные в ПХЛ.
3.8. Размеры компенсационных выплат, а также сроки и порядок их уплаты оговариваются сторонами в «Договоре о переходе хоккеиста» (Соглашении о компенсации за подготовку хоккеиста). При отсутствии надлежащим образом оформленного «Договора о переходе хоккеиста» (Соглашения о компенсации за подготовку хоккеиста) между клубами, никакие претензии по поводу перехода хоккеиста и уплаты компенсационных выплат АК ФХР и ПХЛ не принимаются и не рассматриваются.
3.9. При несвоевременной оплате компенсационных выплат, по решению АК ФХР и ПХЛ, хоккейный клуб может быть подвергнут денежному штрафу в размере 50 000 (Пятьдесят тысяч) рублей. Кроме этого, хоккеисту может быть запрещено участие в официальных соревнованиях, проводимых ФХР и ПХЛ, до окончания взаиморасчетов между клубами.

**4. Аренда хоккеиста**

4.1. В официальных соревнованиях ПХЛ разрешается временный переход хоккеиста из клуба в клуб (аренда) без расторжения контракта с основным клубом. Разрешается  передавать  в аренду только хоккеистов, родившихся после 31 декабря 1983 года. Максимальное количество арендованных хоккеистов, заявляемых хоккейным клубом на сезон и в течение сезона, а также на каждый отдельный матч, не должно превышать 3 (три) человека.
4.2. Передача хоккеиста в аренду оформляется двусторонним соглашением между хоккейными клубами, составляемым в трех экземплярах, один  из которых  предоставляется в Комитет по проведению соревнований ПХЛ. В данном соглашении оговариваются условия аренды игрока, а также сроки ее начала и окончания.
4.3. В соответствии с договором аренды клуб-владелец хоккеиста имеет право вернуть данного хоккеиста в сроки, оговоренные в *Главе 6 Статье 34* настоящего Регламента, если в договоре аренды есть соответствующая запись.
4.4. В случае, если клубы желают продолжить аренду хоккеиста, соглашение может быть пролонгировано, либо заключено новое.



Association of Translators and Interpreters of Ontario
Certified Translator
atio
Mark Vaintroub
2653

# ПРИЛОЖЕНИЕ № 3



Oct 07 2005 10:21AM                                                                              P.8
07/10/2005 17:00   +7-095-213-13-04        HO "DYNAMO"                         PAGE 07

# РЕГИОНАЛЬНАЯ ОБЩЕСТВЕННАЯ ОРГАНИЗАЦИЯ
## ХОККЕЙНЫЙ КЛУБ «ДИНАМО» МОСКВА
## «DYNAMO» MOSCOW HOCKEY CLUB

№ 100/03                              "16" апреля 2005 г.

Профессиональному хоккеисту
Овечкину А.М..

Копия: Директору ПХЛ
Урюпину Н.Н.

Москва

Уважаемый Александр Михайлович!

В связи с окончанием срока действия «Контракта профессионального хоккеиста» хоккейный клуб «Динамо» Москва предлагает Вам заключить новый «Контракт профессионального хоккеиста», общая сумма финансового вознаграждения которого увеличивается на 30% по сравнению с предыдущим сезоном.

Спортивный Директор
ХК «Динамо» Москва                                          А.Е.Панфилов

125167, Россия, Москва, Ленинградский пр-т, д.36
(095) 213-22-01, Факс (095) 213-13-04
www.dynamo.ru, e-mail info@dynamo.ru

Association of Translators and Interpreters of Ontario
Certified Translator
atio
Mark Vaintroub
2653

Oct 07 2005 10:21AM                                                    p.9
07/10/2005  17:00   +7-095-213-13-04        HC "DYNAMO"        PAGE  08

# ПРИЛОЖЕНИЕ № 4



FROM : HK "AVANGARD" LAW SERVICE    FAX NO. : 8 3812 580260    ИЮН. 30 2005 13:40  P2

# КОНТРАКТ ПРОФЕССИОНАЛЬНОГО ХОККЕИСТА

### Вниманию Профессионального хоккеиста!

Прежде чем подписывать контракт, Вы должны внимательно изучить его, чтобы быть уверенным, что все условия и обязательства, оговоренные ранее, включены в контракт и его содержание и трактовка Вам понятны.

## КОНТРАКТ ПРОФЕССИОНАЛЬНОГО ХОККЕИСТА
### Клуба Суперлиги ПХЛ
### (срочный трудовой договор)

Общество с Ограниченной Ответственностью «Хоккейный Клуб «Авангард» г. Омск, именуемый в дальнейшем «Клуб», в лице Президента Потапова Константина Николаевича, действующего на основании Устава Клуба, с одной стороны, и гражданин Овечкин Александр Михайлович, именуемый в дальнейшем «Профессиональный хоккеист», с другой стороны, руководствуясь достигнутым соглашением, заключили настоящий контракт о нижеследующем:

## 1. ПРЕДМЕТ КОНТРАКТА

1.1. Правовое регулирование и оформление взаимоотношений Профессионального хоккеиста и Клуба.

1.2. Профессиональный хоккеист принимается на работу в Клуб в качестве игрока в хоккей первой команды Клуба, а Клуб обязуется выплачивать Профессиональному хоккеисту заработную плату и обеспечивать условия труда, предусмотренные законодательством о труде, физической культуре и спорте и соглашением сторон. При этом профессиональный хоккеист соглашается с тем, что при снижении уровня мастерства, которое определяется исключительно по заключению Главного тренера или Генерального менеджера, по решению Руководителя Клуба, он может быть переведен для работы во вторую команду Клуба без дополнительного письменного согласия.

1.3. Профессиональный спортсмен и Клуб соглашаются с тем, что трудовые отношения не могут быть установлены на неопределенный срок в связи с характером предстоящей работы и условиями ее выполнения, поэтому заключаемый контракт является срочным.

## 2. СРОК ДЕЙСТВИЯ КОНТРАКТА

[footnote illegible]

Клуб _____    Профессиональный хоккеист _____

Certified Translator
atio
Mark Vaintroub
2653
Association of Translators and Interpreters of Ontario

Oct 07 2005 10:21AM                                                    p.11
07/18/2005  17:00  +7-095-213-13-04      HC "DYNAMO"            PAGE  10

FROM : HK "AVANGARD" LAW SERVICE      FAX NO. : 8 3812 580260      ИЮН. 30 2005 13:40  P3

2.1. Срок действия контракта ____ один ____ ( 1 ) лет/года.²
Начало: 21 июля 2005 года. Окончание: 30 апреля 2006 года.

2.2. По соглашению сторон устанавливается испытание при приеме на работу сроком _____.

2.3. При неудовлетворительном результате испытания Клуб имеет право до истечения срока испытания расторгнуть контракт с хоккеистом, предупредив его об этом в письменной форме не позднее, чем за три дня с указанием причин, послуживших основанием для признания этого хоккеиста не выдержавшим испытание.

2.4. Если срок испытания истек, а Профессиональный хоккеист продолжает работу в соответствии с настоящим контрактом, он считается выдержавшим испытание. Положительный результат испытания, а также надлежащим образом оформленная лицензия Профессионального хоккеиста, выданная ПХЛ, является свидетельством наличия у Профессионального хоккеиста соответствующей профессиональной квалификации, устраивающей Клуб, с учетом того, что в соответствии с п.1.2 настоящего Контракта в дальнейшем устанавливается право Главного тренера, Генерального менеджера, Руководителя Клуба вновь оценивать уровень качества игры Профессионального хоккеиста.

## 3. ОБЯЗАННОСТИ СТОРОН

Профессиональный хоккеист принимает на себя следующие обязательства:

3.1. Предоставить свои исключительные игровые услуги, знания, умение и навыки только Клубу, отработать установленный контрактом срок и не заключать никаких контрактов с другими хоккейными клубами и организациями Российской Федерации и за рубежом на все время действия настоящего контракта.

При этом Профессиональный хоккеист со всей ответственностью заявляет, что на момент подписания настоящего контракта не имеет никаких препятствий (в том числе оформленных в письменной форме) для его заключения и не имеется никаких обстоятельств и документов, которые могут сделать настоящий контракт недействительным после его подписания. Иные контракты и разного рода письменные обязательства с другими хоккейными клубами, организациями и их официальными представителями, как в

¹ срок контракта может превышать пяти лет
² срок испытания не может превышать трех месяцев
Положения данного пункта могут быть изменены по соглашению сторон договора в любое время

Клуб _____    Профессиональный хоккеист _____

FROM : HK "AVANGARD" LAW SERVICE        FAX NO. : 8 3812 500260        ИЮН. 30 2005 13:41    P4

его заключения.

8.3. В части регулирования трудовых отношений контракт вступает в силу с момента его подписания сторонами.
В части регулирования иных отношений, вытекающих из локальных нормативных актов ИИХФ, ФХР и ПХЛ, контракт вступает в силу с момента его регистрации в ПХЛ.

8.4. Контракт составлен в трех экземплярах, которые хранятся по одному у обеих сторон, в ПХЛ, и имеют одинаковую юридическую силу.

После прочтения настоящего контракта Клуб и Игрок соглашаются в том, что все условия и обязательства контракта, а также их трактовки им в полном объеме понятны. Все участники контракта имели полную возможность до его подписания обсудить все условия и обязательства со своими юристами, врачами, агентами, иными представителями и контракт подписывается при свободном волеизъявлении сторон.

**АДРЕСА И ПОДПИСИ СТОРОН:**

**КЛУБ**
Адрес: г. Омск. ул. Декабристов, д.91
ИНН

Президент Клуба
/Потапов К.Ц./

**ПРОФЕССИОНАЛЬНЫЙ ХОККЕИСТ**
Овечкин Александр Михайлович
17 сентября 1985 год - рождения
Паспорт серия 45 01 № 924237, выдан ОВД
Ростокино г. Москвы 30.01.2002 г.
Адрес: г. Москва, ул. Сельскохозяйственная, д.18/4 кв.188

Профессиональный хоккеист:

/Овечкин А.М./

Клуб _____  Профессиональный хоккеист _____

ATIO
Mark Vaintroub
2653
Association of Translators and Interpreters of Ontario
Certified Translator

# ПРИЛОЖЕНИЕ № 5



Конфиденциальное соглашение к Контракту
Профессионального хоккеиста Овечкина А.М.

### Конфиденциальное соглашение между Клубом и Игроком.

г. Омск, Российская Федерация. Настоящее Конфиденциальное соглашение является неотъемлемым письменным соглашением между Клубом и Игроком. Признается неотъемлемой частью (приложением) к Контракту Профессионального хоккеиста, зарегистрированного в Профессиональной Хоккейной Лиге России, в установленном порядке. Заключается с целью дополнения и конкретизации условий вплоть Контракта Профессионального хоккеиста.

НХ       Некоммерческое партнерство «Спортивный клуб «АВАНГАРД» г. Омск, Российская Федерация, являющееся юридическим лицом, в лице Президента Потапова Константина Николаевича, действующего на основании Устава с одной стороны, и

Игрок      Овечкин Александр Михайлович, 17.09.1985 г.р., являющийся Российским хоккеистом, согласно Регламенту официальных российских соревнований по хоккею, с другой стороны,

заключают настоящее Конфиденциальное соглашение (именуется далее по тексту как Соглашение) на следующих существенных условиях:

1.    Все обязанности, изложенные в Соглашении, устраивают обе стороны. Игрок соглашается со всеми обычаями и правилами спортивного оборота Клуба - команды «Авангард» г. Омск. Соглашение заключено с Игроком, целенаправленно, с учетом пожеланий главного тренера команды «Авангард» г. Омск.

2.    Срок Соглашения: с «21» июля 2003 года по «30» апреля 2006 года. Клуб согласен на то, что Игрок имеет право принять предложенный контракт от Клуба НХЛ в любое время до 12 часов ночи (время восточного побережья США) 20 июня 2005 года. Если Игрок решает принять вышепредложенный контракт, Клуб в свою очередь согласен на то, что Игрок имеет право прервать контракт немедленно и обе стороны Клуб и Игрок согласны инициировать контракт и признать его недействительным. В случае инициирования контракта Клуб и Игрок подписывают документ, полностью освобождающий его (Игрока) от всех обязательств перед Клубом. Кроме того, если Игрок решает принять предложенный контракт от Клуба НХЛ и прерывает этот контракт, Клуб соглашается на то, что он (Клуб) не в праве требовать какой-либо компенсации ни от Клуба НХЛ, ни от Игрока, ни от какой-либо организации или человека.

3.    Общая заработная плата Игрока в сезоне 2005-2006 г.г. составляет 1 800 000 (Один миллион восемьсот тысяч) долларов США.

4.    Ежемесячная заработная плата на сезон 2005-2006 гг. составляет 180 000 (Сто восемьдесят тысяч) долларов США, после оплаты налогов и сборов, в течение 10 месяцев, с 21 июля 2005 года по 30 апреля 2006 гг. Выплата заработной платы осуществляется в рублях, эквивалентно вышеуказанным суммам, по курсу ЦБ РФ на дату выплаты, с 25 по 30 число текущего месяца.

