PETITION EXHIBIT  C

12 of 100 DOCUMENTS

Copyright 2005 Associated Press
All Rights Reserved
Associated Press Worldstream

These materials may not be republished without the express written consent of The Associated Press

August 31, 2005 Wednesday

**SECTION:** SPORTS

**DISTRIBUTION:** Europe; Britian; Scandinavia; England

**LENGTH:** 84 words

**HEADLINE:** Ovechkin arrives in D.C., signs with Caps

**DATELINE:** WASHINGTON

**BODY:**

Alexander Ovechkin, the No. 1 pick in last year's NHL draft, arrived in Washington on Wednesday and signed his three-year contract with the Capitals.

Ovechkin, 19, agreed to terms on Aug. 5, and is scheduled to be formally introduced at a news conference on Thursday.

The Russian left wing had 13 goals and 13 assists in 37 games for champion Dynamo Moscow of the Russian Super League last season. He opted out of a contract with Russian team Avangard Omsk to join the Capitals this season.

**LOAD-DATE:** September 1, 2005

Jeff Friesen

Position: Aug. 5, 1076 (Meadow Lake, Saskatchewan)
Height: 6-1      Weight: 205      Shoots: Left
Acquired: Signed in a trade for _____ Sept. 27, 2005.

## *Alexander Ovechkin Signs with Capitals*
### *2004 No. 1 overall pick arrives in D.C.*

AUGUST 31, 2005 -- WASHINGTON, D.C. – The Washington Capitals have signed left wing
Alexander Ovechkin, the No. 1 overall pick in the 2004 NHL Entry Draft, to a three-year contract,
vice president and general manager George McPhee announced today. In keeping with club policy,
terms of the deal were not disclosed.

Ovechkin, 19, had agreed to terms with the Capitals on Aug. 5 and signed his contract upon arrival
in Washington, D.C., today.

Last season Ovechkin played 37 games for Dynamo Moscow of the Russian Super League, recording
13 goals and 13 assists while helping his team to a league championship. Despite missing 23 games
while competing in tournaments and recovering from injury, he still ranked among team leaders in
goals, assists and points. In 10 playoff games with Dynamo, he tallied two goals and four assists,
tying for third on the team in points with six.

The 6'2", 212-pound Moscow native also represented Russia in several international tournaments
during the 2004-05 season, including the World Cup of Hockey, World Championship and World
Junior Championship. At the 2005 World Championship in Austria, Ovechkin led the team in goals
(5), points (8) and game-winning goals (2) while leading Russia to a third-place finish. During the
2005 World Junior Championship in North Dakota he was named the tournament's top forward.
Appearing in six games, he led Russia in goals (7), points (11) and shots (29), helping the team to
second-place finish.

In four seasons with Dynamo Moscow, he has appeared in 152 Russian Super League games,
totaling 36 goals and 32 assists for 68 points. He has also appeared in numerous other international
tournaments, including the 2003 World Junior Championship, where he won a gold medal with
Russia.

On July 20, 2005, Ovechkin declared he was opting out of his Russian contract with Avangard Oms
in order to join the Capitals.

Alexander Ovechkin
Position: Left Wing
Birthday: Sept. 17, 1985 (Moscow, Russia)
Height: 6-2      Weight: 212      Shoots: Right
Acquired: Capitals' first-round choice, first overall, in the 2004 NHL Entry Draft

## Jeff Halpern Named Captain of Capitals
## Potomac, Md., native becomes team's 12th captain

WASHINGTON, D.C. – Center Jeff Halpern will serve as the captain of the Washington Capitals, vice
president and general manager George McPhee announced tonight at the Capitals' Fan Fest event at
the Ballston Common Mall in Arlington, Va. Halpern, a Potomac, Md., native becomes the 12th
captain in the 32-year history of the Washington Capitals.