PETITION EXHIBIT  D

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MOSCOW DYNAMO** | * | |
| **Petitioner** | * | |
| v. | * | **CIVIL ACTION NO.** |
| **ALEXANDER M. OVECHKIN** | * | |
| **Respondent** | * | |

\*   \*   \*   \*        \*   \*   \*   \*   \*   \*

## AFFIDAVIT OF WILLIAM C. SAMMONS

I, WILLIAM C. SAMMONS, hereby affirm under penalties of perjury that the facts set forth in this affidavit are true and correct.

1.    I am over eighteen years of age, have personal knowledge of the matters stated herein, and am otherwise competent to testify.

2.    I am an attorney admitted to the bar of the State of Maryland and, with others in my firm, represent the interests of Moscow Dynamo, the petitioner, in this proceeding.

3.    I am attaching to this affidavit, true and accurate copies of correspondence generated by me, or others in my office operating under my direction, as follows:

A.    Letter dated October 5, 2005, to Alexander Ovechkin.

B.    Letter dated October 5, 2005, to William L. Daly, Deputy Commissioner of the NHL.

C.    Letter dated October 5, 2005, to Dick Patrick, President, Washington Capitals.

D.    Letter dated October 21, 2005, to Alexander Ovechkin.

#488976v.1

4.      I also authored the letters directed to Mr. Ovechkin that are attached to the Affidavit of Alexander Berkovich filed in this action.

5.      On or about October 7, 2005, I engaged a private process server to serve on Mr. Ovechkin a copy of the Statement of Claim that had been filed by Moscow Dynamo with the Arbitration Committee of the (Russian) Professional Hockey League. The private process server informed me that he had contacted the Washington Capitals to determine the whereabouts of Mr. Ovechkin and was advised by a person, who identified himself as an attorney for the Washington Capitals, that he would accept service on behalf of Mr. Ovechkin.

6.      Later that day I was advised by the private process server that service had been affected on Mr. Ovechkin by service on that attorney.  The process server subsequently returned to me his affidavit of service, together with an acknowledgment authorization which had been signed (according to the private process server, in his presence) by the attorney to whom the private process server had spoken. True and accurate copies of those documents are attached as documents E and F, respectively.

7.      I never received a response to the letters identified in paragraphs 3 and 4, above, nor have I otherwise been contacted by Mr. Ovechkin, or any of the others to whom my letters were addressed or copied.

_____
William C. Sammons

*Subscribed and Sworn* to before me, a Notary Public, this 17th day of November 2005.

_____
Notary Public

My Commission expires: 1-1-09 .

SAMMONS AFFIDAVIT

EXHIBIT  A

III MERITAS LAW FIRMS WORLDWIDE

100 EAST PRATT STREET
26TH FLOOR
BALTIMORE MARYLAND 21202
410.752.9700
FAX  410.727.5460

www.tydingslaw.com

ATTORNEYS AT LAW

# TYDINGS & ROSENBERG LLP

**WILLIAM C. SAMMONS**
410.752.9706
wsammons@tydingslaw.com

October 5, 2005

*By Facsimile 202- 266-2250*

Alexander Ovechkin
c/o Washington Capitals
Market Square North
401 9th Street NW
Suite 750
Washington, DC  20004

        Re:    Breach of Contract

Dear Mr. Ovechkin:

        I have been retained to represent the interests of Moscow Dynamo in the matter described below.

        By virtue of your execution of a contract with Omsk Avangard, and Moscow Dynamo's exercise of its right to match that contract, you are contractually obligated to play hockey exclusively with the Moscow Dynamo for the 2005-2006 season.  You are in breach of that contract.

        Accordingly, the Moscow Dynamo intends immediately to commence arbitration proceedings, in accordance with the terms of your contract and the rules and regulations of the Russian Professional Hockey League.  In that proceeding Moscow Dynamo will seek to enjoin you from playing hockey for any other professional hockey team in the world, including the Washington Capitals.  Of course, Moscow Dynamo also reserves the right to seek any and all other legal remedies available to it.

        In the interim, Moscow Dynamo demands that you refrain from playing hockey for the Washington Capitals or for any team other than the Moscow Dynamo, and that you contact us to make arrangements for your return to the Moscow Dynamo.  Should you disregard Moscow Dynamo's demand, serious legal consequences will result.

#486656v.1

ATTORNEYS AT LAW

TYDINGS & ROSENBERG LLP
        Alexander Ovechkin
        October 5, 2005
        Page 2


        We trust that you will govern yourself accordingly.

