CO-386
Rev. 10/03

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MOSCOW DYNAMO

             Plaintiff

      v.

ALEXANDER OVECHKIN

             Defendant

)
)
)
)
)
)
)
)
)
)
)

Civil Action No. _____

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for __Moscow Dynamo__,

certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries

or affiliates of __Moscow Dynamo__, which have any outstanding securities

in the hands of the public. __None__

_____

_____

      These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

__473451__
Bar Identification Number

William S. Heyman
Print Name

Tydings & Rosenberg LLP
Address

| Baltimore | MD | 21202 |
|-----------|-------|-------|
| City | State | Zip |

410-752-9700
Telephone Number