IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MOSCOW DYNAMO** | * | |
| Petitioner | * | |
| v. | * | CIVIL ACTION NO. |
| **ALEXANDER M. OVECHKIN** | * | |
| Respondent | * | |

\* \* \* \*    \* \* \* \* \* \*

**NOTICE OF FILING PETITION FOR CONFIRMATION OF
ARBITRATION AWARD AND FOR PERMANENT INJUNCTIVE RELIEF**

Petitioner Moscow Dynamo, by its undersigned counsel, hereby gives notice that it has filed a Petition for Confirmation of Arbitration Award and for Permanent Injunctive Relief in this Court pursuant to 9 U.S.C. § 201, Exhibits to the petition, and a proposed Order. Moscow Dynamo also gives notice that it has filed a Motion to Shorten Time, a Memorandum in support of that motion, and a proposed Order in connection with that motion. All court papers related to the petition and motion should be filed with the United States District Court for the District of Columbia.

William C. Sammons
William S. Heyman, Bar No. 473451
Toyja E. Kelley, Bar No. 482977
Tydings & Rosenberg LLP
  100 East Pratt Street, 26th Floor
  Baltimore, Maryland 21202
  (410) 752-9700

Attorneys for Petitioner

#488642v.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __18th__ day of November 2005, a copy of the foregoing Notice of Filing Petition for Confirmation of Arbitration Award and for Permanent Injunctive Relief was hand delivered to:

>Alexander M. Ovechkin
>c/o Donald Fishman, Esquire
>(Authorized to accept service for Mr. Ovechkin)
>Market Square North
>401 - 9th Street, N.W.
>Suite 750
>Washington, D.C.  20004

_____
William S. Heyman