IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOSCOW DYNAMO | * |
| Petitioner | * |
| v. | *   CIVIL ACTION NO. |
| ALEXANDER M. OVECHKIN | * |
| Respondent | * |

\* \* \* \*    \* \* \* \* \* \*

## MOTION TO SHORTEN TIME

Petitioner Moscow Dynamo hereby moves, pursuant to Fed. R. Civ. P. 6(d), for an Order shortening the time by which respondent Alexander Ovechkin shall respond to Moscow Dynamo's Petition for Confirmation of Arbitration Award and for Permanent Injunctive Relief, and says:

1. Moscow Dynamo has filed concurrently with this motion a Petition for Confirmation of Arbitration Award and for Permanent Injunctive Relief (the "petition").

2. On October 21, 2005, the Arbitration Committee of the Russian Ice Hockey Federation and Professional Hockey League rendered an award **immediately** enjoining Ovechkin from working for any professional hockey club other than Moscow Dynamo until his contract with Moscow Dynamo expires by its terms on April 30, 2006 (the "Award"). The Award has been served on Ovechkin, but he has not complied with its injunction. For the injunction to be given its effect, a minimum amount of time should pass between the filing of the petition and this Court's confirmation of the Award and entrance of a permanent injunction. Five days is a sufficient amount of time for Ovechkin to file his response to the petition, if any. In addition, any hearing in this

#488654v.1

matter should occur on an expedited basis given that the Award provides for immediate injunctive relief and that Ovechkin has failed to comply with the Award.

2. On November 17, 2005, William C. Sammons, counsel for Moscow Dynamo, spoke by telephone with Donald Fishman, Esquire, Vice President of Legal Affairs for the Washington Capitals, who advised that he is authorized by Ovechkin to accept service in this matter. On November 18, 2005, at 11:10 a.m., pursuant to Local Rule 7(m), Mr. Sammons spoke by telephone with Mr. Fishman, and asked whether he would agree to the relief requested in this motion. Mr. Fishman did not agree to the requested relief, but said that he would contact Mr. Sammons later in the day with respect to the response-time issue. On that same date, Mr. Fishman was served with copies of all papers that have been filed in this action. Mr. Fishman refused to consent to the relief sought in this motion.

3. In further support of this motion, the Court is referred to the accompanying memorandum.

WHEREFORE, petitioner Moscow Dynamo respectfully requests that its Motion to Shorten Time be granted, and that an Order be entered (a) requiring the respondent to respond to the petition within five days of the filing of this motion, (b) permitting the petitioner to file a reply three days thereafter, and (c) scheduling a hearing, if the Court determines that one is necessary, within ten days of the filing of this motion.

William C. Sammons
William S. Heyman, Bar No. 473451
Toyja E. Kelley, Bar No. 482977
Tydings & Rosenberg LLP
  100 East Pratt Street, 26th Floor
  Baltimore, Maryland  21202
  (410) 752-9700

Attorneys for Petitioner

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __18th__ day of November 2005, a copy of the foregoing Motion to Shorten Time, accompanying Memorandum, and proposed Order was hand delivered to:

> Alexander M. Ovechkin
> c/o Donald Fishman, Esquire
> (Authorized to accept service for Mr. Ovechkin)
> Market Square North
> 401 - 9th Street, N.W.
> Suite 750
> Washington, D.C. 20004

> _/s/ William S. Heyman_
> William S. Heyman