IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MOSCOW DYNAMO** | * |
| Petitioner | * |
| v. | *   CIVIL ACTION NO. |
| **ALEXANDER M. OVECHKIN** | * |
| Respondent | * |

\*   \*   \*   \*            \*   \*   \*   \*   \*   \*

## ORDER

Upon consideration of the petitioner's motion to shorten time, it is this _____ day of _____, 2005,

ORDERED that the motion is granted; it is further

ORDERED that respondent Alexander Ovechkin file any response to the Petition for Confirmation of Arbitration Award and for Permanent Injunctive Relief on or before _____, and that Moscow Dynamo file any reply within three days thereafter; and it is further

ORDERED that the parties shall participate in a teleconference with the Court on _____ to schedule a date for a hearing on the Petition for Confirmation of Arbitration Award and for Permanent Injunctive Relief.

_____
Judge, United States District Court

#488654v.1