IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOSCOW DYNAMO | * |
| Petitioner | * |
| v. | * CIVIL ACTION NO. |
| ALEXANDER M. OVECHKIN | * |
| Respondent | * |

\* \* \* \*      \* \* \* \* \* \*

**FINAL ORDER AND JUDGMENT CONFIRMING ARBITRATION
AWARD AND ENTERING PERMANENT INJUNCTION**

Petitioner Moscow Dynamo having filed a Petition for Confirmation of Arbitration Award and for Permanent Injunctive Relief to confirm an Award of the Arbitration Committee of the Russian Ice Hockey Federation and Professional Hockey League enjoining respondent Alexander Ovechkin from working for any professional hockey club other than Moscow Dynamo until his contract with Moscow Dynamo expires by its terms on April 30, 2006 (the "Award"), and the Court having considered the petition and the respondent's papers in opposition thereto, and having held a hearing; and

IT APPEARING to the Court that the Award should be entered in this Court as a final judgment pursuant to the Convention on the Recognition and Enforcement of Foreign Arbitral Awards, June 10, 1958, 21 U.S.T. 2517, 330 U.N.T.S. 38, *reprinted in* 9 U.S.C.A. § 201 note (the "Convention").

#488719v.1

NOW THEREFORE, effective this _____ day of _____, 2005, it is hereby,

ORDERED, pursuant to 9 U.S.C. § 207, that the Award is confirmed as a final order and judgment of this Court. It is further ORDERED,

(a)  that the respondent, Alexander Ovechkin, is hereby ENJOINED AND RESTRAINED from playing for or being employed by any professional hockey club or team (including, but not limited to, the Washington Capitals) other than Moscow Dynamo for the duration of this injunction;

(b)  that this injunction shall be in force from the date of this Order through and including April 30, 200; and

(c)  that this Court shall retain jurisdiction to enforce the terms of this Order.

BY THE COURT:

_____
Judge, United States District Court