## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**MOSCOW DYNAMO**                    *

      **Petitioner**              *

    **v.**                              *    **CIVIL ACTION NO. 05-2245-EGS**

**ALEXANDER M. OVECHKIN**        *

      **Respondent**            *

   *    *    *    *      *    *    *    *    *    *

## MOTION FOR ADMISSION OF
## WILLIAM C. SAMMONS *PRO HAC VICE*

The undersigned counsel is a member in good standing of the bar of this Court and moves the admission of William C. Sammons to appear *pro hac vice* in this case as counsel for petitioner Moscow Dynamo.  The declaration required under Local Civil Rule 83.2(d) and a Proposed Order are attached.  Pursuant to Local Rule 7(m), the undersigned states that Peter J. W. Sherwin, who contacted counsel for the petitioner today and identified himself as counsel for the respondent, has consented to this motion.


DATED:  November 21, 2005


                    /S/William S. Heyman

                    William S. Heyman, Bar No. 473451
                    Tydings & Rosenberg LLP
                    100 East Pratt Street, 26th Floor
                    Baltimore, Maryland  21202
                    Telephone:  (410) 752-9700

                    Attorneys for Petitioner

## <u>CERTIFICATE OF SERVICE</u>

I certify that on November 21, 2005, I served a copy of the forgoing motion and

attachments via first class mail, postage prepaid, and via email, on:

Peter J. W. Sherwin
Proskauer Rose
1585 Broadway
New York, NY  10036


/S/William S. Heyman
William S. Heyman, Bar No. 473451

#491422v.1