IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MOSCOW DYNAMO | * | |
| Petitioner | * | |
| v. | * | CIVIL ACTION NO. 05-2245-EGS |
| ALEXANDER M. OVECHKIN | * | |
| Respondent | * | |

* * * *     * * * * * *

## DECLARATION OF WILLIAM C. SAMMONS
## FOR ADMISSION *PRO HAC VICE*

In compliance with Rule 83.2(d) of the Local Rules of the United States District Court for the District of Columbia, and under penalty of perjury, I, William C. Sammons, state the following in support of the motion for my admission *pro hac vice*:

1. My full name is William C. Sammons.

2. My office address and telephone number are as follows:

    Tydings & Rosenberg LLP
    100 East Pratt Street
    Baltimore, MD 21202
    Phone: (410) 752-9700

3. I am a member in good standing of the bars of the following State Courts and United States Courts:

| Court | Date of Admission |
|---|---|
| Maryland Court of Appeals | 12/11/70 |
| U.S. District Court for the District of Maryland | 11/1/71 |

#491424v.1

2

        U.S. Court of Appeals for the Fourth Circuit      2/9/73

        Supreme Court of the United States      11/25/74

4. I have not been disciplined by any bar at any time.

5. During the past two years, I have not been admitted *pro hac vice* in this Court.

6. I do not engage in the practice of law from an office located in the District of Columbia.

Date: November 21, 2005

William C. Sammons
Tydings & Rosenberg LLP
100 East Pratt Street, 26th Floor
Baltimore, Maryland 21202
(410) 752-9700

#491424v.1

2