## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MOSCOW DYNAMO** | * | |
| **Petitioner** | * | |
| **v.** | * | **CIVIL ACTION NO. 05-2245-EGS** |
| **ALEXANDER M. OVECHKIN** | * | |
| **Respondent** | * | |

\* \* \* \* \* \* \* \* \* \*

### [PROPOSED] ORDER

Upon consideration of the Motion for Admission of William C. Sammons *Pro Hac Vice*, filed on November 21, 2005, it is hereby:

ORDERED, that William C. Sammons shall be admitted to the Bar of this Court, *pro hac vice*, for the purpose of representing petitioner Moscow Dynamo in the captioned case.

DATED: _____, 2005

_____
Judge, United States District Court