IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MOSCOW DYNAMO** | * | |
| Petitioner | * | |
| v. | * | CIVIL ACTION NO. 05-2245-EGS |
| **ALEXANDER M. OVECHKIN** | * | |
| Respondent | * | |

\* \* \* \* \* \* \* \* \* \* \*

## LINE

On November 18, 2005, a Petition for Confirmation of Arbitration Award and for Permanent Injunctive Relief, and supporting papers, were filed in this matter by William S. Heyman, Esquire, one of the counsel for the petitioner. The purpose of this Line is to advise the Court of a correction that needs to be made in one of those papers (the Motion to Shorten Time) and to advise the Court of the circumstances that resulted in Mr. Heyman entering the Court Chambers.

      1.     Prior to the filing of the Petition, counsel for the petitioner were advised by Donald Fishman, Esquire, an attorney for the Washington Capitals Hockey Team, that he was authorized to accept service of the papers on behalf of the respondent, Alexander Ovechkin, a player on that team.

      2.     After the Petition was filed, Mr. Fishman advised counsel for the petitioner that he was no longer authorized to accept service.

      3.     Inasmuch as the papers that had been filed with the Court had stated that Mr. Fishman was authorized to accept service, Mr. Heyman believed it

#491879v.1

important, and consistent with his obligation of candor toward the Court, immediately to advise the Court of this change in circumstance. He went to Chambers in order to advise the Clerk and/or the Court of that change so that the Court would have all relevant information in making a determination regarding the pending motion to shorten time.

4. Because Mr. Heyman was unable to deliver that message, this will advise the Court that Mr. Fishman now does not agree to accept service on behalf of Mr. Ovechkin.

5. A copy of this paper is being sent to Mr. Fishman, even though he does not have an appearance in this matter, and will be included in the papers to be served on Mr. Ovechkin.

/s/ William S. Heyman
William C. Sammons
William S. Heyman, Bar No. 473451
Toyja E. Kelley, Bar No. 482977
Tydings & Rosenberg LLP
  100 East Pratt Street, 26th Floor
  Baltimore, Maryland  21202
  (410) 752-9700

Attorneys for Petitioner

#491879v.1                                    2