IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BETWEEN:

MOSCOW DYNAMO

Petitioner

-and-

ALEXANDER M. OVECHKIN

Respondent

## AFFIDAVIT OF SERVICE

1. I, the undersigned, CLAUDE GIRARD, bailiff of Justice of the Province of Quebec, Canada, being duly sworn, having an elected domicile at 407, Saint-Laurent Street, in the city of Montreal, Province of Quebec, Canada, solemnly affirm the following:

2. I did on Saturday, the 19th day of November 2005, at 10:20 am, serve the respondent, ALEXANDER M. OVECHKIN, herein named with a true copy of the within *Letter to Alexander M. Ovechkin, Letter at Clerk, Civil Cover Sheet, Petition and exhibits (A-F), Proposed Order, Form 7.1 (Corporate Disclosure), Notice of Filing Petition, Motion to Shorten Time, Memo in Support of Motion to Shorten Time, Proposed Order on Motion to Shorten Time, Line*, by delivering true copy, speaking to and leaving the same with himself personally at the Bell Center security department, at 1260 West De La Gauchetière Street, in the city of Montreal, Province of Quebec, Canada.

3. At the time and place of such service, the said defendant acknowledged to me that he was **ALEXANDER M. OVECHKIN**.

4. I certify that I have noted under my signature the date and hour of service on the back of the copy so served.

**SWORN BEFORE ME at the City of Montreal, in the Province of Quebec on November, 19TH, 2005**

_____          _____
COMMISSIONER OF OATH                      CLAUDE GIRARD, Bailiff