UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
MOSCOW DYNAMO, :
:
                      Petitioner, :
:
   against :        CIVIL ACTION NO. 05-2245-EGS
:
ALEXANDER M. OVECHKIN, :
:
                      Respondent. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**CONSENT MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE***

Pursuant to LCvR 83.2(d) of the Rules of the United States District Court of the District of Columbia, I, Robert M. Bernstein, a member in good standing of the bar of this Court, move for an order admitting attorneys, Peter J.W. Sherwin and Edward T. Werner, to appear *pro hac vice* in this matter as counsel on behalf of Respondent Alexander M. Ovechkin. The accompanying declarations of Peter J.W. Sherwin and Edward T. Werner, dated November 23, 2005, are submitted in support of this motion. Pursuant to LCvR 7(m), the undersigned states that William C. Sammons, counsel for the petitioner, has consented to this motion.

Dated:    November 23, 2005
             Washington, D.C.

                                                                Respectfully submitted,

                                                              /s/ Robert M. Bernstein
                                                             Robert M. Bernstein
                                                             (D.C. Bar No. 490166)
                                                             PROSKAUER ROSE LLP
                                                             1233 Twentieth Street NW, Suite 800
                                                             Washington, DC  20036-2396
                                                             Phone: (202) 416-6800
                                                             Facsimile:  (202) 416-6899
                                                             *Attorneys for Respondent*