UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
----------------------------------X
MOSCOW DYNAMO,                    :
                                  :
            Petitioner,           :
                                  :
     against                      :   CIVIL ACTION NO. 05-2245-EGS
                                  :
ALEXANDER M. OVECHKIN,            :
                                  :
            Respondent.           :
----------------------------------X

**DECLARATION OF PETER J.W. SHERWIN**

PETER J.W. SHERWIN hereby declares as follows under penalty of perjury:

1. My full name is Peter Joseph Whitney Sherwin, and I am a member of Proskauer Rose LLP, attorneys for Alexander M. Ovechkin, respondent in the above-captioned matter. I submit this declaration in support of the motion to admit me to practice in this Court *pro hac vice*.

2. My office address is 1585 Broadway, New York, NY 10036, my office telephone number is (212) 969-3261, and my office fax number is (212) 969-2900.

3. I have been admitted to the bar of the United States Supreme Court, the United States Courts of Appeals for the 2d, 3d, and 10th Circuits, and the United States District Courts for the Southern and Eastern Districts of New York, and the bar of the State of New York.

4. I certify that I have not been disciplined by any bar.

5. I have neither applied for admission, nor been admitted, *pro hac vice* in this Court within the last two years.

1

6.     I do not engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed:    New York, New York
               November 23, 2005

                                                PETER J.W. SHERWIN