UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
MOSCOW DYNAMO,                                :
                                              :
              Petitioner,             :
                                              :
  against                                      :     CIVIL ACTION NO. 05-2245-EGS
                                              :
ALEXANDER M. OVECHKIN,                        :
                                              :
              Respondent.            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## RESPONDENT'S MOTION TO EXTEND TIME
## TO RESPOND TO PETITIONER'S PETITION

      Respondent Alexander M. Ovechkin respectfully requests that the Court, for the reasons stated in his accompanying memorandum in support of this motion and in opposition to Petitioner Moscow Dynamo's Motion to Shorten Time enter an order extending until December 19, 2005 his time to respond to Petitioner's Petition for Confirmation of Arbitration Award and for Permanent Injunctive Relief. Pursuant to LCvR 7(m), the undersigned states that, after discussions with counsel for Petitioner, Petitioner opposes this motion.

Dated:      November 23, 2005

                                                                            Respectfully submitted,

                                                                            /s/ Robert M. Bernstein
                                                                            Robert M. Bernstein
                                                                            (D.C. Bar No. 490166)
                                                                            PROSKAUER ROSE LLP
                                                                            1233 Twentieth Street NW, Suite 800
                                                                            Washington, DC  20036-2396
                                                                            Phone: (202) 416-6800

                                                                                 -and-

/s/ Peter J.W. Sherwin
Peter J.W. Sherwin
Edward T. Werner
(*pro hac vice* admissions pending)
PROSKAUER ROSE LLP
1585 Broadway
New York, NY  10036-8299
Phone:  212.969.3261

*Attorneys for Respondent*

2