```
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
MOSCOW DYNAMO,                          :
                                        :
                    Petitioner,         :
                                        :
       against                          :       CIVIL ACTION NO. 05-2245-EGS
                                        :
ALEXANDER M. OVECHKIN,                  :
                                        :
                    Respondent.         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
```

**RESPONDENT OVECHKIN'S MEMORANDUM IN SUPPORT OF HIS MOTION TO EXTEND TIME TO RESPOND TO PETITIONER'S PETITION AND IN OPPOSITION TO PETITIONER MOSCOW DYNAMO'S MOTION TO SHORTEN TIME**

Respondent Alexander M. Ovechkin hereby files this memorandum in support of his Motion to Extend Time and in opposition to Petitioner Moscow Dynamo's Motion to Shorten Time.

Mr. Ovechkin is a highly talented young Russian hockey player for the Washington Capitals. He was the first overall pick of the June 2004 National Hockey League draft, signed with the Washington Capitals this summer, participated in their 2005 training, and has been playing for them to great acclaim since the season opened at the beginning of October. Mr. Ovechkin's former team twice removed, the Russian ice hockey club Moscow Dynamo, is now trying to interfere with his playing for the Washington Capitals, apparently in an attempt to force the Washington Capitals to pay it a transfer fee to which it has no right. Moscow Dynamo's tactic is to seek to have this Court enforce an arbitration award it procured from a committee of the Russian Ice Hockey Federation, purporting to enjoin Mr. Ovechkin from playing for any club other than Moscow Dynamo. Further, Moscow Dynamo requests that this Court force Mr. Ovechkin to respond in five days, even though it has had the arbitration award

for over one month and has known for over four months that Mr. Ovechkin was going to play and has been playing for the Washington Capitals.

Moscow Dynamo's Petition raises several significant issues that go to the core of this proceeding, such as whether this Court has subject-matter jurisdiction, whether Moscow Dynamo has satisfied the *prima facie* requirements of such a petition, whether there is an operative underlying arbitration agreement, and whether the arbitration award is the product of fraud or corruption and/or was rendered by non-impartial arbitrators (assertions Mr. Ovechkin does not make lightly).  Complicating matters further, some relevant witnesses are outside of the United States including in Russia, and the key documents in support of the Petition are in Russian with translations that Mr. Ovechkin contests in significant respects.  Additionally, Mr. Ovechkin, who is 20 years old and new to the United States, did not have legal counsel in any capacity until two days ago when he engaged the undersigned counsel, and the Petition seeks to enjoin him from playing with his team, the Washington Capitals, which heightens the need to protect his due process rights in connection with addressing the Petition.

Thus, Mr. Ovechkin respectfully submits that he should not have to respond to the Petition in the standard 11 days for opposing a motion, let alone in the five days that Moscow Dynamo seeks to impose.  Rather, he should be afforded the appropriate, yet not overly long, period of 30 days to respond to the Petition, pursuant to Rule 6 of the Federal Rules of Civil Procedure.  After issue is joined, the Court should then schedule the hearing with the benefit of the parties' respective papers and applications.

Therefore, Mr. Ovechkin requests that this Court grant his motion to extend time and deny Moscow Dynamo's motion to shorten time.

Dated:  Washington, D.C.
         November 23, 2005

/s/ Robert M. Bernstein
Robert M. Bernstein
(D.C. Bar No. 490166)
PROSKAUER ROSE LLP
1233 Twentieth Street NW, Suite 800
Washington, DC  20036-2396
Phone: (202) 416-6800

-and-

/s/ Peter J.W. Sherwin
Peter J.W. Sherwin
Edward T. Werner
(*pro hac vice* admissions pending)
PROSKAUER ROSE LLP
1585 Broadway
New York, NY  10036-8299
Phone:  (212) 969-3000

*Attorneys for Respondent*