UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
MOSCOW DYNAMO,                              :
                                            :
                Petitioner,    :
                                            :
  against                                   :   CIVIL ACTION NO. 05-2245-EGS
                                            :
ALEXANDER M. OVECHKIN,                      :
                                            :
                Respondent.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## ORDER

UPON CONSIDERATION of Respondent's Motion to Extend Time to Respond to Petitioner's Petition and Respondent's Opposition to Petitioner's Motion to Shorten Time, it is this ____ day of _____ 2005, hereby

ORDERED that Respondent's motion is granted; it is further

ORDERED that Petitioner's motion is denied; and it is further

ORDERED that Respondent may file his response to the Petition on or before December 19, 2005.

 

                                                            _____
                                                            United States District Judge