UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
MOSCOW DYNAMO,                          :
                                        :
                    Petitioner,       :
                                        :
   against                              :     Civil Action No. 05-2245-EGS
                                        :
ALEXANDER M. OVECHKIN,                  :
                                        :
                    Respondent.       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**CONSENT MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE***

      Pursuant to LCvR 83.2(d) of the Rules of the United States District Court of the District of Columbia, I, Robert M. Bernstein, a member in good standing of the bar of this Court, move for an order admitting attorney, Steven H. Holinstat, to appear *pro hac vice* in this matter as counsel on behalf of Respondent Alexander M. Ovechkin. The accompanying declaration of Steven H. Holinstat, dated December 7, 2005, is submitted in support of this motion. Pursuant to LCvR 7(m), the undersigned states that William C. Sammons, counsel for the petitioner, has consented to this motion.

Dated:    December ___, 2005
            Washington, D.C.

                                                             Respectfully submitted,

                                                            /s/ Robert M. Bernstein
                                                            Robert M. Bernstein
                                                            (D.C. Bar No. 490166)
                                                           PROSKAUER ROSE LLP
                                                           1233 Twentieth Street NW, Suite 800
                                                           Washington, DC  20036-2396
                                                           Phone: (202) 416-6800
                                                           Facsimile:  (202) 416-6899
                                                           *Attorneys for Respondent*