UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | | |
|---|---|---|
| MOSCOW DYNAMO, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| against | : | Civil Action No. 05-2245-EGS |
| | : | |
| ALEXANDER M. OVECHKIN, | : | |
| | : | |
| Respondent. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## ORDER

UPON CONSIDERATION of the application of Steven H. Holinstat, Esq., of the law firm of Proskauer Rose LLP, located at 1585 Broadway, New York, NY 10036, whose office telephone number is (212) 969-3104, and whose office facsimile number is (212) 969-2900, for permission to appear *pro hac vice* in this matter, which application was moved by Robert M. Bernstein, Esq., a duly admitted member of the bar of this Court and counsel for Respondent, it is this ____ day of _____ 2005, hereby

ORDERED that Steven H. Holinstat is admitted to appear and participate for all purposes on behalf of Respondent in this action pursuant to LCvR 83.2 of the Rules of this Court.

_____
United States District Judge