UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
------------------------------------X
MOSCOW DYNAMO,                       :
                                     :
                Petitioner,  :
                                     :
 against                             :   Civil Action No. 05-2245-EGS
                                     :
ALEXANDER M. OVECHKIN,               :
                                     :
                Respondent.  :
------------------------------------X

**DECLARATION OF PETER J.W. SHERWIN IN SUPPORT OF
RESPONDENT ALEXANDER M. OVECHKIN'S MOTION
TO DISMISS THE PETITION FOR LACK OF
SUBJECT MATTER JURISDICTION**

PETER J.W. SHERWIN hereby declares as follows:

      1.    I am a member of Proskauer Rose LLP, attorneys for Alexander M. Ovechkin, Respondent in the above-captioned matter. I submit this declaration in support of Mr. Ovechkin's Motion to Dismiss Petitioner's Petition for Lack of Subject Matter Jurisdiction.

      2.    This motion can and should be decided solely on the documents annexed to – or more correctly absent from – Petitioner's Petition for Confirmation of Arbitration Award and for Permanent Injunctive Relief (the "Petition"). Specifically, the absence of a signed agreement between Mr. Ovechkin and Moscow Dynamo to arbitrate the dispute Moscow Dynamo submitted to arbitration.

      3.    For the Court's convenience, attached as Exhibit 1 is a true and correct copy of what Moscow Dynamo purports to be its contract with Mr. Ovechkin for the 2005-2006 season, along with Moscow Dynamo's English translation thereof. (It is found in Moscow Dynamo's papers as the second document to Supplement 1 to the Statement of Claim, which in turn is

Exhibit B to the Petition.) The copy Moscow Dynamo filed with this Court appears to be missing the last page.

4. Additionally, for the convenience of the Court and to provide context to this proceeding, the background of the parties' dispute is set out in the accompanying memorandum of law. Attached hereto are true and correct copies of the news articles and documents cited therein.

5. Attached as Exhibit 2 is a true and correct copy of Mr. Ovechkin's web page as it appeared on December 8, 2005, on www.washingtoncapitals.com.

6. Attached as Exhibit 3 is a true and correct copy of a newspaper article by Joe Lapointe published in The New York Times on September 16, 2004, entitled "Lockout Is First Shot In Hockey's Labor War" as it appears on Lexis.com.

7. Attached as Exhibit 4 is a true and correct copy of a newspaper article by Tarik El-Bashir and Thomas Heath published in the Washington Post on July 14, 2005, entitled "NHL Finally Has a Deal; But Six-Year Pact Must Be Ratified" as it appears on Lexis.com.

8. Attached as Exhibit 5 is a true and correct copy of a July 20, 2005 letter from Donald E. Meehan, Mr. Ovechkin's agent, to Konstantin Nikolaiovitch Potapov, the President of Avangard Omsk, which letter encloses a July 20, 2005 Notice of Termination by Mr. Ovechkin.

9. Attached as Exhibit 6 is a true and correct copy of a July 20, 2005 letter from Vladimir Sarayev, the director of legal affairs for Avangard Omsk, to Mr. Ovechkin, together with a certified English translation of the letter. The letter confirms the cancellation of Mr. Ovechkin's agreement with Avangard Omsk.

10. Attached as Exhibit 7 is a true and correct copy of a newspaper article by Carl Schreck published in The Moscow Times on July 22, 2005, entitled "Ovechkin Leaves Omsk for Capitals" as it appears on www.themoscowtimes.com.

11. Attached as Exhibit 8 is a true and correct copy of a Russian language newspaper article by Pavel Strizhevskii published in The Sport Express on July 22, 2005, as it appears on www.sport-express.ru, together with a certified English translation of the article.

12. Attached as Exhibit 9 is a true and correct copy of a Russian language newspaper article by Pavel Strizhevskii published in The Sport Express on August 19, 2005, as it appears on www.sport-express.ru, together with a certified English translation of the article.

13. Attached as Exhibit 10 is a true and correct copy of an article by Reuters published on SportsIllustrated.com on July 7, 2004, entitled "Pay up: Russian team wants $2 million from Capitals to release Ovechkin" as it appears on www.cnnsi.com.

14. Attached as Exhibit 11 is a true and correct copy of a newspaper article by Tarik El-Bashir published in The Washington Post on September 1, 2005, entitled "Ovechkin Signs A Three-Year Deal With Caps" as it appears on Lexis.com.

15. Attached as Exhibit 12 is a true and correct copy of an article by Pavel Lysenkov published on RusHockey.com on August 12, 2005, entitled "Alexander Ovechkin: I am living in Washington GM's house" as it appears on RusHockey.com.

16. Attached as Exhibit 13 is a true and correct copy of a newspaper article by William Gildea published in The Washington Post on October 5, 2005, entitled "Alexander the Great?' Caps' Ovechkin Has the Tools to Be One of the NHL's Best" as it appears on Lexis.com.

17.     Attached as Exhibit 14 is a true and correct copy of a September 15, 2005 letter from Anatoly Kharchuk, the President of Moscow Dynamo, to Gary Bettman, the Commissioner of the National Hockey League.

18.     Attached as Exhibit 15 is a true and correct copy of an article by Pavel Lysenkov published on RusHockey.com on August 12, 2005 as it appears on RusHockey.com.

19.     Attached as Exhibit 16 is a true and correct copy of a newspaper article by Jack Carey published in USA Today on October 6, 2005, entitled "Faceoffs flourish in North America" as it appears on Lexis.com.

20.     Attached as Exhibit 17 is a true and correct copy of a Russian language newspaper article published in The Sport Express on September 14, 2005, as it appears on www.sport-express.ru, together with a certified English translation of the article.

21.     Attached as Exhibit 18 is a true and correct copy of a newspaper article by Tarik El-Bashir published in The Washington Post on November 16, 2005, entitled "Ovechkin Hits the Switch, Caps Burst Past Lightning" as it appears on Lexis.com.

22.     Attached as Exhibit 19 is a true and correct copy of a newspaper article by Gary Mihoces published in USA Today on December 7, 2005, entitled "Russian rookie sticking out in Washington" as it appears on www.usatoday.com.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on December 9, 2005.

/s/ Peter J.W. Sherwin
PETER J.W. SHERWIN