# Exhibit 1

1

# КОНТРАКТ ПРОФЕССИОНАЛЬНОГО ХОККЕИСТА

### Вниманию Профессионального хоккеиста!

Прежде чем подписывать контракт, Вы должны внимательно изучить его, чтобы быть уверенным, что все условия и обязательства, оговоренные ранее, включены в контракт и его содержание и трактовка Вам понятны.

## КОНТРАКТ ПРОФЕССИОНАЛЬНОГО ХОККЕИСТА
### Клуба Суперлиги ПХЛ
### (срочный трудовой договор)

РОО Хоккейный Клуб «Динамо», именуемый в дальнейшем «Клуб», в лице президента Харчука Анатолия Георгиевича, в лице действующего на основании Устава Клуба, с одной стороны, и граждании

именуемый в дальнейшем «Профессиональный хоккеист», с другой стороны, руководствуясь достигнутым соглашением, заключили настоящий контракт о нижеследующем:

## 1. ПРЕДМЕТ КОНТРАКТА

1.1. Правовое регулирование и оформление взаимоотношений Профессионального хоккеиста и Клуба.

1.2. Профессиональный хоккеист принимается на работу в Клуб в качестве игрока в хоккей первой команды Клуба, а Клуб обязуется выплачивать Профессиональному хоккеисту заработную плату и обеспечивать условия труда, предусмотренные законодательством о труде, физической культуре и спорте и соглашением сторон. При этом профессиональный хоккеист соглашается с тем, что при снижении уровня мастерства, которое определяется исключительно по заключению Главного тренера или Генерального менеджера, по решению Руководителя Клуба, он может быть переведен для работы во вторую команду Клуба без дополнительного письменного согласия.

1.3. Профессиональный спортсмен и Клуб соглашаются с тем, что трудовые отношения не могут быть установлены на неопределенный срок в связи с характером предстоящей работы и условиями ее выполнения, поэтому заключаемый контракт является срочным.[1]

---

[1] Заключение контракта допускается с лицами, достигшими возраста шестнадцати лет. В случаях получения основного общего образования, контракт могут заключить лица, достигшие возраста четырнадцати лет.

Клуб _____        *Профессиональный хоккеист*

*2*

## 2. СРОК ДЕЙСТВИЯ КОНТРАКТА

2.1. Срок действия контракта ___ (___) лет/года.[2]
Начало: __/__/__ г. Окончание: __/__/__ г.

2.2. По соглашению сторон устанавливается испытание при приеме на работу сроком - без испытательного срока[3].

2.3. При неудовлетворительном результате испытания Клуб имеет право до истечения срока испытания расторгнуть контракт с хоккеистом, предупредив его об этом в письменной форме не позднее, чем за три дня с указанием причин, послуживших основанием для признания этого хоккеиста не выдержавшим испытание.

2.4. Если срок испытания истек, а Профессиональный хоккеист продолжает работу в соответствии с настоящим контрактом, он считается выдержавшим испытание. Положительный результат испытания, а также надлежащим образом оформленная лицензия Профессионального хоккеиста, выданная ПХЛ, является свидетельством наличия у Профессионального хоккеиста соответствующей профессиональной квалификации, устраивающей Клуб, с учетом того, что в соответствии с п.1.2 настоящего Контракта в дальнейшем устанавливается право Главного тренера, Генерального менеджера, Руководителя Клуба вновь оценивать уровень качества игры Профессионального хоккеиста.

## 3. ОБЯЗАННОСТИ СТОРОН

Профессиональный хоккеист принимает на себя следующие обязательства:

3.1. Предоставить свои исключительные игровые услуги, знания, умение и навыки только Клубу, отработав установленный контрактом срок и не заключать никаких контрактов с другими хоккейными клубами и организациями Российской Федерации и за рубежом на все время действия настоящего контракта.

При этом Профессиональный хоккеист со всей ответственностью заявляет, что на момент подписания настоящего контракта не имеет никаких препятствий (в том числе оформленных в письменной форме) для его заключения и не имеется никаких обстоятельств и документов, которые могут сделать настоящий контракт недействительным после его подписания. Иные контракты и разного рода письменные обязательства с другими хоккейными клубами, организациями и их официальными представителями, как в Российской Федерации, так и за рубежом Профессиональный хоккеист

---

[2] Срок контракта не может превышать пяти лет.
[3] Срок испытания не может превышать трех месяцев.
Испытание при приеме на работу не устанавливается для лиц, не достигших возраста восемнадцати лет.

Клуб_____    Профессиональный хоккеист_____



3

может заключать и подписывать исключительно после освобождения от обязательств, предусмотренных настоящим контрактом.

Профессиональный хоккеист также заявляет и гарантирует, что он не находится под запретом на выступления ни в какой Национальной федерации (ассоциации) или Лиге, полностью выполнил все свои обязательства и обязанности перед своим предыдущим клубом й нет никакой причины, почему ему не должна быть выдана трансферная карта Национальной федерации (ассоциации) и разрешение на работу.

3.2. Не играть ни за какую другую команду и не принимать участие в других спортивных мероприятиях без письменного разрешения Клуба.

