# Exhibit 2

# 8  ALEXANDER OVECHKIN



**WASHINGTON CAPITALS**

| | |
|---|---|
| Position: | Left Wing |
| Shoots: | Right |
| Height: | 6-2 |
| Weight: | 212 |
| Birthdate: | September 17, 1985 |
| Birthplace: | Moscow, Russia |
| Drafted: | |
| Acquired: | |

### BIO

**2004-05**
Top overall pick in 2004 Entry Draft ... Appeared in 37 games for Dynamo Moscow, during which he tallied 26 points (13g, 13a) and 32 penalty minutes ... Despite missing 23 games while competing in international tournaments or recovering from injury, ranked seventh on the team in points, fifth in goals and sixth in assists ... Played in 10 playoff games, scoring two goals and four assists with 31 penalty minutes ... Tied for third on the team in playoff scoring ... Helped lead Dynamo to a league championship ... Dynamo teammates included NHL veterans Pavel Datsyuk and Maxim Afinogenov ... Played in six games for Russia in the World Junior Championship, scoring seven goals and four assists (11 points) ... Scored five goals and three assists in eight games for Russia at the World Championship.

**Career**
Played 152 games in four seasons with Dynamo Moscow of the Russian Super League, totaling 36 goals and 32 assists. 2003-04: Played in 53 games for Dynamo, notching 24 points) while racking up 40 penalty minutes ... Led the team in scoring with 13 goals. 2002-03: Scored 15 points (8g, 7a) in 40 games for Dynamo ... Appeared in five playoff games ... Played in six games in the World Junior Championship where he won a gold medal with Russia. 2001-02: Played 22 games in his rookie year for Dynamo Moscow, scoring 2 goals and 2 assists ... Played 19 games for Dynamo Moscow-2 in the Russia-3 league where he scored 18 goals and 8 assists (26 points) and 20 penalty minutes ... Appeared in eight games for Russia in the World Under-18 Championship, scoring 14 goals and four assists (18 points).

**International**
Has extensive experience representing Russia in international competition, appearing in three World Junior Championships (2003, 2004, 2005), two World Championships (2004, 2005) and the World Cup of Hockey (2004) ... Led the team in goals (5), points (8) and game-winning goals (2) at the 2005 World Championship in Austria ... Was named the top forward at the 2005 World Junior Championship in North Dakota ... Led Russia in goals (7) and points (11) and earned a silver medal at the 2005 World Junior Championship ... Won a gold medal at the 2003 World Junior Championship.

**Transactions**
Selected by Washington in the first round, first overall, in 2004 Entry Draft.

**Personal**
His mother, Tatiana, won two Olympic gold medals in basketball (1976 and 1980) ... Father, Mikhail, is a former professional soccer player ... Idolized former Soviet great Alexander Maltsev while growing up ... Listens to hip hop, R&B and techno/dance music ... Likes playing games on the computer in his spare time ... Lists basketball as his favorite sport other than hockey ... Lists comedies as his favorite movie genre ... Lists pasta as his favorite food.

### STATS

| Team | Season | GM | G | A | PTS | PIM | PPG | SHG | GWG | SH | SH% | +/- |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WAS | 2005-2006 | 27 | 17 | 13 | 30 | 18 | 7 | 1 | 2 | 135 | 1260 | -3 |
| | NHL Totals | 27 | 17 | 13 | 30 | 18 | 7 | 1 | 2 | 135 | 12.6 | -3 |

**Team Roster**

| Player Name | # | Pos | HT | WT | Birthplace | Age | Birthday |
|---|---|---|---|---|---|---|---|

\* Rookie