# Exhibit 3

FOCUS - 5 of 9 DOCUMENTS

Copyright 2004 The New York Times Company
The New York Times

September 16, 2004 Thursday
Late Edition - Final

**SECTION:** Section D; Column 1; Sports Desk; HOCKEY; Pg. 1

**LENGTH:** 969 words

**HEADLINE:** Lockout Is First Shot In Hockey's Labor War

**BYLINE:** By JOE LAPOINTE

**BODY:**

In some ways, a labor lockout in the National Hockey League is like overtime in the Stanley Cup playoffs. It could end quickly and decisively. Then again, it might grind on indefinitely, leaving both sides exhausted and the winners feeling beaten down.

Commissioner Gary Bettman, citing $1.8 billion in losses by the owners over the last decade, announced a lockout yesterday, the second in the last decade. The 1994-95 season was delayed for 103 days and the schedule was reduced to 48 games.

"To use a hockey term, they are instigating a fight," Bettman said of the Players Association. "This union's leadership negotiates by confrontation. We are hurting. We need help. No league would do what we're doing if we were not suffering."

Bettman spoke in a conference room at a Manhattan hotel, a few blocks from league headquarters, his top executives and lawyers lined up to his left against a wall.

"The owners recognize there is no choice," Bettman said. "This industry is sick. The players are really bearing the risk of this work stoppage. This union doesn't seem to care about the problems, the game or the fans."

The response from the Players Association came swiftly in a telephone conference call from Toronto, where the union maintains its headquarters.

"I have quite a chuckle at the insinuation we are triggering a lockout," said Bob Goodenow, executive director of the players association. "That is absolutely stupid and ridiculous."

No negotiations are scheduled, and both sides have prepared financially for a long battle.

Union leaders have said that they expect to lose one full season and half of the next, a longer hiatus than any major sports league in a collective bargaining dispute.

Bettman said that the league was not thinking in terms of a timetable or a deadline at which point the season would be sacrificed.

The league's 30 teams were scheduled to open training camps this week. The 82-game regular season is scheduled to open on Oct. 13.

Some of the approximately 700 players will join professional teams in Europe; others will barnstorm on North American exhibition tours.

The league office will lay off 100 people, Bettman said, about half its staff, and individual clubs will also cut staff.

The owners, who said they lost $223 million last season, want to lower player salaries from an average of about $1.8 million a season to about $1.3 million through a "cost certainty" formula that links wages to revenues.

The union has offered concessions that include a 5 percent rollback on salaries, further restrictions on rookie pay, a luxury tax on higher-spending teams and revenue sharing among owners.

But the union opposes the N.H.L.'s various cost-certainty proposals as forms of a salary cap that would artificially restrict the market value of athletes.

"Gary wants a salary cap," Goodenow said. "Until he gets off the salary-cap issue, there's not a chance" of an agreement.

Goodenow said concessions offered by the union so far would have saved the owners $100 million and that Bettman was wrong for thinking the union was trying to pressure the owners to give in in a test of wills.

"For him to characterize our approach that way is ridiculous," Goodenow said.

Goodenow said the union would take the confrontation "one day at a time, one week at a time, one month at a time and see what we can do."

Since the last lockout, the average salaries have more than doubled, and the league has added four teams.

Trevor Linden of the Vancouver Canucks, the president of the players association, said that he had found it interesting that Bettman said the league wanted a partnership with the players and that "the partnership is going to start with the players being locked out."

Linden said the reason owners want a salary cap was that they did not trust each other to control spending.

Bettman cited competitive balance as one reason for cost controls, while Linden countered that 12 different teams have reached the conference finals of the playoffs in the last three seasons.

"The notion that we don't have competitive balance is absurd," Linden said.

Among the most awkwardly effected by the lockout is Mario Lemieux, the captain and part owner of the Pittsburgh Penguins.

After his Team Canada clinched the World Cup on Tuesday night in Toronto with a 3-2 victory over Finland, Lemieux said both sides of the labor dispute were "in the same boat" because they were supposed to be partners.

"It's not a question of going to war or winning a battle," Lemieux said. "It's just a question of what makes sense for the business and what makes sense for the players.

"The players also are in it to make money. I've been on that side as well. The next few weeks are going to be very important for the future of the game."

Bettman dismissed the notion that teams might fold as a result of the lockout and said all 30 teams would emerge healthy and competitive and that the owners had given him the power to forge an agreement to guarantee that.

During Bettman's tenure, television revenues rose dramatically, then declined. The league has removed some franchises from some Canadian cities, including Winnipeg and Quebec, to relocate and expand in the American Sun Belt. Bettman said the industry grosses about $2.1 billion annually and that the players get about 75 percent of it in salaries.

One example of the league's financial problems is the Rangers, the franchise closest to N.H.L. headquarters. Although the Rangers have not reached the playoffs for seven seasons, the team is a vital part of the vertically integrated empire controlled by Cablevision.

The company controls the team, Madison Square Garden, two regional sports channels and the television rights to all three local hockey teams, including the Devils and the Islanders.

URL: http://www.nytimes.com

Lockout Is First Shot In Hockey's Labor War The New York Times Sept

Page 3

**GRAPHIC:** Photos: Commissioner Gary Bettman, left, announced the lockout at N.H.L. headquarters. Scott Hartnell of the Predators packed at the team's practice facility. (Photo by Mark Humphrey/Associated Press) (Photo by Ozier Muhammad/The New York Times)

**LOAD-DATE:** September 16, 2004