# Exhibit 5

# NEWPORT SPORTS MANAGEMENT INC.

DONALD E. MEEHAN, BA., LL.B.
RAND SIMON, B.J., CFP
BOB PERNO
JASON TAYLOR, B.P., ED
BJORN ROCKSTROM
LARS CEDERSTROM

PATRICK J. MORRIS, BA., LL.B.
WADE ARNOTT, BA., B.B.A.
DANIEL KUZMAROV, BA. LL.B.
PAT PEAKE
SERGEI ISAKOV
SUSANNA GORUVEYN, BA.

CRAIG D. OSTER, B.Comm, LL.B.
MARK GUY, BA., HBA
JAMES ROLPH, BA.
ED WARD
KRISTER KAUKINEN
ANNA GORUVEN, B.S.W., M.A. (1954-2004)

July 20, 2005

VIA FACSIMILE

Mr. Konstantin Nikolaiovitch Potapov
President
Avangard OMSK
91 Dekabritsov
Omsk, Russia

Dear Mr. Potapov,

### RE: ALEXANDER OVECHKIN

Please be advised that I am enclosing a Notice from my client, Alexander Ovechkin, in relation to a contract for the 2005/2006 hockey season between Avangard Omsk and Alexander Ovechkin.

Yours very truly,

DONALD E. MEEHAN
DEM/sg
Encl.

Jul-20-2005  02:37pm    From-                                                             T-100  P.001/001  F-101

## NOTICE OF TERMINATION

As per the terms of the Contract for the 2005-2006 hockey season ("the Contract"), entered into between Avangard Omsk Hockey Club ("the Club") and Alexander Ovechkin ("the Player"), this is written notice that the Player has agreed to accept an Offer to Contract from the Washington Capitals Hockey Club of the National Hockey League.

Therefore, as per the terms of the Contract, by this Notice, the Player exercises the right to terminate the Contract immediately. Further, as per the terms of the Contract, the Contract is now null and void.

Further, the Player, as per the terms of the Contract, requests the Team to provide for the Player's complete and unconditional release.

Signed this 20th day of July, 2005 at Omsk, Russia.

Alexander Ovechkin