# Exhibit 6

Некоммерческое Партнерство
"Спортивный Клуб"Авангард"

Россия, г.Омск, ул. Декабристов, 91.
тел. /факс (3812) 53 25-92

исх. Ю-17/1/05

"20" июля  2005 г.



ООО «Спортс Менеджмент» г. Москва.

Хоккеисту Овечкину А.М.

        В соответствии с п. 2 Конфиденциального  соглашения между Клубом и Игроком к Контракту профессионального хоккеиста, заключенными между хоккеистом (Игроком) Овечкиным А.М., 1985 г.р. и Клубом - Некоммерческим партнерством «Спортивный клуб «АВАНГАРД», в связи с подписанием Овечкиным А.М. 1985 г.р. контракта с клубом НХЛ, информируем Вас о прерывании (аннулировании) контракта и освобождении Игрока – Овечкина А.М. от всех обязательств перед Клубом – НП «СК «АВАНГАРД» г. Омск  с 20 июля 2005 года.

Директор по правовой  агентской деятельности
НП «СК « АВАНГАРД»

                                                        Сараев В.В.

тел. 3812-28-13-14.



TRANSPERFECT
T R A N S L A T I O N S

City of New York, State of New York, County of New York

I, Leah Hershberger, hereby certify that the following document 'Avangard Letter RE: Ovechkin' is, to the best of my knowledge and belief, a true and accurate translation from Russian into English.

Leah Hershberger

Sworn to before me this

9th day of December 2005

Signature, Notary Public

PAUL D. RALSTON
Notary Public, State of New York
No. 01RA6023867
Qualified in Queens County
Commission Expires May 3, 2004

Stamp, Notary Public

ATLANTA
BOSTON
BRUSSELS
CHICAGO
DALLAS
DENVER
FRANKFURT
GENEVA
HONG KONG
HOUSTON
LONDON
LOS ANGELES
MIAMI
MINNEAPOLIS
MONTREAL
MUNICH
NEW YORK
PARIS
PHILADELPHIA
RESEARCH
TRIANGLE PARK
SAN DIEGO
SAN FRANCISCO
SEATTLE
STOCKHOLM
TOKYO
WASHINGTON, DC

Non-Profit Partnership
Avangard Sports Club

91 Dekabristov Street
Omsk, Russia
Tel./fax: +1 (3812) 53-25-02

[logo:]
**OMSK HAWKS**

**AVANGARD**
HOCKEY CLUB

Outgoing: YU-17/1/05

July 20, 2005

OOO Sports Management, Moscow, Russia

TO: Alexander M. Ovechkin, Hockey Player

In accordance with para. 2 of the Confidential Rider between the Club and the Player to
the Professional Hockey Player Contract signed between the Hockey Player (Player)
Alexander M. Ovechkin, born in 1985, and the Non-Profit Partnership AVANGARD
Sports Club, and in connection with Alexander M. Ovechkin, born in 1985, entering into
contract with the NHL Club, we wish to inform you about the interruption (cancellation)
of the Contract and releasing Player Alexander M. Ovechkin from all and any obligations
with regard to the Non-Profit Partnership AVANGARD Sports Club effective July 20,
2005.

Director,
Legal Agent Activities
Non-Profit Partnership AVANGARD Sports Club

[signature:]     V. V. Sarayev

Tel.: +1 (3812) 28-1314