# Exhibit 7

# The Moscow Times.com

http://www.themoscowtimes.com/stories/2005/07/22/091.html

Friday, July 22, 2005. Page 20.

Sports

Print | Close

Text size: Aa Aa Aa

## Ovechkin Leaves Omsk for Capitals

By Carl Schreck
Staff Writer

Russian hockey phenom Alexander Ovechkin has opted to bolt to the National Hockey League, leaving Avangard Omsk to join the Washington Capitals, which made him the No. 1 selection in the 2004 NHL Draft.

Ovechkin, a 19-year-old forward who helped lead Dynamo Moscow to the Russian Superleague title last season, had until Thursday morning to inform Avangard whether he would remain in Omsk or exercise the "out" clause in his contract with the club.

"He is the best young player in the world, and he decided to give the NHL a shot," Avangard spokesman Arkady Alekseyev said by telephone from Omsk on Thursday. "We don't have any problems with the decision. If he decides to come back to Russia, he will play for Avangard."

In an interview posted on the Avangard web site Thursday, Ovechkin said it had been a difficult decision.

"Over the course of two days, we were conducting negotiations until 3 a.m.," Ovechkin said. "Everyone was extremely concerned, my family as well as my friends. In general, I wanted to stay in Omsk, but I decided to test my skills in the NHL."

Ovechkin said in the interview that he had told his agent, Toronto-based Don Meehan, to stipulate in his contract that if he did not receive adequate playing time with Washington or if other problems arose, he would not be moved down to a farm club.

"This stipulation will be in the contract," said Ovechkin, who added that he had told Avangard president Konstantin Potapov that he would play for the Omsk club if he returned to Russia.

Calls to Meehan for comment went unreturned Thursday, but he told The Washington Post that Ovechkin had made a "very difficult decision."

"Russia and Washington are obviously worlds apart, and he is from a very close-knit family. They decided what was best for Alex, and that was to terminate his contract with Omsk."

In a telephone interview from Washington on Thursday, Capitals spokesman Kurt Kehl said the club could not comment on Ovechkin's decision pending the final vote by players and management on the collective bargaining agreement this week.

Kehl confirmed, however, that Ovechkin and Meehan had informed Capitals general manager George McPhee of his decision to leave Avangard, which finished a disappointing sixth place in the Superleague last season, despite a budget estimated at well over $30 million and a patron in billionaire Roman Abramovich, Russia's richest man according to Forbes.

A forward who can thrive in a physical game but with skills typical of top scorers, Ovechkin turned down a guaranteed $1.8 million contract with Avangard that included a car and an apartment, an unnamed source familiar with the contract told The Washington Post on Thursday.

His contract with the Capitals will be smaller by almost $1 million, with top rookies making a maximum base salary of $850,000 in the NHL last year. But assuming Ovechkin lives up to his hype, he could make as much as

$4 million in incentives if he wins a major award or ranks among the top 10 in goals, assists or points.

© Copyright 2005 The Moscow Times. All rights reserved.