# Exhibit 8

НОВОСТИ  ГАЗЕТА  ТРАНСЛЯЦИИ  РЕЗУЛЬТАТЫ  АФИША  ФОТО  ПРОЕКТЫ

ФУТБОЛ | ХОККЕЙ | БАСКЕТБОЛ | ТЕННИС | ФОРМУЛА-1 | "СПОРТ-ЭКСПРЕСС ЭКСТРИМ"



СПОРТ-ЭКСПРЕСС



МОБИЛЬНЫЙ СПОРТ-ЭКСПРЕСС

МИР СПОРТА
В ТВОЕМ ТЕЛЕФОНЕ
wap.sport-express.ru

Персональная
Новости
Газетный номер
Онлайн-
трансляции
Результаты
История

24 часа в НХЛ

ГАЗЕТНЫЙ НОМЕР 22.06.2005

ХОККЕЙ

Александр ОВЕЧКИН: "БЛАГОДАРЕН ОМСКУ, НО ИГРАТЬ ХОЧУ В НХЛ"

Вчера вечером Овечкин вылетел из Омска в Москву, где продолжит готовиться к сезону по индивидуальной программе. Вчера же он ответил на вопросы корреспондента "СЭ".

- Почему решение отправиться в НХЛ далось вам так тяжело?

- Так ведь долгое время не было известно, предложит ли "Вашингтон" хороший контракт, будут ли его условия сопоставимы с российскими. Теперь же хочу сказать спасибо "Авангарду" за все уступки, на которые он ради меня согласился. И в отношении даты вступления контракта в силу, и многого другого. Я благодарен Омску за все, но играть хочу в НХЛ.

- Будете ли считать свое решение уехать правильным, если заработать всех бонусов в дебютном сезоне не удастся?

- Не секрет, что в России мне предлагали большие деньги. Но в НХЛ я все же еду не за деньгами, а для того, чтобы продолжать расти, повышать мастерство. Еду доказывать, что уже сейчас достоин места в лучшей лиге мира.

**Окончание - стр. 6**

## Анатолий ХАРЧУК: "ПРИДЕТСЯ СОГЛАШАТЬСЯ НА МИЛЛИОН"

Вероятно, новое соглашение ИИХФ с НХЛ, которое в ближайшие дни, скорее всего, ратифицируют в нашей лиге, принесет динамовскому президенту Анатолию Харчуку вздох облегчения - пусть и не огромную, но все же весомую компенсацию за отъезд Овечкина в НХЛ "Динамо" получит.

- Вы неоднократно говорили, что рассчитываете получить от "Вашингтона" солидную компенсацию. Речь, насколько известно, шла о сумме порядка двух миллионов долларов.

- Да, но теперь в свете того, как поступил с нами Овечкин, речь о таких деньгах, увы, не идет. Будь у нас с ним подписанный контракт - тогда мы действительно могли бы вступать с "Кэпиталз" в подобные переговоры.

- На этой неделе на заседании ИИХФ в Цюрихе обсуждалось новое соглашение с НХЛ, по которому за уезжающего хоккеиста, выбранного в первом раунде драфта, можно будет получить миллион долларов.

- Будете соглашаться?

- В целом информация верная, хотя круглый миллион там не получается. Выйдет 800-900 тысяч.

- От нашей позиции и наших пожеланий ничего не зависит. Если ПХЛ примет соглашение, нам придется действовать в этих рамках, и никаких прямых переговоров с "Вашингтоном" не будет. Более того, считаю, что наша лига в нынешнем ее виде совершенно не готова к подобного рода прямым переговорам с заокеанскими клубами - учитывая то, на какие поступки способны наши клубы, тот же "Авангард". Не буду у ИИХФ нового соглашения с НХЛ, могла бы запросто сложиться ситуация, при которой хоккеисты будут уезжать, а получать мы не будем ничего.

