# Exhibit 9

# СПОРТ-ЭКСПРЕСС

| НОВОСТИ | ГАЗЕТА | ТРАНСЛЯЦИИ | РЕЗУЛЬТАТЫ | АФИША | ФОТО | ПРОЕКТЫ |
|---|---|---|---|---|---|---|
| ФУТБОЛ | ХОККЕЙ | БАСКЕТБОЛ | ТЕННИС | ФОРМУЛА-1 | | "СПОРТ-ЭКСПРЕСС ЭКСТРИМ" |



ВИНДСЁРФ/КАЙТ СЕРФИНГ



ГАЗЕТНЫЙ НОМЕР 19.08.2005

## ХОККЕЙ

### БУДУТ ЛИ ПЕРЕГОВОРЫ "ДИНАМО" И "ВАШИНГТОНА"?

Как стало известно "СЭ", даже несмотря на отсутствие договора с НХЛ, "Динамо" еще не рассталось с надеждой получить компенсацию за отъезд Александра Овечкина. Разумеется, иного способа, кроме как договориться о ней напрямую с "Вашингтоном", на сегодняшний день не существует. Задача в любом случае была бы не из простых: "Кэпиталз" - один из самых низкобюджетных клубов НХЛ - за последние пару лет не раз демонстрировал, что расставаться с деньгами станет лишь в случае крайней необходимости.

Не особо поддерживает данную тему разговора и президент бело-голубых Анатолий Харчук:

- Естественно, мы очень огорчены, что при сложившейся ситуации можем остаться без всякой компенсации за Овечкина. Сейчас Россия оказалась единственной страной, не подписавшей договор с НХЛ, и невозможно сказать, чем это для нас чревато.

- Будете ли вы пытаться вести прямые переговоры с "Вашингтоном"?
- Пока без комментариев.

Павел СТРИЖЕВСКИЙ



ПРЕДЫДУЩАЯ ЗАМЕТКА    В НАЧАЛО    НАЗАД    СЛЕДУЮЩАЯ ЗАМЕТКА

©ПРИ ИСПОЛЬЗОВАНИИ МАТЕРИАЛОВ ГАЗЕТЫ ССЫЛКА НА "СПОРТ-ЭКСПРЕСС" ОБЯЗАТЕЛЬНА



РЕКЛАМА НА САЙТЕ · РЕКЛАМА В ГАЗЕТЕ · ПОДПИСКА · РЕДАКЦИЯ · ИСПОЛЬЗОВАНИЕ МАТЕРИАЛОВ САЙТА · АКЦИЯ "ДЕРЖИ ВОРА!"
© ЗАО СПОРТ-ЭКСПРЕСС 1999-2005

[web page header]

Newspaper issue August 19, 2005

# HOCKEY

## WILL DYNAMO AND WASHINGTON NEGOTIATE?

*Sports Express* has learned that, despite having no contract with the NHL, Dynamo has not yet given up hope of receiving compensation for the departure of Alexander Ovechkin. Of course, they currently have no other way to get it other than reaching an agreement about it directly with Washington. It would be a difficult challenge in any case: the Capitals are one of the teams with the smallest budgets in the NHL, and in the last couple years they have not once shown a willingness to give up cash until it becomes absolutely necessary.

**Anatoliy Kharchuk,** the president of the white-and-blue, is not terribly happy with this topic of conversation:
- Naturally, we are very disappointed that in this situation we might end up with no compensation whatsoever for Ovechkin. Russia is the only country that hasn't signed a contract with the NHL, and there is no telling what dangers this presents for us.

**- Will you try to negotiate directly with Washington?**

- No comment at this time.

By Pavel STRIZHEVSKIY

[web page footer]



**TRANSPERFECT**
TRANSLATIONS

ATLANTA
BOSTON
BRUSSELS
CHICAGO
DALLAS
DENVER
FRANKFURT
GENEVA
HONG KONG
HOUSTON
LONDON
LOS ANGELES
MIAMI
MINNEAPOLIS
MONTREAL
MUNICH
NEW YORK
PARIS
PHILADELPHIA
RESEARCH
TRIANGLE PARK
SAN DIEGO
SAN FRANCISCO
SEATTLE
STOCKHOLM
TOKYO
WASHINGTON, DC

City of New York, State of New York, County of New York

I, Jessica Majestic, hereby certify that the following document 'Article RE: Ovechkin' is, to the best of my knowledge and belief, a true and accurate translation from Russian into English.

Jessica Majestic

Sworn to before me this

8th day of December 2005

Signature, Notary Public

HEATHER BOSLEY
Notary Public - State of New York
No. 01BO6116856
Qualified in NEW YORK County
My Commission Expires OCT 12, 2009

Stamp, Notary Public

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016   T 212.689.5555   F 212.689.1059   WWW.TRANSPERFECT.COM