# Exhibit 12

# RUSSIAN HOCKEY DIGEST

■ add to favorites  ■ make it

**Free Hockey Jerseys**
Get the jerseys the pros wear free. Limited Time Only! Act now.
Ads by Goooooogle

**Montreal Canadiens Tix**
Watch Your Favorite Hockey T - Even to Sold Out Games!
Adver

12/08/2005
Home >>

**Superleague**
- News
- Interviews
- Playoffs
- Scores
- Schedule
- Standings
- Leaders Stats
- Teams Stats
- Teams
- Playing Mode

**WJC**
- News
- Interviews
- Scores
- Schedule
- Standings
- Leaders Stats
- Teams Stats
- Power Rankings

**NHL**
- News
- Interviews

**Features**
- Message Boards
- News Links
- Polls
- News Rankings
- Our Sources
- About us
- Contact us

**Advertisement**

**Superleague**
- Nev
- See mor
- Supe

Dynamo
Khimik I
CSKA
Spartak
Lada
Ak Bars
Salavat Y
Neftekhi
Molot
Lokomot
Metallur
Avangar
Sibir
Seversta
Metallur
SKA

All Resul

Upcom

Vityaz
HC MVD
Metallur
Seversta
Sibir
SKA
Molot
Spartak
Metallur
Khimik I
Salavat Y

## Alexander Ovechkin: I am living in Washington GM's house



*Alexander Ovechkin*

By Pavel Lysenkov (Soviet Sport: September 12, 2005)
Translated by Alexei Belousenko (RusHockey.com) and Eugene Belashchenko (RussianProspects.com)

Amongst NHL fans there are two camps – those who are sure that Alexander Ovechkin will win the Calder Trophy and those who believe that Sidney Crosby will win the honor. Our correspondent had a chance to call to one of the two forwards.

Actually it would be more accurately to say that Alex called me. To be more specific he dropped me a SMS message. I tried to call Alex several times before, but as he explained, he can't play or practice half way. That is why it was difficult to break in between the young players practice time and sleep.

Finally, Alexander, understanding my troubles, wrote me a polite SMS: If you want to get in touch with me, call me at 9am. I will be very grateful. Thank you. Alexander Ovechkin". (I will save this SMS message for about ten years, and when wins a number of NHL awards and becomes a world class star, I will sell it at an auction along with the phone!)

### IN DATSYUK'S SUPPORT

http://rushockey.com/events.php?i-nhl&stream=nhl_interviews&id=316    12/8/2005



**Are you familiar with the latest news about your buddy Pavel Datsyuk? Datsyuk may depart to Detroit, or stay in Russia. The decision will be made any day.**
A. Ovechkin: I think a player should choose what works best for him. I'm supporting Pavel in this situation; actually, I always take the players' side. What wrong if Datsyuk chooses Russia? And, at the same time, how can we judge Pavel if he chooses to return to Detroit? He is a free man, and, as far as I know, from a jurisdiction point of view he is not breaking any laws.

**Have you called Datsyuk?**
A. Ovechkin: Yes. I wished him best of luck, and told him not to pay any attention to hockey fans that keep saying nasty thing about him.

**Recently, you went through this direction...**
A. Ovechkin: Yes. It was very unpleasant that while I played for Dynamo I was an idol to many fans, but as soon as my contract ended and I moved to Avangard, I heard such words from the same people that I don't even want to think about it.

**Why is there such a tendency of players from Dynamo moving to Omsk, besides you and Datsyuk, there are Troschinsky, Chubarov? Actually, in there were many players who left the team.**
A. Ovechkin: Avangard gave better financial terms. And that's it. Players have a right to choose. What is the problem? If a guy is free agent, then why should he stay with the same team where he earns less money? He should financially support his family, and his future.

### FIRST DAYS IN AMERICA

**How did you settle in Washington?**
A. Ovechkin: Everything is fine. I already picked a six-bedroom house for myself. It's very comfortable, and five minutes away from the stadium and training rink. But I'm going to move in later. I'll rent an apartment for awhile. And right now I live in Washington's General Manager George McPhee's house.

