# Exhibit 14

РЕГИНАЛЬНАЯ ОБЩЕСТЕННАЯ ОРГАНИЗАЦИЯ
ХОККЕЙНЫЙ КЛУБ «ДИНАМО» МОСКВА
«DYNAMO» MOSCOW HOCKEY CLUB

№ _____                              "___" _____ 200__ г.

September 15, 2005

BY FAX AND COURIER

Mr. Gary Bettman, Commissioner
National Hockey League
1251 Avenue of the Americas
New York, NY, 10020

Dear Mr. Bettman:

Re:   Alexander Ovechkin

I am the President of the Moscow Dynamo hockey club and the Vice-President of the Russian Olympic Committee. I am writing to you in response to the recent reports that Alexander Ovechkin signed a contract with the Washington Capitals on or about August 31, 2005 to play in the National Hockey League ("NHL") commencing with the 2005-2006 NHL season.

Be advised that Alexander Ovechkin is subject to a prior contractual obligation to play hockey exclusively with the Moscow Dynamo in the Russian Professional Hockey League ("PHL") for the 2005-2006 season. This obligation arose as a result of the Moscow Dynamo exercising its 'right to match' with respect to a contract dated July 21, 2005 between Alexander Ovechkin and the Omsk Avangard for the 2005-2006 PHL season. The Moscow Dynamo's right to match this contract, and its timely completion of all necessary steps to exercise such right, were confirmed on August 8, 2005 by an arbitration committee in accordance with PHL regulations.

I am aware that you recently issued a directive prohibiting NHL teams from negotiating or contracting with players who are currently under contract with Russian teams. As stated above, Alexander Ovechkin is under contract with the Moscow Dynamo for the 2005-2006 hockey season and we expect Alexander Ovechkin to honour his contract and play for the Moscow Dynamo and for no other team this season.

Accordingly, we trust that the NHL will not register Alexander Ovechkin's contract with the Washington Capitals (or if it has done so, the NHL will take the necessary steps to de-register Alexander Ovechkin's contract) and will not permit Alexander Ovechkin to play for the Washington

2

Capitals for the 2005-2006 NHL season. Please provide your written confirmation of same immediately.

Yours very truly,

Anatoly Kharchuk
President, Moscow Dynamo

cc: Dick Patrick, President, Washington Capitals
Alexander Steblin, President, Russian Ice Hockey Federation
Vladimir Shalayev, Vice President and General Counsel, PHL