# Exhibit 15

# RUSSIAN HOCKEY DIGEST

■ add to favorites ■ make it

**Colorado Avalanche**
NHL Certified Memorabilia Low Prices and Free Shipping
Ads by Gooooooogle

**Lymphoma information**
Interactive educational progra the experts online.

Adver

12/08/2005
Home >>

- Superleague
  - News
  - Interviews
  - Playoffs
  - Scores
  - Schedule
  - Standings
  - Leaders Stats
  - Teams Stats
  - Teams
  - Playing Mode
- WJC
  - News
  - Interviews
  - Scores
  - Schedule
  - Standings
  - Leaders Stats
  - Teams Stats
  - Power Rankings
- NHL
  - News
  - Interviews
- Features
  - Message Boards
  - News Links
  - Polls
  - News Rankings
  - Our Sources
  - About us
  - Contact us

Advertisement

Superleague

Nev
● See moi

Sup

Dynamo
Khimik I
CSKA
Spartak
Lada
Ak Bars
Salavat Y
Neftekhi
Molot
Lokomot
Metallur
Avangar
Sibir
Seversta
Metallur
SKA

All Resul

Upcon

Vityaz
HC MVD
Metallur
Seversta
Sibir
SKA
Molot
Spartak
Metallur
Khimik I
Salavat Y

### Alexander Ovechkin: My parents said I was so-so...



The best Russian youngsters - Evgeni Malkin and Alexander Ovechkin

**Click here for Ovechkin's debut video-highlights**

---

By Pavel Lysenkov (Soviet Sport: October 7, 2005)
Translated by Alexei Belousenko (RusHockey.com) & Eugene Belashchenko (RussianProspects.com)

**33 Russian NHLers start their regular season yesterday. Overall, they scored 12 goals, 8 assists, and spent 20 minutes in a penalty box. 20-year-old Sasha Ovechkin delivered a brighter performance than all others, bringing Washington a victory against Columbus, and sidestapping the heavily advertised Sidney Crosby.**

**Already during his first shift, spending only 38 seconds on the ice, Sasha Ovechkin checked Radoslav Suchy into the board so hard that the safety**



glass fell down on the ice. As a result the game was stopped. At this moment, the Washington Capitals owner Ted Leonsis, who was sitting together with Ovechkin's parents and brother in a VIP-section, jumped off his seat and yelled: "That's my man!"

Alexander Ovechkin is the first player in Washington's history to score two goals during his debut. First, he scored a one timer. Then, after Ovechkin scored his second goal, his mother jumped off her seat, and yelled something to her son. Leonsis turned around to Alexander's older brother and asked: "What did mama say?" – "She's very proud of Sasha and promises that Washington will win this game."

After the game there was no happier man on earth than Alexander Ovechkin. Sasha told that when he scored the second goal, he thought: "Wow, two goals in the first game, that's even better than a dream". And then, he decided that he must win his first game in the NHL for himself, his parents, Washington, and all hockey fans.

Yesterday (Oct 6) morning I dialed a number in Washington, but Sasha was still asleep, so his mother picked up the phone.

**Tatyana Ovechkina:** Sasha could have scored four goals, as he had plenty of scoring chances! I noticed that he was nervous. Washington fans loved him right away. They see that the guy is working hard, giving it one hundred percent. Actually, the match ended up being interesting and full of highlights. The atmosphere was the same as during the World Cup last year.

**How do you find Mr. Leonsis?**
**Tatyana Ovechkina:** He's nice and attentive. He always invites us to his luxury suite, but we don't feel comfortable bothering him.

**Did Sasha take his first goal puck?**
**Tatyana Ovechkina:** Of course, but it's not at home yet. They are going to frame it and present it to him. Also, my son was named the game's first star.

*Later, in a couple of hours, I dialed the number again and reached Ovechkin.*

**Sasha, how long was you asleep?**
**A. Ovechkin:** I came home at 11pm after the game, and fell asleep right away. And I got up at 12:30pm today (Oct 6).

**Were you that tired after the game?**
**A. Ovechkin:** No, today we have a day-off, so it's a perfect time to lounge around. Actually, it was hard to play during the first period of the game. It was stuffy on the ice. But the second period was another story! We scored three goals with my linemates Zubrus and Halpern.

**Why did you smash Suchy in to the board so hard?**
**A. Ovechkin:** Simply, the check ended up being very tough. Even the glass came off. But I was preparing myself for the game like usual, as I always do. I was sitting in the locker room, and listening music.

**Rammstein?**
**A. Ovechkin:** No, lighter stuff than that.

**Did you feel the difference between preseason and official games?**
**A. Ovechkin:** Sure! Regular season's games are more crowded, game speed and pressure are higher. There is no room for mistakes, as many people are depending on you.

**Did you talk to Zherdev?**
**A. Ovechkin:** Didn't have time, just said HI on the ice.

**Did your parents compliment you after the game?**
**A. Ovechkin:** There were no any words like "super" or "awesome". Instead there was a leveled criticism of my performance. They said that during first period I was pretty terrible, and during the second one I was so-so.

Ak Bars
Lada
Neftekhi
CSKA
Lokomot

Full

Last fort

Webs

We Re



http://rushockey.com/events.php?i-nhl&stream=nhl_interviews&id=360        12/8/2005

**Aren't you upset that you scored two goals, and at the same time Canadian TV keeps highlighting Crosby who lost 1:5 against New Jersey and only had one assist?**
**A. Ovechkin:** Let them keep highlighting him. I'm not worried about it. Actually, I don't even watch TV; I watch a Russian movie series on DVD called "Relative exchange" starring Kristina Orbakaite.

**Anyway, you are doing great. Keep it up. Next match you play at home against Atlanta. Maybe you'll see Kovalchuk.**
**A. Ovechkin:** Hopefully. And please relay my regards to all the hockey fans!

---

10/06/2005

Back >>

Copyright © 2003 RusHockey.com. All Rights Reserved.

http://rushockey.com/events.php?i-nhl&stream=nhl_interviews&id=360    12/8/2005