# Exhibit 16

FOCUS - 1 of 1 DOCUMENT

Copyright 2005 Gannett Company, Inc.
USA TODAY

October 6, 2005, Thursday, FINAL EDITION

**SECTION:** SPORTS; Pg. 3C

**LENGTH:** 1506 words

**HEADLINE:** Faceoffs flourish in North America

**BYLINE:** Kevin Allen; Lawrence Hollyfield; Kevin Woodley; Jack Carey

**BODY:**
The NHL, out of action for one year because of a labor dispute, returned Wednesday night with all 30 teams in action. A look at four of the cities:

Penguins' heralded Crosby gets his shot at the big time

EAST RUTHERFORD, N.J. -- The Sidney Crosby era began with the NHL's most coveted prospect getting a better understanding of why New Jersey's Martin Brodeur is the league's most accomplished goalie.

The Pittsburgh Penguins' rookie managed to put a puck on net in his first NHL shift, giving him the opportunity to match Mario Lemieux's feat of scoring on his first shot, but Brodeur stopped him. Brodeur then continued his ruination of Crosby's debut by posting 36 saves in a 5-1 victory against the Penguins.

"I think I played well, but it was my first game, and I'm still getting my feet wet," said Crosby, who managed an assist on the Penguins' only goal by Mark Recchi.

Crosby played 15 minutes, 50 seconds and had the misfortune of being on the ice for two of New Jersey's goals.

"You can tell what all of the hype is about," said New Jersey center Scott Gomez. "He definitely made some moves. He's going to help the league out."

Crosby, 18, also learned the reality of being in a hostile arena. After Devils rookie Zach Parise scored, a few fans chanted: "Parise is better."

Crosby's mother, Trina, and father, Troy, attended. Although their son has received national attention since he was 13, it still amazes them how much attention he receives even from non-hockey fans.

"We got a letter from a 90-year-old woman (from Newfoundland) who said that he's just a real nice kid," said Trina Crosby. "She doesn't follow hockey, doesn't even like hockey particularly. That's a real nice compliment."

About 200 press credentials were issued for the game, and several Canadian television outlets were in the group.

Pittsburgh coach Ed Olczyk said he wasn't concerned about how many points Crosby had.

"We just want him to create and be the player he can," Olczyk said. "If points come, they come."

-- Kevin Allen

Champion Lightning light up Tampa Bay

TAMPA -- For 16 months, Lightning hockey had left the building. It returned with a bang -- and flashes and smoke, thunder sticks and trophies, dozens of standing ovations and no unsold tickets.

Tampa Bay opened the National Hockey League season with a pregame celebration perhaps as anticipated as the game itself. About 20 minutes before the opening faceoff of the Lightning's 5-2 win against the Carolina Hurricanes, the

Faceoffs flourish in North America USA TODAY October 6, 2005, Thursday,

St. Pete Times Forum went dark. A cloaked banner was lowered to the ice before everyone and everything, from owner Bill Davidson to the Lady Byng Trophy, was introduced. The 22,120 fans, starved for so long, gulped down every chance to celebrate. Video coach Nigel Kirwan received an ovation.

"It was a terrific ceremony," said NHL Commissioner Gary Bettman, "and what was particularly impressive is when you looked at the array of trophies that had been accumulated during the Stanley Cup run. Tampa Bay had quite a season, and it was emotional for everybody, including me, because it's great to be back."

The pregame bash ended when the banner, unveiled by the players, was hoisted to the ceiling. That bash had started hours earlier.

At 5:30a.m., well before sunrise, two radio stations and two television stations had set up shop in the plaza outside the Forum. Fans were gathering for their shot at one of the 200 tickets set aside for sale on opening day. One man came just hours after his late shift ended; a woman had set her alarm for 3:30 because she had a long drive.

"If I don't get tickets, I'll always have Game7 in my memory," said Ryan Kelly, an ex-Tampan who lives in Cleveland. "It's the coolest sporting thing I've ever been a part of."

After the game, players raved about the reception.

Said center Vinny Lecavalier: "It did feel like we were playing Game8. I didn't think it was going to be that crazy."

-- Lawrence Hollyfield

The Great One: Will he be great as a coach, too?

VANCOUVER -- The greatest player ever on the ice might be just as intimidating behind the bench.

Unfortunately for Wayne Gretzky, his Phoenix Coyotes players are the ones feeling the pressure of having hockey's best all-time player as a rookie head coach. Imagine how tight they'd get if the soft-spoken superstar ever loses his cool.

