# Exhibit 17

# СПОРТ-ЭКСПРЕСС
НА ГЛАВНУЮ  КОНТАКТЫ  ENGLISH VERSION
АРХИВ · ОБЩЕНИЕ · СПОРТ НА ТВ
МОБИЛЬНЫЙ "СЭ" · РЕКОМЕНДУЕМ

НОВОСТИ  ГАЗЕТА  ТРАНСЛЯЦИИ  РЕЗУЛЬТАТЫ  АФИША  ФОТО  ПРОЕКТЫ

ФУТБОЛ | ХОККЕЙ | БАСКЕТБОЛ | ТЕННИС | ФОРМУЛА-1 | "СПОРТ-ЭКСПРЕСС ЭКСТРИМ"

## ХОККЕЙ
спорт-экспресс



Чемпионат России 2005/2006
СУПЕРЛИГА
Календарь игр

**ГАЗЕТНЫЙ НОМЕР** 14.09.2005

## ХОККЕЙ

### ЧЕМПИОНАТ РОССИИ СУПЕРЛИГА

Вчера в здании Олимпийского комитета состоялось экстренное заседание коллегии суперлиги. Для участия в нем в столицу прибыли руководители всех 18 клубов. Одной из главных тем стал нынешний регламент с его очевидными изъянами, из-за которого в минувшее межсезонье разгорелось с полдюжины громких трансферных скандалов. После заседания корреспонденты "СЭ" попросили высказаться представителей тех клубов, которые оказались вовлеченными в наибольшее количество спорных ситуаций.

Марат САФИН, Павел СТРИЖЕВСКИЙ, Владимир ЮРИН
из Москвы

## Анатолий ХАРЧУК: "НУЖЕН ЖЕСТКИЙ КОРПОРАТИВНЫЙ ЗАКОН"

- Что же все-таки происходило за закрытыми дверями? - вопрос президенту "Динамо" Анатолию Харчуку.

- Заседание прошло вполне нормально и миролюбиво. Мы приняли несколько серьезных решений. Во-первых, лиге поручено к Новому году разработать новый вариант регламента, и если он будет принят, то вступит в действие уже со следующего сезона. Учитывая сложности, возникающие у клубов в межсезонье при формировании составов, мы решили максимально подробно прописать в регламенте все правила, которые смогут регулировать эту работу. И запрещали бы клубам поступать не совсем нравственно и морально.

Также принято решение по поводу арбитражного комитета: его количественный состав предложено увеличить до 9 человек и ввести туда абсолютно неангажированных и независимых людей, не работающих ни в ПХЛ, ни в федерации. Все эти люди имеют юридическое образование, есть среди них и специалисты, игравшие в свое время в хоккей.

- Обсуждаемый регламент может вступать в противоречие с существующим российским законодательством?

- Он должен стать для всех крайне жестким корпоративным законом, которому мы все будем следовать, невзирая на то, что некоторые его нюансы могут не совсем стыковаться с нынешним законодательством.

- Какие санкции применят к тем, кто нарушит регламент?

- Самые суровые, вплоть до дисквалификации. Если инициатором нарушения станет игрок - дисквалифицируют его, если клуб - снимут с соревнований команду.

- Руководство ПХЛ предъявило претензии к клубам, вовлеченным в трансферные скандалы минувшего межсезонья?

- В буквальном смысле - нет. В результате любого судебного или арбитражного разбирательства есть довольные и недовольные. Да, проблемы существуют, и нам необходимо всего лишь разработать для них хорошо сформулированные правила.

- Что, на ваш взгляд, стало причиной непомерного количества трансферных скандалов?

- Каждый клуб хочет иметь лучший состав. А мое мнение таково: селекционной и трансферной работой нужно заниматься не за два-три дня до окончания заявочной кампании, а в течение всего сезона.

- Какова последняя информация по Дацюку?

- Разговоров на тему Дацюка почти не было. Я затронул этот вопрос, исходя из того, что возникшая проблема стала причиной проведения экстренного заседания.

## Константин ПОТАПОВ:
## "ДАЖЕ АРБИТРАЖ МОЖЕТ ОКАЗАТЬСЯ В ТУПИКЕ ПО "ДЕЛУ ДАЦЮКА"

- Есть новая информация по "делу Дацюка"? - вопрос президенту "Авангарда" Константину Потапову.

- Этот вопрос был затронут на заседании. Как я уже говорил, на наш взгляд, "Динамо" нарушило нормы регламента. Сейчас дело должен рассмотреть арбитражный комитет, но и он, полагаю, окажется в тупиковой ситуации. Регламент никак не прописывает, что делать в том случае, если Дацюк имеет контракт, условия которого повторил его предыдущий клуб, но сам игрок с ним не соглашается.

Это правовой тупик, и вопрос следует решать уже по другим российским законам. На заседании я обратил внимание на этот

нюанс, и в протоколе мы записали, что если арбитражный комитет не может пользоваться нормами регламента, то должен прибегнуть к помощи российских законов.

