# Exhibit 19



 Classifieds: Cars  | Jobs | Dating | Shopping

- Home
- News
- Travel
- Money
- Sports
- Life
- Tech
- Weather
- Search

 

**NHL**
- Hockey home
- Scores
- Hockey briefs
- Standings
- Statistics
- Transactions
- Rosters
- Team Notes
- Injuries
- Schedules
- Fantasy/games
- Sagarin ratings
- Salary database
- Game matchups
- TV schedule

**More hockey**
- Minors
- Juniors
- Hockey directory
- Hockey archive
- City Guides

**Tools**
- Game matchups
- Sheridan's odds
- Live odds
- Sagarin ratings

**Indexes**
- Scores
- Columnist index
- Sports briefs
- TV listings
- Sports index

**Marketplace**
- Arcade

# Hockey

- E-MAIL THIS
- PRINT THIS
- SAVE THIS
- MOST POPULAR
- SUBSCRIBE
- REPRINTS & PERMISSIONS

Posted 12/6/2005 9:50 PM    Updated 12/7/2005 9:01 AM

### Washington Capitals
- Schedule/results • Statistics
- Roster • Depth chart • Notes

## Russian rookie sticking out in Washington

By Gary Mihoces, USA TODAY

WASHINGTON — Alex Ovechkin was about 2 or 3 in his native Russia when an older brother bought him the closest thing he could find to a kid-sized hockey stick — a field hockey stick with a rounded bottom. "He kept walking around the house and banging the walls with it," Ovechkin's father, Mikhail, says via an interpreter.



Alex Ovechkin bowled with youngsters Derek Slusher, center, and Mike Borgh at a charity event.

By Mikki K Harris, USA TODAY

These days, the 20-year-old Ovechkin, 6-2, 216, with a nose that has been broken four times playing the game he loves, is swinging a big stick as a rookie left winger with the NHL's Washington Capitals. (Related item: Ovechkin's life at a glance)

The NHL debut he had dreamed about since collecting more than 2,000 hockey cards as a youth was delayed a year by the lockout, but the No. 1 pick in the 2004 draft leads all rookies with 16 goals. Combined with 13 assists, he is tied for the points lead among rookies (29) with the Pittsburgh Penguins' Sidney Crosby, the 2005 No. 1 pick.

Ovechkin, who signed a three-year contract with the Capitals, is limited this season to a maximum rookie salary of $984,200. He could enhance that with performance bonuses which, he says,



First-year phenoms

Aside from Alexander C Sidney Crosby, which N go on to have the most career?

○ Brad Boyes, C, Bruins
○ Jeff Carter, C, Flyers
○ Henrik Lundqvist, G, Ra
○ Ryan Miller, G, Sabres
○ Zach Parise, C, Devils
○ Dion Phaneuf, D, Flame
○ Mike Richards, C, Flyer
○ Marek Svatos, RW, Av

Related Advertiser

- Baseball Tickets
- Football Tickets
- Basketball Tickets
- Shopping
- Newspaper Classifieds

would still make it less than he would have made in Russia.

"The NHL was my dream when I was young," he says. "Money is money, but a dream is a dream."

Putting the puck in the net isn't Ovechkin's only challenge. Besides working to improve his English and learning to drive the highways in his white Cadillac Escalade SUV, he symbolizes hope for a team that cleaned house of big-name talents such as Jaromir Jagr before the lockout.

The Capitals have begun the season last in the Southeast Division of the Eastern Conference with a 9-15-2 record entering tonight's home game against the 17-4-3 Nashville Predators.

"He's exactly the kind of player you want to build your franchise around," Capitals owner Ted Leonsis says. "He's young; he has super energy; he has great gifts, and in his DNA he wants to do things the right way. ... He has great skills, and he wants to be the best. But more importantly, he wants to make a team that can win a Stanley Cup."

The closest the Capitals came to that was in 1997-98, when they were swept in the Finals by the Detroit Red Wings. In 2003-04, Washington's record of 23-46-10-3 produced 59 points, tying the Capitals for second worst in the NHL. But they won the draft lottery, and with that came Ovechkin.

Last season, Ovechkin helped Moscow Dynamo to the Russian Super League title. He's now with a team that snapped a five-game losing streak Saturday.

"We have a pretty good team at Moscow Dynamo," says Ovechkin, who insisted on an English-speaking road roommate to improve his grasp of the language.

"Right now, our (Capitals) team is starting out. We will play better and better and better. ... I look forward to playing many years with Washington Capitals, and my goal is to win Stanley Cup."

What about the Calder Trophy that will go to the NHL's rookie of the year? Ovechkin and Crosby figure to make that a lively chase.

