UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
MOSCOW DYNAMO,

                Petitioner,

  against                                  Civil Action No. 05-2245-EGS

ALEXANDER M. OVECHKIN,

                Respondent.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## **ORDER**

      UPON CONSIDERATION of Respondent Alexander M. Ovechkin's Motion to Dismiss the Petition for Lack of Subject Matter Jurisdiction, it is this ____ day of _____ 200_, hereby

      ORDERED that Respondent's motion is granted; and it is further

      ORDERED that Petitioner Moscow Dynamo's Petition for Confirmation of Arbitration Award and for Permanent Injunctive Relief is dismissed with prejudice.

                                                      _____
                                                      United States District Judge