# RESPONSE EXHIBIT B

**SUPPLEMENT 1**



## STANDARD PLAYER'S CONTRACT
IMPORTANT NOTICE TO PLAYER

Before signing this Contract, you should carefully examine it to be sure that all terms and conditions agreed upon have been included herein, and you understand its content and interpretation.

### PROFESSIONAL PLAYER'S CONTRACT
### SUPER LEAGUE OF THE PHL HOCKEY CLUB
Fixed Term Employment Contract

Regional nonprofit organization hockey club Dynamo Moscow (hereinafter Club) represented by Anatoly Georgievich Kharchuk, the president, acting on the basis of the Statute, on the one part, and Alexander Mikhailovich Ovechkin (hereinafter Professional Player), on the other part, concluded the present agreement as follows:

**1. SUBJECT OF THE CONTRACT**
1.1. Legal regulation and execution of the relations between the Professional Player (PP) and Club (C).

1.2. The (PP) is hereby employed by the (C) in the capacity of a skilled hockey Player of the first hockey team and the (C) undertakes to pay the (PP) his salary and guarantees the terms and conditions of labor as set by the legislation on labor, physical culture and sports and mutual agreement. At the same time the (PP) agrees that in the event of reduction of skills, which can only be assessed by the Head Coach or the General Manager and upon the decision of the Head of the Club, he may be transferred to team № 2 of the Club without additional written agreement.

1.3. (PP) and (C) agree that the term of the labor relations cannot be indefinite due to the character of the upcoming work and its conditions. Thus the present contract becomes a fixed-term labor contract.[1]

**2. TERM OF THE CONTRACT**
2.1. The present contract is valid for 1 year.
Commencement date: July 1, 2004
Expiration date: April 30, 2005

2.2. If agreed by the parties, there may be a probation period for _____.[2]

2.3. In the event the results of the probation period are unsuccessful, the Club may terminate the agreement with the Player prior to the expiration of the contract term, notifying the player in writing at least 3 days prior to termination. The Club must specify the reasons and grounds to consider the player failing the probation period.

2.4. If the probation period has expired and the (PP) continues working pursuant to the present contract, he is considered to have passed the probation period successfully. The successful result of the probation period and a duly registered licence of a (PP) issued by the Professional

---
[1] Contract can be signed by individuals of 16 years and older.
In the event of General Secondary Education, the contract can be signed by individuals of 15 years and older.
[2] The term of the Contract cannot exceed five years.

Club _____   Professional Player /signature/  _____

Hockey League serve as evidence of the professional qualification that suits the Club. At the same time, in the future, the Head coach as well as the General Manager and the Head of the Club may assess the skills of the Professional Player.

### 3. LEGAL OBLIGATIONS OF THE PARTIES
The Professional Player undertakes the following:
3.1. To give his exclusive playing services, knowledge and skills only to the Club; to complete his contract term and not to enter into other agreements with other hockey clubs and organizations in the Russian Federation and abroad for the whole term of the contract.

In doing so, the Professional player confirms that upon signing, there are no obstacles (including those in writing) that will preclude him from signing the present contract. He also confirms that there are no conditions or documents that will make the present contract void after it has been signed. The Professional Player may enter into any other contracts and sign various written obligations with other clubs, hockey organizations and their representatives in Russia or abroad only upon release from his obligations herein.

The Professional Player also agrees and guarantees that he is not banned from playing in any National Federation (Association) or League; that he fully met the obligations committed to the former club and that there are no reasons for the National Federation (Association) not to issue him a transfer card or a work permit.

3.2. Not to play for any other team and not to participate in any other sport without the written consent of the Club.

3.3. To faithfully follow the rules and the code of the Club, Russian Ice Hockey Federation, International Ice Hockey Federation and provisions of the present contract including the rules of transfer to other Russian or foreign clubs and decisions of the competent bodies of the RIHF and the PHL regarding various disputes; to be legally bound by the PHL and the RIHF Tournament Regulations; to follow the local statutory acts containing provisions of labor law passed by the club as the Player's employer.

3.4. To participate in the official PHL tournaments only upon availability of the Professional Player's Licence. The rules of licencing as well as the legal consequences of its absence are governed by a special local statutory act of the PHL.

3.5. To play hockey for the Club in all hockey games, including exhibition games, All Star Games and International Hockey Games for its country, for which he was invited in the prescribed order.

