# RESPONSE EXHIBIT C

**SUPPLEMENT 3**



**REGIONAL NONPROFIT ORGANIZATION "DYNAMO" MOSCOW HOCKEY CLUB**

125167, Russia, Moscow, 36 Leninigradskiy Prospekt
Tel. (095) 213-2201  Fax: (905) 213-1304
www.dynamo.ru  info@dynamo.ru

Reg. № 100/03
April 26, 2005

To: A. M. OVECHKIN, Professional Player
Copy: N. N. Uryupin, PHL Director

Moscow

Dear Alexander Mikhailovich,

Due to the expiration of your Professional Player's Contract, the hockey club Dynamo offers you a new Professional Player's Contract with a 30% increase of a total amount of compensation as compared with the 2004-2005 season.

Dynamo Sports Director    A. Ye. Panfilov
/signature/


Agent acknowledged on 26.04.05
/signature/

