# RESPONSE EXHIBIT D

**SUPPLEMENT 2**

[Seal: Association of Translators and Interpreters of Ontario — Certified Translator — atio — Mark Vaintroub 2653]

SUPPLEMENT № 3

# THE PLAYER'S CONTRACT, RULES OF TRANSFER, LEASE AND PAYMENT OF COMPENSATION

## 1. THE PLAYER'S CONTRACT

1.1. The relations of a Professional Player with the Club are regulated by the Contract. The Professional Player's Contract is signed on the basis of the Russian Federation Labor Law and local bylaws of the RIHF and the PHL.

1.2. The Professional Player's Contract is concluded in writing according to the Standard Professional Player's Contract approved by the PHL. Contracts, which are not based on the Standard Player's Contract are not accepted for registration by the PHL and any disputes on those contracts are not considered. The Contracts concluded by the clubs for the Super League before April 16, 2004 and for the Higher League before May 14, 2004, are considered legitimate if they do not contradict the local bylaws of the RIHF and the PHL.

1.3. The professional Club, a member of the PHL, may conclude the Professional Player's Contract with a player who is 16 years of age or older. In the event of receiving the General Secondary Education or leaving school pursuant to the Federal Law on Secondary Education, the contract can be signed by individuals who are 15 years of age. Hockey players who are 14 years of age may conclude the Contract by consent of one of their parents, a guardian or child welfare body.

1.4. The Player, having the Youth Program Contract as well as the graduate of such program whose Contract has expired, must conclude their first Professional Player's contract with the professional club, which is supervising this Youth Program if the Player completed the Program or was enrolled in the Program for the last year. If the present provision is violated, the Player can be disqualified for a period of up to one year pursuant to the decision of the AC of the RIHF and the PHL.

1.5. The first Professional Player's Contract (fixed-term employment contract) is signed by the player and the Club for 5 years. Upon the expiration of such contract, the Club has the preferential (matching) right and the player must conclude a new contract for 3 years if the Club offers the player in writing:
- 30% increase to his total revenue for the last (5th) year of the expiring contract (for Super League);
- 10% increase to his total revenue for the last (5th) year of the expiring contract but not less than US $ 30,000 (for Higher League).

1.6. The Professional Player's Contract shall expire no later than April 30.

1.7. The contract may not be terminated less than 10 days before the end of the application submission.

1.8. The term of the Contract signed by a Professional Player who is a citizen of a foreign country (legionary) shall not exceed the term of his transfer card.

1.9. The hockey players whose contracts have expired, are divided into 3 categories:
CATEGORY 1. The players whose first 5-year professional contract expired and the players who signed a new 3-year contract upon expiration of this one.
CATEGORY 2. The players whose second professional contract expired or the players who are under 30 years of age.
CATEGORY 3. The players who are 30 years of age and who have no obligations to their former club with which they had their last contract. Such players may conclude any contracts at their discretion.

1.10. The Club has the preferential (matching) right to sign a new Contract with the Players from Category 2. In this case, within 10 days from the expiration of the Contract, the Club may offer the Player in writing a new Contract with at least a 10% increase. The Club shall notify the PHL about it.
If the Player does not accept this offer, he may sign a preliminary contract (fixed-term employment contract with probation period as per Article 70 and 71 of the Labor Code of the Russian Federation) with any other Club. His previous Club will have the right to match the terms and conditions of this Contract. If this does not take place within 10 days, the preliminary contract comes into effect and has the power of the main Contract.
If the Player has not received an offer of 10% increase to the previous Contract, he automatically becomes a Player of Category 3.

1.11. The preliminary Contract shall correspond to the approved Standard Player's Contract of the PHL. Such Contract shall stipulate the amount or there must be a Confidential Supplement to the Contract.

1.12. The club that offered the player a Preliminary Contract (new Club) must forward a copy of such Preliminary Contract and Confidential Agreement to the previous/former club within 3 days and must notify the PHL Tournament Committee about it in writing. A 10-day period required to make a decision is counted from the moment the previous/former club has received the named documents.

1.13. The players belonging to Category 2 must finalize their contract relations with the Club no later than 10 days before the beginning of the Championship.

1.14. The Contract is made in three counterparts, each page of which is signed by the parties. The Contract shall be registered with the PHL. After the registration, one copy is intended to remain at the Club, the second copy goes to the Player and the third to the PHL. The provision of the present Article also apply to the Contracts of the Players loaned to other Clubs.

1.15. Upon signing the Contract pursuant to the PHL rules, the Professional Player is registered, entered into the register of the professional players and gets his PHL licence as a Professional Player.

