# RESPONSE EXHIBIT E

## SUPPLEMENT 4



**SUPPLEMENT 4**

SUPPLEMENT 4

# PROFESSIONAL HOCKEY PLAYER'S CONTRACT
## IMPORTANT NOTICE TO PLAYER

Before signing this Contract, you should carefully examine it to be sure that all terms and conditions agreed upon have been included herein, and you understand its content and interpretation.

## PROFESSIONAL HOCKEY PLAYER'S CONTRACT
Club of the Super League of the Professional Hockey League
(Fixed-term employment agreement)

Limited Liability Company Hockey Club "Avangard" hereinafter referred to as the CLUB represented by the president Konstantin Nikolaevich Potapov, acting on the basis of the Statute, on the one part, and A. M. Ovechkin hereinafter referred to as Professional Player, on the other part, concluded the present agreement as follows:

### 1. SUBJECT OF THE CONTRACT
1.1. Legal regulation and execution of the relations between the Professional Player (PP) and Club (C).

1.2. The (PP) is hired by the (C) in the capacity of a hockey player of the first hockey team and the (C) undertakes to pay the (PP) his salary and guarantees the terms and conditions of labor as stipulated in the labor legislation, physical culture and sports documents and mutual agreement. At the same time the (PP) agrees that in the event his skill level goes down, which can only be assessed by the Head Coach or the General Manager and upon the decision of the Head of the Club, he may be transferred to team № 2 of the Club without additional written agreement.

1.3. (PP) and (C) agree that the term of the labor relations cannot be indefinite due to the character of the upcoming work and its conditions. Thus the present contract becomes a fixed-term labor contract.[1]

### 2. TERM OF THE CONTRACT
2.1. The present contract is valid for 1 year[2].
Commencement date: July 21, 2005
Expiration date: April 30, 2006

2.2. If the parties agree, there may be a probation period _____ long.[3]

2.3. If the results of the probation period are unsuccessful, the Club has the right to terminate the agreement with the player prior to the expiration of the contract term, notifying the player in writing at least 3 days prior to termination. The Club must specify the reasons and grounds to consider the player failing the probation period.

---

[1] Contract can be signed by individuals of 16 years and older.
In the even of General Secondary Education, the contract can be signed by individuals of 15 years and older.
[2] Illegible
[3] Illegible

Club /signature/        Professional Player /signature/



2.4. If the probation period expires and the (PP) continues working according to the present contract, he is considered to have passed the probation period successfully. The successful result of the probation period and a duly registered licence of a (PP) issued by the Professional Hockey League serve as evidence of the professional qualification that suits the Club. At the same time, in the future, the Head coach as well as the General Manager and the Head of the Club may assess the skills of the Professional Player.

## 3. LEGAL OBLIGATIONS OF THE PARTIES

The Professional Player undertakes the following:
3.1. To render his exclusive playing services, knowledge and skills only to the Club; to complete his contract term and not to sign other agreements with other hockey clubs and organizations in the Russian Federation and abroad for the whole term of the contract.
In doing so, the Professional player confirms that upon signing, there are no obstacles (including those in writing) that will prevent him from signing the present contract. He as well confirms that there are no conditions or documents that will make the present contract void after it has been signed. All other contracts and various written obligations with other clubs, hockey organizations and their representatives…

8.3. In terms of labor relations, the present contract becomes effective from the moment it is signed by the parties. In terms of other relations based on the local regulations and documents of the Hockey Federation of Russia and Professional Hockey League, the contract becomes effective after it has been registered with the Professional Hockey League.
8.4. The contract has been signed in 3 copies: one for the Club, one for the Professional Player and one for the Professional Hockey League. All 3 copies have the same legal power.

Having read the present contract, the (PP) and the (C) agree that they understand all the terms and conditions of the contract. All parties, prior to signing the contract, had a chance to discuss the terms and obligations with their lawyers, doctors, agents and other representatives. The contract is signed by the parties of their own free will.

CLUB
Address: Omsk, 91 Dekabristov Street
INN _____

President of the Club        Potapov
/signature/

HOCKEY CLUB SEAL

PROFESSIONAL PLAYER
Alexander Mikhailovich Ovechkin
DOB: September 17, 1985
Passport: 45 01 924237 issued by Rostokino Department of the Interior, City of Moscow
on 30.01.2002
Address: Moscow, 18 Selskokhozyasvennaya Street, Building 4, Apt. 188
/signature/

[Seal: Association of Translators and Interpreters of Ontario — Certified Translator — atio — Mark Vainrob]

Club /signature/        Professional Player /signature/