# RESPONSE EXHIBIT F

Oct 07 2005 10:21AM    p.9
07/10/2005 17:00   +7-095-213-13-04    HC "DYNAMO"    PAGE 08

# ПРИЛОЖЕНИЕ № 4



Oct 07 2005 10:21AM                                                                                      p.10
07/18/2005  17:00   +7-095-213-13-04           HC "DYNAMO"                         PAGE  09

FROM : HK "AVANGARD" LAW SERVICE      FAX NO. : 8 3812 500260       ИЮН. 30 2005 13:40   P2

## КОНТРАКТ ПРОФЕССИОНАЛЬНОГО ХОККЕИСТА

**Вниманию Профессионального хоккеиста!**

Прежде чем подписывать контракт, Вы должны внимательно изучить его, чтобы быть уверенным, что все условия и обязательства, оговоренные ранее, включены в контракт и его содержание и трактовка Вам понятны.

### КОНТРАКТ ПРОФЕССИОНАЛЬНОГО ХОККЕИСТА
Клуба Суперлиги ПХЛ
(срочный трудовой договор)

Общество с Ограниченной Ответственностью «Хоккейный Клуб «Авангард» г. Омск, именуемый в дальнейшем «Клуб», в лице Президента Потапова Константина Николаевича, действующего на основании Устава Клуба, с одной стороны, и гражданин Овечкин Александр Михайлович, именуемый в дальнейшем «Профессиональный хоккеист», с другой стороны, руководствуясь достигнутым соглашением, заключили настоящий контракт о нижеследующем:

### 1. ПРЕДМЕТ КОНТРАКТА

1.1. Правовое регулирование и оформление взаимоотношений Профессионального хоккеиста и Клуба.

1.2. Профессиональный хоккеист принимается на работу в Клуб в качестве игрока в хоккей первой команды Клуба, а Клуб обязуется выплачивать Профессиональному хоккеисту заработную плату и обеспечивать условия труда, предусмотренные законодательством о труде, физической культуре и спорте и соглашением сторон. При этом профессиональный хоккеист соглашается с тем, что при снижении уровня мастерства, которое определяется исключительно по заключению Главного тренера или Генерального менеджера, по решению Руководителя Клуба, он может быть переведен для работы во вторую команду Клуба без дополнительного письменного согласия.

1.3. Профессиональный спортсмен и Клуб соглашаются с тем, что трудовые отношения не могут быть установлены на неопределенный срок в связи с характером предстоящей работы и условиями ее выполнения, поэтому заключаемый контракт является срочным.

### 2. СРОК ДЕЙСТВИЯ КОНТРАКТА

---

Клуб _[подпись]_                Профессиональный хоккеист _[подпись]_

[Stamp: Association of Translators and Interpreters of Ontario — Certified Translator — atio — Mark Vaintroub 2653]

2.1. Срок действия контракта ___один___ ( 1 ) лет/года.
Начало: 21 июля 2005 года. Окончание: 30 апреля 2006 года.

2.2. По соглашению сторон устанавливается испытание при приеме на работу сроком _____.

2.3. При неудовлетворительном результате испытания Клуб имеет право до истечения срока испытания расторгнуть контракт с хоккеистом, предупредив его об этом в письменной форме не позднее, чем за три дня с указанием причин, послуживших основанием для признания этого хоккеиста не выдержавшим испытание.

2.4. Если срок испытания истек, а Профессиональный хоккеист продолжает работу в соответствии с настоящим контрактом, он считается выдержавшим испытание. Положительный результат испытания, а также надлежащим образом оформленная лицензия Профессионального хоккеиста, выданная ПХЛ, является свидетельством наличия у Профессионального хоккеиста соответствующей профессиональной квалификации, устраивающей Клуб, с учетом того, что в соответствии с п.1.2 настоящего Контракта в дальнейшем устанавливается право Главного тренера, Генерального менеджера, Руководителя Клуба вновь оценивать уровень качества игры Профессионального хоккеиста.

## 3. ОБЯЗАННОСТИ СТОРОН

Профессиональный хоккеист принимает на себя следующие обязательства:

3.1. Предоставить свои исключительные игровые услуги, знания, умение и навыки только Клубу, отработать установленный контрактом срок и не заключать никаких контрактов с другими хоккейными клубами и организациями Российской Федерации и за рубежом на все время действия настоящего контракта.

При этом Профессиональный хоккеист со всей ответственностью заявляет, что на момент подписания настоящего контракта не имеет никаких препятствий (в том числе оформленных в письменной форме) для его заключения и не имеется никаких обстоятельств и документов, которые могут сделать настоящий контракт недействительным после его подписания. Иные контракты и разного рода письменные обязательства с другими хоккейными клубами, организациями и их официальными представителями, как в

Клуб _____   Профессиональный хоккеист _____

Certified Translator
atio
Mark Vaintroub
2653

его заключения.

8.3. В части регулирования трудовых отношений контракт вступает в силу с момента его подписания сторонами.
В части регулирования иных отношений, вытекающих из локальных нормативных актов ИИХФ, ФХР и ПХЛ, контракт вступает в силу с момента его регистрации в ПХЛ.

8.4. Контракт составлен в трех экземплярах, которые хранятся по одному у обеих сторон, в ПХЛ, и имеют одинаковую юридическую силу.

После прочтения настоящего контракта Клуб и Игрок соглашаются в том, что все условия и обязательства контракта, а также их трактовка им в полном объеме понятны. Все участники контракта имели возможность до его подписания обсудить все условия и обязательства со своими юристами, врачами, агентами, иными представителями и контракт подписывается при свободном волеизъявлении сторон.

**АДРЕСА И ПОДПИСИ СТОРОН:**

КЛУБ                                    ПРОФЕССИОНАЛЬНЫЙ ХОККЕИСТ
Адрес: г. Омск, ул. Декабристов, д.91   Овечкин Александр Михайлович
ИНН                                     17 сентября 1985 года рождения
                                        Паспорт: серия 45 01 № 924237, выдан ОВД
                                        Ростокино г. Москвы 30.01.2002 г.
                                        Адрес: г. Москва, ул. Самотечноконюшенная, д.18/4
                                        кв.188

Президент Клуба                         Профессиональный хоккеист:
/Потапов К.Е.Ц./                        /Овечкин А.М./

Клуб _____                           Профессиональный хоккеист _____

[Seal: atio Certified Translator, Mark Vaintroub, 2653]