# RESPONSE EXHIBIT G

**SUPPLEMENT 5**



[ILLEGIBLE]

## CONFIDENTIAL AGREEMENT TO THE CONTRACT
## OF THE PROFESSIONAL PLAYER A. M. OVECHKIN

CONFIDENTIAL AGREEMENT BETWEEN THE PLAYER AND THE CLUB

Omsk. Russian Federation

The present confidential agreement is the legally signed written agreement between the club and the player. It becomes an integral part of the Professional Player Contract duly registered with the Professional Hockey League of the Russian Federation. The confidential agreement is signed in order to stipulate the conditions of remuneration of the Professional Player.

Nonprofit partnership sports club "Avangard", city of Omsk, Russian Federation, is a legal entity represented by the president K. N. Potapov, acting on the basis of the Statute, on the one part, and A. M. Ovechkin, born on 17.09.1985, being a Russian hockey player, according to the Tournament Regulation of the official hockey tournaments, on the other part, concluded the present confidential agreement, hereinafter referred to as the Agreement, as follows:

1. All duties stipulated in the Agreement suit both parties. The player agrees to all customs and rules of the sports rotation in the Avangard hockey team. This agreement has a concrete character based on the requests of the Head Coach of the Avangard team.
2. Term of the Agreement: from July 21, 2005 to April 30, 2006. The Club agrees that the player may accept the contract offered by an NHL club at any time before midnight U.S. eastern zone on July 20, 2005. If the Player decides to accept such contract, the Club in turn agrees that the Player has the right to terminate this contract immediately and both parties (Club and Player) agree to annul this contract and consider it ineffective. In the event this contract is annulled, the Club and the Player will sign a document that releases the player from all obligations to the Club. Further, if the player decides to accept the contract offered by an NHL club and terminates this contract, the Club agrees that it may not demand any compensation either from the NHL club or the Player or any other organization or individual.
3. The total salary of the player in 2005-2006 is US $ 1,800.000 (one million eight hundred thousand).
4. The monthly salary during the season of 2005-2006 is US $ 180,000 after taxes and deductions during the 10-month period from July 21, 2005 to April 30, 2006. The salary is paid out in Russian rubles according to the exchange rate of the central bank of the Russian Federation on the date of the payment (between 25th and 30th day of each month).
   Before 30 July 2005 the player receives his salary in the amount of US $ 360,000 (three hundred thousand), which consists of the player's salary in July 2005 and April 2006. The condition to receive this amount is the absence of legal arguments regarding the rights for the player and the fact that the Club Avangard unconditionally owns him. The club as well pays out bonuses according to the Club Bonus Regulations.
5. The present contract becomes effective on July 21, 2005 only in case the player does not sign the agreement with the NHL Club Washington Capitals. The player may come to the Avangard Club on July 21, 2005.
6. The club agrees that par. 4.3. of the Professional Player Contract is not related to the professional player. The club agrees that it has no right to transfer the player to the second team of the club or to pass the right of ownership (to rent the player) to another club without player's and his agent's written consent.

7. In the event of a new agreement between the NHL and International Hockey Federation, the Club agrees that any compensation to the club will be valid only given the agreement between the NHL and International Hockey Federation.

**CLUB**
[illegible]

/signature/    /AVANGARD SEAL/


**PROFESSIONAL PLAYER**
A. M. Ovechkin
Passport: 45 01 924237 issued by Rostokino Department of the Interior, City of Moscow on 30.01.2002

Ovechkin    /signature/

