# RESPONSE  EXHIBIT  H

# SUPPLEMENT 6



**REGIONAL NONPROFIT ORGANIZATION "DYNAMO" MOSCOW HOCKEY CLUB**
125167, Russia, Moscow, 36 Leninigradskiy Prospekt
Tel. (095) 213-2201   Fax: (905) 213-1304
www.dynamo.ru   info@dynamo.ru

Reg. № 149/03
July 1, 2005

Russian Professional Hockey League
Sports Club "Avangard"

According to the amendments to the Tournament Regulations of the official hockey tournaments of the 2005-2006 season of the Super League and according to the preliminary agreement of the sports club "Avangad" with player A. Ovechkin, the Regional Nonprofit Organization hockey club Dynamo Moscow confirms its agreement to sign the Professional Player's Contract with A. Ovechkin and commits to pay the salary amount stipulated in the preliminary agreement.

Sincerely,

President      A. G. Kharchuk
/signature/

Sports club "Avangard"
Incoming № 101 dated 1.07.05

