# RESPONSE EXHIBIT I

**SUPPLEMENT 9**



# MINUTES OF THE MEETING OF THE SUPER LEAGUE BOARD OF THE PHL
(excerpt)

Moscow, 12.04.2005

The Board of the Super League has decided:
1. To approve the following amendments to the 2005-2006 Tournament Regulations.
1.1.  The hockey players whose contracts have expired, are divided into 3 categories:
CATEGORY 1. The players whose first 5-year professional contract expired and the players who signed a new 3-year contract upon expiration of the first one.
CATEGORY 2. The players whose second professional contract expired and the players who are under 30 years of age.
CATEGORY 3. The players who are 30 years of age and who have no obligations to their former club, with which they had their last contract. Such players may conclude any contracts at their discretion.
1.2.  The first contract (fixed-term employment contract) of a professional player is concluded with the club for a period of 5 years.
After the expiration of the contract, the club has the preferential (matching) right and the player must conclude a new contract for 3 years if, within 10 days, the Club offers the player a 30% increase to his income for the 5th (last) year of the expiring contract but not less than US $ 100,000 per year. If a player has not received such offer, he automatically becomes a player of category 3.
1.3.  The Club has the priority right to conclude a new contract with the players of category 2. In this case, within 10 days the Club can offer this player a new contract with at least 10% increase.
If the player does not accept this offer, he may conclude a preliminary contract with any other Club. His previous (former) club may match the <u>financial conditions</u> of this contract. If this does not happen within 10 days, the preliminary contract with the other Club comes into effect and becomes the primary contract.
If the player has not received a 10% increase offer, he automatically becomes a player of category 3.
The preliminary contract must correspond to the standard contract of the PHL indicating the contract amount; otherwise the contract must have a confidential supplement / schedule.
The club that offered the player a preliminary contract must forward a copy of the preliminary contract and confidential agreement to the previous/former club within 3 days and must notify the PHL Tournament Committee about it in writing. The 10-day period for making a decision is counted from the moment the previous/former club has received the named documents.
The players belonging to category 2 must finalize their contract relations with the Club no later than 10 days before the beginning of the Championship.
1.4.  The start list has the following entry: 18 field players and 2 goalkeepers without any age limitations as well as 2 "young" players born after December 31, 1985. The maximum number of players for the game cannot exceed 22 players.
The team entry form for each game of 2006-2007 seasons must have at least 3 players who are alumni of the youth sports schools, which belong to the club, or have contracts with the club. Both the school and the club, which must be officially registered as a legal entity, must be located in the territory of the same subject of the Russian Federation.
A player is considered to be a school alumnus if he is under 22 years of age and has been a student of such school for any 3 years starting from the age of 13.
The team entry form for 2007-2008 seasons must have at least 4 such players whose age does not exceed 23 years, and for the 2008-2009 seasons at least 6 players whose age does not exceed 24 years.

1.5. The contract cannot be terminated less than 10 days before the end of the application submission.

1.6. The latest date for the additional application submission to be submitted is 30 December.
The players can be listed without any limitations for Major League clubs according to the accepted terms for additional application submission.

1.7. Switching clubs of the player whose contract has expired (not terminated) is not subject to any compensation except the transfer of a player-alumnus to the hockey club with which the player concluded his first professional contract. In such case, the compensation amount is $ US 100,000

1.8. The provisions of the present Tournament Regulations approved by the Board of the Super League cannot be amended during the season unless all the members of the Board have made such decision unanimously.

1.9. The game for 3rd place is not played. The 3rd place and bronze medals are awarded to the team which lost in the semifinals and took higher place in the regular Championships.

1.10. Advertising on the ice of the Sports Palace is allowed only after mandatory approval of the advertising chart and diagram by the PHL Committee.

Voted for this resolution.
Results: Carried unanimously.

Secretary of the Board    S. G. Yakovlev
/signature/

OFFICIAL ROUND SEAL

