IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MOSCOW DYNAMO** | * | |
| Petitioner | * | |
| v. | * | CIVIL ACTION NO. 05-2245-EGS |
| **ALEXANDER M. OVECHKIN** | * | |
| Respondent | * | |

\* \* \* \* \* \* \* \* \* \* \*

**PETITIONER'S MOTION TO SUPPLEMENT PETITION
FOR CONFIRMATION OF ARBITRATION AWARD
AND FOR PERMANENT INJUNCTIVE RELIEF**

Petitioner Moscow Dynamo, by its undersigned attorneys, pursuant to Fed. R. Civ. P. 15(d), hereby moves to supplement its Petition for Confirmation of Arbitration Award and for Permanent Injunctive Relief.

1.  Respondent Alexander M. Ovechkin ("Ovechkin") has argued that the petition is procedurally defective because it does not attach authenticated copies of the arbitration award or the agreement to arbitrate. The respondent has also stated that when the certifications are provided, he will review them and "if appropriate, withdraw" the procedurally defective argument as moot. See Memorandum of Law of Respondent Alexander M. Ovechkin in Support of his Motion to Dismiss the Petition for Lack of Subject Matter Jurisdiction, at 3 n.2.

2.  Exhibit A is an Affidavit of M.A. Lukina, Secretary of the Arbitration Committee of the Russian Hockey Federation and the Professional Hockey League ("Lukina Affidavit"). Exhibit B is an Affidavit of Anatoly Kharchuk, President of

Moscow Dynamo. Together these affidavits, and their attachments, constitute the certifications required by the Convention.[1]

2.  Pursuant to Local Rule 7(m), on Decermber 19, 2005, William C. Sammons, counsel for Moscow Dynamo, spoke by telephone with Peter J.W. Sherwin, Esquire, counsel for Ocheckin, to ask for his consent to this motion and to the supplementation of the petition with the attached documents. Mr. Sherwin agreed.

WHEREFORE, Petitioner Moscow Dynamo respectfully requests that its Motion to Supplement its Petition for Confirmation of Arbitration Award and for Permanent Injunctive Relief be granted.

/s/ William C. Sammons
William C. Sammons (admitted *Pro Hac Vice*)
William S. Heyman, Bar No. 473451
Toyja E. Kelley, Bar No. 482977
Tydings & Rosenberg LLP
  100 East Pratt Street, 26th Floor
  Baltimore, Maryland  21202
  (410) 752-9700

Attorneys for Petitioner

---

[1] The affidavits were translated and certified as accurate at the same time and in the same certification by the translator. For ease of reference to the exhibits, however, the translator's certification has been copied and placed in front of each exhibit.

#494917v.1                         2