До 30 июля 2005 года Игрок получает заработную плату в размере 360 000 (Триста шестьдесят тысяч) долларов США, которая складывается из заработной платы Игрока за июль 2005 года и перенесенной заработной платы Игрока за апрель 2006 года. Условием получения данной выплаты является отсутствие юридического спора по поводу прав на Игрока и его безусловная принадлежность Клубу «Авангард» Омск. Также Клуб выплачивает общекомандные бонусы, согласно Положению о премировании в Клубе.

5.    Данное Соглашение вступает в юридическую силу с 21 июля 2005 года, только в том случае если Игрок не подписывает контракт с Клубом НХЛ «Вашингтон Кэпиталз». Игроку разрешено прибыть в расположение Клуба «Авангард» 21 июля 2005 года.

6.    Клуб признает, что п.4.3 Контракта на Профессионального хоккеиста не распространяется. Клуб соглашается, что не имеет права переводить Игрока во вторую команду Клуба или временно передавать права на Игрока (отдавать в аренду) любому Клубу без письменного согласия Игрока и его Агента.

7.    В случае заключения нового соглашения между НХЛ и Международной Федерацией Хоккея, Клуб признает и согласен на то, что любая компенсация, предоставляемая Клубу, будет действительна только при наличии согласия сторон НХЛ и Международной Федерацией Хоккею.

За Клуб:                                                           Овечкин А.М.

Ген. директор по правовой                   Паспорт: 45 01 924237 от 30.01.20
и спортивной деятельности                   Выдан: ОВД Ростокино г. Москвы

Сигаев Н.О.

Oct 07 2005 10:22AM                                                    p.15
07/10/2005 17:00    +7-095-213-13-04        HC "DYNAMO"        PAGE  14

# ПРИЛОЖЕНИЕ № 6





# РЕГИОНАЛЬНАЯ ОБЩЕСТВЕННАЯ ОРГАНИЗАЦИЯ
## ХОККЕЙНЫЙ КЛУБ «ДИНАМО» МОСКВА
### «DYNAMO» MOSCOW HOCKEY CLUB

№ 149/03                        " 01 "  июля       200 6 г.

Профессиональная
Хоккейная лига России

НП «СК «Авангард»

В соответствии с дополнениями и изменениями в Регламенте официальных соревнований по хоккею в сезоне 2005 - 2006 г.г. Суперлиги и предварительным соглашением НП «СК «Авангард» с хоккеистом А. Овечкиным, РОО Хоккейный клуб «Динамо» Москва подтверждает свое согласие на подписание контракта Профессионального хоккеиста с А. Овечкиным и принимает обязательства по выплате указанной в предварительном соглашении суммы заработной платы.

С уважением,

Президент                                    А.Г. Харчук

НП "СК "Авангард"
Вх. № 101   от
01.07.05

125167, Россия, Москва, Ленинградский пр-т, 36
(095) 213-22-03, факс (095) 213-13-04
www.dynamo.ru, e-mail info@dynamo.ru

Association of Translators and Interpreters of Ontario
Certified Translator
atio
Mark Vaintroub
2653

# ПРИЛОЖЕНИЕ № 7



No



**CAPS NEWS** — CAPITALS

[]
**Capitals Agree to Terms with Alexander Ovechkin**
**First Overall Pick in 2004 Draft Agrees to Three-Year Deal**

WASHINGTON, D.C. – August 5, 2005 – The Washington Capitals today agreed to terms with left wing Alexander Ovechkin (oh-VEHCH-kihn), the first overall selection in the 2004 NHL Entry Draft, on a three-year contract, vice president and general manager George McPhee announced. In keeping with club policy, terms of the deal were not disclosed.

"Alexander is an incredibly gifted young player, and we are excited to have him join our club," said McPhee. "He has been playing at an elite level for several seasons and is ready to prove himself in the NHL. We look forward to having him in a Capitals' uniform for many years. He has an infectious style of play and displays an exciting combination speed, finesse and power."

Last season Ovechkin, 19, played 37 games for Dynamo Moscow of the Russian Super League, recording 13 goals and 13 assists while helping his team to a league championship. Despite missing 23 games while competing in tournaments and recovering from injury, he still ranked among team leaders in goals, assists and points. In 10 playoff games with Dynamo, he tallied two goals and four assists, tying for third on the team in points with six.

The 6'2", 212-pound, Moscow native also represented Russia in several international tournaments during the 2004-05 season, including the World Cup of Hockey, World Championships and World Junior Championships. At the 2005 World Championships in Austria, Ovechkin led the team in goals (5), points (8) and game-winning goals (2) while leading Russia to a third-place finish. During the 2005 World Junior Championships in North Dakota he was named the tournament's top forward. Appearing in six games, he led Russia in goals (7), points (11) and shots (29), helping the team to a second-place finish.

In four seasons with Dynamo Moscow, he has appeared in 152 Russian Super League games, totaling 36 goals and 32 assists for 68 points. He has also appeared in numerous other international tournaments, including the 2003 World Junior Championships, where he won a gold medal with Russia. On July 20 Ovechkin declared he was opting out of his Russian contract with Avangard Omsk in order to join the Capitals.

Alexander Ovechkin
Position: Left Wing
Birthday: Sept. 17, 1985 (Moscow, Russia)
Height: 6-2    Weight: 212    Shoots: Right
Acquired: Capitals' first-round choice, first overall, in the 2004 NHL Entry Draft
Career Statistics:

| Season Year | Team | League | Regular GP | G | A | Pts | PIM | Playoffs GP | G | A | Pts | PIM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2001-02 | Dynamo Moscow | Russia | 22 | 2 | 2 | 4 | 4 | 3 | 0 | 0 | 0 | 0 |
| | Dynamo Moscow 2 | Russia-3 | 19 | 18 | 8 | 26 | 20 | - | | | | |
| | Russia | WJC-18 | | 8 | 14 | 4 | 18 | 0 | 0 | | | |
| 2002-03 | Dynamo Moscow | Russia | 40 | 8 | 7 | 15 | 28 | 5 | 0 | 0 | 0 | |
| | Russia | WJC | | 6 | 6 | 1 | 7 | 4 | | | | |
| | Russia | WJC-18 | | 6 | 9 | 4 | 13 | 6 | | | | |
| 2003-04 | Dynamo Moscow | Russia | 53 | 13 | 10 | 23 | 42 | 3 | 0 | 0 | 2 | |
| | Russia | WJC | | 6 | 5 | 2 | 7 | 29 | | | | |
| | Russia | WC | | 6 | 1 | 1 | 2 | 0 | | | | |
| 2004-05 | Russia | W-Cup | | 2 | 1 | 0 | 1 | 2 | | | | |
| | Dynamo Moscow | Russia | 37 | 13 | 13 | 26 | 32 | 10 | 2 | 4 | 6 | 31 |
| | Russia | WJC | | 6 | 7 | 4 | 11 | 4 | | | | |
| | Russia | WC | | 8 | 5 | 3 | 8 | 4 | | | | |

[]

Association of Translators and Interpreters of Ontario
Certified Translator
atio
Mark Vaintroub
2653

# ПРИЛОЖЕНИЕ № 8



Oct 07 2005 10:23AM                                                              P.20
     07/10/2005 17:00    +7-095-213-13-04         HC "DYNAMO"              PAGE 19

     OT:                      НОМЕР ТЕЛЕФОНА:            16 АВГ. 2005 15:33   СТР1

Федерация хоккея России                Профессиональная хоккейная лига

# АРБИТРАЖНЫЙ КОМИТЕТ

г. Москва                                            «8» августа 2005г.

Арбитражный комитет в составе:      Кукушкина В.В.;
                                    Баринова А.М.;
                                    Яковлева С.Г.;
                                    Козина В.И.;
                                    Овчинниковой Н.А.;
                                    Лукиной М.А.;

при участии: Президента ХК «Динамо» г. Москва Харчука А.Г.

Рассмотрел в открытом заседании 8 августа 2005 года заявление ХК «Авангард» г. Омск по вопросу перехода профессионального хоккеиста Овечкина А.М. из ХК «Динамо» г. Москва в ХК «Авангард» г. Омск.

Арбитражный комитет решил:

1. Заявление ХК «Авангард» г. Омск снять с рассмотрения.
2. Подтвердить право ХК «Динамо» г. Москва на получение компенсационных выплат за хоккеиста Овечкина А.М. как за воспитанника детско-юношеской спортивной школы «Динамо».
3. Рекомендовать Коллегии Суперлиги рассмотреть вопрос о неправомерности деятельности ХК «Авангард» г. Омск.

Кукушкин В.В.

Баринов А.М.

Яковлев С.Г.

Козин В.И.

Овчинникова Н.А.

Лукина М.А.

Association of Translators and Interpreters of Ontario
Certified Translator
atio
Mark Vaintroub
2653

07/18/2005  17:00    +7-095-213-13-04        HC "DYNAMO"              PAGE  28

# ПРИЛОЖЕНИЕ № 9



Oct 07 2005 10:23AM

07/10/2005 17:00   +7-095-213-13-04        HC "DYNAMO"                    PAGE  21

# Выписка из протокола

### заседания Коллегии Суперлиги Профессиональной хоккейной лиги

г. Москва                                               12.04.2005 г.

Коллегия Суперлиги ПХЛ постановила:

1. Утвердить следующие изменения и дополнения в Регламент проведения соревнований на сезон 2005 – 2006 гг.

1.1.   Хоккеисты, у которых закончился контракт, подразделяются на три категории:

**Категория «1».**
Хоккеисты, у которых закончился первый профессиональный контракт сроком на 5 лет, а так же хоккеисты, которые заключили после окончания срока этого контракта следующий 3-х летний контракт.

**Категория «2».**
Хоккеисты, у которых закончился второй профессиональный контракт или не достигшие возраста 30 лет.

**Категория «3».**
К ней относятся хоккеисты, достигшие возраста 30 лет, необремененные никакими обязательствами по отношению к своему бывшему Клубу, с которым у них был заключен последний контракт. Такие хоккеисты вправе заключать любые контракты по своему усмотрению.

1.2.   Первый контракт (срочный трудовой договор) профессионального хоккеиста заключается между Клубом и хоккеистом на срок 5 лет.

После окончания срока такого контракта Клуб имеет преимущественное право, а хоккеист обязан заключить новый контракт на срок 3 года, если Клуб в течение 10 дней предложит хоккеисту 30-ти процентную надбавку к его доходам за пятый последний год истекающего контракта, но не менее 100.000 (Сто тысяч) долларов США в год. Если хоккеист не получил такого предложения о надбавке к предыдущему контракту, он автоматически переходит в категорию «3».

1.3.   Клуб имеет преимущественное право на заключение нового контракта с хоккеистами, относящимися к категории «2». В этом случае в течение 10 дней Клуб имеет право предложить этому хоккеисту новый контракт с не менее чем 10% надбавкой.

Если хоккеист не соглашается на это предложение, он может заключить предварительный контракт с любым другим Клубом. Его предыдущий Клуб имеет право повторить предлагаемые условия этого контракта. Если этого не происходит в течение 10 дней, предварительный контракт с новым клубом вступает в действие и имеет силу основного контракта.

Если хоккеист не получил предложения о надбавке 10% к предыдущему контракту, он автоматически переходит в категорию «3».

Предварительный контракт по форме должен соответствовать утвержденному типовому контракту ПХЛ, где должна быть указана сумма



1

контракта, либо к контракту должно прилагаться конфиденциальное приложение.

Клуб, предложивший хоккеисту предварительный контракт, обязан в 3-х дневный срок направить в предыдущий клуб этого хоккеиста копию предварительного контракта и конфиденциального соглашения и уведомить об этом в письменном виде Комитет по проведению соревнований ПХЛ. С момента получения предыдущим Клубом указанных документов начинается отсчет 10 дней, в течение которых Клуб обязан принять решение.

Хоккеисты, относящиеся к категории «2» обязаны урегулировать свои контрактные отношения с Клубом в срок не менее чем за 10 дней до начала Чемпионата.

**1.4.** В официальный протокол матча вносятся: 18 полевых хоккеистов и 2 вратаря без ограничения в возрасте, а также 2 «молодых» хоккеиста, родившихся после 31 декабря 1985 года. Максимальное количество хоккеистов (включая двух вратарей), заявляемых на матч, не должно превышать 22 человека.

В заявке команды на каждый матч сезона 2006-2007г.г. должно значиться не менее трех хоккеистов-воспитанников собственной (в структуре Клуба), либо состоящей с Клубом в договорных отношениях детско-юношеской спортивной школы. При этом такая школа должна находиться территориально в том субъекте РФ, где официально зарегистрирован Клуб, как юридическое лицо.

Воспитанником такой ДЮСШ считается хоккеист, возраст которого не превышает 22-х лет и который обучался в ней в течение любых трех лет, начиная с 13-летнего возраста.

На сезон 2007-2008г.г. в заявке команды должно значиться не менее четырех таких хоккеистов, возраст которых не будет превышать 23 лет, а на сезон 2008-2009г.г. — не менее шести хоккеистов, возраст которых не будет превышать 24 лет.

**1.5.** С хоккеистом не может быть расторгнут контракт менее чем за десять дней до начала заявочной или дозаявочной компании.

**1.6.** Последний срок дозаявок не может быть установлен позднее 30 декабря.

Хоккеисты могут быть заявлены без каких-либо ограничений за Клубы Высшей лиги согласно установленным там срокам дозаявок.