        For your convenience, I am attaching a translation of this letter that I am advised is complete and accurate.

                        Sincerely yours,

                        William C. Sammons

WCS/gm
Enclosure
cc:     Moscow Dynamo
        Don Meehan *(by facsimile - 905-275-4025)*
        Dick Patrick, Washington Capitals *(by facsimile - 202-266-2250)*
        William L. Daly, NHL *(by facsimile - 212-789-2020)*
        Ted Saskin, NHLPA *(by facsimile - (416-313-2401)*
        Russian Ice Hockey Federation *(by facsimile - 011-7095-248-0300)*
        Russian Professional Hockey League *(by facsimile - 011-7095-725-4739)*
        Rene Fasel, IIHF *(by facsimile - 011-411-562-2229)*
        Sergey Isakov *(by facsimile - 011-7095-786-8942)*

#486656v.1

5 октября 2005-10-05

По факсу: 202-266-2250

Александру Овечкину

По поводу: Нарушения Контракта

Дорогой г-н Овечкин:

Я являюсь адвокатом Московского Динамо в нижеописанном деле.  Ввиду того, что Вы подписали контракт с Авангардом Омск, и ввиду того, что Динамо использовало свое преимущественное право в отношении этого контракта, у Вас существуют контрактные обязательства играть в хоккей исключительно за Динамо в сезоне 2005-2006.  В настоящее время Вы нарушаете этот контракт.

Соответственно, следуя условиям Вашего контракта с Динамо и регламенту Российской Профессиональной Хоккейной Лиги, Динамо намеревается немедленно возбудить против Вас арбитражное дело.  В этом деле Динамо потребует, чтобы Вам было запрещено играть в хоккей за какие-либо другие профессиональные клубы в мире, включая Вашингтон Капиталс.  Конечно же, Динамо оставляет за собой право на любые другие юридические действия против Вас.  В настоящее время Динамо требует чтобы Вы не играли в хоккей за Вашингтон Капиталс или любую другую профессиональную команду в мире, кроме Динамо, и сообщили нам какие действия Вы собираетесь предпринять для Вашего возвращения в Динамо.

Пожалуйста имейте в виду, что игнорирование требований Динамо повлечет за собой серьезные юридические последствия.

Мы надеемся что Вы поведете себя соответствующим образом.

Искренне Ваш.

SAMMONS AFFIDAVIT

EXHIBIT  B

ᵢᵢᵢ MERITAS LAW FIRMS WORLDWIDE

100 EAST PRATT STREET
26TH FLOOR
BALTIMORE MARYLAND 21202
410.752.9700
FAX 410.727.5460

www.tydingslaw.com

ATTORNEYS AT LAW

# TYDINGS & ROSENBERG LLP

WILLIAM C. SAMMONS
410.752.9706
wsammons@tydingslaw.com

October 5, 2005

***By Facsimile - 212-789-2020***

Mr. William L. Daly, Deputy Commissioner
National Hockey League
1251 Avenue of the Americas
New York, NY, 10020

Re:     <u>Breach of Contract</u>

Dear Mr. Daly:

I have been retained to represent the interests of Moscow Dynamo in the matter described below.

As you know from prior communications from Anatoly Kharchuk, president of Moscow Dynamo, Alexander Ovechkin is contractually bound to Moscow Dynamo, and precluded from playing for the Washington Capitals, during the 2005-2006 hockey season.

I am writing to advise you that Moscow Dynamo intends immediately to commence arbitration proceedings in Russia, in accordance with the terms of Alexander Ovechkin's contract with Moscow Dynamo and the rules and regulations of the Russian Professional Hockey League. In that proceeding, Moscow Dynamo will seek to enjoin Alexander Ovechkin from playing hockey for any other professional hockey team in the world, including the Washington Capitals. Moscow Dynamo further reserves the right to seek any and all other legal remedies available to Moscow Dynamo against Alexander Ovechkin, the Washington Capitals, and the NHL.

Once relief is obtained in the arbitration proceeding, we have been instructed to take the necessary steps immediately to enforce the award in the United States.

In the interim, our client demands that the NHL take action to ensure that Alexander Ovechkin does not play hockey for the Washington Capitals or for any

ATTORNEYS AT LAW

TYDINGS & ROSENBERG LLP

Mr. William L. Daly, Deputy Commissioner
October 5, 2005
Page 2

other National Hockey League team pending resolution of the arbitration
proceeding.  Should you fail to do so, Moscow Dynamo will hold you
accountable for the legal consequences of your actions.