3.3. Неукоснительно соблюдать Устав Клуба, Федерации хоккея России, Профессиональной хоккейной лиги, Международной федерации хоккея (ИИХФ) и требования настоящего контракта, включая правила по переходу в другие клубы России и клубы других стран, а также решения уполномоченных органов ФХР и ПХЛ при разрешении споров и быть юридически связанным Регламентом проведения соревнований ПХЛ и ФХР, локальные нормативные акты, содержащие нормы трудового права, принимаемые Клубом как работодателем.

3.4. Принимать участие в официальных соревнованиях ПХЛ только при наличии лицензии профессионального хоккеиста, порядок получения которой и правовые последствия ее отсутствия определяются специальным локальным нормативным актом ПХЛ.

3.5. Играть за Клуб в качестве хоккеиста во всех хоккейных матчах, проводимых Клубом, включая показательные матчи, матчи «Всех звезд» и международные игры за свою страну, на которые в установленном порядке получил вызов.

3.6. Не пользоваться услугами представителей (агентов), не имеющих официальную лицензию ПХЛ.

3.7. Выполнять все требования руководства Клуба и тренерского состава, касающиеся профессиональной учебы, тренировок и игровой практики.

Постоянно проявлять надлежащую заботу о необходимости поддержания высокого стандарта физической формы и не заниматься в свободное время любым видом спорта или тренировкой, если это может повредить и/или подвергнуть опасности физическое состояние хоккеиста или иначе затронуть способность играть в хоккей.

3.8. Не нарушать условий, указанных в любом страховом полисе, оформленном в пользу Профессионального хоккеиста или в пользу Клуба, содержание которого было доведено до сведения Профессионального хоккеиста, а также не заниматься никакой деятельностью или времяпрепровождением, которые в соответствии с условиями такого полиса могут лишить его силы.

Клуб_____          Профессиональный хоккеист_____

Association of Translators and Interpreters of Ontario
Certified Translator
atio
Mark Vaintroub
2653

4

3.9. Принимать участие в поездках по стране и за рубежом, принимать безоговорочно маршруты и транспортные средства, предложенные Клубом.

3.10. В связи с изменениями в организации командной игры Клуба, оказывать игровые услуги другому хоккейному клубу без расторжения данного контракта. Основанием такого перемещения является переуступка прав на услуги Профессионального хоккеиста другому клубу.

3.11. Постоянно находиться в оптимальной спортивной форме на протяжении всего хоккейного сезона и быть готовым выступать во всех матчах, проводимых Клубом.

3.12. В целях поддержания высокой спортивной формы для выполнения своих обязанностей по настоящему контракту Профессиональный хоккеист обязуется являться на тренировочные занятия в назначенные руководством команды день и время.

3.13. Присутствовать на всех медицинских освидетельствованиях и восстановительных мероприятиях, организуемых Клубом.

3.14. Вести себя на и за пределами хоккейной площадки в соответствии с высокими требованиями честности, морали, справедливой игры и спортивных отношений и воздерживаться от нанесения ущерба Клубу, ФХР, ПХЛ и профессиональному хоккею в целом.

3.15. Продолжать регулярные занятия (тренировки), если временно не сможет участвовать в играх и если его коснется временная дисквалификация.

3.16. Не принимать без предварительного письменного разрешения врача Клуба любые наркотические, анаболические, сильнодействующие или стимулирующие медицинские препараты и пищевые добавки. Профессиональный хоккеист настоящим признает, что в случае его дисквалификации, последовавшей в результате приема любых медицинских препаратов или пищевых добавок без предварительного письменного разрешения врача Клуба, или в случае ухудшения состояния его здоровья, последовавшего в результате приема таких препаратов или пищевых добавок, он за свой счет будет обязан возместить Клубу связанные с этим убытки. Кроме того, в случае такой дисквалификации или ухудшения состояния здоровья Профессионального хоккеиста, подтвержденного медицинским заключением, Клуб будет вправе расторгнуть настоящий контракт на основание п.3 ст.81 ТК РФ.

3.17. Сохранять в тайне в течение всего времени действия настоящего контракта и 5 лет после его расторжения ставшие ему известными во время работы в Клубе следующие данные, являющиеся коммерческой тайной:

— имеющуюся в Клубе специальную и юридическую документацию, в том числе бухгалтерскую и статистическую;

— сведения, связанные с финансовыми операциями как самого Клуба, так и его деловых партнеров;

— сведения, связанные с выполнением непосредственно своих

Клуб_____         Профессиональный хоккеист_____

Association of Translators and Interpreters of Ontario
Certified Translator
atio
Mark Vaintroub
2653

5

обязанностей, в том числе и размер установленного денежного вознаграждения;

— сведения, связанные с деятельностью Клуба и его партнеров, о проводимых ими коммерческих, юридических, научных разработках, являющихся собственностью Клуба.

3.18. Не получать самому или через своих родственников и доверенных лиц никаких денежных вознаграждений или имущественных выгод от любых граждан или организаций за достижение победы в матчах неспортивным методом или попытку иным образом повлиять на исход какой-либо конкретной встречи или серии игр и о подобных фактах незамедлительно сообщать Главному тренеру, Менеджеру или Руководителю Клуба.

3.19. Без письменного согласия Клуба не заключать самостоятельно или через третьих лиц любые спонсорские, промоутерские или рекламные соглашения.

3.20. Передать Клубу на период действия настоящего Контракта все права на использование своего изображения и имени в рекламных целях, если иное не установлено дополнительным соглашением.