**Окончание - стр. 6**

## Константин ПОТАПОВ: "А ВЕДЬ У НАС УЖЕ БЫЛ КОМПРОМИСС С "ДИНАМО"

В России Овечкин хотел играть только в "Авангарде" и в омском клубе всерьез рассчитывали на этого игрока. Вчера президент "ястребов" Константин Потапов ответил на вопросы корреспондента "СЭ".

- Расстроены случившимся?

- Как известно, Овечкин категорически не хотел подписывать новый контракт с "Динамо" и именно из-за этого готов был уехать из России. Безумно обидно было бы потерять Овечкина, поэтому мы хотели сохранить его для российских болельщиков, и, если бы у "Динамо" была немного другая позиция, думаю, сделать это нам удалось бы. Ведь поначалу мы пришли к компромиссу с динамовским клубом, согласно которому Овечкин станет играть в Омске. Оставалось только зафиксировать наши договоренности на бумаге, но, к сожалению, руководители "Динамо" стали откровенно тянуть время, оттягивать подписание компромиссного варианта, устраивавшего все стороны.

Хотел бы напомнить, что по предыдущему соглашению между ИИХФ и НХЛ компенсация в любом случае пришла бы в тот клуб,

который воспитывал игрока, то есть в "Динамо", поэтому ссылки на то, что "Авангард" хотел забрать компенсацию, абсолютно беспочвенны. Мы заявляли и неоднократно подтверждали это в письменных и устных договоренностях, что на компенсацию не претендуем.

Окончание - стр. 6

ПРЕДЫДУЩАЯ ЗАМЕТКА    В НАЧАЛО    НАЗАД    СЛЕДУЮЩАЯ ЗАМЕТКА

©ПРИ ИСПОЛЬЗОВАНИИ МАТЕРИАЛОВ ГАЗЕТЫ ССЫЛКА НА "СПОРТ-ЭКСПРЕСС" ОБЯЗАТЕЛЬНА



ФУТБОЛ
спорт-экспресс

Полная информация о чемпионате России: турнирная таблица, регламент, заявки команд, календарь статистика

РЕКЛАМА НА САЙТЕ · РЕКЛАМА В ГАЗЕТЕ · ПОДПИСКА · РЕДАКЦИЯ · ИСПОЛЬЗОВАНИЕ МАТЕРИАЛОВ САЙТА · АКЦИЯ "ДЕРЖИ ВОРА"
© ЗАО СПОРТ-ЭКСПРЕСС 1999-2005

НА ГЛАВНУЮ  КОНТАКТЫ  ENGLISH VERSION

АРХИВ · ОБЩЕНИЕ · СПОРТ НА ТВ
МОБИЛЬНЫЙ "СЭ" · РЕКОМЕНДУЕМ

**СПОРТ-ЭКСПРЕСС**

НОВОСТИ  ГАЗЕТА  ТРАНСЛЯЦИИ  РЕЗУЛЬТАТЫ  АФИША  ФОТО  ПРОЕКТЫ

ФУТБОЛ  ХОККЕЙ  БАСКЕТБОЛ  ТЕННИС  ФОРМУЛА-1  "СПОРТ-ЭКСПРЕСС ЭКСТРИМ"



Чемпионат России – 2005
Премьер - лига
КАЛЕНДАРЬ ИГР

SPORT-EXPRESS.RU

**ГАЗЕТНЫЙ НОМЕР** № 1/2005

**ХОККЕЙ**

Анатолий ХАРЧУК: "ПРИДЕТСЯ СОГЛАШАТЬСЯ НА МИЛЛИОН"

Окончание. Начало - стр. 1

- Вы сильно разочарованы?

- Конечно, теряем-то половину трансферной стоимости. Которую могли бы и не терять, если бы Овечкин повел себя нормально и подписал контракт с нами. Теперь же мы поставлены в условия, что нам придется соглашаться с новым вариантом, иначе он просто уедет бесплатно. Наши сегодняшние права на Овечкина исчерпываются тем, что "Динамо" - последнее место его работы.