**You mean in the same house?**
A. Ovechkin: Yes. Why is it surprising you? When I came to Washington, I lived in a hotel for two days. Once I was about to go to my hotel and George told me: "Would you like to stay at my place for awhile?" and I said: "Why not." So, now it's been a forth day already that I live at my main boss' place.

**What do you think of McPhee?**
A. Ovechkin: Excellent man. He treats me very nicely and his family likes me very much.

**Are you by yourself in the capital city?**
A. Ovechkin: On September 12th my parents will come visit me. The same day the training camp opens. I can already imagine how much fun it's going to be... Actually, I'm not lonely here. For example, right now we are going for a practice with Dainius Zubrus. Soon Semin should come over. It will be easier with three of us on the team.

**Is it hard for you to get used to American life-style?**
A. Ovechkin: Well... I have to get used to it no matter what. I should adapt myself to their pattern. As I understand, you tried to ask me how often I go to McDonald's? Sometimes. Tonight we are going to a restaurant with Zubrus and a couple of other guys. Actually, I like meals at George's house. His family asks me: "What would you like, Sasha?" – "Doesn't matter. I'd eat what you guys eat."

**Have you already met your new teammates?**
A. Ovechkin: Peter Bondra and I, we are practicing together. Also, Halpern, Kolzig, Cassels. Little by little I get to know the team.

**Bondra still doesn't have a contract with Washington.**
A. Ovechkin: Right. But there are many unsigned guys who practice at their previous work places. It's a normal thing in the NHL.

### I DON'T NEED A TRANSLATOR

Ak Bars
Lada
Neftekhi
CSKA
Lokomot

Full



Last for...

Webs

We Re

http://rushockey.com/events.php?i-nhl&stream=nhl_interviews&id=316    12/8/2005

**How did Sasha Ovechkin's presentation go in Washington?**
A. Ovechkin: Everything was excellent. The ceremony took place on September 1st at the Capitals stadium when I officially signed the contract with the club. I talked to various correspondents in English; I said that I'm ready to make happy people with my performance.

**Don't you have any problems with the language?**
A. Ovechkin: I do. I understand pretty much everything, but I can't talk yet. Too many mistakes. So, I still need to work on my English.

**Don't you have an interpreter?**
A. Ovechkin: Nope. Actually, I don't need one.

**What number are you going to play with?**
A. Ovechkin: With my favorite number 8. I don't even know if it was taken before.

**Do you practice twice a day?**
A. Ovechkin: No. One time a day because we have an ice-time for two hours only. However, I go to a gym after that, and work out following my own program.

### THE GUY IN THE TINTED MASK

**Do you feel you are in competition with Pittsburgh's forward Sidney Crosby for the Calder Trophy?**
A. Ovechkin: I don't think about it... I mean, I think of it, but this is not my top priority. Regarding to Crosby, I've never met him personally; we just played against each other once in the WJC-2005 finals.

**Have you already learned the history of the Washington Capitals? Do you know which team is Washington's biggest rival?**
A. Ovechkin: Indeed Pittsburgh. Washington always had the toughest battles against them in playoff. Also, Montreal against whom Washington never won before in the playoffs.

**Are you going to play in the NHL with a tinted visor as you did in the Super League?**
A. Ovechkin: If it's allowed, yes. I remember that Sergei Fedorov played with a tinted visor before.

**Do you know how the Russian National team finished the Euro-tour's Ceska Poistovna round?**
A. Ovechkin: Sure. Two wins in three games – not bad at all. As far as I heard the head coach Vladimir Krikunov complimented Alexander Kharitonov and Maxim Sushinsky. I think the entire team played well.

---

09/12/2005

Back >>

Copyright © 2003 RusHockey.com. All Rights Reserved.

**The NHL Season on Sirius**
Get Sirius Satellite Radio & catch up to 40 games a week of NHL action
Ads by Gooooooogle

**Free Red Wings Jersey**
Get A Detroit Red Wings NHL Jersey. Participate Now!
Advertise on this site