"I haven't even yelled at them yet," Gretzky joked sheepishly Wednesday shortly before losing his NHL coaching debut 3-2.

The Coyotes didn't give their new bench boss much to yell about. For a while it looked like they might even rally behind Gretzky to continue his long history of milestones against the Canucks.

The Coyotes fell behind 2-0 in the second before one of Gretzky's first coaching moves paid off midway through the third when defenseman Keith Ballard, one of two rookies chosen to play ahead of veteran defenders Cale Hulse and Sean O'Donnell, scored his first NHL goal.

The joy was short-lived, though, as Markus Naslund scored on the next shift. But through it all, Gretzky appeared calm and collected on the Phoenix bench.

With 61 NHL records to his name and living-legend status in both the sport and the entire country of Canada, Gretzky doesn't need to raise his voice to make a point about anything hockey-related. That should help in the long run, said new Coyotes' goaltender Curtis Joseph, because players will listen more closely. In the short term, though, even veterans admit it's unsettling to play for a man known simply as The Great One.

"I don't care if you're young or old, you're in awe of Wayne Gretzky," said center Mike Ricci, a 15-year NHL veteran.

Ricci said the awe has worn off through training camp and a 2-6 preseason. But Brett Hull, who with 741 career goals trails only Gretzky and Gordie Howe, still catches himself trying to impress his coach.

"I don't think it's just young guys," said Hull, entering his 19th season. "I found myself at times maybe trying to do a little too much or maybe getting out of position trying to do too much."

Gretzky knows he can't expect the same kind of otherworldly skill he once displayed, but he can ask for the same work ethic.

"I don't expect them to be great every day because it's impossible," said Gretzky, who scored his first, 200th, 500th and 802nd goal (breaking Howe's record) against the Canucks. "But I can expect them to give me great effort every day, and that's what I ask."

Faceoffs flourish in North America USA TODAY October 6, 2005, Thursday,

-- Kevin Woodley

Capitals trying to regroup, construct solid fan base

WASHINGTON -- The Washington Capitals have struggled for years to turn a profit and build a fan base in an area that has never fully embraced hockey.

The 16,325 fans at the MCI Center for Wednesday's 3-2 win against the Columbus Blue Jackets were glad to have the sport back, but some couldn't understand why the lockout was necessary.

"Everyone was ticked about it," said Todd Laferriere of Fairfax, Va. "I don't respect that (there had to be a lockout) simply because in a place like D.C., where the fan base is already kind of miserable, they need to bolster their fan support and get a team out there."

Laferriere used to be a season ticketholder but didn't renew because he works many nights.

"Now they're trying to build support for a team that was gutted," he said. "It's going to be a long, hard road to get us back just to where we used to be."

In anticipation of the lockout, the Caps purged high-priced talent Jaromir Jagr, Peter Bondra, Robert Lang and Sergei Gonchar.

Longtime season ticketholder Louis Kaufman of North Potomac, Md., said he was "very disappointed" the team didn't work out an agreement to bring Bondra back and believes owner Ted Leonsis should have spent more in the offseason to bring in more talent.

"I look at Ted and say, 'What happened to your five-year plan?' Obviously, that went out the window," Kaufman said.

Still, Kaufman renewed his season tickets. "A pox on both their houses, but the game is back and I'm back," he said. "I'm addicted."

The Caps have someone to build around, however, in rookie Alexander Ovechkin, last year's top draft pick, who scored twice in his first regular-season outing and was named the game's first star.

Ovechkin looked for and found his parents in the crowd after his first goal, which came at 7:21 of the second period.

"I felt really good," he said. "I felt like, 'I did it.' I'm very happy."

Capitals goalie Olaf Kolzig believes the rookie can help draw fans. "There's no question he's an exciting player," he said.

Tracy Groff, of Centreville, Va., says now that the lockout is over "it might actually bring more attention to the sport. It might have opened people's eyes that there is a team here." Still, as former season ticketholder Michael Phillips of Washington looked around outside the arena, he said wistfully: "Most people you see walking around here are wearing jerseys of players who don't play here anymore."

-- Jack Carey

**GRAPHIC:** PHOTO, B/W, Gary Hershorn, Reuters; PHOTO, B/W, Pierre Ducharme, Reuters; PHOTO, B/W, Andy Clark, Reuters

**LOAD-DATE:** October 06, 2005