- ПХЛ заняла в данном вопросе какую-нибудь позицию?

- Лига считает, что нужно действовать на основании регламента. Мы - двумя руками "за", поскольку сами хотим его придерживаться.

- На арбитражном комитете спросят о пожеланиях самого хоккеиста?

- Об этом вам лучше спросить членов самого комитета. Лично я считаю, что мнение игрока чрезвычайно важно.

- Вы считаете, что Павел хочет выступать именно за ваш клуб?

- Сейчас он находится в Омске, тренируется с "Авангардом". По итогам переговоров с хоккеистом и его агентом, у меня действительно сложилось впечатление, что Дацюк хочет выступать именно за нашу команду.

- Чем закончились ваши переговоры с агентом игрока?

- Нам агент заявил, что они с Павлом намерены исполнять контракт, который подписали с "Авангардом". И хотели бы этого уже сегодня - как и мы.

Кирилл ФАСТОВСКИЙ: "СПОРТИВНЫЙ СУД РОССИИ УЖЕ ЗАВАЛЕН АПЕЛЛЯЦИЯМИ"

- Наш клуб полностью разделяет озабоченность ПХЛ деятельностью арбитражного комитета, - говорит генеральный директор ХК ЦСКА Кирилл Фастовский. - Все прекрасно помнят, какое число скандалов и жалоб сопровождают принимаемые комитетом решения. Скоро мы будем обращаться за помощью не только в спортивный арбитражный суд, но и в гражданские суды. Спортивный суд уже завален апелляциями недовольных решениями арбитражного комитета ФХР/ПХЛ.

Кстати, у нас до сих пор не урегулирован вопрос с компенсацией за переход Куляша в "Динамо". Клубам предоставлена возможность договориться до 10 ноября. Если этого не произойдет, мы также обратимся в высшую спортивную инстанцию. Вообще, ХК ЦСКА считает, что все спорные ситуации вправе рассматривать только арбитражный комитет. Но в его составе должны быть независимые люди, принимающие продуманные и юридически грамотные решения. А нынешний состав комитета полностью зависим, так как его члены работают в ПХЛ и ФХР и зачастую бывают заинтересованы в определенных выводах по той или иной проблеме.

Равиль ШАВАЛЕЕВ: "НУЖЕН НОВЫЙ АРБИТРАЖНЫЙ КОМИТЕТ"

Вице-президент "Ак Барса" Равиль Шавалеев вышел из зала заседания одним из последних. Чувствовалось, что руководитель казанского клуба доволен результатами заседания.

- Не стану скрывать, итогом собрания удовлетворен, - сказал Шавалеев. Самое главное, что мы решили собрать новый арбитражный комитет, состоящий из людей, владеющих ситуацией и разбирающихся в нюансах нашего хоккея. Надеюсь, непонятных и необоснованных решений, как в случае с нами по "делу Грабовского", больше не будет.

-- Какого решения ожидаете от Высшего спортивного суда?

- Как какого? Справедливого, конечно! (Улыбается.) Уверен, что справедливость восторжествует.



**TRANSPERFECT**
TRANSLATIONS

ATLANTA
BOSTON
BRUSSELS
CHICAGO
DALLAS
DENVER
FRANKFURT
GENEVA
HONG KONG
HOUSTON
LONDON
LOS ANGELES
MIAMI
MINNEAPOLIS
MONTREAL
MUNICH
NEW YORK
PARIS
PHILADELPHIA
RESEARCH TRIANGLE PARK
SAN DIEGO
SAN FRANCISCO
SEATTLE
STOCKHOLM
TOKYO
WASHINGTON, DC

City of New York, State of New York, County of New York

I, Jessica Majestic, hereby certify that the following document 'Article RE: Ovechkin' is, to the best of my knowledge and belief, a true and accurate translation from Russian into English.

Jessica Majestic

Sworn to before me this

8th day of December 2005

Signature, Notary Public

HEATHER BOSLEY
Notary Public - State of New York
No. 01BO6116856
Qualified in NEW YORK County
My Commission Expires OCT 12, 2008

Stamp, Notary Public

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016   T 212.689.5555   F 212.689.1059   WWW.TRANSPERFECT.COM

[web page header]

Newspaper issue September 14, 2005

# HOCKEY
# RUSSIAN CHAMPIONSHIP. SUPERLEAGUE

*An emergency session of the Superleague Council was held yesterday in the Olympic Committee building. The managers of 18 clubs attended. One of the main topics of discussion was the current rules and their obvious defects, which led to a half-dozen prominent scandals involving player transfers during the last off-season. After the meeting, Sports Express asked representatives of the clubs embroiled in the largest number of disputes to comment.*

## Marat SAFIN, Pavel STRIZHEVSKIY, Vladimir YURIN
Moscow

### Anatoliy KHARCHUK: "WE NEED A FIRM CORPORATE LAW"

- What happened behind closed doors? we asked Dynamo president Anatoliy Kharchuk.
- The meeting was completely normal and friendly. We adopted several important decisions. First, by New Years Day we will draft a new version of the rules, and if they are adopted, they will take effect next season. In light of the problems clubs face in the off-season with trying to put together a roster, we decided to include in the rules, to the extent possible, all of the rules necessary to regulate this activity. The new rules would prohibit clubs from acting in ways that are not entirely ethical or moral.