"I don't think about rookie of the year," says Ovechkin, who often kisses his glove and pumps his fist after scoring a goal.

"Of course, I'm thinking about it," he adds. "But it's a long way. ... I must improve."

### Learning his way through NHL

The Capitals held a charity bowling tournament Monday night near their home arena, MCI Center. Ovechkin, who had bowled only a little in Russia, didn't break 100. But he had consecutive strikes during a 98 game. "I'm best player in bowling," he said, kiddingly.

He comes from a family of

VONAGE: Get your fir FREE!
Save big on your home Vonage broadband pho Unlimited local/LD callir $24.95/mo.
www.vonage.com



Tickets
Buy and sell tickets to premi events

Search by events or regi

Location   Select a r

Genre   Select a sport

powered by

Ticket holders:
Looking to sell tickets quick?

Advertisement



By Nick Wass, AP
Alex Ovechkin celebrates scoring this season.

athletes. His mom, Tatiana, won two Olympic gold medals as a basketball player. His dad was a pro soccer player for Moscow Dynamo.

His father says Ovechkin's sport of choice was signaled early.

"When he was about 4 years old, the first time he saw (hockey) on TV, his jaw just dropped and he froze," says the elder Ovechkin, in Washington with his wife this week. "That was the only thing he wanted to watch."

He has shown his power, speed and savvy beyond his years. In four seasons with Moscow Dynamo, Ovechkin played as a teenager against men in a league many regard as second only to the NHL.

But recently he went through a six-game stretch in which he did not score a goal.

That ended Saturday night when he had a career-best four points (one goal, three assists) in a 5-1 victory against the New York Rangers.

His 16 goals are 10 more than anybody on the Capitals. Ovechkin leads the league in shootout goals with four; he has made four of five.

His 129 shots on goal rank third in the NHL and are more than double the closest Capital.

"We just come to expect this person to score all the time, and put me in that group, too," coach Glen Hanlon says with a laugh.



Enter for a chance to win

Win a lodging card worth $25,000. Plus daily instant-win prizes.

Enter the Any Hotel Sweepstakes today.

FREE THE FREQUENT TRAVELER

PRIORITY CLUB

Enter for a chance to win
NO PURCHASE NECESSARY.

Hanlon says that defensemen began the season stepping up to challenge Ovechkin. "He'd go around them to the goal. Now, they're giving him 10-12 feet."

Ovechkin is adjusting to that, just as he is learning his way around NHL-sized rinks, smaller than in Russia.

"He was coming here trying to score just one-on-one type of goals," Hanlon says. "And that's how you play there. ... They get to pucks in open spaces and try to outrace people."

Hanlon says adjusting to the change will be the "next developmental stage" for Ovechkin, whose three assists Saturday night showed he's coming to understand the league.

Although he isn't used much for penalty killing, his average of 19 minutes, 47 seconds of ice time per game is second among the team's forwards to Jeff Halpern.

**Capitals restocking with youth**

Before the locked-out 2004-05 season, the Capitals traded Jagr, Peter Bondra, Robert Lang, Sergei Gonchar and more. That leaves them with the fourth-youngest roster, averaging 26.9 years.

### The Ovechkin file

- **Born:** Sept. 17, 1985, in Moscow
- **Height and weight:** 6-2, 216
- **Family:** Mother, Tatiana, won gold medals for the Soviet Union in Olympic basketball (1976 and 1980). Father, Mikhail, played pro soccer for Moscow Dynamo. Older brother, Mikhail, 23, lives with Ovechkin in Arlington, Va., and plans to attend a U.S. college. Another older brother, Sergei, a former wrestler, died in an auto accident in 2000.
- **Hockey start:** Joined his first team at 8. Had to drop out because his parents didn't have time to handle the transportation. When the coach called to urge the family to put him back on the ice, Sergei was instrumental in helping him return. ... At 16, he scored 14 goals in eight games for Russia in the World Under-18 Championships and debuted for Moscow Dynamo in the Russian Super League. Played four seasons for Dynamo, helping it to the league title in 2004-2005.
- **Team jump:** Before this season, left Dynamo to sign with a rival Russian team, Avangard Omsk. On July 20, he exercised an out clause in his contract with Omsk, a few days before the end of the NHL lockout.
- **Legal battle:** Moscow Dynamo, contending it still has rights to Ovechkin, has filed suit in federal court in Washington. That case is pending. Owner Ted Leonsis says he is confident Ovechkin will remain a Capital: "From all I've been briefed by our attorneys, by his agent, by the league, I am not concerned."
- **Hobbies:** Says basketball is his second sport. "Dunk? No. But I am a good passer." Enjoys computer games, especially FIFA 2006 (soccer) and NHL. Doesn't play NFL on the computer. "I don't understand the game." ... Has about 2,000 Russian and NHL hockey cards, began collecting as a teenager.
- **Musical tastes:** Likes R&B, hip-hop and techno. At a team bowling tournament this week, he knew the lyrics to assorted songs played over the sound system and mouthed the words to the likes of *It's Getting Hot in Here* by Nelly and *I Don't Wanna Know* by Mario Winans.
- **Dining:** He and Mikhail mostly