3.6. Not to employ services of representatives (agents) non-licenced by the PHL.

3.7. To follow all requirements of the Club management and coaches with respect to professional training and game practice; to keep himself in excellent physical condition and not to participate in any athletic sports or training if this may impair or endanger the Player's physical condition or otherwise effect his ability to play hockey.

3.8. Not to violate conditions stipulated in any insurance policy on behalf of the Professional Player or the Club; not to be engaged in any activity or occupation that may lead to the Player's exhaustion.

Club _____                    Professional Player /signature/

3.9. To participate in travel with his team around the country and abroad, unconditionally accept all routs and means of transportation offered by the Club.

3.10. To provide service to another club due to changes in organization of the team play of the Club without termination of this Contract in the event the Player's services are loaned by another club.

3.11. To be constantly in optimal shape during the whole season and be ready to play in all games of the Club.

3.12. In order that the Player shall be fit and in proper condition for the performance of his duties as required by this Contract, the Player shall report for practice at such day and time as the team management may designate.

3.13. To undergo in all medical examination and rehabilitation measures arranged by the Club.

3.14. To conduct himself on and off the rink according to the highest standards of honesty, morality, fair play and sportsmanship, and to refrain from conduct detrimental to the best interests of the Club, the RIHF and the PHL or professional hockey generally.

3.15. To continue his practice on a regular basis if he temporarily cannot participate in games or if he is temporarily suspended.

3.16. Not to take any drug, anabolic, potent or doping agents or food supplements without the Club physician's preliminary written permission. The Professional Player hereby agrees that he shall compensate for all damages caused to the Club if his suspension was a result of taking any medical agents of food supplements without the Club physician's preliminary written permission or if his health condition deteriorated as a result of taking such medical agents of food supplements. Further, in the event of the Professional Player's suspension or deterioration of his health condition confirmed by a medical certificate, the Club may terminate the present Contract based on paragraph 3, Article 81 of the Labor Code of the Russian Federation.

3.17. To keep confidential during the whole contract term and 5 years after its termination the following information that becomes known to the Player during his employment with the Club:
- All the special and legal documents including accounting and statistical;
- The information related to financial operations of the Club and its business partners;
- The information related to performing his own duties including the amount of his compensation;
- The information related to the activities of the Club and its business partners and their commercial, legal, scientific research, which are the property of the Club.

3.18. Not to accept from any person or organization directly or through his relatives and agents, any bonus or anything of value for winning or otherwise attempting to affect the outcome of any particular game or series of games, which fact should be immediately reported to the Chief Coach, Manager or Head of the Club.

3.19. Not to enter into any sponsorship, promotion or advertising contracts independently or through third parties.

Club _____    Professional Player /signature/

3.20. To grant to the Club during the period of this Contract all rights to make use of any images of him and his name for advertising purposes unless otherwise specified by a separate agreement.

3.21. The Professional Player and his parents, his guardian or trustee declare and agree that if required, they shall fulfill all demands of the Club and/or Court and shall sign all documents and shall report themselves to the corresponding Russian court to declare the Professional Player emancipated. They also declare that they are acting according to the Player's wish and their free will and that before signing the Contract, they had a chance to discuss all terms and conditions with attorneys, psychologists, personal representatives and agents.

3.22. To refrain during the term of the Contract (including the possibility of its extension) in his public and private appearances from criticizing the Club, its officers and other Professional Players working at the same Club.

3.23. Not to violate the Club's intellectual property rights.

**The Club undertakes the following:**
3.24. To observe the law and other legal acts including local, terms and conditions of the present Contract.

3.25. To create all conditions for the Player to successfully fulfill his professional duties.

3.26. To pay the Professional Player in a timely manner and in full his salary according to the Club payment system and the present Contract. During any period of temporary disability, the Professional Player shall be entitled to a benefit in the amount and on terms stipulated by the present legislation of the Russian Federation.

3.27. To grant the Professional Player his annual paid vacation leave (28 calendar days). The vacation allowance is paid out not later than 3 days before the beginning of vacation.[4] The Professional Player is granted his annual additional vacation leave (3 days).

3.28. To provide the professional Player with labor conditions meeting the safety and hygiene requirements; to provide sportswear and gear as required by the Club standards.

3.29. To secure sufficient living and nutritional conditions during the training and game periods when the Player is away from his permanent place of living.

3.30. To ensure the mandatory medical and social insurance in the event of disability, age and other cases prescribed by law.