1.16. The early termination of the Contract is allowed only pursuant to the grounds set in the present Russian Federation legislation, local bylaws of the PHL and in accordance with the provisions of the Contract signed by the Professional Player.

1.17. The Player is NOT ALLOWED to switch clubs before the expiration of the Contract. The exceptions are the cases when the three parties (the Player, his present Club and his Future Club) come to an agreement about early transfer of the Player and a corresponding Transfer Contract has been signed (Agreement on Compensation for Training the Player).

1.18. The Player may not sign a Contract with two or more Clubs at the same time. If the Player has two or more valid employment agreements (Contracts), the previous of which has not expired or has not been terminated in the prescribed order before the new Contract was signed, this may result in the decision of the AC of the RIHF and the PHL to disqualify the Player for the period of two years for the PHL tournaments.

1.19. If the Player participates in the Club's pre-season training practice, he must sign an agreement with the Club for the pre-season training. Upon completion of the pre-season training, the Player must either sign the Professional Player's Contract with the Club or terminate the pre-season training agreement in the prescribed order.

1.20. The Club may unilaterally terminate the Contract with the Player if the Player has been disqualified. The disqualified Player may sign the Contract with another Club before the expiration of the disqualification or in the event of its cancellation. However, he may not participate in the official tournaments held by the RIHF and the PHL.

1.21. The Contract between the Club and the Player who is a member of the national team remains valid for the whole period when the player is playing for the national team.

1.22. If the Player is disabled by reason of injury or occupational disease sustained during the course of his employment as a hockey player during the training period or during the tournaments, the Club cannot terminate the Contract until the Player's rehabilitation or determination of a disability group and his retirement.

1.23. The long-term Contracts of a Player leased by other Clubs as well as the Contracts of the Players who are scheduled for lease, shall be reregistered with the Tournament Committee of the PHL.

## 2. MOVEMENTS OF THE PLAYERS

2.1. The rules of movements of a Player from one Club to another are mandatory for all subjects within the PHL structure.

2.2. A Professional Player registered with the PHL may switch clubs in the following cases:
- Upon the expiration of the Contract between the Player and the Club taking into account the requirements set in the present Supplement 3;
- Upon mutually agreed termination of the Contract;
- Upon agreement between 2 Clubs (present and future) and the Player on his transfer from another Club before the expiration of the Contract.

2.3. In order to regulate movements of the players-products of a Hockey Club and the Players with valid Contracts from a Club to a Club, the Clubs shall conclude a Transfer Agreement (Agreement on Compensation for Training the Player) specifying the total amount of compensation, exact term of payment and permission for the Players to appear before the specified term. After the registration, each Club receives a copy of the Agreement whereas the third copy is forwarded to the PHL.

2.4. The head of the Club or another officer authorized by the Club may sign the Transfer or Lease Agreement (Agreement on Compensation for Training the Player).

2.5. The transfers of the Players are conducted within the terms set by the present Regulations (Chapter 6, Articles 3-4).

2.6. If the Club intends to obtain a Player who has a valid Contract, it must first notify the Player's Club in writing about its intention prior to negotiating with the Player. If this condition is violated, the Club may be fined in the amount of 50,000 (fifty thousand) rubles pursuant to the decision of the AC of the RIHF and the PHL.

2.7. The Player shall not be engaged in training practice with other Club until the Transfer Contract has been finalized according to the requirements of the present Regulations. The exceptions are the cases when the Clubs have a written agreement about the Player participating in the pre-season training practice. If this condition is violated, the Club may be fined in the amount of 50,000 (fifty thousand) rubles pursuant to the decision of the AC of the RIHF and the PHL and the Play may be disqualified for a period of 6 (six) months.

2.8. If the Player, having a valid Contract, abandons the Club, he may be disqualified for a period of one year pursuant to the decision of the AC of the RIHF and the PHL.

2.9. The transfers of the Players into the Army and Dynamo clubs are conducted on a common basis according to the present Regulations and the Player's Status. The Army and Dynamo Clubs may not include into the official PHL tournament lists the Players, conscripted to the military service, if they have the Contracts that expired according to Paragraph 1, Article 83 of the Labor Code of the Russian Federation. Exceptions are the cases when the Clubs have written agreements properly executed.

2.10. The transfer of the Player from the Clubs of other national Federations is registered according to the regulations of the IIHF with mandatory registration of the IIHF transfer card.

2.11 If the Player-legionary is transferred between Clubs within the PHL or returns from a foreign club to a PHL club, all requirements of Supplement 3 apply to him.