**1.7.** Переход хоккеиста, контракт которого закончился (надлежащим образом расторгнут), осуществляется без компенсационных выплат, за исключением перехода хоккеиста – воспитанника школы хоккейному клубу, с которым этот хоккеист заключил свой первый профессиональный контракт. В данном случае сумма компенсации устанавливается в размере до 100.000 (Сто тысяч) долларов США.

**1.8.** Утвержденные Коллегией Суперлиги положения настоящего Регламента не могут быть изменены в течение сезона, иначе как в случае единогласно принятого решения всеми членами Коллегии.



1.9.   Матч за третье место не проводится. 3-е место присуждается и бронзовые медали вручаются команде, проигравшей в полуфинале и занявшей место выше в регулярном Чемпионате.

1.10.  Размещение и нанесение рекламы на ледовую поверхность Дворца спорта должно осуществляться только после обязательного согласования планограммы с Комитетом по проведению соревнований ПХЛ.

Голосовали за данное постановление.

Итоги голосования: решение «за» принято единогласно.

Секретарь Коллегии                                          С.Г. Яковлев



# ПРИЛОЖЕНИЕ № 10



**Вниманию руководителей хоккейных клубов Суперлиги и Высшей лиги!**

В связи с поступающими запросами от хоккейных клубов по поводу разъяснений положений действующего Регламента официальных российских соревнований по хоккею, Профессиональная хоккейная лига подготовила комментарий к ряду статей Регламента, который считаем необходимым, довести до вашего сведения.

В первую очередь обращаем Ваше внимание на пункт 1.4. Приложения 3 Регламента, в котором прописаны основные требования к подписанию первого профессионального контракта. В порядке контроля за переходами воспитанников ДЮСШ в дополнение к изложенным в Регламенте требованиям *Клубы должны предоставлять в Комитет по проведению соревнований сведения о хоккеистах, которые по каким-либо причинам отказались от подписания первого профессионального контракта, либо отказались подписывать не на 5 лет.*

По пункту 1.5. Приложения 3 Регламента: «Первый контракт (срочный трудовой договор) профессионального хоккеиста заключается между Клубом и хоккеистом на срок 5 лет.

После окончания срока такого контракта Клуб имеет преимущественное право, а хоккеист обязан заключить новый контракт на срок 3 года, если Клуб предложит хоккеисту в письменной форме:
  - 30-ти процентную надбавку к его совокупному доходу за пятый последний год истекающего контракта (для СУПЕРЛИГИ);
  - 10-ти процентную надбавку к его совокупному доходу за пятый последний год истекающего контракта, но не менее 30 000 (Тридцать тысяч) долларов США в год (для ВЫСШЕЙ ЛИГИ)».

Комментарий к данному пункту: Клуб имеет возможность воспользоваться преимущественным правом продления в *течение десяти дней с момента окончания срока действия предыдущего контракта.*

*Клуб должен предоставить в Комитет по проведению соревнований сведения о хоккеистах, которые отказались после получения соответствующих предложений от заключения нового контракта на срок 3 года, либо потребовали подписать контракт менее чем на 3 года.*

В пункте 1.7. приложения 3 Регламента допущена опечатка, представляем следующую редакцию данного пункта:
«С хоккеистом не может быть расторгнут контракт менее чем за десять дней до *окончания* заявочной или дозаявочной компании».
Первый этап заявки – Суперлига   - до 25.08.2005г.
                          Высшая лига   - до 06.09.2005г.



Oct 07 2005 10:24AM                                                                P.27

07/10/2005 17:08    +7-095-213-13-04           HC "DYNAMO"                PAGE 26

По пункту 3.3.2. Приложения 3 Регламента: «При переходе хоккеиста — воспитанника детско-юношеской спортивной школы из хоккейного клуба, с которым у него был заключен первый профессиональный контракт, этот клуб имеет право на получение компенсационных выплат.

Суммы компенсационных выплат составляют:

– переход хоккеиста внутри **СУПЕРЛИГИ** – до 100 000 у.е.

– переход хоккеиста внутри **ВЫСШЕЙ ЛИГИ** – до 50 000 у.е.

– переход хоккеиста из **СУПЕРЛИГИ** в **ВЫСШУЮ ЛИГУ** – до 50 000 у.е.

– переход хоккеиста из **ВЫСШЕЙ ЛИГИ** в **СУПЕРЛИГУ** – до 100 000 у.е.

Все остальные переходы хоккеистов, у которых срок действия контракта закончен, осуществляются без компенсационных выплат».

Комментарий к данному пункту: Хоккейный клуб имеет право на получение компенсационных выплат за хоккеиста - воспитанника ДЮСШ при *первом* переходе его в другой клуб. В остальных случаях хоккейный клуб утрачивает право на получение компенсационных выплат, даже если хоккеист первый раз переходил в другой клуб без компенсационных выплат.



ENGLISH TRANSLATION

**REGIONAL NONPROFIT ORGANIZATION "DYNAMO" MOSCOW HOCKEY CLUB**

Reg. № 227/03
October 6, 2005

Nonprofit partnership
Professional Hockey League

Received on 6 October 2005, 17:08
/signature/

October 6, 2005
Arbitration Committee of the Russian Ice Hockey Federation
and the Professional Hockey League
119992, Moscow, 8, Luznetskaya Naberezhnaya

## STATEMENT OF CLAIM

According to the Regulations of the Arbitration Committee of the Russian Ice Hockey Federation and the Professional Hockey League (hereinafter the Regulations of the AC of the RIHF and the PHL), the hockey club Dynamo Moscow (hereinafter Dynamo) is submitting the present statement of claim regarding initiating an arbitration proceeding of Dynamo against Ovechkin based on Article 6 of the PHL Standard Player's Contract between Ovechkin and Dynamo.

According to Article 11 of the Regulations, Dynamo is demanding with due respect that the present claim be considered no later than 10 (ten) days after its submission. According to Article 10 of the Regulations, along with its statement of claim to the AC of the RIHF and the PHL, Dynamo also submitted a receipt confirming the payment of the processing fee in the amount of 10,000 (ten thousand) rubles transferred to the account of the PHL.

**REASONS FOR CLAIM**
1. Dynamo is a hockey club and a member of the PHL.
2. Alexander Mikhailovich Ovechkin is a Russian citizen born on 17 September 1985 and registered at the following address: Moscow, 18 Selskokhozyastvennaya Street, Building 4, Apt. 188. Ovechkin's working address is: c/o Washington Capitals, Market Square North, 401 9th Street NW, Suite 750, Washington, DC 20004, Fax: 202-266-2250.
3. It is universally recognized that Ovechkin is a rising star of Russian hockey and a player of a unique talent. He is a product of the Dynamo youth program and a player on the Russian national hockey team. Ovechkin was selected by the NHL club Washington Capitals (hereinafter Washington) as a top pick in the 2004 draft.
4. Ovechkin played for Dynamo in the 2004-2005 season pursuant to the contract between Dynamo and Ovechkin, which commenced on July 1, 2004, and ended on April 30, 2005 (see Attachment 1).
5. On 26 April 2005, according to the PHL regulations entitled "Contract of a Hockey Player, Rules of Transfers, Lease and Compensation Payments" (see Attachment 2), Dynamo offered Ovechkin a new agreement with a 30% increase of the total amount of compensation as compared with the 2004-2005 season (see Attachment 3).
6. On June 30, 2005, Avangard Omsk (hereinafter "Avangard") and Ovechkin signed a preliminary contract, which consisted of a standard professional player's contract (see

Attachment 4) and confidential agreement (see Attachment 5) and forwarded them to the PHL and Dynamo.

7. Besides the other terms and conditions, Avangard agreed in the confidential agreement that "…the player may accept a proposed contract from an NHL club at any time until midnight U.S. eastern zone on July 20, 2005. If the player decides to accept the contract agreed to above, the club in turn agrees that the player has the right to terminate the contract immediately and both parties (the Club and player) agree to annul the contract and accept it as void." (see Attachment 5, par. 2).

8. On July 1, 2005, Dynamo agreed to sign the contract with Ovechkin matching the financial conditions of Avangard's contract in accordance with Attachment 2 (see Attachment 6).

9. In the press release dated August 5, 2005, Washington declared that on August 5, 2005 it reached an agreement for a 3-year contract between the club and Ovechkin starting in the 2005-2006 season (see Attachment 7). The NHL 2005-2006 season started on October 5, 2005. Ovechkin started to play for Washington on the same date.

10. On August 8, 2005, the AC of the RIHF and the PHL considered the claim of Avangard, in which the club questioned the fulfillment of contract terms and conditions by Dynamo in the 2004-2005 season. The same day, the AC of the RIHF and the PHL ruled to reject Avangard's claim and dismiss the claim from consideration (see Attachment 8).

11. Despite Dynamo's demands, the NHL and Washington refused to annul the contract between Washington and Ovechkin thus ignoring Dynamo's rights.

12. Dynamo at present has a valid contract with Ovechkin based on the following grounds.

- First, Dynamo has offered to Ovechkin in a timely manner a new contract with a 30% increase of the total amount of compensation, thus reserving the matching rights with respect to signing the contract with Ovechkin.

- Second, Dynamo in a timely manner has agreed to match the financial conditions of the preliminary contract between Avangard and Ovechkin.

- Third, the term of the confidential agreement between Avangard and Ovechkin regarding termination of the contract in the event of Ovechkin accepting a contract with an NHL club, do not apply to Dynamo since according to the minutes of the meeting of the Board of the PHL Super league dated April 12, 2005 (see Attachment 9) and interpretive instructions of the PHL (see Attachment 10), in paragraph 1.10 of the "Contract of a Player, Rules of Transfers, Lease and Compensation Payments", the provision that "the former club may match the conditions of this contract" shall mean the <u>financial</u> conditions.

- Fourth, even if the condition regarding termination of the contract between Avangard and Ovechkin had applied to Dynamo, it may not form the basis for termination of a contract between Dynamo and Ovechkin due to the fact that Ovechkin and Washington agreed to enter into a contract on August 5, 2005, whereas, according to the condition for termination of the contract, Ovechkin could terminate the contract in the event of accepting a contract with an NHL club <u>before July 21, 2005</u>.

13. Accordingly, by signing the contract with Washington, Ovechkin has openly breached his obligations under his existing contract with Dynamo.

## DYNAMO'S ARBITRATION DEMANDS

Based on the above, Dynamo is demanding with due respect that the present claim be considered urgent and the following decision be made:

1. Confirmation that the contract between Dynamo and Ovechkin for the 2005-2006 season is in full force and effect.

2. A declaration that Ovechkin is in breach of his contract with Dynamo for the 2005-2006 season.

3. Considering the undisputed unique talent of Ovechkin, the loss of the whose services cannot be adequately compensated to Dynamo, which results in Dynamo suffering considerable damages, Dynamo is duly demanding that the AC of the RIHF and the PHL ban Ovechkin from playing in the 2005-2006 season for any club other than Dynamo and that this decision shall become effective immediately according to paragraph 22 of the Regulations of the AC of the RIHF and the PHL.

Sincerely,
/signature/

A. G. Kharchuk
President



# SUPPLEMENT 1



# STANDARD PLAYER'S CONTRACT
## IMPORTANT NOTICE TO PLAYER

Before signing this Contract, you should carefully examine it to be sure that all terms and conditions agreed upon have been included herein, and you understand its content and interpretation.

### PROFESSIONAL PLAYER'S CONTRACT
### SUPER LEAGUE OF THE PHL HOCKEY CLUB
#### Fixed Term Employment Contract

Regional nonprofit organization hockey club Dynamo Moscow (hereinafter Club) represented by Anatoly Georgievich Kharchuk, the president, acting on the basis of the Statute, on the one part, and Alexander Mikhailovich Ovechkin (hereinafter Professional Player), on the other part, concluded the present agreement as follows:

## 1. SUBJECT OF THE CONTRACT
1.1. Legal regulation and execution of the relations between the Professional Player (PP) and Club (C).

1.2. The (PP) is hereby employed by the (C) in the capacity of a skilled hockey Player of the first hockey team and the (C) undertakes to pay the (PP) his salary and guarantees the terms and conditions of labor as set by the legislation on labor, physical culture and sports and mutual agreement. At the same time the (PP) agrees that in the event of reduction of skills, which can only be assessed by the Head Coach or the General Manager and upon the decision of the Head of the Club, he may be transferred to team № 2 of the Club without additional written agreement.

1.3. (PP) and (C) agree that the term of the labor relations cannot be indefinite due to the character of the upcoming work and its conditions. Thus the present contract becomes a fixed-term labor contract.[1]

## 2. TERM OF THE CONTRACT
2.1. The present contract is valid for 1 year.
Commencement date: July 1, 2004
Expiration date: April 30, 2005

2.2. If agreed by the parties, there may be a probation period for _____.[2]

2.3. In the event the results of the probation period are unsuccessful, the Club may terminate the agreement with the Player prior to the expiration of the contract term, notifying the player in writing at least 3 days prior to termination. The Club must specify the reasons and grounds to consider the player failing the probation period.