Sincerely yours,

William C. Sammons

WCS/gm
cc:     Moscow Dynamo
        Don Meehan *(by facsimile - 905-275-4025)*
        Dick Patrick, Washington Capitals *(by facsimile - 202-266-2250)*
        Ted Saskin, NHLPA *(by facsimile - (416-313-2401)*
        Russian Ice Hockey Federation *(by facsimile - 011-7095-248-0300)*
        Russian Professional Hockey League *(by facsimile - 011-7095-725-4739)*
        Rene Fasel, IIHF *(by facsimile - 011-411-562-2229)*
        Sergey Isakov *(by facsimile - 011-7095-786-8942)*

#486657v.1

# SAMMONS AFFIDAVIT

# EXHIBIT  C

METRITAS LAW FIRMS WORLDWIDE

100 EAST PRATT STREET
26TH FLOOR
BALTIMORE MARYLAND 21202
410.752.9700
FAX 410.727.5460

www.tydingslaw.com

ATTORNEYS AT LAW

# TYDINGS & ROSENBERG LLP

WILLIAM C. SAMMONS
410.752.9706
wsammons@tydingslaw.com

October 5, 2005

*By Facsimile - 202-266-2250*

Dick Patrick, President
Washington Capitals
Market Square North
401 9th Street NW
Suite 750
Washington, DC 20004

Re:   <u>Alexander Ovechkin</u>

Dear Mr. Patrick:

I have been retained to represent the interests of Moscow Dynamo in the matter described below.

You have been copied on correspondence exchanged between Moscow Dynamo and the National Hockey League ("NHL") and you are, therefore, aware that the NHL has refused to consider the relevant facts and acknowledge Moscow Dynamo's exclusive contractual rights with respect to Alexander Ovechkin's services for the 2005-2006 hockey season. I can only conclude that the Washington Capitals agrees with the NHL and also refuses to acknowledge Moscow Dynamo's rights.

I am writing to advise you, therefore, that Moscow Dynamo will immediately commence arbitration proceedings in Russia in accordance with the terms of Alexander Ovechkin's contract with Moscow Dynamo, and the rules and regulations of the Russian Professional Hockey League. In that proceeding, Moscow Dynamo will seek to enjoin Alexander Ovechkin from playing hockey for any other professional hockey team in the world, including the Washington Capitals. Moscow Dynamo further reserves the right to seek any and all other legal remedies available to it, including asserting claims against Alexander Ovechkin, the Washington Capitals, and the NHL, in courts of the United States.

#486659v.1

ATTORNEYS AT LAW

TYDINGS & ROSENBERG LLP

Dick Patrick, President
October 5, 2005
Page 2


Once Moscow Dynamo is awarded relief in the arbitration proceeding, we have been instructed to take the necessary steps immediately to enforce that award in the United States.

In the interim, you are advised that Alexander Ovechkin's participation as a hockey player with the Washington Capitals constitutes a violation of his contractual obligation to Moscow Dynamo, and your continued employment of Mr. Ovechkin constitutes an interference with those obligations. Moscow Dynamo therefore demands that the Washington Capitals immediately cease using the services of Alexander Ovechkin. Your failure to do so will result in further damage to Moscow Dynamo, and you will be held accountable for the legal consequences of your action.

We trust that you will govern yourselves accordingly.

Sincerely yours,

William C. Sammons

WCS/gm
cc:    Moscow Dynamo
       Don Meehan *(by facsimile - 905-275-4025)*
       William L. Daly, NHL *(by facsimile - 212-789-2020)*
       Ted Saskin, NHLPA *(by facsimile - (416-313-2401)*
       Russian Ice Hockey Federation *(by facsimile - 011-7095-248-0300)*
       Russian Professional Hockey League *(by facsimile - 011-7095-725-4739)*
       Rene Fasel, IIHF *(by facsimile - 011-411-562-2229)*
       Sergey Isakov *(by facsimile - 011-7095-786-8942)*

#486659v.1

SAMMONS AFFIDAVIT

EXHIBIT  D

100 EAST PRATT STREET
BALTIMORE MARYLAND 21202
410/752-9700
FAX 410/727-5460

WASHINGTON DC OFFICE
202/296-1642
FAX 202/828-4130

ATTORNEYS AT LAW

# TYDINGS & ROSENBERG LLP

WILLIAM C. SAMMONS
410/752-9706
wsammons@tydingslaw.com

October 21, 2005

**BY FACSIMILE (202-266-2250)**

Alexander Ovechkin
c/o Washington Capitals
Market Square North
401 9th Street N.W., Suite 750
Washington, DC  20004

Re:    **Moscow Dynamo v. Alexander Ovechkin**

Dear Mr. Ovechkin:

Attached is a copy of the decision of the Arbitration Committee of the Russian Ice Hockey Federation and Russian Professional Hockey League in the captioned proceeding, dated October 21, 2005.  The decision confirms your breach of contract with Moscow Dynamo and enjoins you from working for any professional hockey club other than Moscow Dynamo for the 2005-2006 hockey season.  Moscow Dynamo expects that you will abide by this decision and intends to enforce this decision in the United States.