3.21. Профессиональный хоккеист и его родители, опекун или попечитель заявляют и соглашаются в том, что они выполнят в случае необходимости все требования Клуба и/или Суда и подпишут все документы и появятся, если потребуется, в соответствующем российском Суде для объявления Профессионального хоккеиста эмансипированным. При этом они заявляют, что действуют согласно желанию Профессионального хоккеиста и своей свободной воле, и имели полную возможность до подписания настоящего контракта обсудить все его условия и обязательства с юристами, психологами, личными представителями и агентами.

3.22. Воздерживаться в течение срока действия настоящего контракта (с учетом любого возможного продления срока его действия) в своих публичных и частных выступлениях от любой критики в адрес Клуба, его должностных лиц и других Профессиональных хоккеистов, работающих в Клубе.

3.23. Не нарушать прав Клуба на интеллектуальную собственность.

**Клуб обязан:**

3.24. Соблюдать законы и иные нормативные правовые акты, локальные нормативные акты, условия настоящего Контракта.

3.25. Создать необходимые условия для успешного выполнения Профессиональным хоккеистом своих профессиональных обязанностей.

3.26. Своевременно и в полном объеме выплачивать заработную плату в соответствии с системой оплаты, установленной в Клубе, и настоящим контрактом. На период временной нетрудоспособности Профессиональному хоккеисту выплачивается пособие в размере и на условиях, предусмотренных

Клуб_____            Профессиональный хоккеист_____

07/10/2005 16:48  +7-095-213-13-04    HC "DYNAMO"    PAGE 18

6

действующим законодательством Российской Федерации.

3.27. Предоставлять Профессиональному хоккеисту ежегодный основной оплачиваемый отпуск продолжительностью 28 календарных дней. Оплата отпуска производится не позднее, чем за три дня до его начала.[4]

Профессиональному хоккеисту предоставляется ежегодный дополнительный оплачиваемый отпуск продолжительностью три календарных дня.

3.28. Обеспечить Профессиональному хоккеисту условия труда, отвечающие требованиям безопасности и гигиены, в том числе предоставлять необходимую спортивную одежду и спортивный инвентарь в соответствии с установленными в Клубе нормативами.

3.29. Создавать необходимые и достаточные условия для проживания и питания Профессионального хоккеиста в учебно-тренировочные и игровые периоды вне его постоянного места жительства.

3.30. Обеспечить обязательное медицинское и социальное страхование Профессионального хоккеиста при утрате трудоспособности, по возрасту и в иных установленных Законом случаях.

3.31. При заключении контракта в недельный срок Клуб обязан провести полное медицинское освидетельствование Профессионального хоккеиста для определения его пригодности для выполнения предстоящей работы. После прохождения медицинского обследования Клубом составляется медицинское заключение о состоянии здоровья Профессионального хоккеиста. Фактический допуск Профессионального хоккеиста к работе, после подписания настоящего контракта, является подтверждением того, что он здоров на момент подписания контракта, прошел полное углубленное медицинское освидетельствование в данном Клубе и готов для выполнения условий настоящего контракта.

3.32. Являясь налоговым агентом Профессионального хоккеиста в соответствии с законодательством Российской Федерации, своевременно и полностью исчислять, удерживать и перечислять в соответствующие бюджеты все налоги и сборы.

Ознакомить Профессионального хоккеиста с документами ИИХФ, ФХР, ПХЛ и Клуба, на которые содержится ссылка в настоящем контракте, а также с применимыми лично к нему страховыми полисами, предоставить ему по его письменному запросу их копии, а также предоставить ему все без исключения последующие дополнения к вышеуказанным документам.

3.33. Клуб обязан без требований какой-либо компенсации отпустить Профессионального хоккеиста для тренировок и выступлений за национальную сборную команду на международном соревновании без

---

[4] Ежегодный основной оплачиваемый отпуск Профессиональным хоккеистам в возрасте до 18 лет предоставляется продолжительностью 31 календарный день.

Клуб_____    Профессиональный хоккеист_____

7

потери заработка или льгот, когда хоккеист приглашается ФХР представлять свою Страну в соответствии с Правилами ФХР и ИИХФ.

Несмотря на вышеизложенное, Клуб имеет право отказаться отпустить Профессионального хоккеиста для выступления за национальную сборную, как предусмотрено Правилами ФХР и ИИХФ, когда по заключению независимого медицинского совета Профессиональный хоккеист является нетрудоспособным.

## 4. СУММА КОНТРАКТА

4.1. За выполнение предусмотренных данным контрактом обязательств, Клуб выплачивает Профессиональному хоккеисту заработную плату – согласно штатному расписанию.

Заработная плата выплачивается не реже, чем каждые полмесяца, в день, установленный администрацией Клуба[5].

4.2. Клуб может выплачивать Профессиональному хоккеисту премии в зависимости от оценки его игры, осуществляемой Главным тренером. Выплата таких премий осуществляется по усмотрению Руководителя Клуба в дополнение к заработной плате Профессионального хоккеиста, выплачиваемой на основании п. 4.1 настоящего Контракта.

4.3. Все выплаты по настоящему контракту, в том числе предусмотренные конфиденциальными приложениями или дополнениями к контракту, включают в себя индивидуальную надбавку за профессиональное мастерство как хоккеисту Суперлиги ПХЛ в размере 50%.