- Кстати, а почему бы не подписать номинальный контракт с Овечкиным сейчас, учитывая то, что его договор с "Авангардом" в действие так и не вступил? Просто ради того, чтобы "Динамо" могло получить максимальную компенсацию.

- Унижаться перед Овечкиным и предлагать ему подобные варианты мы не собираемся. Если он сам изъявит такое желание - пожалуйста.

- Овечкин действительно сжег за собой в "Динамо" все мосты? Если, скажем, через шесть лет за океаном будет новый локаут, он сможет вернуться в родной клуб?

- Мосты не сожжены ни для кого и сжигаться не будут. Тем более что неизвестно, кто будет руководить клубом через шесть лет.

- Ну а следующим летом, в межсезонье, пустите его потренироваться с командой в Новогорске?

- Конечно. Ему и сейчас этого никто не запрещает. Он же динамовец. Надеюсь, Овечкин и сам за ближайший год хорошенько подумает и кое-что для себя переосмыслит.

Павел СТРИЖЕВСКИЙ

ПРЕДЫДУЩАЯ ЗАМЕТКА     В НАЧАЛО     НАЗАД     СЛЕДУЮЩАЯ ЗАМЕТКА

©ПРИ ИСПОЛЬЗОВАНИИ МАТЕРИАЛОВ ГАЗЕТЫ ССЫЛКА НА "СПОРТ-ЭКСПРЕСС" ОБЯЗАТЕЛЬНА

ФУТБОЛ
СПОРТ-ЭКСПРЕСС

ПРОЕКТ КАЛЕНДАРЯ
ЧЕМПИОНАТА РОССИИ
2006



РЕКЛАМА НА САЙТЕ · РЕКЛАМА В ГАЗЕТЕ · ПОДПИСКА · РЕДАКЦИЯ · ИСПОЛЬЗОВАНИЕ МАТЕРИАЛОВ САЙТА · АКЦИЯ "ДЕРЖИ ВОРА!"
© ЗАО СПОРТ-ЭКСПРЕСС 1999-2005



**TRANSPERFECT**
T R A N S L A T I O N S

ATLANTA
BOSTON
BRUSSELS
CHICAGO
DALLAS
DENVER
FRANKFURT
GENEVA
HONG KONG
HOUSTON
LONDON
LOS ANGELES
MIAMI
MINNEAPOLIS
MONTREAL
MUNICH
NEW YORK
PARIS
PHILADELPHIA
RESEARCH
TRIANGLE PARK
SAN DIEGO
SAN FRANCISCO
SEATTLE
STOCKHOLM
TOKYO
WASHINGTON, DC

City of New York, State of New York, County of New York

I, Jessica Majestic, hereby certify that the following document 'Article RE: Ovechkin' is, to the best of my knowledge and belief, a true and accurate translation from Russian into English.

Jessica Majestic

Sworn to before me this

8th day of December 2005

Signature, Notary Public

HEATHER BOSLEY
Notary Public - State of New York
No. 01BO6116856
Qualified in NEW YORK County
My Commission Expires OCT 12, 2008

Stamp, Notary Public

[web page header]
Newspaper issue July 22, 2005

HOCKEY

**Aleksandr Ovechkin: "I am grateful to Omsk, but I want to play in the NHL [National Hockey League]"**
Yesterday evening Ovechkin flew from Omsk to Moscow, where he will continue to prepare for the season, following an individualized program. Yesterday though, he answered questions from a Sports-Express correspondent.

- Why was the decision to depart for the NHL so hard for you?
- You see, for a long time I didn't know whether Washington would offer a good contract or whether its conditions would be comparable with the Russian ones. But now I want to say thanks to Avangard for all the concessions to which it agreed for my sake, and for the contract's date of entry into force and for many other things. I am grateful to Omsk for everything, but I want to play in the NHL.

- Will you consider your decision to leave correct if you don't manage to earn all the bonuses in the debut season?
- It is no secret that in Russia they offered me more money. But I am going to the NHL anyway, not for the money, but in order to continue growing and to improve my skills. I am going in order to prove that I am already worthy of a place in the best league in the world.