- We also adopted a decision regarding the arbitration committee: We propose to increase the number of members and appoint to the committee only people who are absolutely non-partisan and independent, people who don't work for the Professional Hockey League [PHL] or the federation. They should all have a legal education, and they should include experts who have hockey-playing experience.

- Could the proposed rules could conflict with current Russian law?

- The rules should be a very strict corporate law for all of us, which we should all follow, regardless of the fact that a few of its nuances might not be entirely consistent with current law.

- What sanctions will be imposed on those who violate the rules?

- The sanctions would be extremely strict, up to and including disqualification. If a player initiates a violation, he would be disqualified, and the team would be eliminated from competition.

- Has the leadership of the PHL has filed claims against the clubs involved in the transfer scandals of the past off-season?

- Strictly speaking, no. Someone will always be dissatisfied with the outcome of any judicial or arbitration proceeding. Yes, there are problems, and we must simply work out well-formulated rules.

- What in your opinion was the reason for the unusually high number of transfer scandals?

- Each club wants to have the best roster. Here's my opinion: Recruiting and trading activity should cease two or three days before the end of the signing period and throughout the entire season.

- What's the latest on Datsyuk?

- There was almost no discussion of Datsyuk. I touched on the issue based on the fact that the current problem was the reason for holding the emergency meeting.

### Konstantin POTAPOV:
### "EVEN ARBITRATION MIGHT FAIL TO FIND A WAY OUT OF THE 'DATSYUK CASE'"

- **Is there any new information about the "Datsyuk case"?** we asked Avangard president Konstantin Potapov.
- This issue was raised during the meeting. As I said, in our opinion Dynamo violated the provisions of the rules. Now the case should be reviewed by the arbitration committee, but I believe the committee will fail to find a way out of the situation. The rules in no way prescribe what should be done in the circumstances where Datsyuk has a contract, the terms of which are matched by his previous club, but he does not agree.
- This is a legal dead-end, and the issue should be resolved by recourse to other Russian laws. At the meeting I pointed out this nuance, and we recorded in the minutes that if the arbitration committee is unable to apply the provisions of the rules, then it should have recourse to the laws of Russia.
- **Has the PHL taken a position on this issue?**
- The league believes the rules should be followed. We agree wholeheartedly, because we want to adhere to the rules ourselves.
- **Does the arbitration committee ask the hockey player himself what he wants to do?**
- You should ask the members of the committee about that. I personally believe that the player's opinion is extremely important.
- **Do you think Pavel wants to play for your club?**
- He is in Omsk now, training with Avangard. Based on the negotiations with the player and his agent, I really have the feeling that Datsyuk wants to play for our team.
- **What was the result of the negotiations with his agent?**
- The agent told us that he and Pavel intend to perform the contract he signed with Avangard. And they want that right away, just as we do.

### Kirill FASTOVSKIY: "RUSSIA'S SPORTS COURT IS ALREADY OVERWHELMED WITH APPEALS"

- Our club shares the PHL's concerns regarding the activity of the arbitration committee, said Kirill Fastovskiy, general director of TsSKA [Central Army Sports Club]. Everyone remembers well how many scandals and complaints went along with the decisions made by the committee. Soon we will seek assistance not only from the sports arbitration court, but also from the civil courts. The Sports Court is already overwhelmed with appeals from people who are dissatisfied with the decisions of the arbitration committee of the Russian Ice Hockey Federation [RIHF] and the PHL.

By the way, we still have not resolved the issue of compensation for Kulyash's move to Dynamo. The clubs have the opportunity to reach agreement by November 10. If that does not happen, we will also appeal to the supreme sports court. In general, the TsSKA hockey club believes that the arbitration committee has the exclusive right to resolve all disputes. But its members must be independent people who make thoughtful and legally proper decisions. However, the current membership of the committee is completely dependent, because its members work for the PHL and the RIHF, and they often have an interest in a certain outcome.

### Ravil SHAVALEYEV: "WE NEED A NEW ARBITRATION COMMITTEE"

Ravil Shavaleyev, vice president of Ak Bars, was one of the last to leave the meeting room. It seemed that the club from Kazan was satisfied with the results of the meeting.
- I don't deny it. I am happy with the result of the meeting, said Shavaleyev. Most importantly, we decided to convene a new arbitration committee composed of people who understand the situation and have a sense of the nuances of our type of hockey. I hope that the sort of incomprehensible and unfounded decisions that we experienced in the 'Grabovskiy case' will become a thing of the past.
- **What decision do you expect from the Supreme Sports Court?**
- What else? A fair decision, of course! (He smiles.) I am sure that justice will prevail.

[web page footer]