"We had lots of talents, but the results weren't there," says Leonsis, majority owner since 1999. "In fact, we had become, unfortunately, a poster boy for the old NHL. The more money we spent, the less results we got."

He recalls advice from former Boston Celtics coach Red Auerbach: "Your best player has to be your hardest working player and your most coachable player. And if you have that, you really build a character and a team around that person."

Enter Ovechkin.

"Alex will obviously be the leader ... but we're going to be able to add around him," Leonsis says.

"And then we have a lot of flexibility under the (salary) cap. ... When the time is right, as we know the character and strengths and weaknesses of our team, especially as we start to make the playoffs, we'll know what players to bring in. We'll also know what players to keep."

General manager George McPhee adds: "Our objective is to get as good as we can as soon as we can, but there are no shortcuts. We've all learned that in the past."

### Adapting to USA a priority

What the NHL also has learned is that marketing will be a key factor in the post-lockout push to reconnect with fans. What about marketing a Russian-born player in North America? No problem, Leonsis says.

"Not at all. One, we live in a global economy. Two, Alex's personality and smile is a universal language. ... We had almost 16,000 people on Saturday. ... We've been down about 12%, and that's a good crowd. Every time he got near the puck, people were lifting up out of their seats."

Leonsis saw how Ovechkin relates to fans the day the Capitals drafted him in Raleigh, N.C. The team hosted a party that night for about 300 fans at a hotel. "He showed up five minutes early. He stayed at the door. He greeted every fan as they came in," Leonsis says.

At bowling Monday night, Ovechkin played with three high school hockey players. He gave them high fives.

"It's unreal," Mike Borghi, 16, of Manassas, Va., said

eat at restaurants. "Sushi and steak. I eat a lot. I don't worry about my weight."
• **Driving:** Initially used his SUV's navigation system to find his way to practices and games. Says he no longer needs that. Has no problem with the speed of the Washington Beltway. "Here fast? No, Moscow is fast."

*By Gary Mihoces, USA TODAY*

of the chance to meet Ovechkin and get his autograph on a hockey stick.

His mother, Brenda Borghi, said she drove her son and a friend to the bowling. "The only thing they talked about was getting a chance to meet Ovechkin."

The rookie is taking advantage of many opportunities, including buying a home in Arlington, Va., near where the Capitals will have their new training rink next season.

"It's a lot to ask of the young players that come over here, away from their families, brand new culture, (to be) thrown right into the NHL," says 27-year-old teammate Dainius Zubrus, who comes from Lithuania.

"But he's adapted extremely well and played great. He's always eager to learn different things and fit in well with the team. ... All the guys love him."

Teammate Brian Willsie, also 27, rooms with Ovechkin on the road.

"The main thing is he really likes everything about the United States, about the game, and he enjoys every day being here," says Willsie, a Canadian.

"He comes to the rink, and he's happy. Some guys from Europe come in, and they're a little uncomfortable. ... Sometimes, they complain about little things here and there. He just loves every second."

Related advertising links What's this?

Place your ad here

| **FREE People Search** Find old friends, lost loves or anyone! Find emails, view photos, read personal profiles & even find out if anyone has searched for you! **reunion.com** | **Howard Stern On Sirius - Don't Wait** Howard Stern's channel is now on the air with news, interviews & more. Act now & find radios as low as $49.99 with $50 rebate and subscription. **sirius.com** | **BUY NOW! SPARK Energy Drink** Try ADVOCARE Spark Energy Drink! Backed by a prestigious Scientific Medical Advisory Board with more than 270 years of combined expertise! **advocare.com** |

Subscribe Today: Home Delivery of USA TODAY - Save 35%



USATODAY.com partners: USA Weekend • Sports Weekly • Education • Space.com • USA TODAY NOW Personal Technology

Home • Travel • News • Money • Sports • Life • Tech • Weather

Resources: Mobile news • Site map • FAQ • Contact us • E-mail news
Jobs with us • Internships • Terms of service • Privacy policy • Media kit • Press room

Add USATODAY.com RSS feeds