3.31. Upon entering into the Contract, the Club shall within 1 week conduct a full medical examination of the Professional Player in order to determine his ability to perform his future work. Upon completion of the medical examination, the medical certificate is prepared regarding the health condition of the Professional Player. The actual permit for the Professional Player to work after signing the Contract is the confirmation that the Player is in good health upon signing the Contract, has undergone complete medical examination at the Club and is ready to fulfill the Contract terms and conditions.

---

[4] The vacation leave of a Professional Player under 18 years of age is 31 calendar days.

Club _____    Professional Player /signature/

3.32. Being the tax agent of the Professional Player, the Club undertakes in a timely manner and according to the Russian legislation to calculate, withhold and transfer all taxes and duties to the corresponding budgets; to acknowledge the Professional Player with the documents of the IIHF, RIHF, PHL and the Club, to which there is a reference in the present Contract and the insurance policies related to the Player; to provide the Player with their copies upon his written request and to provide all following amendments to the named documents without exception.

3.33. The Club shall release the Player without any compensation demand and without the loss of his salary or benefits to practice and play for the national team in any international tournaments if the Player is invited by the RIHF to represent his country in accordance with the rules of the RIHF and the IIHF. However, the Club may refuse to release the Player to play for the National Team as specified by the RIHF and the IIHF Rules if the Player is considered disabled according to the decision of the independent medical Board.

### 4. THE AMOUNT OF THE CONTRACT

4.1. The Club hereby agrees, subject to the execution of the contract obligations, to pay the Player a salary of _____. The salary shall be paid in consecutive semi-monthly installments on the days specified by the Club administration[5].

4.2. The Club may pay bonuses to the Professional Player subject to his level of performance estimated by the Head Coach. Payment of such bonuses shall be made at the discretion of the Head of the Club in addition to the main salary paid out pursuant to Article 4.1 of the present Contract.

4.3. If the Player is loaned to another club without termination of this Contract, the Player shall receive compensation not less than _____% of the salary specified in Article 4.1 of the present Contract. The source of payments is determined by the Club.

4.4. Upon signing the Contract, the Player shall receive a lump sum in the amount of _____.

4.5. If the present Contract is terminated by the Club prior to its expiration, the Player shall be entitled to 25% of the remaining unpaid salary regardless of further employment of the Player.

4.6. If the Club defaults in the payment of the Player's salary, vacation, severance or other payments that the Player is entitled to, then the Club shall pay the above amounts with such interest and on such terms and conditions, as specified by the present Russian Labor Law.

### 5. TERMINATION OF THE CONTRACT

The contract is considered terminated upon its expiration, mutual agreement of the parties and other cases stipulated by the Labor Code of the Russian Federation subject to particulars specified in Federal Law № 80-ФЗ On Physical Culture and Sports in the Russian Federation dated April 29, 1999, and local regulatory documents containing standards of labor law passed by the Club.

### 6. DISPUTES

6.1. All individual labor disputes (unadjusted differences between the Club and the Professional Player) shall be considered by the Arbitration Committee of the RIHF and the PHL and the

---

[5] The amount and terms of payment of salary as well as the whole system of compensation of the Professional Player may be subject to a supplement to the present contract.

Club _____    Professional Player /signature/ 

parties agree to the exclusive jurisdiction of the Arbitration Committee; the parties also agree that they shall abide by the terms of the awards of the Arbitration Committee. By doing so, the Professional Player and the Club agree that the decisions of the Arbitration Committee shall be recognized worldwide pursuant to the Convention on the Recognition and Enforcement of Foreign Arbitral Awards, New York, 1958.

6.3. All contractual disputes, differences or demands including those related to its execution, breach, termination or invalidity, are considered exclusively on the basis of the Russian Federation legislation.

6.4. If the Professional Player is transferred to any other club including a foreign one without the written consent of his Club, the Professional Player agrees that the Arbitration Committee award, banning the Professional Player from playing for any other club including a foreign club, shall become mandatory in Russia and in any foreign country and the Professional Player agrees not to appeal the Arbitration Committee award banning the Professional Player from playing for any other club including a foreign club.

6.5. The Club and the Professional Player agree that the services provided by the Player are of a unique character, the loss of which cannot be adequately compensated to the Club. The Player therefore agrees that the Club shall have the right through the IIHF, RIHF and the PHL to enjoin him from playing for any other club in the Russian Federation or any other country. The present conditions by no means limit the rights of the Club with respect to submitting any other claims against the Professional Player.