2.12. The Club that has received the compensation for a Player from any IIHF or NHL Club, is no longer entitled to any financial or sports rights for this Player.

2.13. If a Club fails to fulfill the obligations of the Transfer / Lease Agreement (Agreement on Compensation for Training the Player), the PHL Tournament Committee may ban such Player from participating in tournaments no later than 24 hours before the beginning of the match.

**COMPENSATION**

3.1. The transfer of a Player from a Youth Program to the professional Club is processed with the mandatory compensation payment for training the Player pursuant to the Player's Status.

3.2. The Professional Player may join another Club without any compensation if the Player and his Club have come to a certain agreement and the present provision is reflected in the text of the main Contract registered with the PHL.

3.3. To regulate the payments between the Clubs or the Youth Programs, the following must be observed when the players switch Clubs:

3.3.1. If a graduate of a Youth Program is transferred to the professional Club and the first Professional Player's Contract has been signed, the Club shall pay compensation to all Youth Programs and/or Clubs who had agreements with the Player starting from the Player's age of 10. The compensation amount is calculated as follows:
- 500 nominal units for each full year the pupil was a member of the Youth Program (Club) from 10 to 12 years of age;
- 1,200 nominal units for each full year the pupil was a member of the Youth Program (Club) from 12 years of age.

The payments are made in proportion to the time the Player was enrolled in the Program or played for a Club. The exceptions are the programs owned by the Clubs, with which the Player signs his first Professional Player's Contract, or the Programs which have already received compensation.

Note:
- The Player is considered to become a participant of the Youth Program from the moment the Enrolment Order has been issued by the Program / Club officials;
- The compensation amount for an incomplete year is calculated according to the following formula:

$$X = 1200/365 * n \text{ or } X = 500/365 * n$$

where "X" is the compensation amount for the incomplete year and "n" is the number of days the Player played for the Club.

3.3.2. If the Player, who was a member of a Youth Program, moves from the club with which he had his first professional contract, this Club is entitled to compensation. The compensation amounts are as follows:
- Move of a player within the SUPER LEAGUE - up to 100,000 nominal units;
- Move of a player within the MAJOR LEAGUE - up to 100,000 nominal units;
- Move of a player from the SUPER LEAGUE to HIGHER LEAGUE - up to 100,000 nominal units;
- Move of a player from the HIGHER LEAGUE to SUPER LEAGUE - up to 100,000 nominal units;

All other movements of the Players, whose contracts expired, are performed without any compensation.

Note: Nominal unit = US $ 1 (Translator's note)

3.4. All disputes related to movements of a Player or a coach from a Club to a Club, shall be resolved only within the scope of hockey authorities.

3.5. If the Clubs do not reach agreement about the financial terms and conditions related to the movements of Players, the matter is forwarded to the AC of the RIHF and the PHL. Until the AC of the RIHF and the PHL has made the decision, the Player is banned from playing in any tournaments of the RIHF and the PHL.

3.6. All disputes related to movements of a Player that are beyond the scope of the present Regulations, are forwarded to the AC of the RIHF and the PHL. The decisions of the AC which have came into effect, become mandatory for all Clubs of the PHL.

3.7. The AC of the RIHF and the PHL accepts for consideration all documents regarding the Player-Club relations including those that have not been registered with the PHL.

3.8. The amount of compensation as well as the terms and conditions of its payment is stipulated in the Transfer Agreement (Agreement on Compensation for Training the Player). In the absence thereof, no claims related to Player's movement and compensation are accepted and considered by the AC of the RIHF and the PHL.

3.9. If a Club fails to pay the compensation in a timely manner, it may be penalized for 50,000 (fifty thousand) rubles pursuant to the decision of the AC of the RIHF and the PHL. Further, the Player may be banned from playing in the RIHF and the PHL tournaments until the mutual payments have been finalized.

## 4. LEASE OF A PLAYER

4.1. Lease of a Player is allowed in the official PHL tournaments without termination of the Contract with the main Club. Only Players born after December 31, 1983 may be leased. The maximum number of leased Players listed in a roster per season and each separate game shall not exceed 3 (three).

4.2. The lease of a Player shall be stipulated in a Contract between the Clubs that is made in three copies, one of which is forwarded to the PHL Tournament Committee. This Contract shall specify the terms and conditions of lease, the date of commencement and end.

4.3. Pursuant to the Lease Agreement, the Club Lessor of the Player may recall the Player within the time frame stipulated in Chapter 6, Article 34 of the present Regulations if the Lease Agreement has a corresponding provision.

4.4. If the Clubs want to continue leasing the Player, the Agreement can be either extended or renewed.