2.4. If the probation period has expired and the (PP) continues working pursuant to the present contract, he is considered to have passed the probation period successfully. The successful result of the probation period and a duly registered licence of a (PP) issued by the Professional

---

[1] Contract can be signed by individuals of 16 years and older.
In the event of General Secondary Education, the contract can be signed by individuals of 15 years and older.
[2] The term of the Contract cannot exceed five years.

Club _____        Professional Player /signature/

Hockey League serve as evidence of the professional qualification that suits the Club. At the same time, in the future, the Head coach as well as the General Manager and the Head of the Club may assess the skills of the Professional Player.

## 3. LEGAL OBLIGATIONS OF THE PARTIES

The Professional Player undertakes the following:

3.1. To give his exclusive playing services, knowledge and skills only to the Club; to complete his contract term and not to enter into other agreements with other hockey clubs and organizations in the Russian Federation and abroad for the whole term of the contract.

In doing so, the Professional player confirms that upon signing, there are no obstacles (including those in writing) that will preclude him from signing the present contract. He also confirms that there are no conditions or documents that will make the present contract void after it has been signed. The Professional Player may enter into any other contracts and sign various written obligations with other clubs, hockey organizations and their representatives in Russia or abroad only upon release from his obligations herein.

The Professional Player also agrees and guarantees that he is not banned from playing in any National Federation (Association) or League; that he fully met the obligations committed to the former club and that there are no reasons for the National Federation (Association) not to issue him a transfer card or a work permit.

3.2. Not to play for any other team and not to participate in any other sport without the written consent of the Club.

3.3. To faithfully follow the rules and the code of the Club, Russian Ice Hockey Federation, International Ice Hockey Federation and provisions of the present contract including the rules of transfer to other Russian or foreign clubs and decisions of the competent bodies of the RIHF and the PHL regarding various disputes; to be legally bound by the PHL and the RIHF Tournament Regulations; to follow the local statutory acts containing provisions of labor law passed by the club as the Player's employer.

3.4. To participate in the official PHL tournaments only upon availability of the Professional Player's Licence. The rules of licencing as well as the legal consequences of its absence are governed by a special local statutory act of the PHL.

3.5. To play hockey for the Club in all hockey games, including exhibition games, All Star Games and International Hockey Games for its country, for which he was invited in the prescribed order.

3.6. Not to employ services of representatives (agents) non-licenced by the PHL.

3.7. To follow all requirements of the Club management and coaches with respect to professional training and game practice; to keep himself in excellent physical condition and not to participate in any athletic sports or training if this may impair or endanger the Player's physical condition or otherwise effect his ability to play hockey.

3.8. Not to violate conditions stipulated in any insurance policy on behalf of the Professional Player or the Club; not to be engaged in any activity or occupation that may lead to the Player's exhaustion.

Club _____          Professional Player /signature/

3.9. To participate in travel with his team around the country and abroad, unconditionally accept all routs and means of transportation offered by the Club.

3.10. To provide service to another club due to changes in organization of the team play of the Club without termination of this Contract in the event the Player's services are loaned by another club.

3.11. To be constantly in optimal shape during the whole season and be ready to play in all games of the Club.

3.12. In order that the Player shall be fit and in proper condition for the performance of his duties as required by this Contract, the Player shall report for practice at such day and time as the team management may designate.

3.13. To undergo in all medical examination and rehabilitation measures arranged by the Club.

3.14. To conduct himself on and off the rink according to the highest standards of honesty, morality, fair play and sportsmanship, and to refrain from conduct detrimental to the best interests of the Club, the RIHF and the PHL or professional hockey generally.

3.15. To continue his practice on a regular basis if he temporarily cannot participate in games or if he is temporarily suspended.

3.16. Not to take any drug, anabolic, potent or doping agents or food supplements without the Club physician's preliminary written permission. The Professional Player hereby agrees that he shall compensate for all damages caused to the Club if his suspension was a result of taking any medical agents of food supplements without the Club physician's preliminary written permission or if his health condition deteriorated as a result of taking such medical agents of food supplements. Further, in the event of the Professional Player's suspension or deterioration of his health condition confirmed by a medical certificate, the Club may terminate the present Contract based on paragraph 3, Article 81 of the Labor Code of the Russian Federation.

3.17. To keep confidential during the whole contract term and 5 years after its termination the following information that becomes known to the Player during his employment with the Club:
- All the special and legal documents including accounting and statistical;
- The information related to financial operations of the Club and its business partners;
- The information related to performing his own duties including the amount of his compensation;
- The information related to the activities of the Club and its business partners and their commercial, legal, scientific research, which are the property of the Club.

3.18. Not to accept from any person or organization directly or through his relatives and agents, any bonus or anything of value for winning or otherwise attempting to affect the outcome of any particular game or series of games, which fact should be immediately reported to the Chief Coach, Manager or Head of the Club.

3.19. Not to enter into any sponsorship, promotion or advertising contracts independently or through third parties.

Club _____     Professional Player /signature/

3.20. To grant to the Club during the period of this Contract all rights to make use of any images of him and his name for advertising purposes unless otherwise specified by a separate agreement.

3.21. The Professional Player and his parents, his guardian or trustee declare and agree that if required, they shall fulfill all demands of the Club and/or Court and shall sign all documents and shall report themselves to the corresponding Russian court to declare the Professional Player emancipated. They also declare that they are acting according to the Player's wish and their free will and that before signing the Contract, they had a chance to discuss all terms and conditions with attorneys, psychologists, personal representatives and agents.

3.22. To refrain during the term of the Contract (including the possibility of its extension) in his public and private appearances from criticizing the Club, its officers and other Professional Players working at the same Club.

3.23. Not to violate the Club's intellectual property rights.


**The Club undertakes the following:**
3.24. To observe the law and other legal acts including local, terms and conditions of the present Contract.

3.25. To create all conditions for the Player to successfully fulfill his professional duties.

3.26. To pay the Professional Player in a timely manner and in full his salary according to the Club payment system and the present Contract. During any period of temporary disability, the Professional Player shall be entitled to a benefit in the amount and on terms stipulated by the present legislation of the Russian Federation.

3.27. To grant the Professional Player his annual paid vacation leave (28 calendar days). The vacation allowance is paid out not later than 3 days before the beginning of vacation.[4] The Professional Player is granted his annual additional vacation leave (3 days).

3.28. To provide the professional Player with labor conditions meeting the safety and hygiene requirements; to provide sportswear and gear as required by the Club standards.

3.29. To secure sufficient living and nutritional conditions during the training and game periods when the Player is away from his permanent place of living.

3.30. To ensure the mandatory medical and social insurance in the event of disability, age and other cases prescribed by law.

3.31. Upon entering into the Contract, the Club shall within 1 week conduct a full medical examination of the Professional Player in order to determine his ability to perform his future work. Upon completion of the medical examination, the medical certificate is prepared regarding the health condition of the Professional Player. The actual permit for the Professional Player to work after signing the Contract is the confirmation that the Player is in good health upon signing the Contract, has undergone complete medical examination at the Club and is ready to fulfill the Contract terms and conditions.

---

[4] The vacation leave of a Professional Player under 18 years of age is 31 calendar days.


Club _____          Professional Player /signature/

3.32. Being the tax agent of the Professional Player, the Club undertakes in a timely manner and according to the Russian legislation to calculate, withhold and transfer all taxes and duties to the corresponding budgets; to acknowledge the Professional Player with the documents of the IIHF, RIHF, PHL and the Club, to which there is a reference in the present Contract and the insurance policies related to the Player; to provide the Player with their copies upon his written request and to provide all following amendments to the named documents without exception.

3.33. The Club shall release the Player without any compensation demand and without the loss of his salary or benefits to practice and play for the national team in any international tournaments if the Player is invited by the RIHF to represent his country in accordance with the rules of the RIHF and the IIHF. However, the Club may refuse to release the Player to play for the National Team as specified by the RIHF and the IIHF Rules if the Player is considered disabled according to the decision of the independent medical Board.

## 4. THE AMOUNT OF THE CONTRACT

4.1. The Club hereby agrees, subject to the execution of the contract obligations, to pay the Player a salary of _____. The salary shall be paid in consecutive semi-monthly installments on the days specified by the Club administration[5].

4.2. The Club may pay bonuses to the Professional Player subject to his level of performance estimated by the Head Coach. Payment of such bonuses shall be made at the discretion of the Head of the Club in addition to the main salary paid out pursuant to Article 4.1 of the present Contract.

4.3. If the Player is loaned to another club without termination of this Contract, the Player shall receive compensation not less than _____% of the salary specified in Article 4.1 of the present Contract. The source of payments is determined by the Club.

4.4. Upon signing the Contract, the Player shall receive a lump sum in the amount of _____.

4.5. If the present Contract is terminated by the Club prior to its expiration, the Player shall be entitled to 25% of the remaining unpaid salary regardless of further employment of the Player.

4.6. If the Club defaults in the payment of the Player's salary, vacation, severance or other payments that the Player is entitled to, then the Club shall pay the above amounts with such interest and on such terms and conditions, as specified by the present Russian Labor Law.

## 5. TERMINATION OF THE CONTRACT

The contract is considered terminated upon its expiration, mutual agreement of the parties and other cases stipulated by the Labor Code of the Russian Federation subject to particulars specified in Federal Law № 80-ФЗ On Physical Culture and Sports in the Russian Federation dated April 29, 1999, and local regulatory documents containing standards of labor law passed by the Club.

## 6. DISPUTES

6.1. All individual labor disputes (unadjusted differences between the Club and the Professional Player) shall be considered by the Arbitration Committee of the RIHF and the PHL and the

---

[5] The amount and terms of payment of salary as well as the whole system of compensation of the Professional Player may be subject to a supplement to the present contract.

Club _____    Professional Player /signature/



parties agree to the exclusive jurisdiction of the Arbitration Committee; the parties also agree that they shall abide by the terms of the awards of the Arbitration Committee. By doing so, the Professional Player and the Club agree that the decisions of the Arbitration Committee shall be recognized worldwide pursuant to the Convention on the Recognition and Enforcement of Foreign Arbitral Awards, New York, 1958.

6.3. All contractual disputes, differences or demands including those related to its execution, breach, termination or invalidity, are considered exclusively on the basis of the Russian Federation legislation.

6.4. If the Professional Player is transferred to any other club including a foreign one without the written consent of his Club, the Professional Player agrees that the Arbitration Committee award, banning the Professional Player from playing for any other club including a foreign club, shall become mandatory in Russia and in any foreign country and the Professional Player agrees not to appeal the Arbitration Committee award banning the Professional Player from playing for any other club including a foreign club.

6.5. The Club and the Professional Player agree that the services provided by the Player are of a unique character, the loss of which cannot be adequately compensated to the Club. The Player therefore agrees that the Club shall have the right through the IIHF, RIHF and the PHL to enjoin him from playing for any other club in the Russian Federation or any other country. The present conditions by no means limit the rights of the Club with respect to submitting any other claims against the Professional Player.

## 7. SPECIAL CONDITIONS

7.1. The Professional Player and the Club agree that the present Contract must be registered with the PHL in accordance with the Tournament regulations. They also agree that the Professional Player shall be released from his present contractual obligations before he may offer his service as a Professional Player to any other club, other legal entities or individuals in the Russian Federation or abroad.

7.2. The Professional Player agrees that despite his own unique knowledge and skills, the Club's contribution pursuant to this Contract including but not limited to salary and other monetary compensations, use of premises and equipment, training, participation in tournaments as a team member and other services provided by the Club, become an essential and integral part in the development of the Player's skills and abilities and that such contribution is valuable in his career of a professional hockey player.

7.3. The Club may from time to time during the training and tournament periods establish reasonable rules governing the conduct and conditioning of the Player, and such reasonable rules shall form part of this Contract as fully as if herein written.

7.4. Should the Player become sick or get into an accident, he, circumstances permitting, shall immediately inform the Head Coach and the Club's physician and within 24 hours provide a medical certificate confirming contraindications to play hockey and also submit himself to the Club for medical examination by the Club's physician.

7.5. If the Player is injured during the course of his employment as a hockey Player with the Club, including travel with his team, the Club will pay the Player's reasonable hospitalization

Club _____        Professional Player /signature/

until discharged from the hospital, provided that the hospital and doctor are approved by the Club.

7.6. If the Player is disabled and unable to perform his duties as a hockey Player by reason of an injury sustained during the course of his employment as a hockey Player, the present Contract may not be terminated by the Club until the Player's rehabilitation or determination of a disability group.

7.7. The Club may request that the Professional Player be disqualified and his licence suspended for the violation of the Contract terms and the Tournament Regulations. The Club may terminate the Contract if the Player is disqualified for a period of more than a month.

7.8. The Club may sign an Apprenticeship Agreement with the Professional Player hired by the Club (as per Article 32 of the Russian Federation Labor Law). This shall be a civil agreement and it shall be governed by the civil legislation.

7.9. The Professional Player agrees that he may not refuse the apprenticeship agreement due to the fact that apprenticeship training and skills improvement become an integral part of the main duties of the Professional Player under this Contract.

7.10. If the Player is permanently disabled and unable to perform his duties as a hockey Player by reason of an injury sustained during the course of his employment as a hockey Player, the Club shall pay the Professional Player within a month a lump sum compensation equal to 50% of the annual Contract amount (total annual amount of salary) stipulated by the Contract or a supplement to the Contract.