Our intention is to provide you with a certified translation of the decision on October 24, 2005.  I am available should your attorneys wish to discuss the decision.

Sincerely yours,

William C. Sammons

WCS/rsm
Attachment

cc:    Dick Patrick, Washington Capitals *(by facsimile - 202-266-2250)*
       Don Meehan *(by facsimile - 905-275-4025)*
       William L. Daly, NHL *(by facsimile- 212-789-2020)*
       Ted Saskin, NHLPA *(by facsimile- 416-313-2401)*
       Rene Fasel, IIHF *(w/out attachment) (by facsimile - 011-411-562-2229)*
       Sergey Isakov *(by facsimile - 011-7095-786-8942)*

#488561v.1

**Russian Ice Hockey Federation**                    **Professional Hockey League**

## ARBITRATION COMMITTEE

**Moscow**
**October 21, 2005**

**TO: HC Dynamo Moscow**              VIA FAX (007 095 2131304)

**Washington Capitals**              VIA FAX (1 202 2662250)

**Mr. Ovechkin A.**                  VIA FAX (1 202 2662250)

Attached herewith is the decision of the Arbitration Committee of the RIHF and PHL dated October 21, 2005 regarding the arbitration claim of Moscow Dynamo against Alexander Ovechkin.

Respectfully,
Secretary of the Arbitration Committee                *[signature]*        M.A. Lukina
Tel/fax (007 095 7254739)

Федерация хоккея России                    Профессиональная хоккейная лига

## АРБИТРАЖНЫЙ КОМИТЕТ

г. Москва                                          «21» октября 2005г.

ХК «Динамо» г. Москва
Факс (007 095 2131304)

ХК «Вашингтон Кэпиталз»
Факс (1 202 2662250)

Г-ну Овечкину А.М.
Факс (1 202 2662250)

Направляем Вам решение Арбитражного Комитета ФХР и ПХЛ от 21 октября 2005 года по арбитражному иску ХК «Динамо» Москва к Александру Овечкину.

С уважением,

Секретарь Арбитражного комитета
ФХР и ПХЛ                                                          М.А.   Лукина
Тел/факс (095) 725-47-39

Федерации хоккея России                    Профессиональная хоккейная лига

## АРБИТРАЖНЫЙ КОМИТЕТ

г. Москва                                                    «21» октября 2005 г.

Арбитражный комитет в составе:        Кукушкина В.В.
                                      Баринова А.М.
                                      Козина В.И.
                                      Овчинниковой Н.А.
                                      Лукиной М.А.

Рассмотрел на открытом заседании 20 Октября 2005 года исковое заявление истца ХК «Динамо» Москва (далее «Динамо») против ответчика Александра Михайловича Овечкина (далее «Овечкин»).

На заседании по делу приняли участие:

От истца:        Спортивный директор ХК «Динамо» г. Москва Панфилов А.Е.
                 Юрист Александр Беркович

От ответчика:    ни ответчик, ни его представители на заседание не пришли

## РЕШЕНИЕ

### ОБСТОЯТЕЛЬСТВА ДЕЛА

**a.    Возбуждение арбитражного дела**

6 Октября 2005 г. в Арбитражный комитет Федерации Хоккея России и Профессиональной хоккейной лиги (далее «АК ФХР и ПХЛ») согласно ПОЛОЖЕНИЮ (далее «ПОЛОЖЕНИЕ») об АК ФХР и ПХЛ поступило исковое заявление хоккейного клуба Динамо Москва по возбуждению арбитражного разбирательства претензии Динамо против Овечкина на основании пункта 6 типового контракта игрока ПХЛ между Овечкиным и Динамо.

Согласно статье 10ой ПОЛОЖЕНИЯ, Динамо предоставило в АК ФХР и ПХЛ вместе с исковым заявлением квитанцию, подтверждающую оплату взноса за рассмотрение искового заявления на сумму 10 000 (Десять тысяч) рублей, перечисленного на расчетный счет ПХЛ.