В случае, когда профессиональный хоккеист в силу снижения уровня профессионального мастерства по заключению Главного тренера или Генерального менеджера первой команды Клуба проводит менее 75% официальных игр Чемпионата России в месяц среди команд Суперлиги ПХЛ, по решению Руководителя Клуба индивидуальная надбавка за профессиональное мастерство не выплачивается.

4.4. В случае направления Профессионального хоккеиста в другой хоккейный Клуб без расторжения данного контракта, Профессиональный хоккеист будет получать вознаграждение не менее 100 % от установленного п. 4.1. Контракта. Источник выплат устанавливается Клубом.

4.5. При заключении контракта Профессиональному хоккеисту выплачивается единовременное пособие в размере _____ рублей.

4.6. При досрочном расторжении настоящего контракта Профессиональному хоккеисту выплачивается заработная плата за фактически проработанное время.

---

[5] Размер и условия выплаты заработной платы, а также вся система оплаты труда Профессионального хоккеиста устанавливаются приложениями к настоящему контракту

Клуб_____               . Профессиональный хоккеист

Association of Translators and Interpreters of Ontario
Certified Translator
atio
Mark Vaintroub
2653

8

4.7. При нарушении Клубом установленного срока выплаты заработной платы, оплаты отпуска, выплат при увольнении и других выплат, причитающихся Профессиональному хоккеисту, Клуб обязан выплатить их с уплатой процентов (денежной компенсации) в размере и на условиях, предусмотренных действующим трудовым законодательством Российской Федерации.

## 5. РАСТОРЖЕНИЕ КОНТРАКТА

Контракт расторгается с истечением срока его действия, по соглашению сторон, а также в иных случаях, предусмотренных Трудовым кодексом Российской Федерации с учетом особенностей, предусмотренных Федеральным законом «О физической культуре и спорте в Российской Федерации» от 29 апреля 1999г. № 80-ФЗ и локальными нормативными актами, содержащими нормы трудового права, принятыми Клубом.

## 6. РАЗРЕШЕНИЕ СПОРОВ

6.1. Индивидуальные трудовые споры — неурегулированные разногласия между Клубом и Профессиональным хоккеистом — рассматриваются в Арбитражном комитете ФХР и ПХЛ и стороны настоящего контракта соглашаются на исключительную юрисдикцию вышеуказанного Арбитража и обязуются в добровольном порядке исполнить его решение.

При этом Профессиональный хоккеист и Клуб согласны в том, что решения указанного Арбитража признаются во всем мире на основании Нью-Йоркской конвенции 1958 г. «О признании и приведении в исполнение иностранных арбитражных решений».

6.3. Все споры, разногласия или требования, возникшие из настоящего контракта или в связи с ним, в том числе касающиеся его исполнения, нарушения, прекращения или недействительности, подлежат рассмотрению исключительно на основании законодательства Российской Федерации.

6.4. В случае, если Профессиональный хоккеист переходит в любой другой Клуб, включая иностранный Клуб, без письменного разрешения Клуба, то Профессиональный хоккеист соглашается, что решение Арбитражного комитета ФХР и ПХЛ, запрещающее Профессиональному хоккеисту выступать за любой другой Клуб, включая иностранный Клуб, имеет полную силу в России и любой другой стране и Профессиональный хоккеист соглашается не опротестовывать решение Арбитражного комитета, запрещающее Профессиональному хоккеисту выступать за любой другой Клуб, включая иностранный Клуб.

6.5. Клуб и Профессиональный хоккеист соглашаются в том, что услуги, предоставленные Профессиональным хоккеистом по настоящему контракту, уникальны, неоценимы и не могут быть адекватно возмещены

*Клуб*_____            *Профессиональный хоккеист*_____

Association of Translators and Interpreters of Ontario
Certified Translator
atio
Mark Vaintroub
2653

9

Клубу, поэтому Клуб имеет право на требование и получение через соответствующие инстанции ИИХФ, ФХР, ПХЛ запрещения для Профессионального хоккеиста выступать за любой другой клуб Российской Федерации или любой другой страны. Данные условия никаким образом не ограничивают права Клуба на выставление любых других претензий Профессиональному хоккеисту.

## 7. ОСОБЫЕ УСЛОВИЯ КОНТРАКТА

7.1. Профессиональный хоккеист и Клуб соглашаются в том, что настоящий контракт направляется и регистрируется в ПХЛ в установленном Регламентом проведения соревнований порядке, а также в том, что Профессиональный хоккеист обязан получить освобождение от исполнения обязательств по настоящему контракту, прежде чем он сможет предложить свои хоккейные игровые услуги любому другому Клубу, иным юридическим и физическим лицам в Российской Федерации и за ее пределами.

7.2. Профессиональный хоккеист признает, что, несмотря на его собственные уникальные навыки и способности, вклад Клуба в соответствии с данным контрактом, включая, но не только, заработную плату, иные денежные выплаты, использование помещений и оборудования, тренировки, возможность участвовать в соревнованиях в качестве члена команды и предоставленные услуги являются существенной частью в развитии хоккейных навыков и способностей хоккеиста, и что такой вклад является для него ценным в содействии карьере профессионального игрока в хоккей с шайбой.