**Anatolii Kharchuk: "I have to agree to a million"**
It is probable that the new agreement of the IIHF [International Ice Hockey Federation] with the NHL, which will most likely be ratified in the next few days in our league, will bring Dynamo President Anatolii Kharchuk a sigh of relief – granted, Dynamo may well receive sizable, if not huge, compensation, for Ovechkin's departure to the NHL.

- You have said more than once that you are expecting to receive solid compensation from Washington. As you know, people have been talking about a sum on the order of two million dollars.
- Yes, but now in light of how Ovechkin treated us, there is, alas, no more talk of such money. If we had a signed contract with him – then we could really have entered into such negotiations with the Capitals.

- This week at a meeting of the IIHF in Zurich a new agreement with the NHL was discussed, according to which it will be possible to receive a million dollars for the departing hockey player, who was selected in the first round of the draft.
- On the whole the information is true, although a full million will not happen. It will turn out to be 800-900 thousand.

- Will you agree?
- Nothing depends on our position and our desires. If the PHL [sic] accepts the agreement, we have to act within this framework, and there will be no direct negotiations with Washington. Moreover, I think that our league in its current form is completely unprepared for this kind of direct negotiations with trans-oceanic clubs – considering what concessions our clubs can give, same as Avangard. Were it not for IIHL's new agreement with the NHL, a situation could informally develop in which hockey players will depart, and we will receive nothing.

**Konstantin Potapov: "You see, we already had a compromise with Dynamo"**

In Russia Ovechkin wanted to play only on Avangard, and the Omsk club seriously counted on that player. Yesterday Konstantin Potapov, the president of the Hawks, answered questions from a Sports-Express correspondent.

- Are you upset about what happened?
- As you know, Ovechkin categorically did not want to sign a new contract with Dynamo, and it was because he was prepared to leave Russia. It would be an awful pity to lose Ovechkin; therefore, we wanted to keep him for the Russian fans, and, if Dynamo would have had a slightly different position, I think we would have managed to do it. You see, at first we came to a compromise with the Dynamo club, according to which Ovechkin would start to play in Omsk. It only remained to get our agreement on paper, but, unfortunately, the Dynamo managers began to overtly stall for time, to delay signing the compromise version that suited all parties.
  I would like to mention that, according to the previous agreement between IIHF and the NHL, compensation in any case would come to that club who trained the player, that is, to Dynamo; therefore, references to the fact that Avangard wanted to collect the compensation are absolutely unsubstantiated. We have declared more than once and confirmed this in written and oral agreements that we do not lay claim to compensation.

[web page footer]

[web page header]

Newspaper issue July 22, 2005

HOCKEY

**Anatolii Kharchuk: "I have to agree to a million"**

**- Are you very disappointed?**

- Of course, we are losing exactly half of the transfer value. Which we might not have lost if Ovechkin had conducted himself normally and signed a contract with us. Now we are given conditions that we have to agree with the new version; otherwise he will simply go for free. Our current rights to Ovechkin have terminated by the fact that Dynamo was his last employer.

**- Incidentally, why not sign a token contract with Ovechkin now, considering that his agreement with Avangard never came into force - simply so that Dynamo could receive compensation?**

- We do not intend to humiliate ourselves before Ovechkin by proposing such a possibility to him. If he himself expresses such a desire – by all means.

**- Has Ovechkin really burned all his bridges to Dynamo? If, say, in six years there is a new lockout across the ocean, could he return to his home club?**

- The bridges are not burned for anyone and they will not be burned. In any case, no one knows who will be managing the club six years from now.

**- Well, next summer, in the off season, will you let him train with the team in Novogorsk?**

- Of course. No one prohibits him that now. He is still a Dynamo. I hope Ovechkin himself thinks it through and reinterprets it for himself.

Pavel Strizhevskii

[web page footer]