## 7. SPECIAL CONDITIONS

7.1. The Professional Player and the Club agree that the present Contract must be registered with the PHL in accordance with the Tournament regulations. They also agree that the Professional Player shall be released from his present contractual obligations before he may offer his service as a Professional Player to any other club, other legal entities or individuals in the Russian Federation or abroad.

7.2. The Professional Player agrees that despite his own unique knowledge and skills, the Club's contribution pursuant to this Contract including but not limited to salary and other monetary compensations, use of premises and equipment, training, participation in tournaments as a team member and other services provided by the Club, become an essential and integral part in the development of the Player's skills and abilities and that such contribution is valuable in his career of a professional hockey player.

7.3. The Club may from time to time during the training and tournament periods establish reasonable rules governing the conduct and conditioning of the Player, and such reasonable rules shall form part of this Contract as fully as if herein written.

7.4. Should the Player become sick or get into an accident, he, circumstances permitting, shall immediately inform the Head Coach and the Club's physician and within 24 hours provide a medical certificate confirming contraindications to play hockey and also submit himself to the Club for medical examination by the Club's physician.

7.5. If the Player is injured during the course of his employment as a hockey Player with the Club, including travel with his team, the Club will pay the Player's reasonable hospitalization

Club _____          Professional Player /signature/

until discharged from the hospital, provided that the hospital and doctor are approved by the Club.

7.6. If the Player is disabled and unable to perform his duties as a hockey Player by reason of an injury sustained during the course of his employment as a hockey Player, the present Contract may not be terminated by the Club until the Player's rehabilitation or determination of a disability group.

7.7. The Club may request that the Professional Player be disqualified and his licence suspended for the violation of the Contract terms and the Tournament Regulations. The Club may terminate the Contract if the Player is disqualified for a period of more than a month.

7.8. The Club may sign an Apprenticeship Agreement with the Professional Player hired by the Club (as per Article 32 of the Russian Federation Labor Law). This shall be a civil agreement and it shall be governed by the civil legislation.

7.9. The Professional Player agrees that he may not refuse the apprenticeship agreement due to the fact that apprenticeship training and skills improvement become an integral part of the main duties of the Professional Player under this Contract.

7.10. If the Player is permanently disabled and unable to perform his duties as a hockey Player by reason of an injury sustained during the course of his employment as a hockey Player, the Club shall pay the Professional Player within a month a lump sum compensation equal to 50% of the annual Contract amount (total annual amount of salary) stipulated by the Contract or a supplement to the Contract.

7.11. If the Player dies by reason of an injury sustained during the course of his employment as a hockey Player, the Club shall pay the Professional Player's family within a month a lump sum compensation equal to the annual Contract amount (total annual amount of salary) stipulated by the Contract or a supplement to the Contract.

7.12. The Club will not be held liable for the Player's treatment, if the Player is injured due to act or omission not related to his duties as a hockey player.

8. FINAL PROVISIONS

8.1. The terms and conditions of the present Contract can be reviewed upon the end of the hockey season by mutual agreement of the parties.

8.2. The Professional Player and Club agree that the RIHF, PHL and the IIHF recognize the present provisions of the Contract. The professional Player agrees and declares that he had an opportunity to study the documents specified in Articles 3.3 and 3.29 of the present Contract before signing.

8.3. With regards to the labor relations, the Contract comes into effect from the moment it is signed. With regards to other relations associated with the local regulatory documents of the IIHF, RIHF and the PHL, the Contract comes into effect from the moment of its registration with the PHL.

Having read the present Contract, the Club and the Player agree that all the terms and obligations of the Contract as well as their interpretation are clear to them. All parties to this Contract had an opportunity to discuss all terms and obligations with their attorneys, physicians, agents and other representatives and the Contract is signed of their own free will.

Club _____          Professional Player /signature/

ADDRESSES AND SIGNATURES

CLUB
125167, Moscow, 36 Leningradsky Prospekt
INN: _____

A. G. Kharchuk, President
/signature/

PROFESSIONAL PLAYER
Alexander Mikhailovich Ovechkin
DOB: September 17, 1985
Passport: 45 01 924237 issued by Rostokino Department of the Interior, City of Moscow on 30.01.2002
Address: Moscow, 18 Selskokhozyasvennaya Street, Building 4, Apt. 188
/signature/

Club _____        Professional Player /signature/