7.11. If the Player dies by reason of an injury sustained during the course of his employment as a hockey Player, the Club shall pay the Professional Player's family within a month a lump sum compensation equal to the annual Contract amount (total annual amount of salary) stipulated by the Contract or a supplement to the Contract.

7.12. The Club will not be held liable for the Player's treatment, if the Player is injured due to act or omission not related to his duties as a hockey player.

8. FINAL PROVISIONS

8.1. The terms and conditions of the present Contract can be reviewed upon the end of the hockey season by mutual agreement of the parties.

8.2. The Professional Player and Club agree that the RIHF, PHL and the IIHF recognize the present provisions of the Contract. The professional Player agrees and declares that he had an opportunity to study the documents specified in Articles 3.3 and 3.29 of the present Contract before signing.

8.3. With regards to the labor relations, the Contract comes into effect from the moment it is signed. With regards to other relations associated with the local regulatory documents of the IIHF, RIHF and the PHL, the Contract comes into effect from the moment of its registration with the PHL.

Having read the present Contract, the Club and the Player agree that all the terms and obligations of the Contract as well as their interpretation are clear to them. All parties to this Contract had an opportunity to discuss all terms and obligations with their attorneys, physicians, agents and other representatives and the Contract is signed of their own free will.

Club _____     Professional Player /signature/

ADDRESSES AND SIGNATURES

CLUB
125167, Moscow, 36 Leningradsky Prospekt
INN: _____

A. G. Kharchuk, President
/signature/

PROFESSIONAL PLAYER
Alexander Mikhailovich Ovechkin
DOB: September 17, 1985
Passport: 45 01 924237 issued by Rostokino Department of the Interior, City of Moscow
        on 30.01.2002
Address: Moscow, 18 Selskokhozyasvennaya Street, Building 4, Apt. 188
/signature/

Club _____        Professional Player /signature/



**STANDARD PLAYER'S CONTRACT**
IMPORTANT NOTICE TO PLAYER

Before signing this Contract, you should carefully examine it to be sure that all terms and conditions agreed upon have been included herein, and you understand its content and interpretation.

**PROFESSIONAL PLAYER'S CONTRACT**
**SUPER LEAGUE OF THE PHL HOCKEY CLUB**
Fixed Term Employment Contract

Regional nonprofit organization hockey club Dynamo Moscow (hereinafter Club) represented by Anatoly Georgievich Kharchuk, the president, acting on the basis of the Statute, on the one part, and _____ (hereinafter Professional Player), on the other part, concluded the present agreement as follows:

**1. SUBJECT OF THE CONTRACT**
1.1. Legal regulation and execution of the relations between the Professional Player (PP) and Club (C).

1.2. The (PP) is hereby employed by the (C) in the capacity of a skilled hockey Player of the first hockey team and the (C) undertakes to pay the (PP) his salary and guarantees the terms and conditions of labor as set by the legislation on labor, physical culture and sports and mutual agreement. At the same time the (PP) agrees that in the event of reduction of skills, which can only be assessed by the Head Coach or the General Manager and upon the decision of the Head of the Club, he may be transferred to team № 2 of the Club without additional written agreement.

1.3. (PP) and (C) agree that the term of the labor relations cannot be indefinite due to the character of the upcoming work and its conditions. Thus the present contract becomes a fixed-term labor contract.[1]

**2. TERM OF THE CONTRACT**
2.1. The present contract is valid for _____ year(s).
Commencement date: July 21, 2005
Expiration date: April 30, 2006

2.2. If agreed by the parties, there may be a probation period for _____.[2]

2.3. In the event the results of the probation period are unsuccessful, the Club may terminate the agreement with the Player prior to the expiration of the contract term, notifying the player in writing at least 3 days prior to termination. The Club must specify the reasons and grounds to consider the player failing the probation period.

2.4. If the probation period has expired and the (PP) continues working pursuant to the present contract, he is considered to have passed the probation period successfully. The successful result of the probation period and a duly registered licence of a (PP) issued by the Professional

---

[1] Contract can be signed by individuals of 16 years and older.
In the event of General Secondary Education, the contract can be signed by individuals of 15 years and older.
[2] The term of the Contract cannot exceed five years.

Club _____        Professional Player _____

Hockey League serve as evidence of the professional qualification that suits the Club. At the same time, in the future, the Head coach as well as the General Manager and the Head of the Club may assess the skills of the Professional Player (Article 1.2 of the present Contract).

## 3. LEGAL OBLIGATIONS OF THE PARTIES

The Professional Player undertakes the following:

3.1. To give his exclusive playing services, knowledge and skills only to the Club; to complete his contract term and not to enter into other agreements with other hockey clubs and organizations in the Russian Federation and abroad for the whole term of the contract.

In doing so, the Professional player confirms that upon signing, there are no obstacles (including those in writing) that will preclude him from signing the present contract. He also confirms that there are no conditions or documents that will make the present contract void after it has been signed. The Professional Player may enter into any other contracts and sign various written obligations with other clubs, hockey organizations and their representatives in Russia or abroad only upon release from his obligations herein.

The Professional Player also agrees and guarantees that he is not banned from playing in any National Federation (Association) or League; that he fully met the obligations committed to the former club and that there are no reasons for the National Federation (Association) not to issue him a transfer card or a work permit.

3.2. Not to play for any other team and not to participate in any other sport without the written consent of the Club.

3.3. To faithfully follow the rules and the code of the Club, Russian Ice Hockey Federation, International Ice Hockey Federation and provisions of the present contract including the rules of transfer to other Russian or foreign clubs and decisions of the competent bodies of the RIHF and the PHL regarding various disputes; to be legally bound by the PHL and the RIHF Tournament Regulations; to follow the local statutory acts containing provisions of labor law passed by the club as the Player's employer.

3.4. To participate in the official PHL tournaments only upon availability of the Professional Player's Licence. The rules of licencing as well as the legal consequences of its absence are governed by a special local statutory act of the PHL.

3.5. To play hockey for the Club in all hockey games, including exhibition games, All Star Games and International Hockey Games for its country, for which he was invited in the prescribed order.

3.6. Not to employ services of representatives (agents) non-licenced by the PHL.

3.7. To follow all requirements of the Club management and coaches with respect to professional training and game practice; to keep himself in excellent physical condition and not to participate in any athletic sports or training if this may impair or endanger the Player's physical condition or otherwise effect his ablity to play hockey.

3.8. Not to violate conditions stipulated in any insurance policy on behalf of the Professional Player or the Club; not to be engaged in any activity or occupation that may lead to the Player's exhaustion.

Club _____          Professional Player _____

3.9. To participate in travel with his team around the country and abroad, unconditionally accept all routs and means of transportation offered by the Club.

3.10. To provide service to another club due to changes in organization of the team play of the Club without termination of this Contract in the event the Player's services are loaned by another club.

3.11. To be constantly in optimal shape during the whole season and be ready to play in all games of the Club.

3.12. In order that the Player shall be fit and in proper condition for the performance of his duties as required by this Contract, the Player shall report for practice at such day and time as the team management may designate.

3.13. To undergo in all medical examination and rehabilitation measures arranged by the Club.

3.14. To conduct himself on and off the rink according to the highest standards of honesty, morality, fair play and sportsmanship, and to refrain from conduct detrimental to the best interests of the Club, the RIHF and the PHL or professional hockey generally.

3.15. To continue his practice on a regular basis if he temporarily cannot participate in games or if he is temporarily suspended.

3.16. Not to take any drug, anabolic, potent or doping agents or food supplements without the Club physician's preliminary written permission. The Professional Player hereby agrees that he shall compensate for all damages caused to the Club if his suspension was a result of taking any medical agents of food supplements without the Club physician's preliminary written permission or if his health condition deteriorated as a result of taking such medical agents of food supplements.  Further, in the event of the Professional Player's suspension or deterioration of his health condition confirmed by a medical certificate, the Club may terminate the present Contract based on paragraph 3, Article 81 of the Labor Code of the Russian Federation.

3.17. To keep confidential during the whole contract term and 5 years after its termination the following information that becomes known to the Player during his employment with the Club:
• All the special and legal documents including accounting and statistical;
• The information related to financial operations of the Club and its business partners;
• The information related to performing his own duties including the amount of his compensation;
• The information related to the activities of the Club and its business partners and their commercial, legal, scientific research, which are the property of the Club.

3.18. Not to accept from any person or organization directly or through his relatives and agents, any bonus or anything of value for winning or otherwise attempting to affect the outcome of any particular game or series of games, which fact should be immediately reported to the Chief Coach, Manager or Head of the Club.

3.19. Not to enter into any sponsorship, promotion or advertising contracts independently or through third parties.

Club _____        Professional Player _____

3.20. To grant to the Club during the period of this Contract all rights to make use of any images of him and his name for advertising purposes unless otherwise specified by a separate agreement.

3.21. The Professional Player and his parents, his guardian or trustee declare and agree that if required, they shall fulfill all demands of the Club and/or Court and shall sign all documents and shall report themselves to the corresponding Russian court to declare the Professional Player emancipated. They also declare that they are acting according to the Player's wish and their free will and that before signing the Contract, they had a chance to discuss all terms and conditions with attorneys, psychologists, personal representatives and agents.

3.22. To refrain during the term of the Contract (including the possibility of its extension) in his public and private appearances from criticizing the Club, its officers and other Professional Players working at the same Club.

3.23. Not to violate the Club's intellectual property rights.

**The Club undertakes the following:**
3.24. To observe the law and other legal acts including local, terms and conditions of the present Contract.

3.25. To create all conditions for the Player to successfully fulfill his professional duties.

3.26. To pay the Professional Player in a timely manner and in full his salary according to the Club payment system and the present Contract. During any period of temporary disability, the Professional Player shall be entitled to a benefit in the amount and on terms stipulated by the present legislation of the Russian Federation.

3.27. To grant the Professional Player his annual paid vacation leave (28 calendar days). The vacation allowance is paid out not later than 3 days before the beginning of vacation.[4] The Professional Player is granted his annual additional vacation leave (3 days).

3.28. To provide the professional Player with labor conditions meeting the safety and hygiene requirements; to provide sportswear and gear as required by the Club standards.

3.29. To secure sufficient living and nutritional conditions during the training and game periods when the Player is away from his permanent place of living.

3.30. To ensure the mandatory medical and social insurance in the event of disability, age and other cases prescribed by law.

3.31. Upon entering into the Contract, the Club shall within 1 week conduct a full medical examination of the Professional Player in order to determine his ability to perform his future work. Upon completion of the medical examination, the medical certificate is prepared regarding the health condition of the Professional Player. The actual permit for the Professional Player to work after signing the Contract is the confirmation that the Player is in good health upon signing the Contract, has undergone complete medical examination at the Club and is ready to fulfill the Contract terms and conditions.

---

[4] The vacation leave of a Professional Player under 18 years of age is 31 calendar days.

Club _____     Professional Player_____

3.32. Being the tax agent of the Professional Player, the Club undertakes in a timely manner and according to the Russian legislation to calculate, withhold and transfer all taxes and duties to the corresponding budgets; to acknowledge the Professional Player with the documents of the IIHF, RIHF, PHL and the Club, to which there is a reference in the present Contract and the insurance policies related to the Player; to provide the Player with their copies upon his written request and to provide all following amendments to the named documents without exception.

3.33. The Club shall release the Player without any compensation demand and without the loss of his salary or benefits to practice and play for the national team in any international tournaments if the Player is invited by the RIHF to represent his country in accordance with the rules of the RIHF and the IIHF. However, the Club may refuse to release the Player to play for the National Team as specified by the RIHF and the IIHF Rules if the Player is considered disabled according to the decision of the independent medical Board.

## 4. THE AMOUNT OF THE CONTRACT
4.1. The Club hereby agrees, subject to the execution of the contract obligations, to pay the Player a salary of _____. The salary shall be paid in consecutive semi-monthly installments on the days specified by the Club administration[5].

4.2. The Club may pay bonuses to the Professional Player subject to his level of performance estimated by the Head Coach. Payment of such bonuses shall be made at the discretion of the Head of the Club in addition to the main salary paid out pursuant to Article 4.1 of the present Contract.

4.3. If the Player is loaned to another club without termination of this Contract, the Player shall receive compensation not less than _____% of the salary specified in Article 4.1 of the present Contract. The source of payments is determined by the Club.

4.4. Upon signing the Contract, the Player shall receive a lump sum in the amount of _____.

4.5. If the present Contract is terminated by the Club prior to its expiration, the Player shall be entitled to 25% of the remaining unpaid salary regardless of further employment of the Player.

4.6. If the Club defaults in the payment of the Player's salary, vacation, severance or other payments that the Player is entitled to, then the Club shall pay the above amounts with such interest and on such terms and conditions, as specified by the present Russian Labor Law.

## 5. TERMINATION OF THE CONTRACT
The contract is considered terminated upon its expiration, mutual agreement of the parties and other cases stipulated by the Labor Code of the Russian Federation subject to particulars specified in Federal Law № 80-ФЗ On Physical Culture and Sports in the Russian Federation dated April 29, 1999, and local regulatory documents containing standards of labor law passed by the Club.