Согласно статье 11ой ПОЛОЖЕНИЯ, 10 Октября 2005 г. АК ФХР и ПХЛ направило исковое заявление Динамо Овечкину с сопроводительным письмом, назначающим слушание дела на 20 Октября 2005 г. на 12 часов дня в Москве по факсу и DHL по адресу Овечкина в США -- Alexander Ovechkin, c/o Washington Capitals, Market  Square North, 401 9th Street NW, Suite 750, Washington, DC 20004, fax 202-266-2250.

Согласно документации предоставленной Динамо, Динамо также уведомило Овечкина о возбуждении дела и назначении слушания следующим образом:

7 Октября 2005 г. Динамо, через своих юристов в Вашингтоне, направило исковое заявление Овечкину в Washington Capitals по выше указанному адресу с сопроводительным письмом на английском и русском языках.  Также 7 Октября 2005 г. юрисконсульт Washington Capitals принял исковое заявление Динамо с подтверждением того, что ему доверено принять исковое заявление Динамо от имени Овечкина.

10 Октября 2005 г. Динамо, через своих юристов в Вашингтоне, направило Овечкину в Washington Capitals по выше указанному адресу по факсу письмо АК ФХР и ПХЛ назначающее слушание дела на 20 Октября 2005 г. на 12 часов дня в Москве.

7 и 10 Октября 2005 г. Динамо также направило исковое заявление и письмо, назначающее слушание дела на 20 Октября 2005 г. на 12 часов дня в Москве через своих юристов в Вашингтоне агентам Овечкина в Северной Америке и России, в Washington Capitals, в НХЛ и в профсоюз игроков НХЛ.

Динамо также направило исковое заявление с письмом, назначающим слушание дела на 20 Октября 2005 г. на 12 часов дня в Москве, родителям Овечкина.

Ни ответчик, ни его представители на заседание не пришли.  Ни ответчик, ни его представители не представили письменные объяснения или возражения на исковое заявление Динамо.  Ни ответчик, ни его представители не связались ни с АК ФХР и ПХЛ ни с истцом с просьбой о перенесении заседания.

АК ФХР и ПХЛ удовлетворен в том, что Овечкин и его представители получили заявление Динамо и уведомление АК ФХР и ПХЛ, назначающее слушание дела на 20 Октября 2005 г. на 12 часов дня в Москве, по адресу г. Москва, Лужнецкая набережная, дом 8, офис 235.  Соответственно, АК ФХР и ПХЛ рассмотрел дело согласно статье 11 ПОЛОЖЕНИЯ, которая гласит о том, что «непредставление стороной письменных объяснений и доказательств в случае неявки на арбитражное заседание не препятствует рассмотрению дела по имеющимся материалам».

**6.    Арбитражный иск Динамо**

Арбитражный Иск Динамо, который включает документацию в поддержку иска, состоит в следующем:

Динамо является хоккейным клубом и членом ПХЛ.    Александр Михайлович Овечкин является гражданином России, рожденным 17 сентября, 1985 г. и прописанным по адресу г. Москва, ул. Сельскохозяйственная, д. 18, корпус 4, кв. 188.   Рабочий адрес Овечкина: Alexander Ovechkin, c/o Washington Capitals, Market Square North, 401 9th Street NW, Suite 750, Washington, DC 20004, fax 202-266-2250.    Овечкин общепризнанно является игроком уникального таланта и восходящей звездой Российского хоккея.    Овечкин является воспитанником детско-юношеской школы Динамо и игроком Сборной Национальной Команды России.   Овечкин был выбран клубом НХЛ Вашингтон Капиталс (далее «Вашингтон») первым номером в драфте НХЛ 2004 года.

Овечкин играл за Динамо в сезоне 2004-2005 на основании контракта между Динамо и Овечкиным, вступившим в силу 1 июля 2004 г. и закончившим свое действие 30 апреля 2005 г.   (См. Приложение № 1).   (Все ссылки на «Приложения» являются ссылками на Приложения к исковому заявлению Динамо).    Согласно правилам ПХЛ под заголовком «Контракт Хоккеиста, Правила Переходов, Аренды и Уплаты Компенсационных Выплат» (см. Приложение № 2), Динамо предложило Овечкину 26 апреля 2005 г. заключить новый контракт с Динамо с увеличением общей суммы финансового вознаграждения на 30% по сравнению с сезоном 2004-2005 г. (См. Приложение № 3).