7.3. В подготовительный и соревновательный периоды руководство Клуба имеет право устанавливать дополнительные разумные правила, регулирующие поведение и подготовку Профессионального хоккеиста, причем эти правила являются частью настоящего контракта в той же мере, как если бы они были включены в него.

7.4. В случае заболевания или несчастного случая Профессиональный хоккеист, если обстоятельства позволят это сделать, должен немедленно предупредить Главного тренера и врача команды, и в течение 24 часов предоставить медицинское свидетельство, подтверждающее противопоказания занятием хоккеем, и явиться в Клуб для прохождения медицинского обследования под контролем врача Клуба.

7.5. Если Профессиональный хоккеист получает травму в ходе игры, при переездах с командой, командировках от Клуба, а также на тренировочных занятиях, Клуб оплачивает ему в установленном порядке госпитализацию, вплоть до выписки, при условии, что больницу и врач определены Клубом.

Клуб_____    *Профессиональный хоккеист*_____

Association of Translators and Interpreters of Ontario
Certified Translator
atio
Mark Vaintroub
2653

10

7.6. Если Профессиональный хоккеист нездоров и не сможет больше играть по причине травмы, полученной в ходе выполнения обязанностей Профессионального хоккеиста, контракт не может быть расторгнут Клубом до восстановления трудоспособности или установления группы инвалидности.

7.7. Клуб вправе ставить вопрос перед ФХР и ПХЛ о дисквалификации и лишении лицензии Профессионального хоккеиста за нарушение условий настоящего контракта и Регламента соревнований. В случае наступления дисквалификации на срок более одного месяца Клуб вправе расторгнуть контракт.

7.8. Клуб имеет право заключить с Профессиональным хоккеистом, которого принимает на работу, ученический договор (применительно к Главе 32 Трудового кодекса РФ).

Данный договор будет являться гражданско-правовым и регулироваться гражданским законодательством.

7.9. Профессиональный хоккеист соглашается с тем, что не имеет права уклониться от заключения ученического договора, так как профессиональное обучение, повышение квалификации, совершенствование мастерства — есть неотъемлемая часть основных обязанностей Профессионального хоккеиста, принятых на себя по настоящему контракту.

7.10. В случае окончательной потери трудоспособности Профессионального хоккеиста по данному виду деятельности в результате исполнения им обязанностей по настоящему контракту, Клуб выплачивает Профессиональному хоккеисту в течение месяца единовременную компенсацию в размере 50% от годовой суммы контракта (суммы заработной платы за соответствующий год), установленной данным контрактом или приложениями к нему.

7.11. В случае смерти Профессионального хоккеиста в результате исполнения им обязанностей по настоящему контракту, Клуб выплачивает его семье в течение месяца единовременную компенсацию в размере полной годовой суммы контракта (сумму заработной платы за соответствующий год), установленной данным контрактом или приложениями к нему.

7.12. Клуб не несет обязательства по лечению, если Профессиональный хоккеист получил травму в результате действий или бездействия, не связанных с его обязанностями и обязательствами как хоккеиста.

## 8. ЗАКЛЮЧИТЕЛЬНЫЕ ПОЛОЖЕНИЯ

8.1. После завершения очередного хоккейного сезона условия настоящего контракта могут быть пересмотрены по обоюдному письменному согласию сторон.

8.2. Профессиональный хоккеист и Клуб признают, что ФХР, ПХЛ,

*Клуб* _____    *Профессиональный хоккеист* _____

MARK VAINTROUB
1323 Steeles Avenue West, Toronto, ON, M2R 2S6
Tel. (416) 993-5483 ❖ Fax: (905) 761-6724
E-mail: translating@rogers.com

# CERTIFIED TRANSLATOR'S DECLARATION

**PROVINCE OF ONTARIO**                    IN THE MATTER OF
**City of Toronto**

I, the undersigned **MARK VAINTROUB**, of the city of Toronto, in the province of Ontario,

**DO SOLEMNLY DECLARE:**

1. That I am a Certified Translator and Member in Good Standing of the Association of Translators and Interpreters of Ontario (**ATIO ID № 2653**);

2. That I am conversant and capable in the Russian and English languages;

3. That I have accurately and carefully translated the parts of the attached document(s) from the Russian into the English language (the copies in both languages are stamped/sealed for identification and attached hereto) and

4. That the said translation is, in every respect, a true and correct translation of the said document(s).

**AND** I make this solemn declaration conscientiously believing it to be true and knowing that it is of the same force and effect as if made under oath and by virtue of the Canada Evidence Act.

**DATED** in the city of Toronto this ___15th___ day of ___November___ 2005.

_____
Mark Vaintroub, M.A., Cert. Translator

ASSOCIATION of Translators and Interpreters of Ontario
ATIO Certified Translator
ATIO SEAL / STAMP
**atio**
Mark Vaintroub
**2653**

### STANDARD PLAYER'S CONTRACT
### IMPORTANT NOTICE TO PLAYER

Before signing this Contract, you should carefully examine it to be sure that all terms and conditions agreed upon have been included herein, and you understand its content and interpretation.