## 6. DISPUTES
6.1. All individual labor disputes (unadjusted differences between the Club and the Professional Player) shall be considered by the Arbitration Committee of the RIHF and the PHL, and other

---

[5] The amount and terms of payment of salary as well as the whole system of compensation of the Professional Player may be subject to a supplement to the present contract.



Club _____    Professional Player _____

parties agree to the exclusive jurisdiction of the Arbitration Committee; the parties also agree that they shall abide by the terms of the awards of the Arbitration Committee. By doing so, the Professional Player and the Club agree that the decisions of the Arbitration Committee shall be recognized worldwide pursuant to the Convention on the Recognition and Enforcement of Foreign Arbitral Awards, New York, 1958.

6.3. All contractual disputes, differences or demands including those related to its execution, breach, termination or invalidity, are considered exclusively on the basis of the Russian Federation legislation.

6.4. If the Professional Player is transferred to any other club including a foreign one without the written consent of his Club, the Professional Player agrees that the Arbitration Committee award, banning the Professional Player from playing for any other club including a foreign club, shall become mandatory in Russia and in any foreign country and the Professional Player agrees not to appeal the Arbitration Committee award banning the Professional Player from playing for any other club including a foreign club.

6.5. The Club and the Professional Player agree that the services provided by the Player are of a unique character, the loss of which cannot be adequately compensated to the Club. The Player therefore agrees that the Club shall have the right through the IIHF, RIHF and the PHL to enjoin him from playing for any other club in the Russian Federation or any other country. The present conditions by no means limit the rights of the Club with respect to submitting any other claims against the Professional Player.

## 7. SPECIAL CONDITIONS

7.1. The Professional Player and the Club agree that the present Contract must be registered with the PHL in accordance with the Tournament regulations. They also agree that the Professional Player shall be released from his present contractual obligations before he may offer his service as a Professional Player to any other club, other legal entities or individuals in the Russian Federation or abroad.

7.2. The Professional Player agrees that despite his own unique knowledge and skills, the Club's contribution pursuant to this Contract including but not limited to salary and other monetary compensations, use of premises and equipment, training, participation in tournaments as a team member and other services provided by the Club, become an essential and integral part in the development of the Player's skills and abilities and that such contribution is valuable in his career of a professional hockey player.

7.3. The Club may from time to time during the training and tournament periods establish reasonable rules governing the conduct and conditioning of the Player, and such reasonable rules shall form part of this Contract as fully as if herein written.

7.4. Should the Player become sick or get into an accident, he, circumstances permitting, shall immediately inform the Head Coach and the Club's physician and within 24 hours provide a medical certificate confirming contraindications to play hockey and also submit himself to the Club for medical examination by the Club's physician.

7.5. If the Player is injured during the course of his employment as a hockey Player with the Club, including travel with his team, the Club will pay the Player's reasonable hospitalization until discharged from the hospital, provided that the hospital and doctor are approved by the Club.

Club _____        Professional Player _____

7.6. If the Player is disabled and unable to perform his duties as a hockey Player by reason of an injury sustained during the course of his employment as a hockey Player, the present Contract may not be terminated by the Club until the Player's rehabilitation or determination of a disability group.

7.7. The Club may request that the Professional Player be disqualified and his licence suspended for the violation of the Contract terms and the Tournament Regulations. The Club may terminate the Contract if the Player is disqualified for a period of more than a month.

7.8. The Club may sign an Apprenticeship Agreement with the Professional Player hired by the Club (as per Article 32 of the Russian Federation Labor Law). This shall be a civil agreement and it shall be governed by the civil legislation.

7.9. The Professional Player agrees that he may not refuse the apprenticeship agreement due to the fact that apprenticeship training and skills improvement become an integral part of the main duties of the Professional Player under this Contract.

7.10. If the Player is permanently disabled and unable to perform his duties as a hockey Player by reason of an injury sustained during the course of his employment as a hockey Player, the Club shall pay the Professional Player within a month a lump sum compensation equal to 50% of the annual Contract amount (total annual amount of salary) stipulated by the Contract or a supplement to the Contract.

7.11. If the Player dies by reason of an injury sustained during the course of his employment as a hockey Player, the Club shall pay the Professional Player's family within a month a lump sum compensation equal to the annual Contract amount (total annual amount of salary) stipulated by the Contract or a supplement to the Contract.

7.12. The Club will not be held liable for the Player's treatment, if the Player is injured due to act or omission not related to his duties as a hockey player.

8. FINAL PROVISIONS
8.1. The terms and conditions of the present Contract can be reviewed upon the end of the hockey season by mutual agreement of the parties.
8.2. The Professional Player and Club agree that the RIHF, PHL and



Club _____        Professional Player _____

# SUPPLEMENT 2

Association of Translators and Interpreters of Ontario
Certified Translator
**atio**
Mark Vaintroub
2953

SUPPLEMENT № 3

## THE PLAYER'S CONTRACT, RULES OF TRANSFER, LEASE
## AND PAYMENT OF COMPENSATION

### 1. THE PLAYER'S CONTRACT

1.1. The relations of a Professional Player with the Club are regulated by the Contract. The Professional Player's Contract is signed on the basis of the Russian Federation Labor Law and local bylaws of the RIHF and the PHL.

1.2. The Professional Player's Contract is concluded in writing according to the Standard Professional Player's Contract approved by the PHL. Contracts, which are not based on the Standard Player's Contract are not accepted for registration by the PHL and any disputes on those contracts are not considered. The Contracts concluded by the clubs for the Super League before April 16, 2004 and for the Higher League before May 14, 2004, are considered legitimate if they do not contradict the local bylaws of the RIHF and the PHL.

1.3. The professional Club, a member of the PHL, may conclude the Professional Player's Contract with a player who is 16 years of age or older. In the event of receiving the General Secondary Education or leaving school pursuant to the Federal Law on Secondary Education, the contract can be signed by individuals who are15 years of age. Hockey players who are 14 years of age may conclude the Contract by consent of one of their parents, a guardian or child welfare body.

1.4. The Player, having the Youth Program Contract as well as the graduate of such program whose Contract has expired, must conclude their first Professional Player's contract with the professional club, which is supervising this Youth Program if the Player completed the Program or was enrolled in the Program for the last year. If the present provision is violated, the Player can be disqualified for a period of up to one year pursuant to the decision of the AC of the RIHF and the PHL.

1.5. The first Professional Player's Contract (fixed-term employment contract) is signed by the player and the Club for 5 years. Upon the expiration of such contract, the Club has the preferential (matching) right and the player must conclude a new contract for 3 years if the Club offers the player in writing:
- 30% increase to his total revenue for the last (5th) year of the expiring contract (for Super League);
- 10% increase to his total revenue for the last (5th) year of the expiring contract but not less than US $ 30,000 (for Higher League).

1.6. The Professional Player's Contract shall expire no later than April 30.

1.7. The contract may not be terminated less than 10 days before the end of the application submission.

1.8. The term of the Contract signed by a Professional Player who is a citizen of a foreign country (legionary) shall not exceed the term of his transfer card.

1.9. The hockey players whose contracts have expired, are divided into 3 categories:
CATEGORY 1. The players whose first 5-year professional contract expired and the players who signed a new 3-year contract upon expiration of this one.
CATEGORY 2. The players whose second professional contract expired or the players who are under 30 years of age.
CATEGORY 3. The players who are 30 years of age and who have no obligations to their former club with which they had their last contract. Such players may conclude any contracts at their discretion.

1.10. The Club has the preferential (matching) right to sign a new Contract with the Players from Category 2. In this case, within 10 days from the expiration of the Contract, the Club may offer the Player in writing a new Contract with at least a 10% increase. The Club shall notify the PHL about it.
If the Player does not accept this offer, he may sign a preliminary contract (fixed-term employment contract with probation period as per Article 70 and 71 of the Labor Code of the Russian Federation) with any other Club. His previous Club will have the right to match the terms and conditions of this Contract. If this does not take place within 10 days, the preliminary contract comes into effect and has the power of the main Contract.
If the Player has not received an offer of 10% increase to the previous Contract, he automatically becomes a Player of Category 3.

1.11. The preliminary Contract shall correspond to the approved Standard Player's Contract of the PHL. Such Contract shall stipulate the amount or there must be a Confidential Supplement to the Contract.

1.12. The club that offered the player a Preliminary Contract (new Club) must forward a copy of such Preliminary Contract and Confidential Agreement to the previous/former club within 3 days and must notify the PHL Tournament Committee about it in writing. A 10-day period required to make a decision is counted from the moment the previous/former club has received the named documents.

1.13. The players belonging to Category 2 must finalize their contract relations with the Club no later than 10 days before the beginning of the Championship.

1.14. The Contract is made in three counterparts, each page of which is signed by the parties. The Contract shall be registered with the PHL. After the registration, one copy is intended to remain at the Club, the second copy goes to the Player and the third to the PHL. The provision of the present Article also apply to the Contracts of the Players loaned to other Clubs.

1.15. Upon signing the Contract pursuant to the PHL rules, the Professional Player is registered, entered into the register of the professional players and gets his PHL licence as a Professional Player.

1.16. The early termination of the Contract is allowed only pursuant to the grounds set in the present Russian Federation legislation, local bylaws of the PHL and in accordance with the provisions of the Contract signed by the Professional Player.

1.17. The Player is NOT ALLOWED to switch clubs before the expiration of the Contract. The exceptions are the cases when the three parties (the Player, his present Club and his Future Club) come to an agreement about early transfer of the Player and a corresponding Transfer Contract has been signed (Agreement on Compensation for Training the Player).

1.18. The Player may not sign a Contract with two or more Clubs at the same time. If the Player has two or more valid employment agreements (Contracts), the previous of which has not expired or has not been terminated in the prescribed order before the new Contract was signed, this may result in the decision of the AC of the RIHF and the PHL to disqualify the Player for the period of two years for the PHL tournaments.

1.19. If the Player participates in the Club's pre-season training practice, he must sign an agreement with the Club for the pre-season training. Upon completion of the pre-season training, the Player must either sign the Professional Player's Contract with the Club or terminate the pre-season training agreement in the prescribed order.

1.20. The Club may unilaterally terminate the Contract with the Player if the Player has been disqualified. The disqualified Player may sign the Contract with another Club before the expiration of the disqualification or in the event of its cancellation. However, he may not participate in the official tournaments held by the RIHF and the PHL.

1.21. The Contract between the Club and the Player who is a member of the national team remains valid for the whole period when the player is playing for the national team.

1.22. If the Player is disabled by reason of injury or occupational disease sustained during the course of his employment as a hockey player during the training period or during the tournaments, the Club cannot terminate the Contract until the Player's rehabilitation or determination of a disability group and his retirement.

1.23. The long-term Contracts of a Player leased by other Clubs as well as the Contracts of the Players who are scheduled for lease, shall be reregistered with the Tournament Committee of the PHL.

## 2. MOVEMENTS OF THE PLAYERS

2.1. The rules of movements of a Player from one Club to another are mandatory for all subjects within the PHL structure.

2.2. A Professional Player registered with the PHL may switch clubs in the following cases:
- Upon the expiration of the Contract between the Player and the Club taking into account the requirements set in the present Supplement 3;
- Upon mutually agreed termination of the Contract;
- Upon agreement between 2 Clubs (present and future) and the Player on his transfer from another Club before the expiration of the Contract.

2.3. In order to regulate movements of the players-products of a Hockey Club and the players with valid Contracts from a Club to a Club, the Clubs shall conclude a Transfer Agreement (Agreement on Compensation for Training the Player) specifying the total amount of compensation, exact term of payment and permission for the Players to leave before the specified term. After the registration, each Club receives a copy of the Agreement whereas the third copy is forwarded to the PHL.

2.4. The head of the Club or another officer authorized by the Club may sign the Transfer or Lease Agreement (Agreement on Compensation for Training the Player).

2.5. The transfers of the Players are conducted within the terms set by the present Regulations (Chapter 6, Articles 3-4).

2.6. If the Club intends to obtain a Player who has a valid Contract, it must first notify the Player's Club in writing about its intention prior to negotiating with the Player. If this condition is violated, the Club may be fined in the amount of 50,000 (fifty thousand) rubles pursuant to the decision of the AC of the RIHF and the PHL.

2.7. The Player shall not be engaged in training practice with other Club until the Transfer Contract has been finalized according to the requirements of the present Regulations. The exceptions are the cases when the Clubs have a written agreement about the Player participating in the pre-season training practice. If this condition is violated, the Club may be fined in the amount of 50,000 (fifty thousand) rubles pursuant to the decision of the AC of the RIHF and the PHL and the Play may be disqualified for a period of 6 (six) months.

2.8. If the Player, having a valid Contract, abandons the Club, he may be disqualified for a period of one year pursuant to the decision of the AC of the RIHF and the PHL.

2.9. The transfers of the Players into the Army and Dynamo clubs are conducted on a common basis according to the present Regulations and the Player's Status. The Army and Dynamo Clubs may not include into the official PHL tournament lists the Players, conscripted to the military service, if they have the Contracts that expired according to Paragraph 1, Article 83 of the Labor Code of the Russian Federation. Exceptions are the cases when the Clubs have written agreements properly executed.

2.10. The transfer of the Player from the Clubs of other national Federations is registered according to the regulations of the IIHF with mandatory registration of the IIHF transfer card.