30 июня 2005 г. Авангард Омск (далее «Авангард») подписал предварительный контракт с Овечкиным, который состоял из стандартного контракта профессионального хоккеиста (см. Приложение №4) и конфиденциального соглашения (см. Приложение № 5) и направил его в ПХЛ и Динамо.   Кроме прочих условий, в  конфиденциальном соглашении Авангард согласился на то, «... что Игрок имеет право принять предложенный контракт от Клуба НХЛ в любое время до 12 часов ночи (время Восточного Побережья США) 20 июля 2005 г.  Если Игрок решает принять выше оговоренный контракт, Клуб в свою очередь согласен на то, что Игрок имеет право прервать контракт немедленно и обе стороны – Клуб и Игрок – согласны аннулировать контракт и признать его недействительным.» (см. Приложение №5 п. 2).

1 июля 2005 г. Динамо подтвердило свое согласие подписать контракт с Овечкиным на тех же финансовых условиях, что и контракт Авангарда в соответствии с Приложением №2.  (См. Приложением № 6).  В пресс-релизе от 5 августа 2005 г. Вашингтон объявил, что 5 августа 2005 г. соглашение по 3-х летнему контракту было достигнуто между клубом и Овечкиным начиная с сезона 2005-2006 г.   (См. Приложение№ 7).   Сезон НХЛ 2005-2006 г. и выступление Овечкина за Вашингтон начались 5 Октября 2005 г.

3

8 августа 2005 г. АК ФХР и ПХЛ рассмотрел заявление Авангарда, в котором Авангард поставил под вопросом выполнение Динамо условий контракта с Овечкиным за сезон 2004-2005 г.  В тот же день АК ФХР и ПХЛ вынес решение отказать претензии Авангарда и снять заявление Авангарда с рассмотрения.  (См. Приложение № 8).  Несмотря на требования Динамо, НХЛ и Вашингтон отказались аннулировать контракт между Вашингтоном и Овечкиным, проигнорировав права Динамо.  5 Октября 2005 г. Овечкин начал хоккейный сезон 2005-2006 г. в составе Вашингтон Капиталс и продолжает в настоящее время играть в профессиональный хоккей за Вашингтон Капиталс.

## МОТИВЫ РЕШЕНИЯ

АК ФХР и ПХЛ имеет юрисдикцию рассматривать настоящий спор на основании пункта 6 типового контракта игрока ПХЛ и контрактов Овечкина с Динамо и Авангардом.  Пункт 6 типового контракта игрока ПХЛ и контрактов Овечкина с Динамо и Авангардом гласит о том, что Клуб и Игрок соглашаются на исключительную юрисдикцию АК ФХР и ПХЛ по разрешению разногласий между ними.  Согласно правилам ПХЛ под заголовком «Контракт Хоккеиста, Правила Переходов, Аренды и Уплаты Компенсационных Выплат», пункт 1.2 (см. Приложение № 2), контракт профессионального хоккеиста должен быть заключен в соответствии с Типовым контрактом утвержденным ПХЛ.

Динамо является хоккейным клубом и членом ПХЛ.  Александр Михайлович Овечкин (далее «Овечкин») является гражданином России, рожденным 17 сентября, 1985 г. и прописанным по адресу г. Москва, ул. Сельскохозяйственная, д. 18, корпус 4, кв. 188.  Рабочий адрес Овечкина: Alexander Ovechkin, c/o Washington Capitals, Market Square North, 401 9th Street NW, Suite 750, Washington, DC 20004, fax 202-266-2250.

Бесспорно, потеря услуг Овечкина не может  быть адекватно возмещена Динамо и в результате чего Динамо несет значительный ущерб.  Овечкин общепризнанно является игроком уникального таланта и восходящей звездой Российского хоккея.   Овечкин является воспитанником детско-юношеской школы Динамо и игроком Сборной Национальной Команды России.  Овечкин был выбран клубом НХЛ Вашингтон Капиталс (далее «Вашингтон») первым номером в драфте НХЛ 2004 года.  Овечкин был одним из ведущих игроков Динамо в сезоне 2004-2005 г., в котором Динамо стало чемпионат России, впервые с 2000 года.

Овечкин играл за Динамо в течение нескольких лет до сезона 2004-2005 и в сезоне 2004-2005.  В сезоне 2004-2005 Овечкин играл за Динамо на основании контракта между Динамо и Овечкиным, вступившим в силу 1 июля 2004 г. и закончившим свое действие 30 апреля 2005 г.  (См. Приложение № 1).  Переговоры по этому контракту от Овечкина проводил его агент Сергей Исаков.