### PROFESSIONAL PLAYER'S CONTRACT
### SUPER LEAGUE OF THE PHL HOCKEY CLUB
Fixed Term Employment Contract

Regional nonprofit organization hockey club Dynamo Moscow (hereinafter Club) represented by Anatoly Georgievich Kharchuk, the president, acting on the basis of the Statute, on the one part, and _____ (hereinafter Professional Player), on the other part, concluded the present agreement as follows:

### 1. SUBJECT OF THE CONTRACT
1.1. Legal regulation and execution of the relations between the Professional Player (PP) and Club (C).

1.2. The (PP) is hereby employed by the (C) in the capacity of a skilled hockey Player of the first hockey team and the (C) undertakes to pay the (PP) his salary and guarantees the terms and conditions of labor as set by the legislation on labor, physical culture and sports and mutual agreement. At the same time the (PP) agrees that in the event of reduction of skills, which can only be assessed by the Head Coach or the General Manager and upon the decision of the Head of the Club, he may be transferred to team № 2 of the Club without additional written agreement.

1.3. (PP) and (C) agree that the term of the labor relations cannot be indefinite due to the character of the upcoming work and its conditions. Thus the present contract becomes a fixed-term labor contract.[1]

### 2. TERM OF THE CONTRACT
2.1. The present contract is valid for _____ year(s).
Commencement date: July 21, 2005
Expiration date: April 30, 2006

2.2. If agreed by the parties, there may be a probation period for _____.[2]

2.3. In the event the results of the probation period are unsuccessful, the Club may terminate the agreement with the Player prior to the expiration of the contract term, notifying the player in writing at least 3 days prior to termination. The Club must specify the reasons and grounds to consider the player failing the probation period.

2.4. If the probation period has expired and the (PP) continues working pursuant to the present contract, he is considered to have passed the probation period successfully. The successful result of the probation period and a duly registered licence of a (PP) issued by the Professional...

---

[1] Contract can be signed by individuals of 16 years and older.
In the event of General Secondary Education, the contract can be signed by individuals of 15 years and older.
[2] The term of the Contract cannot exceed five years.

Club _____    Professional Player _____

Association of the Translators and Interpreters of Ontario
Certified Translator
atio
Mark Vaintroub
2653

Hockey League serve as evidence of the professional qualification that suits the Club. At the same time, in the future, the Head coach as well as the General Manager and the Head of the Club may assess the skills of the Professional Player (Article 1.2 of the present Contract).

## 3. LEGAL OBLIGATIONS OF THE PARTIES

The Professional Player undertakes the following:

3.1. To give his exclusive playing services, knowledge and skills only to the Club; to complete his contract term and not to enter into other agreements with other hockey clubs and organizations in the Russian Federation and abroad for the whole term of the contract.

In doing so, the Professional player confirms that upon signing, there are no obstacles (including those in writing) that will preclude him from signing the present contract. He also confirms that there are no conditions or documents that will make the present contract void after it has been signed. The Professional Player may enter into any other contracts and sign various written obligations with other clubs, hockey organizations and their representatives in Russia or abroad only upon release from his obligations herein.

The Professional Player also agrees and guarantees that he is not banned from playing in any National Federation (Association) or League; that he fully met the obligations committed to the former club and that there are no reasons for the National Federation (Association) not to issue him a transfer card or a work permit.

3.2. Not to play for any other team and not to participate in any other sport without the written consent of the Club.

3.3. To faithfully follow the rules and the code of the Club, Russian Ice Hockey Federation, International Ice Hockey Federation and provisions of the present contract including the rules of transfer to other Russian or foreign clubs and decisions of the competent bodies of the RIHF and the PHL regarding various disputes; to be legally bound by the PHL and the RIHF Tournament Regulations; to follow the local statutory acts containing provisions of labor law passed by the club as the Player's employer.

3.4. To participate in the official PHL tournaments only upon availability of the Professional Player's Licence. The rules of licencing as well as the legal consequences of its absence are governed by a special local statutory act of the PHL.

3.5. To play hockey for the Club in all hockey games, including exhibition games, All Star Games and International Hockey Games for its country, for which he was invited in the prescribed order.

3.6. Not to employ services of representatives (agents) non-licenced by the PHL.

3.7. To follow all requirements of the Club management and coaches with respect to professional training and game practice; to keep himself in excellent physical condition and not to participate in any athletic sports or training if this may impair or endanger the Player's physical condition or otherwise effect his ablity to play hockey.

3.8. Not to violate conditions stipulated in any insurance policy on behalf of the Professional Player or the Club; not to be engaged in any activity or occupation that may lead to the Player's exhaustion.

Club _____          Professional Player _____

3.9. To participate in travel with his team around the country and abroad, unconditionally accept all routs and means of transportation offered by the Club.

3.10. To provide service to another club due to changes in organization of the team play of the Club without termination of this Contract in the event the Player's services are loaned by another club.

3.11. To be constantly in optimal shape during the whole season and be ready to play in all games of the Club.

3.12. In order that the Player shall be fit and in proper condition for the performance of his duties as required by this Contract, the Player shall report for practice at such day and time as the team management may designate.

3.13. To undergo in all medical examination and rehabilitation measures arranged by the Club.

3.14. To conduct himself on and off the rink according to the highest standards of honesty, morality, fair play and sportsmanship, and to refrain from conduct detrimental to the best interests of the Club, the RIHF and the PHL or professional hockey generally.

3.15. To continue his practice on a regular basis if he temporarily cannot participate in games or if he is temporarily suspended.