2.11 If the Player-legionary is transferred between Clubs within the PHL or returns from a foreign club to a PHL club, all requirements of Supplement 3 apply to him.

2.12. The Club that has received the compensation for a Player from any IIHF or NHL Club, is no longer entitled to any financial or sports rights for this Player.

2.13. If a Club fails to fulfill the obligations of the Transfer / Lease Agreement (Agreement on Compensation for Training the Player), the PHL Tournament Committee may ban such Player from participating in tournaments no later than 24 hours before the beginning of the match.

**COMPENSATION**

3.1. The transfer of a Player from a Youth Program to the professional Club is processed with the mandatory compensation payment for training the Player pursuant to the Player's Status.

3.2. The Professional Player may join another Club without any compensation if the Player and his Club have come to a certain agreement and the present provision is reflected in the text of the main Contract registered with the PHL.

3.3. To regulate the payments between the Clubs or the Youth Programs, the following rules must be observed when the players switch Clubs:

3.3.1. If a graduate of a Youth Program is transferred to the professional Club and the first Professional Player's Contract has been signed, the Club shall pay compensation to all Youth Programs and/or Clubs who had agreements with the Player starting from the Player's age of 10. The compensation amount is calculated as follows:
- 500 nominal units for each full year the pupil was a member of the Youth Program (Club) from 10 to 12 years of age;
- 1,200 nominal units for each full year the pupil was a member of the Youth Program (Club) from 12 years of age.

The payments are made in proportion to the time the Player was enrolled in the Program or played for a Club. The exceptions are the programs owned by the Clubs, with which the Player signs his first Professional Player's Contract, or the Programs which have already received compensation.

Note:
- The Player is considered to become a participant of the Youth Program from the moment the Enrolment Order has been issued by the Program / Club officials;
- The compensation amount for an incomplete year is calculated according to the following formula:

$$X = 1200/365*n \ \ or \ \ X = 500/365*n$$

where "X" is the compensation amount for the incomplete year and "n" is the number of days the Player played for the Club.

3.3.2. If the Player, who was a member of a Youth Program, moves from the club with which he had his first professional contract, this Club is entitled to compensation. The compensation amounts are as follows:
- Move of a player within the SUPER LEAGUE - up to 100,000 nominal units;
- Move of a player within the MAJOR LEAGUE - up to 100,000 nominal units;
- Move of a player from the SUPER LEAGUE to HIGHER LEAGUE - up to 100,000 nominal units;
- Move of a player from the HIGHER LEAGUE to SUPER LEAGUE - up to 100,000 nominal units;

All other movements of the Players, whose contracts expired, are performed without any compensation.

Note: Nominal unit = US $ 1 (Translator's note)

3.4. All disputes related to movements of a Player or a coach from a Club to a Club, shall be resolved only within the scope of hockey authorities.

3.5. If the Clubs do not reach agreement about the financial terms and conditions related to the movements of Players, the matter is forwarded to the AC of the RIHF and the PHL. Until the AC of the RIHF and the PHL has made the decision, the Player is banned from playing in any tournaments of the RIHF and the PHL.

3.6. All disputes related to movements of a Player that are beyond the scope of the present Regulations, are forwarded to the AC of the RIHF and the PHL. The decisions of the AC, which have came into effect, become mandatory for all Clubs of the PHL.

3.7. The AC of the RIHF and the PHL accepts for consideration all documents regarding the Player-Club relations including those that have not been registered with the PHL.

3.8. The amount of compensation as well as the terms and conditions of its payment is stipulated in the Transfer Agreement (Agreement on Compensation for Training the Player). In the absence thereof, no claims related to Player's movement and compensation are accepted and considered by the AC of the RIHF and the PHL.

3.9. If a Club fails to pay the compensation in a timely manner, it may be penalized for 50,000 (fifty thousand) rubles pursuant to the decision of the AC of the RIHF and the PHL. Further, the Player may be banned from playing in the RIHF and the PHL tournaments until the mutual payments have been finalized.

## 4. LEASE OF A PLAYER

4.1. Lease of a Player is allowed in the official PHL tournaments without termination of the Contract with the main Club. Only Players born after December 31, 1983 may be leased. The maximum number of leased Players listed in a roster per season and each separate game shall not exceed 3 (three).

4.2. The lease of a Player shall be stipulated in a Contract between the Clubs that is made in three copies, one of which is forwarded to the PHL Tournament Committee. This Contract shall specify the terms and conditions of lease, the date of commencement and end.

4.3. Pursuant to the Lease Agreement, the Club Lessor of the Player may recall the Player within the time frame stipulated in Chapter 6, Article 34 of the present Regulations if the Lease Agreement has a corresponding provision.

4.4. If the Clubs want to continue leasing the Player, the Agreement can be either extended or renewed.



**SUPPLEMENT 3**

# REGIONAL NONPROFIT ORGANIZATION "DYNAMO" MOSCOW HOCKEY CLUB

125167, Russia, Moscow, 36 Leninigradskiy Prospekt
Tel. (095) 213-2201   Fax: (905) 213-1304
www.dynamo.ru   info@dynamo.ru

Reg. № 100/03
April 26, 2005

To:    A. M. OVECHKIN, Professional Player
Copy:  N. N. Uryupin, PHL Director

Moscow

Dear Alexander Mikhailovich,

Due to the expiration of your Professional Player's Contract, the hockey club Dynamo offers you a new Professional Player's Contract with a 30% increase of a total amount of compensation as compared with the 2004-2005 season.

Dynamo Sports Director      A. Ye. Panfilov
/signature/


Agent acknowledged on 26.04.05
/signature/



# SUPPLEMENT 4



SUPPLEMENT 4

# PROFESSIONAL HOCKEY PLAYER'S CONTRACT
## IMPORTANT NOTICE TO PLAYER

Before signing this Contract, you should carefully examine it to be sure that all terms and conditions agreed upon have been included herein, and you understand its content and interpretation.

## PROFESSIONAL HOCKEY PLAYER'S CONTRACT
Club of the Super League of the Professional Hockey League
(Fixed-term employment agreement)

Limited Liability Company Hockey Club "Avangard" hereinafter referred to as the CLUB represented by the president Konstantin Nikolaevich Potapov, acting on the basis of the Statute, on the one part, and A. M. Ovechkin hereinafter referred to as Professional Player, on the other part, concluded the present agreement as follows:

## 1. SUBJECT OF THE CONTRACT
1.1. Legal regulation and execution of the relations between the Professional Player (PP) and Club (C).

1.2. The (PP) is hired by the (C) in the capacity of a hockey player of the first hockey team and the (C) undertakes to pay the (PP) his salary and guarantees the terms and conditions of labor as stipulated in the labor legislation, physical culture and sports documents and mutual agreement. At the same time the (PP) agrees that in the event his skill level goes down, which can only be assessed by the Head Coach or the General Manager and upon the decision of the Head of the Club, he may be transferred to team № 2 of the Club without additional written agreement.

1.3. (PP) and (C) agree that the term of the labor relations cannot be indefinite due to the character of the upcoming work and its conditions. Thus the present contract becomes a fixed-term labor contract.[1]

## 2. TERM OF THE CONTRACT
2.1. The present contract is valid for 1 year[2].
Commencement date: July 21, 2005
Expiration date: April 30, 2006

2.2. If the parties agree, there may be a probation period _____ long.[3]

2.3. If the results of the probation period are unsuccessful, the Club has the right to terminate the agreement with the player prior to the expiration of the contract term, notifying the player in writing at least 3 days prior to termination. The Club must specify the reasons and grounds to consider the player failing the probation period.

---

[1] Contract can be signed by individuals of 16 years and older.
In the even of General Secondary Education, the contract can be signed by individuals of 15 years and older.
[2] Illegible
[3] Illegible

Club /signature/          Professional Player /signature/

2.4. If the probation period expires and the (PP) continues working according to the present contract, he is considered to have passed the probation period successfully. The successful result of the probation period and a duly registered licence of a (PP) issued by the Professional Hockey League serve as evidence of the professional qualification that suits the Club. At the same time, in the future, the Head coach as well as the General Manager and the Head of the Club may assess the skills of the Professional Player.

### 3. LEGAL OBLIGATIONS OF THE PARTIES

The Professional Player undertakes the following:

3.1. To render his exclusive playing services, knowledge and skills only to the Club; to complete his contract term and not to sign other agreements with other hockey clubs and organizations in the Russian Federation and abroad for the whole term of the contract.

In doing so, the Professional player confirms that upon signing, there are no obstacles (including those in writing) that will prevent him from signing the present contract. He as well confirms that there are no conditions or documents that will make the present contract void after it has been signed. All other contracts and various written obligations with other clubs, hockey organizations and their representatives…

8.3. In terms of labor relations, the present contract becomes effective from the moment it is signed by the parties. In terms of other relations based on the local regulations and documents of the Hockey Federation of Russia and Professional Hockey League, the contract becomes effective after it has been registered with the Professional Hockey League.

8.4. The contract has been signed in 3 copies: one for the Club, one for the Professional Player and one for the Professional Hockey League. All 3 copies have the same legal power.

Having read the present contract, the (PP) and the (C) agree that they understand all the terms and conditions of the contract. All parties, prior to signing the contract, had a chance to discuss the terms and obligations with their lawyers, doctors, agents and other representatives. The contract is signed by the parties of their own free will.

CLUB
Address: Omsk, 91 Dekabristov Street
INN _____

President of the Club        Potapov
/signature/

HOCKEY CLUB SEAL

PROFESSIONAL PLAYER
Alexander Mikhailovich Ovechkin
DOB: September 17, 1985
Passport: 45 01 924237issued by Rostokino Department of the Interior, City of Moscow
        on 30.01.2002
Address: Moscow, 18 Selskokhozyasvennaya Street, Building 4, Apt. 188
/signature/

Club /signature/        Professional Player /signature/

**SUPPLEMENT 5**



[ILLEGIBLE]

# CONFIDENTIAL AGREEMENT TO THE CONTRACT
# OF THE PROFESSIONAL PLAYER A. M. OVECHKIN

### CONFIDENTIAL AGREEMENT BETWEEN THE PLAYER AND THE CLUB

Omsk. Russian Federation

The present confidential agreement is the legally signed written agreement between the club and the player. It becomes an integral part of the Professional Player Contract duly registered with the Professional Hockey League of the Russian Federation. The confidential agreement is signed in order to stipulate the conditions of remuneration of the Professional Player.

Nonprofit partnership sports club "Avangard", city of Omsk, Russian Federation, is a legal entity represented by the president K. N. Potapov, acting on the basis of the Statute, on the one part, and A. M. Ovechkin, born on 17.09.1985, being a Russian hockey player, according to the Tournament Regulation of the official hockey tournaments, on the other part, concluded the present confidential agreement, hereinafter referred to as the Agreement, as follows:

1. All duties stipulated in the Agreement suit both parties. The player agrees to all customs and rules of the sports rotation in the Avangard hockey team. This agreement has a concrete character based on the requests of the Head Coach of the Avangard team.

2. Term of the Agreement: from July 21, 2005 to April 30, 2006. The Club agrees that the player may accept the contract offered by an NHL club at any time before midnight U.S. eastern zone on July 20, 2005. If the Player decides to accept such contract, the Club in turn agrees that the Player has the right to terminate this contract immediately and both parties (Club and Player) agree to annul this contract and consider it ineffective. In the event this contract is annulled, the Club and the Player will sign a document that releases the player from all obligations to the Club. Further, if the player decides to accept the contract offered by an NHL club and terminates this contract, the Club agrees that it may not demand any compensation either from the NHL club or the Player or any other organization or individual.

3. The total salary of the player in 2005-2006 is US $ 1,800.000 (one million eight hundred thousand).

4. The monthly salary during the season of 2005-2006 is US $ 180,000 after taxes and deductions during the 10-month period from July 21, 2005 to April 30, 2006. The salary is paid out in Russian rubles according to the exchange rate of the central bank of the Russian Federation on the date of the payment (between 25th and 30th day of each month).

   Before 30 July 2005 the player receives his salary in the amount of US $ 360,000 (three hundred thousand), which consists of the player's salary in July 2005 and April 2006. The condition to receive this amount is the absence of legal arguments regarding the rights for the player and the fact that the Club Avangard unconditionally owns him. The club as well pays out bonuses according to the Club Bonus Regulations.

5. The present contract becomes effective on July 21, 2005 only in case the player does not sign the agreement with the NHL Club Washington Capitals. The player may come to the Avangard Club on July 21, 2005.

6. The club agrees that par. 4.3. of the Professional Player Contract is not related to the professional player. The club agrees that it has no right to transfer the player to the second team of the club or to pass the right of ownership (to rent the player) to another club without player's and his agent's written consent.

7. In the event of a new agreement between the NHL and International Hockey Federation, the Club agrees that any compensation to the club will be valid only given the agreement between the NHL and International Hockey Federation.