Согласно правилам ПХЛ под заголовком «Контракт Хоккеиста, Правила Переходов, Аренды и Уплаты Компенсационных Выплат» (см. Приложение № 2), Динамо предложило Овечкину 26 апреля 2005 г. заключить новый контракт с Динамо с увеличением общей суммы финансового вознаграждения на 30% по сравнению с сезоном 2004-2005 г. (См. Приложение № 3).  Согласно этим правилам, Динамо для того, что бы сохранить за собой преимущественное право подписания контракта с Овечкиным, должно было предоставить такое предложения не позднее, чем 10 дней после окончания контракта Овечкина. Факт того, что Динамо сделало это предложение до окончания контракта Овечкина, только было в пользу Овечкина.

30 июня 2005 г. Авангард Омск (далее «Авангард») подписал предварительный контракт с Овечкиным, который состоял из стандартного контракта профессионального хоккеиста (см. Приложение №4) и конфиденциального соглашения (см. Приложение № 5), на сезон 2005-2006 г., и направил его в ПХЛ и по факсу в Динамо.  Согласно показаниям Динамо, переговоры от имени Овечкина по контракту Овечкина с Авангардом проводил его агент Сергей Исаков.

В конфиденциальном соглашении Авангард и Овечкин согласились на сумму компенсации Овечкина на сезон 2005-2006 г. на 1 800 000 (один миллион восемьсот тысяч) долларов США.

Авангард и Овечкин также согласились на то, «... что Игрок имеет право принять предложенный контракт от Клуба НХЛ в любое время до 12 часов ночи (время Восточного Побережья США) 20 июля 2005 г.  Если Игрок решает принять выше оговоренный контракт, Клуб в свою очередь согласен на то, что Игрок имеет право прервать контракт немедленно и обе стороны – Клуб и Игрок – согласны аннулировать контракт и признать его недействительным.» (см. Приложение №5 п. 2).

1 июля 2005 г., то есть по истечению одного дня с момента получения контракта Овечкина от Авангарда, Динамо подтвердило свое согласие подписать контракт с Овечкиным на тех же финансовых условиях, что и контракт Авангарда, в соответствии с пунктом 1.10 «Контракт Хоккеиста, Правила Переходов, Аренды и Уплаты Компенсационных Выплат» (см. Приложение № 2 и Приложение № 6), который дает право предыдущему клубу (Динамо) повторить условия контракта предложенного новым клубом (Авангард).

На основании выше указанного, у Динамо на данный момент существует действительный контракт с Овечкиным.  Динамо своевременно предложило Овечкину новый контракт с увеличением компенсации на 30 %, тем самым, оставив за собой преимущественное право подписания контракта с Овечкиным и Динамо своевременно согласилось, на повторение финансовых условий предварительного контракта между Авангардом и Овечкиным.  Соответственно, на 1 июля 2005 г. между Овечкиным и Динамо состоялся полностью действительный контракт на сезон 2005-2006 г. с суммой компенсации на 1 800

5

000 (один миллион восемьсот тысяч) долларов США и всеми другими условиями типового контракта игроков ПХЛ.

Условие конфиденциального соглашения между Авангардом и Овечкиным по поводу прерывания контракта в случае принятия Овечкиным условий контракта с клубом НХЛ, не распространяется на настоящий контракт между Динамо и Овечкиным, ввиду того, что, согласно Протоколу Заседания Коллегии Суперлиги ПХЛ от 12 апреля 2005 г. (см. Приложение № 9) и объяснительным инструкциям ПХЛ (см. Приложение № 10), в пункте 1.10 «Контракт Хоккеиста, Правила Переходов, Аренды и Уплаты Компенсационных Выплат» «положение о том, что «предыдущий Клуб имеет право повторить условие этого контракта» подразумевает <u>финансовые</u> условия».

В пресс-релизе от 5 августа 2005 г. Вашингтон объявил, что 5 августа 2005 г. соглашение по 3-х летнему контракту было достигнуто между клубом и Овечкиным начиная с сезона 2005-2006 г. (См. Приложение№ 7). Сезон НХЛ 2005-2006 г. и выступление Овечкина за Вашингтон начались 5 Октября 2005 г.