3.16. Not to take any drug, anabolic, potent or doping agents or food supplements without the Club physician's preliminary written permission. The Professional Player hereby agrees that he shall compensate for all damages caused to the Club if his suspension was a result of taking any medical agents of food supplements without the Club physician's preliminary written permission or if his health condition deteriorated as a result of taking such medical agents of food supplements. Further, in the event of the Professional Player's suspension or deterioration of his health condition confirmed by a medical certificate, the Club may terminate the present Contract based on paragraph 3, Article 81 of the Labor Code of the Russian Federation.

3.17. To keep confidential during the whole contract term and 5 years after its termination the following information that becomes known to the Player during his employment with the Club:
• All the special and legal documents including accounting and statistical;
• The information related to financial operations of the Club and its business partners;
• The information related to performing his own duties including the amount of his compensation;
• The information related to the activities of the Club and its business partners and their commercial, legal, scientific research, which are the property of the Club.

3.18. Not to accept from any person or organization directly or through his relatives and agents, any bonus or anything of value for winning or otherwise attempting to affect the outcome of any particular game or series of games, which fact should be immediately reported to the Chief Coach, Manager or Head of the Club.

3.19. Not to enter into any sponsorship, promotion or advertising contracts independently or through third parties.

Club _____       Professional Player _____

3.20. To grant to the Club during the period of this Contract all rights to make use of any images of him and his name for advertising purposes unless otherwise specified by a separate agreement.

3.21. The Professional Player and his parents, his guardian or trustee declare and agree that if required, they shall fulfill all demands of the Club and/or Court and shall sign all documents and shall report themselves to the corresponding Russian court to declare the Professional Player emancipated. They also declare that they are acting according to the Player's wish and their free will and that before signing the Contract, they had a chance to discuss all terms and conditions with attorneys, psychologists, personal representatives and agents.

3.22. To refrain during the term of the Contract (including the possibility of its extension) in his public and private appearances from criticizing the Club, its officers and other Professional Players working at the same Club.

3.23. Not to violate the Club's intellectual property rights.

**The Club undertakes the following:**
3.24. To observe the law and other legal acts including local, terms and conditions of the present Contract.

3.25. To create all conditions for the Player to successfully fulfill his professional duties.

3.26. To pay the Professional Player in a timely manner and in full his salary according to the Club payment system and the present Contract. During any period of temporary disability, the Professional Player shall be entitled to a benefit in the amount and on terms stipulated by the present legislation of the Russian Federation.

3.27. To grant the Professional Player his annual paid vacation leave (28 calendar days). The vacation allowance is paid out not later than 3 days before the beginning of vacation.[4] The Professional Player is granted his annual additional vacation leave (3 days).

3.28. To provide the professional Player with labor conditions meeting the safety and hygiene requirements; to provide sportswear and gear as required by the Club standards.

3.29. To secure sufficient living and nutritional conditions during the training and game periods when the Player is away from his permanent place of living.

3.30. To ensure the mandatory medical and social insurance in the event of disability, age and other cases prescribed by law.

3.31. Upon entering into the Contract, the Club shall within 1 week conduct a full medical examination of the Professional Player in order to determine his ability to perform his future work. Upon completion of the medical examination, the medical certificate is prepared regarding the health condition of the Professional Player. The actual permit for the Professional Player to work after signing the Contract is the confirmation that the Player is in good health upon signing the Contract, has undergone complete medical examination at the Club and is ready to fulfill the Contract terms and conditions.

---

[4] The vacation leave of a Professional Player under 18 years of age is 31 calendar days.

Club _____          Professional Player_____

3.32. Being the tax agent of the Professional Player, the Club undertakes in a timely manner and according to the Russian legislation to calculate, withhold and transfer all taxes and duties to the corresponding budgets; to acknowledge the Professional Player with the documents of the IIHF, RIHF, PHL and the Club, to which there is a reference in the present Contract and the insurance policies related to the Player; to provide the Player with their copies upon his written request and to provide all following amendments to the named documents without exception.

3.33. The Club shall release the Player without any compensation demand and without the loss of his salary or benefits to practice and play for the national team in any international tournaments if the Player is invited by the RIHF to represent his country in accordance with the rules of the RIHF and the IIHF. However, the Club may refuse to release the Player to play for the National Team as specified by the RIHF and the IIHF Rules if the Player is considered disabled according to the decision of the independent medical Board.

## 4. THE AMOUNT OF THE CONTRACT

4.1. The Club hereby agrees, subject to the execution of the contract obligations, to pay the Player a salary of _____. The salary shall be paid in consecutive semi-monthly installments on the days specified by the Club administration[5].

4.2. The Club may pay bonuses to the Professional Player subject to his level of performance estimated by the Head Coach. Payment of such bonuses shall be made at the discretion of the Head of the Club in addition to the main salary paid out pursuant to Article 4.1 of the present Contract.

4.3. If the Player is loaned to another club without termination of this Contract, the Player shall receive compensation not less than _____% of the salary specified in Article 4.1 of the present Contract. The source of payments is determined by the Club.

4.4. Upon signing the Contract, the Player shall receive a lump sum in the amount of _____.

4.5. If the present Contract is terminated by the Club prior to its expiration, the Player shall be entitled to 25% of the remaining unpaid salary regardless of further employment of the Player.