CLUB
[illegible]

/signature/    /AVANGARD SEAL/


PROFESSIONAL PLAYER
A. M. Ovechkin
Passport: 45 01 924237 issued by Rostokino Department of the Interior, City of Moscow
          on 30.01.2002

Ovechkin    /signature/



**SUPPLEMENT 6**



**REGIONAL NONPROFIT ORGANIZATION "DYNAMO" MOSCOW HOCKEY CLUB**

125167, Russia, Moscow, 36 Leninigradskiy Prospekt
Tel. (095) 213-2201   Fax: (905) 213-1304
www.dynamo.ru   info@dynamo.ru

Reg. № 149/03
July 1, 2005

Russian Professional Hockey League
Sports Club "Avangard"

According to the amendments to the Tournament Regulations of the official hockey tournaments of the 2005-2006 season of the Super League and according to the preliminary agreement of the sports club "Avangad" with player A. Ovechkin, the Regional Nonprofit Organization hockey club Dynamo Moscow confirms its agreement to sign the Professional Player's Contract with A. Ovechkin and commits to pay the salary amount stipulated in the preliminary agreement.

Sincerely,

President      A. G. Kharchuk
/signature/

Sports club "Avangard"
Incoming № 101 dated 1.07.05



**SUPPLEMENT 7**





# CAPS NEWS

()
**Capitals Agree to Terms with Alexander Ovechkin**
**First Overall Pick in 2004 Draft Agrees to Three-Year Deal**

WASHINGTON, D.C. – August 5, 2005 – The Washington Capitals today agreed to terms with left wing Alexander Ovechkin (oh-VECH-kihn), the first overall selection in the 2004 NHL Entry Draft, on a three-year contract, vice president and general manager George McPhee announced. In keeping with club policy, terms of the deal were not disclosed.

"Alexander is an incredibly gifted young player, and we are excited to have him join our club," said McPhee. "He has been playing at an elite level for several seasons and is ready to prove himself in the NHL. We look forward to having him in a Capitals' uniform for many years. He has an infectious style of play and displays an exciting combination speed, finesse and power."

Last season Ovechkin, 19, played 37 games for Dynamo Moscow of the Russian Super League, recording 13 goals and 13 assists while helping his team to a league championship. Despite missing 23 games while competing in tournaments and recovering from injury, he still ranked among team leaders in goals, assists and points. In 10 playoff games with Dynamo, he tallied two goals and four assists, tying for third on the team in points with six.

The 6'2", 212-pound, Moscow native also represented Russia in several international tournaments during the 2004-05 season, including the World Cup of Hockey, World Championships and World Junior Championships. At the 2005 World Championships in Austria, Ovechkin led the team in goals (5), points (8) and game-winning goals (2) while leading Russia to a third-place finish. During the 2005 World Junior Championships in North Dakota he was named the tournament's top forward. Appearing in six games, he led Russia in goals (7), points (11) and shots (29), helping the team to a second-place finish.

In four seasons with Dynamo Moscow, he has appeared in 152 Russian Super League games, totaling 36 goals and 32 assists for 68 points. He has also appeared in numerous other international tournaments, including the 2003 World Junior Championships, where he won a gold medal with Russia. On July 20 Ovechkin declared he was opting out of his Russian contract with Avangard Omsk in order to join the Capitals.

Alexander Ovechkin
Position: Left Wing
Birthday: Sept. 17, 1985 (Moscow, Russia)
Height: 6-2    Weight: 212    Shoots: Right
Acquired: Capitals' first-round choice, first overall, in the 2004 NHL Entry Draft
Career Statistics:

| Season Year | Team | | League | | Playoffs GP | G | A | Pts | Regular PIM | |
|---|---|---|---|---|---|---|---|---|---|---|
| GP | G | A | Pts | PIM | | | | | | |
| 2001-02 | Dynamo Moscow | Russia | | 22 | 2 | 2 | 4 | 4 | | |
| 3 | 0 | 0 | 0 | | | | | | | |
| | Dynamo Moscow 2 | Russia-3 | | 19 | 18 | 8 | 26 | 20 | | |
| - | - | - | - | | | | | | | |
| | Russia | | WJC-18 | | 8 | 14 | 4 | 18 | | |
| 0 | - | - | - | | | | | | | |
| 2002-03 | Dynamo Moscow | Russia | | 40 | 8 | 7 | 15 | 28 | | 5 |
| 0 | 0 | 0 | 2 | | | | | | | |
| | Russia | | WJC | | 6 | 6 | 1 | 7 | | |
| 4 | - | - | - | | | | | | | |
| | Russia | | WJC-18 | | 6 | 9 | 4 | 13 | | |
| 6 | - | - | - | | | | | | | |
| 2003-04 | Dynamo Moscow | Russia | | 53 | 13 | 10 | 23 | 42 | | 3 |
| 0 | 0 | 0 | 2 | | | | | | | |
| 25 | Russia | | WJC | | 6 | 5 | 2 | 7 | | |
| | Russia | | WC | | 6 | 1 | 1 | 2 | | |
| 0 | - | - | - | | | | | | | |
| 2004-05 | Russia | | W-Cup | | 2 | 1 | 0 | 1 | | 2 |
| 10 | 2 | 4 | 6 | 31 | Dynamo Moscow | Russia | 37 | 13 | 13 | 26 | 32 |
| 4 | Russia | | WJC | | 6 | 7 | 4 | 11 | | |
| 4 | Russia | | WC | | 8 | 5 | 3 | 8 | | |

()


Association of Translators and Interpreters of Ontario
Certified Translator
atio
Mark Vaintroub
2653

**SUPPLEMENT 8**



Russian Ice Hockey Federation                     Professional Hockey League

# ARBITRATION COMMITTEE

Moscow
August 8, 2005

On August 8, 2005, the Arbitration Committee consisting of V. V. Kukushkin, A. M. Barinov, S. G. Yakovlev, V. I. Kozin, N. A. Ovchinnikova and M. A. Lukina with participation of A. G. Kharchuk, the President of hockey club Dynamo, conducted an open arbitration hearing with respect to Avangard's claim on transfer of professional player A. M. Ovechkin from hockey club Dynamo Moscow to hockey club Avangard Omsk.

The Arbitration Committee decided as follows:
1. To dismiss Avangard's claim from consideration;
2. To confirm that Dynamo Moscow is entitled to compensation for player A. M. Ovechkin, the product of the youth program of Dynamo.
1. To recommend the Board of the Super League to consider an issue on unlawful activity of the hockey club Avangard Omsk.

| | |
|---|---|
| V. V. Kukushkin | /signature/ |
| A. M. Barinov | /signature/ |
| S. G. Yakovlev | /signature/ |
| V. I. Kozin | /signature/ |
| N. A. Ovchinnikova | /signature/ |
| M. A. Lukina | /signature/ |



**SUPPLEMENT 9**



# MINUTES OF THE MEETING OF THE SUPER LEAGUE BOARD OF THE PHL

(excerpt)

Moscow, 12.04.2005

The Board of the Super League has decided:

1.   To approve the following amendments to the 2005-2006 Tournament Regulations.

1.1.     The hockey players whose contracts have expired, are divided into 3 categories:

CATEGORY 1. The players whose first 5-year professional contract expired and the players who signed a new 3-year contract upon expiration of the first one.

CATEGORY 2. The players whose second professional contract expired and the players who are under 30 years of age.

CATEGORY 3. The players who are 30 years of age and who have no obligations to their former club, with which they had their last contract. Such players may conclude any contracts at their discretion.

1.2.     The first contract (fixed-term employment contract) of a professional player is concluded with the club for a period of 5 years.

After the expiration of the contract, the club has the preferential (matching) right and the player must conclude a new contract for 3 years if, within 10 days, the Club offers the player a 30% increase to his income for the 5th (last) year of the expiring contract but not less than US $ 100,000 per year. If a player has not received such offer, he automatically becomes a player of category 3.

1.3.     The Club has the priority right to conclude a new contract with the players of category 2. In this case, within 10 days the Club can offer this player a new contract with at least 10% increase.

If the player does not accept this offer, he may conclude a preliminary contract with any other Club. His previous (former) club may match the financial conditions of this contract. If this does not happen within 10 days, the preliminary contract with the other Club comes into effect and becomes the primary contract.

If the player has not received a 10% increase offer, he automatically becomes a player of category 3.

The preliminary contract must correspond to the standard contract of the PHL indicating the contract amount; otherwise the contract must have a confidential supplement / schedule.

The club that offered the player a preliminary contract must forward a copy of the preliminary contract and confidential agreement to the previous/former club within 3 days and must notify the PHL Tournament Committee about it in writing. The 10-day period for making a decision is counted from the moment the previous/former club has received the named documents.

The players belonging to category 2 must finalize their contract relations with the Club no later than 10 days before the beginning of the Championship.

1.4.     The start list has the following entry: 18 field players and 2 goalkeepers without any age limitations as well as 2 "young" players born after December 31, 1985. The maximum number of players for the game cannot exceed 22 players.

The team entry form for each game of 2006-2007 seasons must have at least 3 players who are alumni of the youth sports schools, which belong to the club, or have contracts with the club. Both the school and the club, which must be officially registered as a legal entity, must be located in the territory of the same subject of the Russian Federation.

A player is considered to be a school alumnus if he is under 22 years of age and has been a student of such school for any 3 years starting from the age of 13.

The team entry form for 2007-2008 seasons must have at least 4 such players whose age does not exceed 23 years, and for the 2008-2009 seasons at least 6 players whose age does not exceed 24 years.

1.5.    The contract cannot be terminated less than 10 days before the end of the application submission.

1.6.    The latest date for the additional application submission to be submitted is 30 December.
The players can be listed without any limitations for Major League clubs according to the accepted terms for additional application submission.

1.7.    Switching clubs of the player whose contract has expired (not terminated) is not subject to any compensation except the transfer of a player-alumnus to the hockey club with which the player concluded his first professional contract. In such case, the compensation amount is $ US 100,000

1.8.    The provisions of the present Tournament Regulations approved by the Board of the Super League cannot be amended during the season unless all the members of the Board have made such decision unanimously.

1.9.    The game for 3rd place is not played. The 3rd place and bronze medals are awarded to the team which lost in the semifinals and took higher place in the regular Championships.

1.10.   Advertising on the ice of the Sports Palace is allowed only after mandatory approval of the advertising chart and diagram by the PHL Committee.


Voted for this resolution.
Results: Carried unanimously.


Secretary of the Board        S. G. Yakovlev
/signature/


OFFICIAL ROUND SEAL



# SUPPLEMENT 10



TO: THE HEADS OF THE HOCKEY CLUBS OF THE SUPER LEAGUE AND MAJOR LEAGUE

Due to a number of inquires submitted from the hockey clubs regarding clarification of the provisions of the present Regulations of the official Russian hockey tournaments, the Professional Hockey League (PHL) has prepared commentaries to a number of articles of the Regulations, which we consider necessary to bring to your attention.

First of all, we would like to draw your attention to par.1.4. of Schedule 3 of the Regulations, which stipulates the main requirements regarding signing the first professional contract. In order to monitor the transfers of the players from the youth sport schools, in addition to the requirements of the Regulations, the Tournament Committee must receive the information from the clubs about the players, who either refused to sign their first professional contract at all or refused to sign it for 5 years.

Article 1.5 of Schedule 3 of the Regulations:
"The first contract  (fixed-term employment contract) of the professional hockey player is concluded by the player and the Club for 5 years.

After the expiration of such contract, the Club has the preferential (matching) right and the player must conclude the new contract for 3 years if the Club offers the player in writing:
- 30% increase to his total revenue for the last (5th) year of the expiring contract (for Super League)
- 10% increase to his total revenue for the last (5th) year of the expiring contract but not less than US $ 30,000 (for Major League)

COMMENTARIES: The Club may use the Preferential (matching) right to extend the contract within 10 days from the day of its expiration. The club must inform the Tournament Committee about the players who, despite the received offers, refused to conclude the contract for 3 years or demanding signing the contract for less than 3 years.

There is a misprint in Article 1.7. of Schedule 3 of the Regulations. The revised version is as follows: The contract cannot be terminated less than 10 days before the end of the application submission".

| 1st stage of application: | SUPER LEAGUE | before 25.08.2005 |
| | MAJOR LEAGUE | before 06.09.2005 |

Article 3.3.2 of Schedule 3 of the Regulations:
If the player, who was a student of a youth sports school, is transferred from the club with which he had his first professional contract, this club is entitled to compensation. The compensation amounts are as follows:
- transfer of a player within the SUPER LEAGUE - up to 100,000 nominal units;
- transfer of a player within the MAJOR LEAGUE - up to 100,000 nominal units;
- transfer of a player from the SUPER LEAGUE to MAJOR LEAGUE - up to 100,000 nominal units;
- transfer of a player from the MAJOR LEAGUE to SUPER LEAGUE - up to 100,000 nominal units;

All other transfers of players whose contracts expired are performed without any compensation.
COMMENTARIES: A Hockey Club is entitled to compensation for a player-alumni of the youth sports school during his **first transfer** to another cub. In all other events the club loses its entitlement to compensation even if the player was transferred to another club without compensation.

Article 1.10 of Schedule 3 of the Regulations:

Provision that the "previous club may match the terms and conditions of the contract" means **financial** terms and conditions. The named interpretation is the only correct one in part 1 of the article where a 10% increase is referred to, and no other terms and conditions are implied. It is also noted in the audio record and official minutes of the League Board, which clearly stipulates **financial** conditions of the contract.