Даже в случае, если условие по поводу прерывания контракта между Авангардом и Овечкиным распространялось бы на Динамо, то это условие не может быть основанием прерывания контракта между Динамо и Овечкиным ввиду того, что Овечкин и Вашингтон согласились на контракт 5 августа 2005 г., в то время как, по условию прерывания контракта с Авангардом, Овечкин мог прервать контракт только в случае принятия предложенного контракта от Клуба НХЛ <u>до 12 часов ночи (время Восточного Побережья США) 20 июля 2005 г.</u>

8 августа 2005 г. АК ФХР и ПХЛ рассмотрел заявление Авангарда, в котором Авангард поставил под вопросом выполнение Динамо условий контракта с Овечкиным за сезон 2004-2005 г.  В тот же день АК ФХР и ПХЛ вынес решение отказать претензии Авангарда и снять заявление Авангарда с рассмотрения. (См. Приложение № 8).

Несмотря на требования Динамо, НХЛ и Вашингтон отказались аннулировать контракт между Вашингтоном и Овечкиным, проигнорировав права Динамо.

Соответственно, подписав контракт с Вашингтоном, Овечкин нарушил свои обязательства по действующему контракту с Динамо.

### РЕШИЛ:

На основании Регламента АК ФХР и ПХЛ, материалов предоставленных Динамо, правил ПХЛ, Арбитражный комитет Федерации хоккея России и Профессиональной хоккейной лиги выносит следующие решения:

1. **Подтвердить полную действенность контракта между Динамо и Овечкиным на сезон 2005-2006г.г.**

2. **Решить, что Овечкин нарушил контракт с Динамо на сезон 2005–2006 г.г.**

3. **Запретить Овечкину выступать в сезоне 2005-2006г.г. за любой другой хоккейный клуб, кроме Динамо, согласно п.6.4 и 6.5 контракта между Динамо и Овечкиным на сезон 2005-2006г.г. и типового контракта игрока ПХЛ.**

4. **Учитывая общепризнанный уникальный талант Овечкина, потеря услуг которого не может быть адекватно возмещена Динамо, и в результате чего Динамо несет значительный ущерб, решить, что настоящее Решение АК ФХР и ПХЛ, включая решение, запрещающее Овечкину выступать в сезоне 2005-2006г.г. за любой другой хоккейный клуб, кроме Динамо, приводиться к немедленному исполнению согласно ст. 22 Положения об АК ФХР и ПХЛ.**

Настоящее решение составлено в трех экземплярах, из которых один предназначен для хранения в делах Арбитражного комитета Федерации хоккея России и Профессиональной хоккейной лиги, один – для истца, один – для ответчика.

Кукушкин В.В.

Баринов А.М.

Козин В.И.

Овчинникова Н.А.

Лукина М.А.

SAMMONS AFFIDAVIT

EXHIBIT  E

Moscow Dynamo
 Plaintiff(s)

Case Number: <u>227/03</u>

vs

 Alexander Ovechkin
 Defendant(s)

## <u>AFFIDAVIT OF SERVICE</u>

I, Alex M. Hernandez, hereby certify that on October 7, 2005 at 3:50 PM, I executed service of process upon Don Fisherman, attorney, authorized to accept service of **ALEXANDER OVECHKIN** at c/o Washington Capitals, Market Square North, 401 9th Street NW Suite 750, Washington, DC 20004, by delivering to and leaving with personally, copies of Letter and Petition for Arbitration and Arbitration Rule (both in Russian Language).

Don Fisherman is described as a White Male, approximately 5' 10" tall, 170-180 pounds, Brown eyes, Brown hair, and 42 years of age. The undersigned further certifies that my place of business is: 331 8th Street, NE, Washington, DC 20002; that I am 40 years of age, Date of Birth 12/1/1964; and that I am not a party to this action.

I solemnly declare and affirm under penalties of perjury that the matters and facts set forth herein are true to the best of my knowledge, information, and belief.

Date October 11, 2005.

_____
Alex M. Hernandez

WASHINGTON, THE DISTRICT OF COLUMBIA
Subscribed and sworn to before me on October 11, 2005.

_____

My Commission Expires:        Shandern Dobson
                              Notary Public, District of Columbia
                              My Commission Expires 12-14-2008

Ref.# 66155

# SAMMONS AFFIDAVIT

# EXHIBIT  F

WASHINGTON CAPITALS

This will confirm that I have today, Friday October 7, 2005, accepted papers addressed to
Alexander Ovechkin, and that I am authorized to accept them on Mr. Ovechkin's behalf.
The papers include a letter to Mr. Ovechkin from the law firm of Tydings & Rosenberg
LLP, and attachments, which, according to the letter, consist of a petition for arbitration
and arbitration rules (both in the Russian language).

_____
Name

_____
Title

#487024v.1