4.6. If the Club defaults in the payment of the Player's salary, vacation, severance or other payments that the Player is entitled to, then the Club shall pay the above amounts with such interest and on such terms and conditions, as specified by the present Russian Labor Law.

## 5. TERMINATION OF THE CONTRACT

The contract is considered terminated upon its expiration, mutual agreement of the parties and other cases stipulated by the Labor Code of the Russian Federation subject to particulars specified in Federal Law № 80-ФЗ On Physical Culture and Sports in the Russian Federation dated April 29, 1999, and local regulatory documents containing standards of labor law passed by the Club.

## 6. DISPUTES

6.1. All individual labor disputes (unadjusted differences between the Club and the Professional Player) shall be considered by the Arbitration Committee of the RIHF and the PHL

---

[5] The amount and terms of payment of salary as well as the whole system of compensation of the Professional Player may be subject to a supplement to the present contract.

Club _____     Professional Player _____

parties agree to the exclusive jurisdiction of the Arbitration Committee; the parties also agree that they shall abide by the terms of the awards of the Arbitration Committee. By doing so, the Professional Player and the Club agree that the decisions of the Arbitration Committee shall be recognized worldwide pursuant to the Convention on the Recognition and Enforcement of Foreign Arbitral Awards, New York, 1958.

6.3. All contractual disputes, differences or demands including those related to its execution, breach, termination or invalidity, are considered exclusively on the basis of the Russian Federation legislation.

6.4. If the Professional Player is transferred to any other club including a foreign one without the written consent of his Club, the Professional Player agrees that the Arbitration Committee award, banning the Professional Player from playing for any other club including a foreign club, shall become mandatory in Russia and in any foreign country and the Professional Player agrees not to appeal the Arbitration Committee award banning the Professional Player from playing for any other club including a foreign club.

6.5. The Club and the Professional Player agree that the services provided by the Player are of a unique character, the loss of which cannot be adequately compensated to the Club. The Player therefore agrees that the Club shall have the right through the IIHF, RIHF and the PHL to enjoin him from playing for any other club in the Russian Federation or any other country. The present conditions by no means limit the rights of the Club with respect to submitting any other claims against the Professional Player.

## 7. SPECIAL CONDITIONS

7.1. The Professional Player and the Club agree that the present Contract must be registered with the PHL in accordance with the Tournament regulations. They also agree that the Professional Player shall be released from his present contractual obligations before he may offer his service as a Professional Player to any other club, other legal entities or individuals in the Russian Federation or abroad.

7.2. The Professional Player agrees that despite his own unique knowledge and skills, the Club's contribution pursuant to this Contract including but not limited to salary and other monetary compensations, use of premises and equipment, training, participation in tournaments as a team member and other services provided by the Club, become an essential and integral part in the development of the Player's skills and abilities and that such contribution is valuable in his career of a professional hockey player.

7.3. The Club may from time to time during the training and tournament periods establish reasonable rules governing the conduct and conditioning of the Player, and such reasonable rules shall form part of this Contract as fully as if herein written.

7.4. Should the Player become sick or get into an accident, he, circumstances permitting, shall immediately inform the Head Coach and the Club's physician and within 24 hours provide a medical certificate confirming contraindications to play hockey and also submit himself to the Club for medical examination by the Club's physician.

7.5. If the Player is injured during the course of his employment as a hockey Player with the Club, including travel with his team, the Club will pay the Player's reasonable hospital costs until discharged from the hospital, provided that the hospital and doctor are approved by the Club.

Club _____        Professional Player _____

7.6. If the Player is disabled and unable to perform his duties as a hockey Player by reason of an injury sustained during the course of his employment as a hockey Player, the present Contract may not be terminated by the Club until the Player's rehabilitation or determination of a disability group.

7.7. The Club may request that the Professional Player be disqualified and his licence suspended for the violation of the Contract terms and the Tournament Regulations. The Club may terminate the Contract if the Player is disqualified for a period of more than a month.

7.8. The Club may sign an Apprenticeship Agreement with the Professional Player hired by the Club (as per Article 32 of the Russian Federation Labor Law). This shall be a civil agreement and it shall be governed by the civil legislation.

7.9. The Professional Player agrees that he may not refuse the apprenticeship agreement due to the fact that apprenticeship training and skills improvement become an integral part of the main duties of the Professional Player under this Contract.

7.10. If the Player is permanently disabled and unable to perform his duties as a hockey Player by reason of an injury sustained during the course of his employment as a hockey Player, the Club shall pay the Professional Player within a month a lump sum compensation equal to 50% of the annual Contract amount (total annual amount of salary) stipulated by the Contract or a supplement to the Contract.

7.11. If the Player dies by reason of an injury sustained during the course of his employment as a hockey Player, the Club shall pay the Professional Player's family within a month a lump sum compensation equal to the annual Contract amount (total annual amount of salary) stipulated by the Contract or a supplement to the Contract.

7.12. The Club will not be held liable for the Player's treatment, if the Player is injured due to act or omission not related to his duties as a hockey player.

8. FINAL PROVISIONS
8.1. The terms and conditions of the present Contract can be reviewed upon the end of the hockey season by mutual agreement of the parties.
8.2. The Professional Player and Club agree that the RIHF, PHL and

Club _____          Professional Player _____