# EXHIBIT A



ERIKSENINC.COM

TEL 718-802-9010

FAX 718-802-0841

# CERTIFICATE

## OF ACCURACY

STATE OF NEW YORK)

                                SS:

COUNTY OF KINGS)

This is to certify that the attached documents:

**Affidavit of Anatoly Kharchuk, President of the Dynamo Hockey Club of the City of Moscow, in Moscow, Russia on December 15, 2005;**

**Declaration M. A. Lukina, Secretary of the Arbitration Committee of the Russian Hockey Federation and the Professional Hockey League, in Moscow, Russia on December 15, 2005**

are, to the best of my knowledge and belief, true, complete, and accurate translations from the Russian language into the English language.

_____

Andrea Cabrera

Sworn to and subscribed before me

this _16_ day of _December_ 2005

_____

Notary Public

VIGDIS ERIKSEN
Notary Public, State of New York
No. 01ER4805481
Qualified in Kings County
Commission Expires April 30, 20__

ERIKSEN TRANSLATIONS INC., 32 COURT STREET, 20TH FLOOR, BROOKLYN, NEW YORK 11201

99 НП

№1411035

# В компетентные органы США

# А Ф Ф Е Д Е В И Т

Российская Федерация. Город Москва. Пятнадцатого декабря две тысячи пятого года.

**Региональная общественная организация «Хоккейный клуб «Динамо» Москва»,** Свидетельство о государственной регистрации общественного объединения № 9254 выдано Главным Управлением Федеральной регистрационной службы Москвы 23.06.2005 года, Свидетельство о внесении записи в ЕГРЮЛ выдано МИ МНС России № 39 по городу Москве 15.12.2002 года, государственный регистрационный № 1027739774600, место нахождения: город Москва, Ленинградский проспект, дом 36, ИНН 7714024024, в лице Президента - Харчука Анатолия Георгиевича, 07.02.1958 года рождения, паспорт № 45 07 000258 выдан паспортно-визовым управлением ГУВД города Москвы 17.10.2003 года, зарегистрированного по адресу: город Москва, улица Плющиха, дом 22, квартира 49, действующего на основании Устава и Протокола общего собрания РОО «Хоккейный клуб «Динамо» Москва» от 02.04.2004 года о назначении на должность.

### заявляет о следующем:

1.     20 октября 2005 года Арбитражный комитет Федерации Хоккея России и Профессиональной хоккейной лиги (далее «АК ФХР и ПХЛ») рассмотрел исковое заявление истца «Динамо» против ответчика - Овечкина Александра Михайловича (далее «Овечкин»). 21 октября 2005 года АК ФХР и ПХЛ вынес решение по делу «Динамо» против ответчика Овечкина.

2. Я подтверждаю то, что копии документов, приложенные к настоящему заявлению, которые были представлены истцом на слушание по настоящему делу в форме Приложений № 1, 2, 3, 4, 5, 6, 7, 8, 9 и 10, являются правильной и точной копией документов, которые были представлены истцом на слушание по настоящему делу в форме Приложений № 1, 2, 3, 4, 5, 6, 7, 8, 9 и 10. Я также подтверждаю, что Приложение № 1 включает в себя правильную и точную копию Типового Контракта ПХЛ обязательного для всех клубов ПХЛ и игроков, на основании которого клуб и игрок обязуются разрешать разногласия между ними исключительно путем арбитражного разбирательства в АК ФХР и ПХЛ.

Город Москва, Российская Федерация. Пятнадцатого декабря две тысячи пятого года. Я, Дементьева Надежда Викторовна, нотариус города Москвы, свидетельствую подлинность подписи Президента РОО «Хоккейный клуб «Динамо» Москва» - гр. Харчука Анатолия Георгиевича, которая сделана в моем присутствии. Личность подписавшего документ установлена, полномочия проверены. Место подписания по адресу: город Москва, Ленинградский проспект, дом 36.

Зарегистрировано в реестре за № _____
Взыскано по тарифу 150 рублей и 100 рублей правовая и техническая работа
Нотариус

Russian Hockey Federation                    Professional Hockey League

### ARBITRATION COMMITTEE

City of Moscow                                      December 15, 2005


Mariya Anatol'evna Lukina (birth date January 9, 1975, passport series 45 00 No. 178483, issued by the Voykovskiy, Moscow, Department of Internal Affairs, on July 24, 2000, subdivision code 772-100, registered at: 13 Leningradskoe Shosse, apt. 23, Moscow) Secretary of the Arbitration Committee of the Russian Hockey Federation and the Professional Hockey League (hereinafter "AC RHF and PHL"), declares the following:

1. On October 20, 2005, the AC RHF and PHL considered the statement of claim of the claimant, the Dynamo HC [Hockey Club] (hereinafter "Dynamo") against the respondent, Aleksandr Mikhaylovich Ovechkin (hereinafter "Ovechkin").

2. On October 21, 2005, the AC RHF and PHL rendered a decision in the case of Dynamo against the respondent, Ovechkin (hereinafter "the Decision").

3. I affirm that the copy of the Decision, attached to the present declaration, is a correct and accurate copy of the Decision.

4. I affirm that the copy, attached to the present declaration, of the documents that were submitted by the claimant at the hearing on the present case in the form of attachments Nos. 1, 2, 3, 4, 5, 6, 7, 8, 9, and 10, is a correct and accurate copy of the documents that were submitted by the claimant at the hearing on the present case in the form of attachments Nos. 1, 2, 3, 4, 5, 6, 7, 8, 9, and 10.



*Mariya Anatol'evna Lukina*                    _____[signature]_____

                                                  M. A. Lukina

Moscow, the fifteenth of December of the year two thousand five

I, Ol'ga Borisovna Markova, notary of the city of Moscow, certify the authenticity of the

signature of Ms. Mariya Anatol'evna Lukina, which was signed in my presence.

The identity of the person who signed the document was established.

[Round Seal - Notary of the City of Moscow, O. B. Markova]

       Recorded in the register as No. *M-936*

       Collected the fee of 300 rubles.

       Attested at: Moscow, 8 Luzhnetskaya nab.

       Notary: O. B. Markova

          [signature]



MARK VAINTROUB
755 Steeles Avenue West, Suite 309, Toronto, ON, M2R 2S6
Tel. (416) 993-5483 ◊ Fax: (416) 227-0014
E-mail: translating@rogers.com

# CERTIFIED TRANSLATOR'S DECLARATION

**PROVINCE OF ONTARIO**
**City of Toronto**

**IN THE MATTER OF**

## ARBITRATION DECISION

I, the undersigned **MARK VAINTROUB**, of the city of Toronto, in the province of Ontario,

**DO SOLEMNLY DECLARE:**

1. That I am a Certified Translator and Member in Good Standing of the Association of Translators and Interpreters of Ontario (**ATIO ID № 2653**);

2. That I am conversant and capable in the Russian and English languages;

3. That I have accurately and carefully translated the parts of the attached document(s) from the Russian into the English language (the copies in both languages are stamped/sealed for identification and attached hereto) and

4. That the said translation is, in every respect, a true and correct translation of the said document(s).

**AND** I make this solemn declaration conscientiously believing it to be true and knowing that it is of the same force and effect as if made under oath and by virtue of the Canada Evidence Act.

**DATED** in the city of Toronto this _28th_ day of _October_ 2005.

_____
Mark Vaintroub, M.A., Cert. Translator

ATIO SEAL / STAMP

21/10/2005  15:31    +7-095-213-13-04        HC "DYNAMO"        PAGE  04

Федерации хоккея России                 Профессиональная хоккейная лига

## АРБИТРАЖНЫЙ КОМИТЕТ

г. Москва                                        «21» октября 2005 г.

Арбитражный комитет в составе:    Кукушкина В.В.
                                  Баринова А.М.
                                  Козина В.И.
                                  Овчинниковой Н.А.
                                  Лукиной М.А.

Рассмотрел на открытом заседании 20 Октября 2005 года исковое заявление
истца ХК «Динамо» Москва (далее «Динамо») против ответчика Александра
Михайловича Овечкина (далее «Овечкин»).

На заседании по делу приняли участие:

От истца:       Спортивный директор ХК «Динамо» г. Москва Панфилов А.Е.
                Юрист Александр Беркович

От ответчика:   ни ответчик, ни его представители на заседание не пришли

## РЕШЕНИЕ

## ОБСТОЯТЕЛЬСТВА ДЕЛА

### a.   Возбуждение арбитражного дела

        6 Октября 2005 г. в Арбитражный комитет Федерации Хоккея России и
Профессиональной хоккейной лиги (далее «АК ФХР и ПХЛ») согласно
ПОЛОЖЕНИЮ (далее «ПОЛОЖЕНИЕ») об АК ФХР и ПХЛ поступило исковое
заявление хоккейного клуба Динамо Москва по возбуждению арбитражного
разбирательства претензии Динамо против Овечкина на основании пункта 6
типового контракта игрока ПХЛ между Овечкиным и Динамо.

        Согласно статье 10ой ПОЛОЖЕНИЯ, Динамо предоставило в АК ФХР и
ПХЛ вместе с исковым заявлением квитанцию, подтверждающую оплату взноса
за рассмотрение искового заявления на сумму 10 000 (Десять тысяч) рублей,
перечисленного на расчетный счет ПХЛ.

Согласно статье 11ой ПОЛОЖЕНИЯ, 10 Октября 2005 г. АК ФХР и ПХЛ направило исковое заявление Динамо Овечкину с сопроводительным письмом, назначающим слушание дела на 20 Октября 2005 г. на 12 часов дня в Москве по факсу и DHL по адресу Овечкина в США — Alexander Ovechkin, c/o Washington Capitals, Market  Square North, 401 9th Street NW, Suite 750, Washington, DC 20004, fax 202-266-2250.

Согласно документации предоставленной Динамо, Динамо также уведомило Овечкина о возбуждении дела и назначении слушания следующим образом:

7 Октября 2005 г. Динамо, через своих юристов в Вашингтоне, направило исковое заявление Овечкину в Washington Capitals по выше указанному адресу с сопроводительным письмом на английском и русском языках.    Также 7 Октября 2005 г. юрисконсульт Washington Capitals принял исковое заявление Динамо с подтверждением того, что ему доверено принять исковое заявление Динамо от имени Овечкина.

10 Октября 2005 г. Динамо, через своих юристов в Вашингтоне, направило Овечкину в Washington Capitals по выше указанному адресу по факсу письмо АК ФХР и ПХЛ назначающее слушание дела на 20 Октября 2005 г. на 12 часов дня в Москве.

7 и 10 Октября 2005 г. Динамо также направило исковое заявление и письмо, назначающее слушание дела на 20 Октября 2005 г. на 12 часов дня в Москве через своих юристов в Вашингтоне агентам Овечкина в Северной Америке и России, в Washington Capitals, в НХЛ и в профсоюз игроков НХЛ.

Динамо также направило исковое заявление с письмом, назначающим слушание дела на 20 Октября 2005 г. на 12 часов дня в Москве, родителям Овечкина.

Ни ответчик, ни его представители на заседание не пришли.    Ни ответчик, ни его представители не представили письменные объяснения или возражения на исковое заявление Динамо.  Ни ответчик, ни его представители не связались ни с АК ФХР и ПХЛ ни с истцом с просьбой о перенесении заседания.

АК ФХР и ПХЛ удовлетворен в том, что Овечкин и его представители получили исковое заявление Динамо и уведомление АК ФХР и ПХЛ, назначающее слушание дела на 20 Октября 2005 г. на 12 часов дня в Москве, по адресу г. Москва, Лужнецкая набережная, дом 8, офис 235.  Соответственно, АК ФХР и ПХЛ рассмотрел дело согласно статье 11 ПОЛОЖЕНИЯ, которая гласит о том, что «непредставление стороной письменных объяснений и доказательств в случае неявки на арбитражное заседание не препятствует рассмотрению дела по имеющимся материалам».

Association of Translators and Interpreters of Ontario
Certified Translator
atio
Mark Vaintroub
2653

### 6.    Арбитражный иск Динамо

Арбитражный Иск Динамо, который включает документацию в поддержку иска, состоит в следующем:

Динамо является хоккейным клубом и членом ПХЛ. Александр Михайлович Овечкин является гражданином России, рожденным 17 сентября, 1985 г. и прописанным по адресу г. Москва, ул. Сельскохозяйственная, д. 18, корпус 4, кв. 188. Рабочий адрес Овечкина: Alexander Ovechkin, c/o Washington Capitals, Market Square North, 401 9th Street NW, Suite 750, Washington, DC 20004, fax 202-266-2250. Овечкин общепризнанно является игроком уникального таланта и восходящей звездой Российского хоккея. Овечкин является воспитанником детско-юношеской школы Динамо и игроком Сборной Национальной Команды России. Овечкин был выбран клубом НХЛ Вашингтон Капиталс (далее «Вашингтон») первым номером в драфте НХЛ 2004 года.

Овечкин играл за Динамо в сезоне 2004-2005 на основании контракта между Динамо и Овечкиным, вступившим в силу 1 июля 2004 г. и закончившим свое действие 30 апреля 2005 г. (См. Приложение № 1). (Все ссылки на «Приложения» являются ссылками на Приложения к исковому заявлению Динамо). Согласно правилам ПХЛ под заголовком «Контракт Хоккеиста, Правила Переходов, Аренды и Уплаты Компенсационных Выплат» (см. Приложение № 2), Динамо предложило Овечкину 26 апреля 2005 г. заключить новый контракт с Динамо с увеличением общей суммы финансового вознаграждения на 30% по сравнению с сезоном 2004-2005 г. (См. Приложение № 3).

30 июня 2005 г. Авангард Омск (далее «Авангард») подписал предварительный контракт с Овечкиным, который состоял из стандартного контракта профессионального хоккеиста (см. Приложение №4) и конфиденциального соглашения (см. Приложение № 5) и направил его в ПХЛ и Динамо. Кроме прочих условий, в конфиденциальном соглашении Авангард согласился на то, «... что Игрок имеет право принять предложенный контракт от Клуба НХЛ в любое время до 12 часов ночи (время Восточного Побережья США) 20 июля 2005 г. Если Игрок решает принять выше оговоренный контракт, Клуб в свою очередь согласен на то, что Игрок имеет право прервать контракт немедленно и обе стороны – Клуб и Игрок – согласны аннулировать контракт и признать его недействительным.» (см. Приложение №5 п. 2).

1 июля 2005 г. Динамо подтвердило свое согласие подписать контракт с Овечкиным на тех же финансовых условиях, что и контракт Авангарда в соответствии с Приложением №2. (См. Приложение № 6). В пресс-релизе от 5 августа 2005 г. Вашингтон объявил, что 5 августа 2005 г. соглашение по 3-х летнему контракту было достигнуто между клубом и Овечкиным начиная с сезона 2005-2006 г. (См. Приложение№ 7). Сезон НХЛ 2005-2006 г. и выступление Овечкина за Вашингтон начались 5 Октября 2005 г.

3

21/10/2005  15:31   +7-095-213-13-04         HC "DYNAMO"                    PAGE 07

8 августа 2005 г. АК ФХР и ПХЛ рассмотрел заявление Авангарда, в котором Авангард поставил под вопросом выполнение Динамо условий контракта с Овечкиным за сезон 2004-2005 г. В тот же день АК ФХР и ПХЛ вынес решение отказать претензии Авангарда и снять заявление Авангарда с рассмотрения. (См. Приложение № 8). Несмотря на требования Динамо, НХЛ и Вашингтон отказались аннулировать контракт между Вашингтоном и Овечкиным, проигнорировав права Динамо. 5 Октября 2005 г. Овечкин начал хоккейный сезон 2005-2006 г. в составе Вашингтон Капиталс и продолжает в настоящее время играть в профессиональный хоккей за Вашингтон Капиталс.

## МОТИВЫ РЕШЕНИЯ

АК ФХР и ПХЛ имеет юрисдикцию рассматривать настоящий спор на основании пункта 6 типового контракта игрока ПХЛ и контрактов Овечкина с Динамо и Авангардом. Пункт 6 типового контракта игрока ПХЛ и контрактов Овечкина с Динамо и Авангардом гласит о том, что Клуб и Игрок соглашаются на исключительную юрисдикцию АК ФХР и ПХЛ по разрешению разногласий между ними. Согласно правилам ПХЛ под заголовком «Контракт Хоккеиста, Правила Переходов, Аренды и Уплаты Компенсационных Выплат», пункт 1.2 (см. Приложение № 2), контракт профессионального хоккеиста должен быть заключен в соответствии с Типовым контрактом утвержденным ПХЛ.

Динамо является хоккейным клубом и членом ПХЛ. Александр Михайлович Овечкин (далее «Овечкин») является гражданином России, рожденным 17 сентября, 1985 г. и прописанным по адресу г. Москва, ул. Сельскохозяйственная, д. 18, корпус 4, кв. 188. Рабочий адрес Овечкина: Alexander Ovechkin, c/o Washington Capitals, Market Square North, 401 9th Street NW, Suite 750, Washington, DC 20004, fax 202-266-2250.

Бесспорно, потеря услуг Овечкина не может быть адекватно возмещена Динамо и в результате чего Динамо несет значительный ущерб. Овечкин общепризнанно является игроком уникального таланта и восходящей звездой Российского хоккея. Овечкин является воспитанником детско-юношеской школы Динамо и игроком Сборной Национальной Команды России. Овечкин был выбран клубом НХЛ Вашингтон Капиталс (далее «Вашингтон») первым номером в драфте НХЛ 2004 года. Овечкин был одним из ведущих игроков Динамо в сезоне 2004-2005 г., в котором Динамо стало чемпионат России, впервые с 2000 года.

Овечкин играл за Динамо в течение нескольких лет до сезона 2004-2005 и в сезоне 2004-2005. В сезоне 2004-2005 Овечкин играл за Динамо на основании контракта между Динамо и Овечкиным, вступившим в силу 1 июля 2004 г. и закончившим свое действие 30 апреля 2005 г. (См. Приложение № 1). Переговоры по этому контракту от Овечкина проводил его агент Сергей Исаков.

4

Association of Translators and Interpreters of Ontario
Certified Translator
atio
Mark Vaintroub
2653

21/10/2005  15:31    +7-095-213-13-04         HC "DYNAMO"                    PAGE  00

Согласно правилам ПХЛ под заголовком «Контракт Хоккеиста, Правила Переходов, Аренды и Уплаты Компенсационных Выплат» (см. Приложение № 2), Динамо предложило Овечкину 26 апреля 2005 г. заключить новый контракт с Динамо с увеличением общей суммы финансового вознаграждения на 30% по сравнению с сезоном 2004-2005 г. (См. Этим Приложение № 3). Согласно этим правилам, Динамо для того, что бы сохранить за собой преимущественное право подписания контракта с Овечкиным, должно было предоставить такое предложения не позднее, чем 10 дней после окончания контракта Овечкина. Факт того, что Динамо сделало это предложение до окончания контракта Овечкина, только было в пользу Овечкина.

30 июня 2005 г. Авангард Омск (далее «Авангард») подписал предварительный контракт с Овечкиным, который состоял из стандартного контракта профессионального хоккеиста (см. Приложение №4) и конфиденциального соглашения (см. Приложение № 5), на сезон 2005-2006 г., и направил его в ПХЛ и по факсу в Динамо. Согласно показаниям Динамо, переговоры от имени Овечкина по контракту Овечкина с Авангардом проводил его агент Сергей Исаков.

В конфиденциальном соглашении Авангард и Овечкин согласились на сумму компенсации Овечкина на сезон 2005-2006 г. на 1 800 000 (один миллион восемьсот тысяч) долларов США.

Авангард и Овечкин также согласились на то, «... что Игрок имеет право принять предложенный контракт от Клуба НХЛ в любое время до 12 часов ночи (время Восточного Побережья США) 20 июля 2005 г. Если Игрок решает принять выше оговоренный контракт, Клуб в свою очередь согласен на то, что Игрок имеет право прервать контракт немедленно и обе стороны – Клуб и Игрок – согласны аннулировать контракт и признать его недействительным.» (см. Приложение №5 п. 2).

1 июля 2005 г., то есть по истечению одного дня с момента получения контракта Овечкина от Авангарда, Динамо подтвердило свое согласие подписать контракт с Овечкиным на тех же финансовых условиях, что и контракт Авангарда, в соответствии с пунктом 1.10 «Контракт Хоккеиста, Правила Переходов, Аренды и Уплаты Компенсационных Выплат» (см. Приложение № 2 и Приложение № 6), который дает право предыдущему клубу (Динамо) повторить условия контракта предложенного новым клубом (Авангард).

На основании выше указанного, у Динамо на данный момент существует действительный контракт с Овечкиным. Динамо своевременно предложило Овечкину новый контракт с увеличением компенсации на 30 %, тем самым, оставив за собой преимущественное право подписания контракта с Овечкиным и Динамо своевременно согласилось, на повторение финансовых условий предварительного контракта между Авангардом и Овечкиным. Соответственно на 1 июля 2005 г. между Овечкиным и Динамо состоялся полностью действительный контракт на сезон 2005-2006 г. с суммой компенсации на 1 800

5

21/10/2005  16:31   +7-095-213-13-04        НС "DYNAMO"                    PAGE  09

000 (один миллион восемьсот тысяч) долларов США и всеми другими условиями типового контракта игроков ПХЛ.

Условие конфиденциального соглашения между Авангардом и Овечкиным по поводу прерывания контракта в случае принятия Овечкиным условий контракта с клубом НХЛ, не распространяется на настоящий контракт между Динамо и Овечкиным, ввиду того, что, согласно Протоколу Заседания Коллегии Суперлиги ПХЛ от 12 апреля 2005 г. (см. Приложение № 9) и объяснительным инструкциям ПХЛ (см. Приложение № 10), в пункте 1.10 «Контракт Хоккеиста, Правила Переходов, Аренды и Уплаты Компенсационных Выплат» «положение о том, что «предыдущий Клуб имеет право повторить условие этого контракта» подразумевает <u>финансовые</u> условия».

В пресс-релизе от 5 августа 2005 г. Вашингтон объявил, что 5 августа 2005 г. соглашение по 3-х летнему контракту было достигнуто между клубом и Овечкиным начиная с сезона 2005-2006 г. (См. Приложение№ 7). Сезон НХЛ 2005-2006 г. и выступление Овечкина за Вашингтон начались 5 Октября 2005 г.

Даже в случае, если условие по поводу прерывания контракта между Авангардом и Овечкиным распространялось бы на Динамо, то это условие не может быть основанием прерывания контракта между Динамо и Овечкиным ввиду того, что Овечкин и Вашингтон согласились на контракт 5 августа 2005 г., в то время как, по условию прерывания контракта с Авангардом, Овечкин мог прервать контракт только в случае принятия предложенного контракта от Клуба НХЛ <u>до 12 часов ночи (время Восточного Побережья США) 20 июля 2005 г.</u>

8 августа 2005 г. АК ФХР и ПХЛ рассмотрел заявление Авангарда, в котором Авангард поставил под вопросом выполнение Динамо условий контракта с Овечкиным за сезон 2004-2005 г.  В тот же день АК ФХР и ПХЛ вынес решение отказать претензии Авангарда и снять заявление Авангарда с рассмотрения. (См. Приложение № 8).

Несмотря на требования Динамо, НХЛ и Вашингтон отказались аннулировать контракт между Вашингтоном и Овечкиным, проигнорировав права Динамо.

Соответственно, подписав контракт с Вашингтоном, Овечкин нарушил свои обязательства по действующему контракту с Динамо.



21/10/2005  15:31    +7-095-213-13-04    HC "DYNAMO"    PAGE 18

## РЕШИЛ:

На основании Регламента АК ФХР и ПХЛ, материалов предоставленных Динамо, правил ПХЛ, Арбитражный комитет Федерации хоккея России и Профессиональной хоккейной лиги выносит следующие решения:

1. **Подтвердить полную действенность контракта между Динамо и Овечкиным на сезон 2005-2006г.г.**

2. **Решить, что Овечкин нарушил контракт с Динамо на сезон 2005—2006 г.г.**

3. **Запретить Овечкину выступать в сезоне 2005-2006г.г. за любой другой хоккейный клуб, кроме Динамо, согласно п.6.4 и 6.5 контракта между Динамо и Овечкиным на сезон 2005-2006г.г. и типового контракта игрока ПХЛ.**

4. **Учитывая общепризнанный уникальный талант Овечкина, потеря услуг которого не может быть адекватно возмещена Динамо, и в результате чего Динамо несет значительный ущерб, решить, что настоящее Решение АК ФХР и ПХЛ, включая решение, запрещающее Овечкину выступать в сезоне 2005-2006г.г. за любой другой хоккейный клуб, кроме Динамо, приводиться к немедленному исполнению согласно ст. 22 Положения об АК ФХР и ПХЛ.**

Настоящее решение составлено в трех экземплярах, из которых один предназначен для хранения в делах Арбитражного комитета Федерации хоккея России и Профессиональной хоккейной лиги, один – для истца, один – для ответчика.

Кукушкин В.В.

Баринов А.М.

Козин В.И.

Овчинникова Н.А.

Лукина М.А.

7



# ENGLISH TRANSLATION

Russian Ice Hockey Federation                          Professional Hockey League

### ARBITRATION COMMITTEE

Moscow, October 21, 2005

The Arbitration Committee consisting of V. V. Kukushkin, A. M. Barinov, V. I. Kozin, N. A. Ovchinnikova and M. A. Lukina conducted an open arbitration hearing on 20 October 2005 regarding the claim of the Claimant - Hockey Club Dynamo Moscow (hereinafter Dynamo) against the Respondent - Alexander Mikhailovich Ovechkin (hereinafter Ovechkin).

The following parties participated in the hearing:
From the Claimant: *A. E. Panfilov - Sports Director of the HC Dynamo Moscow*
                    *Alexande. Berkovich - Attorney*
From the Respondent: Neither the Respondent nor his representatives were present.

# DECISION

### STATEMENT OF THE FACTS

<u>A. COMMENCING THE ARBITRATION CASE</u>

On 6 October 2005, the Arbitration Committee of the Russian Ice Hockey Federation and Professional Hockey League (hereinafter the AC of the RIHF and the PHL) received a statement of claim submitted according to the Regulations of the AC of the RIHF and the PHL (hereinafter the Regulations) from the hockey club Dynamo Moscow regarding initiating an arbitration proceeding of Dynamo against Ovechkin based on Article 6 of the Professional Hockey League Standard Player's Contract between Ovechkin and Dynamo.

According to Article 10 of the Regulations, along with its statement of claim to the AC of the RIHF and the PHL, Dynamo also submitted a receipt confirming the payment of the processing fee in the amount of 10,000 (ten thousand) rubles transferred to the account of the PHL.

On 10 October 2005, according to paragraph 11 of the Regulations, the AC of the RIHF and the PHL submitted Dynamo's statement of claim to Ovechkin along with the cover letter scheduling the date and time of the hearing for 20 October 2005 at 12 pm in Moscow. The documents were faxed and couriered via DHL to Ovechkin's address in the USA: Alexander Ovechkin, c/o Washington Capitals, Market Square North, 401 9th Street NW, Suite 750, Washington, DC 20004, Fax 202-266-2250.

According to the documents submitted by Dynamo, Ovechkin was also notified about this case and the hearing as follows.

On 7 October 2005, Dynamo forwarded the statement of claim to Ovechkin (c/o Washington Capitals) through its attorneys in Washington. The statement of claim was submitted along with the cover letter in English and Russian. In addition, on 7 October 2005, the counsel for the Washington Capitals received Dynamo's statement of claim and confirmed that he was authorized to accept Dynamo's statement of claim against Ovechkin.

On 10 October 2005, through its attorneys in Washington, Dynamo sent a letter to Ovechkin (c/o Washington Capitals) via fax to the above address from the AC of the RIHF and the PHL scheduling the hearing for 20 October 2005 at 12 pm in Moscow.

On 7 and 10 October 2005, Dynamo also sent the statement of claim and a cover letter with the date of the hearing through its attorneys in Washington to Ovechkin's agents (in North America and Russia), to the Washington Capitals, the NHL and the NHL players' union.

Dynamo also sent the statement of claim and a cover letter with the date of the hearing scheduled for 20 October 2005 at 12 pm in Moscow to Ovechkin's parents.

Neither the Respondent nor the Respondent's representatives appeared at the hearing. Neither the Respondent nor the Respondent's representatives submitted written responses or objections to Dynamo's claim. Neither the Respondent nor the Respondent's representatives got in touch with the AC of the RIHF and the PHL or the Claimant regarding rescheduling the hearing.

The AC of the RIHF and the PHL is satisfied that Ovechkin and his representatives had received Dynamo's statement of claim and the notice of the AC of the RIHF and the PHL scheduling the date of the hearing for 20 October 2005 at 12 pm in Moscow at the following address: Moscow, 8 Luzhnetskaya Naberezhnaya, Suite 235. Accordingly, the AC of the RIHF and the PHL has heard the case according to paragraph 11 of the Regulations, which states that "failure to submit the written explanations and proof in the event of absence at the arbitration hearing does not preclude the arbitration committee from consideration of a case based on the available materials".

## B. DYNAMO'S ARBITRATION CLAIM

Dynamo's arbitration statement of claim, including the supporting documents is as follows:

Dynamo is a hockey club and a member of the PHL. Alexander Mikhailovich Ovechkin is a Russian citizen born on 17 September 1985 and registered at the following address: Moscow, 18 Selskokhozyastvennaya Street, Building 4, Apt. 188. Ovechkin's working address is: c/o Washington Capitals, Market Square North, 401 9th Street NW, Suite 750, Washington, DC 20004, Fax: 202-266-2250. It is universally recognized that Ovechkin is a rising star of Russian hockey and a player of a unique talent. He is a product of the Dynamo youth program and a player of the Russian national hockey team. Ovechkin was selected by the NHL club Washington Capitals (hereinafter Washington) as a top pick in the 2004 draft.

Ovechkin played for Dynamo in the 2004-2005 season pursuant to the contract between Dynamo and Ovechkin, which commenced on July 1, 2004, and ended on April 30, 2005 (see Attachment 1). (All references to the "Attachments" are references to the Attachments to Dynamo's statement of claim). On 26 April 2005, according to the PHL regulations entitled "Contract of a Hockey Player, Rules of Transfers, Lease and Compensation Payments" (see Attachment 2), Dynamo offered Ovechkin signing of a new agreement with a 30% increase of the total amount of compensation as compared with the 2004-2005 season (see Attachment 3).

On June 30, 2005, Avangard Omsk (hereinafter "Avangard") and Ovechkin signed a preliminary contract, which consisted of a standard professional player's contract (see Attachment 4) and a confidential agreement (see Attachment 5) and forwarded them to the PHL and Dynamo.

2

Besides the other terms and conditions, Avangard agreed in the confidential agreement that "...the player may accept a proposed contract from an NHL club at any time until midnight U.S. eastern zone on July 20, 2005. If the player decides to accept the contract agreed to above, the club in turn agrees that the player has the right to terminate the contract immediately and both parties (the Club and player) agree to annul the contract and accept it as void." (see Attachment 5, par. 2).

On July 1, 2005, Dynamo agreed to sign the contract with Ovechkin matching the financial conditions of Avangard's contract in accordance with Attachment 2 (see Attachment 6). In the press release dated August 5, 2005, Washington declared that on August 5, 2005 it reached an agreement for a 3-year contract between the club and Ovechkin starting in the 2005-2006 season (see Attachment 7). The NHL 2005-2006 season started on October 5, 2005. Ovechkin started to play for Washington on the same date.

On August 1, 2005, the AC of the RIHF and the PHL considered the claim of Avangard, in which the club questioned the fulfillment of contract terms and conditions by Dynamo in the 2004-2005 season. The same day, the AC of the RIHF and the PHL ruled to reject the Avangard's claim and dismiss the claim from consideration (See Attachment 8). Despite Dynamo's demands, the NHL and Washington refused to annul the contract between Washington and Ovechkin thus ignoring Dynamo's rights. On 5 October, Ovechkin started his season for Washington Capitals and continues playing for this team at present time.

## REASON FOR DECISION

It is within the jurisdiction of the AC of the RIHF and the PHL to consider the present claim based on Article 6 of the standard player's contract of the PHL as well as Ovechkin's contracts with Avangard and Dynamo. Clause 6 of the PHL standard player's contract and Ovechkin's contracts with Dynamo and Avangard state that the Club and the Player consent to the exclusive jurisdiction of the AC of the RIHF and the PHL to resolve disputes between them. According to paragraph 1.2 of the Rules of the PHL entitled "Contract of a Player, Rules of Transfers, Lease and Compensation Payments", (see Attachment 2), the professional player's contract must be entered into in accordance with the Standard contract approved by the PHL.

Dynamo is a hockey club and a member of the PHL. Alexander Mikhailovich Ovechkin is a Russian citizen born on September 17, 1985 and registered at the following address: Moscow, 18 Selskokhozyastvennaya Street, Building 4, Apt. 188. Ovechkin's place of employment is: c/o Washington Capitals, Market Square North, 401 9th Street NW, Suite 750, Washington, DC 20004, Fax: 202-266-2250.

It is undisputed that the loss of Ovechkin's services by Dynamo cannot be adequately compensated and results in considerable damages to Dynamo. It is universally recognized that Ovechkin is a rising star of Russian hockey and a player of a unique talent. He is a product of the Dynamo youth system and a player on the Russian national hockey team. Ovechkin was selected by the NHL club Washington Capitals (hereinafter Washington) as the first pick overall in the 2004 draft. Ovechkin was one of the leading Dynamo players in the 2004-2005 season when Dynamo won the Russian Championship for the first time since 2000.

Ovechkin had been playing for Dynamo for several years before the 2004-2005 season, and during the 2004-2005 season, when he was playing pursuant to the contract between him and

3

Dynamo, which commenced on July 1, 2004 and ended on April 30, 2005 (see Attachment 1). His agent, Sergey Isakov, represented Ovechkin during negotiations leading to this contract.

On April 26, 2005, according to the PHL rules entitled "Contract of a Player, Rules of Transfers, Lease and Compensation Payments" (see Attachment 2), Dynamo offered Ovechkin a new agreement with a 30% increase of a total amount of compensation as compared with the 2004-2005 season (see Attachment 3). According to these rules, in order to keep its matching rights with respect to signing the contract with Ovechkin, Dynamo had to submit such offer no later than 10 days after expiration of Ovechkin's contract. The fact that Dynamo made an offer prior to expiration of Ovechkin's contract, was only in favor of Ovechkin.

On June 30, 2005, Avangard Omsk (hereinafter "Avangard") and Ovechkin signed a preliminary contract, which consisted of a standard contract of a professional player (see Attachment 4) and confidential agreement (see Attachment 5) for the 2005-2006 season and forwarded them to the PHL and faxed them to Dynamo. According to Dynamo, Ovechkin's agent Sergey Isakov conducted the negotiations with Avangard.

Avangard and Ovechkin agreed in the confidential agreement that Ovechkin's compensation for the 2005-2006 season would be $1,800,000 (one million eight hundred thousand) dollars.

Avangard and Ovechkin also agreed that "...the player may accept a proposed contract from an NHL club at any time until midnight eastern US time on July 20, 2005. If the player decides to accept the contract agreed to above, the club in turn agrees that the player has the right to terminate the contract immediately and both parties (the Club and player) agree to annul the contract and accept it as void." (see Attachment 5, par. 2).

On July 1, 2005, i.e. one day after receiving Ovechkin's contract from Avangard, Dynamo confirmed its agreement to sign the contract with Ovechkin matching the financial conditions of Avangard's contract according to paragraph 1.10. of the "Contract of a Player, Rules of Transfers, Lease and Compensation Payments" (see Attachment 2 and 6), which enables the former club (Dynamo) to match the conditions of the contract offered by a new club (Avangard).

Based on the above, Dynamo at present has a valid contract with Ovechkin. Dynamo has offered to Ovechkin in a timely manner a new contract with a 30% increase of the total amount of compensation, thus reserving the matching rights with respect to signing the contract with Ovechkin; and Dynamo in a timely manner has agreed to match the financial conditions of the preliminary contract between Avangard and Ovechkin. Thereby, the contract between Dynamo and Ovechkin has come into full force and effect as of July 1, 2005 with the compensation in the amount of $1,800,000 (one million eight hundred thousand) dollars and all other terms and conditions of a standard contract of a PHL player.

The terms of the confidential agreement between Avangard and Ovechkin regarding termination of the contract in the event of Ovechkin accepting the contract with an NHL club, do not apply to the present contract between Ovechkin and Dynamo since according to the minutes of the meeting of the Board of the PHL Super league dated April 12, 2005 (see Attachment 9) and interpretive instructions of the PHL (see Attachment 10), in paragraph 1.10 of the "Contract of a Player, Rules of Transfers, Lease and Compensation Payments", the provision that "the former club may match the conditions of this contract" shall mean the <u>financial</u> conditions.

In the press release dated August 5, 2005, Washington announced that on August 5, 2005 it reached an agreement for a 3-year contract between the club and Ovechkin starting with the

2005-2006 season. (see Attachment 7). The NHL season 2005-2006 started on October 5, 2005. Ovechkin started playing for Washington on the same date.

Even if the condition regarding termination of the contract between Avangard and Ovechkin had applied to Dynamo, it may not form the basis for termination of a contract between Dynamo and Ovechkin due to the fact that Ovechkin and Washington agreed to enter into a contract on August 5, 2005, whereas, according to the condition for termination of the contract between Avangard and Ovechkin, Ovechkin could terminate the contract only in the event of accepting a contract with an NHL club before midnight (eastern US time) on July 20, 2005.

On August 8, 2005, the AC of the RIHF and the PHL considered Avangard's claim, in which the club questioned the fulfillment of contract terms and conditions between Dynamo and Ovechkin in the 2004-2005 season. The same day, the AC of the RIHF and the PHL ruled to reject the Avangard's claim and dismiss the claim from consideration (see Attachment 8).

Despite Dynamo's demands, the NHL and Washington refused to annul the contract between Washington and Ovechkin thus ignoring Dynamo's rights.

Accordingly, by signing the contract with Washington, Ovechkin has breached his obligations under his existing contract with Dynamo.

## AWARD

Based on the regulations of the AC of the RIHF and the PHL, materials submitted by Dynamo and the PHL rules, the Arbitration Committee of the Russian Ice Hockey Federation and Professional Hockey League DECIDED AS FOLLOWS:

1. To confirm that the contract between Dynamo and Ovechkin for the 2005-2006 season is in full force and effect.
2. That Ovechkin is in breach of his contract with Dynamo for the 2005-2006 season.
3. To ban Ovechkin from playing in the 2005-2006 season for any club other than Dynamo in accordance with paragraphs 6.4 and 6.5 of the contract between Dynamo and Ovechkin for the 2005-2006 season and the PHL standard player's contract.
4. Considering the undisputed unique talent of Ovechkin, the loss of the whose services cannot be adequately compensated to Dynamo, which results in Dynamo suffering considerable damages, it is decided that this decision of the AC of the RIHF and the PHL including the decision banning Ovechkin from playing in the 2005-2006 season for any club other than Dynamo shall become effective immediately according to paragraph 22 of the Regulations on AC of the RIHF and the PHL.

This decision has been made in 3 counterparts, one of which is intended to remain in the files of the Arbitration Committee of the Russian Ice Hockey Federation and Professional Hockey League, one for the Claimant and one for the Respondent.

V. V. Kukushkin      /signature/
A. M. Barinov        /signature/
V. I. Kozin          /signature/
N. A. Ovchinnikova   /signature/
M. A. Lukina         /signature/



5

MARK VAINTROUB
1323 Steeles Avenue West, Toronto, ON, M2R 2S8
Tel. (416) 993-5483 ♦ Fax: (905) 761-6724
E-mail: translating@rogers.com

# CERTIFIED TRANSLATOR'S DECLARATION

**PROVINCE OF ONTARIO**
**City of Toronto**

**IN THE MATTER OF**

I, the undersigned **MARK VAINTROUB**, of the city of Toronto, in the province of Ontario,

**DO SOLEMNLY DECLARE:**

1. That I am a Certified Translator and Member in Good Standing of the Association of Translators and Interpreters of Ontario (**ATIO ID № 2653**);

2. That I am conversant and capable in the Russian and English languages;

3. That I have accurately and carefully translated the parts of the attached document(s) from the Russian into the English language (the copies in both languages are stamped/sealed for identification and attached hereto) and

4. That the said translation is, in every respect, a true and correct translation of the said document(s).

**AND** I make this solemn declaration conscientiously believing it to be true and knowing that it is of the same force and effect as if made under oath and by virtue of the Canada Evidence Act.

**DATED** in the city of Toronto this ___15th___ day of ___November___ 2005.

_____
Mark Vaintroub, M.A., Cert. Translator

ATIO SEAL / STAMP
Association of Translators and Interpreters - Ontario
Certified Translator
**atio**
Mark Vaintroub
**2653**

Oct 07 2005 10:05AM    P.6
07/19/2005  16:49   +7-095-213-13-04      HO "DYNAMO"       PAGE  01

# ПРИЛОЖЕНИЕ № 1



Oct 07 2005 10:05AM                                                          p. 7
    07/18/2005  16:48  +7-095-213-13-84        HC "DYNAMO"                PAGE  02

# КОНТРАКТ ПРОФЕССИОНАЛЬНОГО ХОККЕИСТА

### Вниманию Профессионального хоккеиста!

Прежде чем подписывать контракт, Вы должны внимательно изучить его, чтобы быть уверенным, что все условия и обязательства, оговоренные ранее, включены в контракт и его содержание и трактовка Вам понятны.

## КОНТРАКТ ПРОФЕССИОНАЛЬНОГО ХОККЕИСТА
### Клуба Суперлиги ПХЛ
### (срочный трудовой договор)

**Региональная Общественная Организация Хоккейный Клуб «Динамо» г. Москва**, именуемый в дальнейшем «Клуб», в лице Президента **Харчука Анатолия Георгиевича** действующего на основании Устава Клуба, с одной стороны, и гражданин **Овечкин Александр Михайлович**, именуемый в дальнейшем «Профессиональный хоккеист», с другой стороны, руководствуясь достигнутым соглашением, заключили настоящий контракт о нижеследующем:

## 1. ПРЕДМЕТ КОНТРАКТА

1.1. Правовое регулирование и оформление взаимоотношений Профессионального хоккеиста и Клуба.

1.2. Профессиональный хоккеист принимается на работу в Клуб в качестве игрока в хоккей первой команды Клуба, а Клуб обязуется выплачивать Профессиональному хоккеисту заработную плату и обеспечивать условия труда, предусмотренные законодательством о труде, физической культуре и спорте и соглашением сторон. При этом профессиональный хоккеист соглашается с тем, что при снижении уровня мастерства, которое определяется исключительно по заключению Главного тренера или Генерального менеджера, по решению Руководителя Клуба, может быть переведен для работы во вторую команду Клуба без дополнительного письменного согласия.

1.3. Профессиональный спортсмен и Клуб соглашаются с тем, что трудовые отношения не могут быть установлены на неопределенный срок в связи с характером предстоящей работы и условиями ее выполнения, поэтому заключаемый контракт является срочным.[1]

## 2. СРОК ДЕЙСТВИЯ КОНТРАКТА

2.1. Срок действия контракта ____ один ( 1 ) лет/года.[2]

---

[1] Заключение контракта допускается с лицами, достигшими возраста шестнадцати лет.
В случаях получения основного общего образования, контракт могут заключать лица, достигшие возраста [...]

[2] Срок контракта не может превышать пяти лет.

Клуб _____        Профессиональный хоккеист _____

Начало: 1 июля 2004 года. Окончание: 30 апреля 2005 года.

2.2. По соглашению сторон устанавливается испытание при приеме на работу сроком _____³

2.3. При неудовлетворительном результате испытания Клуб имеет право до истечения срока испытания расторгнуть контракт с хоккеистом, предупредив его об этом в письменной форме не позднее, чем за три дня с указанием причин, послуживших основанием для признания этого хоккеиста не выдержавшим испытание.

2.4. Если срок испытания истек, а Профессиональный хоккеист продолжает работу в соответствии с настоящим контрактом, он считается выдержавшим испытание. Положительный результат испытания, а также надлежащим образом оформленная лицензия Профессионального хоккеиста, выданная ПХЛ, является свидетельством наличия у Профессионального хоккеиста соответствующей профессиональной квалификации, устраивающей Клуб, с учетом того, что в соответствии с п.1.2 настоящего Контракта в дальнейшем устанавливается право Главного тренера, Генерального менеджера, Руководителя Клуба вновь оценивать уровень качества игры Профессионального хоккеиста.

## 3. ОБЯЗАННОСТИ СТОРОН

Профессиональный хоккеист принимает на себя следующие обязательства:

3.1. Предоставить свои исключительные игровые услуги, знания, умение и навыки только Клубу, отработать установленный контрактом срок и не заключать никаких контрактов с другими хоккейными клубами и организациями Российской Федерации и за рубежом на все время действия настоящего контракта.

При этом Профессиональный хоккеист со всей ответственностью заявляет, что на момент подписания настоящего контракта не имеет никаких препятствий (в том числе оформленных в письменной форме) для его заключения и не имеется никаких обстоятельств и документов, которые могут сделать настоящий контракт недействительным после его подписания. Иные контракты и разного рода письменные обязательства с другими хоккейными клубами, организациями и их официальными представителями, как в Российской Федерации, так и за рубежом Профессиональный хоккеист может заключать и подписывать исключительно после освобождения от обязательств, предусмотренных настоящим контрактом.

Профессиональный хоккеист также заявляет и гарантирует, что он не находится под запретом на выступления ни в какой Национальной федерации

---

³ Срок испытания не может превышать трех месяцев.
Испытание при приеме на работу не устанавливается для лиц, не достигших возраста восемнадцати лет.

Клуб _____    Профессиональный хоккеист _____

Oct 07 2005 10:06AM    p.9
07/18/2005  16:48  +7-095-213-13-84    HC "DYNAMO"    PAGE 04

(ассоциации) или Лиге, полностью выполнил все свои обязательства и обязанности перед своим предыдущим клубом и нет никакой причины, почему ему не должна быть выдана трансферная карта Национальной федерации (ассоциации) и разрешение на работу.

3.2. Не играть ни за какую другую команду и не принимать участие в других спортивных мероприятиях без письменного разрешения Клуба.

3.3. Неукоснительно соблюдать Устав Клуба, Федерации хоккея России, Профессиональной хоккейной лиги, Международной федерации хоккея (ИИХФ) и требования настоящего контракта, включая правила по переходу в другие клубы России и клубы других стран, а также решения уполномоченных органов ФХР и ПХЛ при разрешении споров и быть юридически связанным Регламентом проведения соревнований ПХЛ и ФХР, локальные нормативные акты, содержащие нормы трудового права, принимаемые Клубом как работодателем.

3.4. Принимать участие в официальных соревнованиях ПХЛ только при наличии лицензии профессионального хоккеиста, порядок получения которой и правовые последствия ее отсутствия определяются специальным локальным нормативным актом ПХЛ.

3.5. Играть за Клуб в качестве хоккеиста но всех хоккейных матчах, проводимых Клубом, включая показательные матчи, матчи «Всех звезд» и международные игры за свою страну, на которые в установленном порядке получил вызов.

3.6. Не пользоваться услугами представителей (агентов), не имеющих официальную лицензию ПХЛ.

3.7. Выполнять все требования руководства Клуба и тренерского состава, касающиеся профессиональной учебы, тренировок и игровой практики. Постоянно проявлять надлежащую заботу о необходимости поддержания высокого стандарта физической формы и не заниматься в свободное время любым видом спорта или тренировкой, если это может повредить и/или подвергнуть опасности физическое состояние хоккеиста или иначе затронуть способность играть в хоккей.

3.8. Не нарушать условий, указанных в любом страховом полисе, оформленном в пользу Профессионального хоккеиста или в пользу Клуба, содержание которого было доведено до сведения Профессионального хоккеиста, а также не заниматься никакой деятельностью или времяпрепровождением, которые в соответствии с условиями такого полиса могут лишить его силы.

3.9. Принимать участие в поездках по стране и за рубежом, принимать безоговорочно маршруты и транспортные средства, предложенные Клубом.

3.10. В связи с изменениями в организации командной игры Клуба, оказывать игровые услуги другому хоккейному клубу без расторжения данного контракта. Основанием такого перемещения является переуступка прав на

Клуб _____    Профессиональный хоккеист _____

услуги Профессионального хоккеиста другому клубу.

3.11. Постоянно находиться в оптимальной спортивной форме на протяжении всего хоккейного сезона и быть готовым выступать во всех матчах, проводимых Клубом.

3.12. В целях поддержания высокой спортивной формы для выполнения своих обязанностей по настоящему контракту Профессиональный хоккеист обязуется являться на тренировочные занятия в назначенные руководством команды день и время.

3.13. Присутствовать на всех медицинских освидетельствованиях и восстановительных мероприятиях, организуемых Клубом.

3.14. Вести себя на и за пределами хоккейной площадки в соответствии с высокими требованиями честности, морали, справедливой игры и спортивных отношений и воздерживаться от нанесения ущерба Клубу, ФХР, ПХЛ и профессиональному хоккею в целом.

3.15. Продолжать регулярные занятия (тренировки), если временно не сможет участвовать в играх и если его коснется временная дисквалификация.

3.16. Не принимать без предварительного письменного разрешения врача Клуба любые наркотические, анаболические, сильнодействующие или стимулирующие медицинские препараты и пищевые добавки. Профессиональный хоккеист настоящим признает, что в случае его дисквалификации, последовавшей в результате приема любых медицинских препаратов или пищевых добавок без предварительного письменного разрешения врача Клуба, или в случае ухудшения состояния его здоровья, последовавшего в результате приема таких препаратов или пищевых добавок, он за свой счет будет обязан возместить Клубу связанные с этим убытки. Кроме того, в случае такой дисквалификации или ухудшения состояния здоровья Профессионального хоккеиста, подтвержденного медицинским заключением, Клуб будет вправе расторгнуть настоящий контракт на основание п.3 ст.81 ТК РФ.

3.17. Сохранять в тайне в течение всего времени действия настоящего контракта и 5 лет после его расторжения ставшие ему известными во время работы в Клубе следующие данные, являющиеся коммерческой тайной:
— имеющуюся в Клубе специальную и юридическую документацию, в том числе бухгалтерскую и статистическую;
— сведения, связанные с финансовыми операциями как самого Клуба, так и его деловых партнеров;
— сведения, связанные с выполнением непосредственно своих обязанностей, в том числе и размер установленного денежного вознаграждения;
— сведения, связанные с деятельностью Клуба и его партнеров, о проводимых ими коммерческих, юридических, научных разработках, являющихся собственностью Клуба.

3.18. Не получать самому или через своих родственников и доверенных

Клуб _____            Профессиональный хоккеист _____

лиц никаких денежных вознаграждений или имущественных выгод от любых граждан или организаций за достижение победы в матчах неспортивным методом или попытку иным образом повлиять на исход какой-либо конкретной встречи или серии игр и о подобных фактах незамедлительно сообщать Главному тренеру, Менеджеру или Руководителю Клуба.

3.19. Без письменного согласия Клуба не заключать самостоятельно или через третьих лиц любые спонсорские, промоутерские или рекламные соглашения.

3.20. Передать Клубу на период действия настоящего Контракта все права на использование своего изображения и имени в рекламных целях, если иное не установлено дополнительным соглашением.

3.21. Профессиональный хоккеист и его родители, опекун или попечитель заявляют и соглашаются в том, что они выполнят в случае необходимости все требования Клуба и/или Суда и подпишут все документы и появятся, если потребуется, в соответствующем российском Суде для объявления Профессионального хоккеиста эмансипированным. При этом они заявляют, что действуют согласно желанию Профессионального хоккеиста и своей свободной воле, и имели полную возможность до подписания настоящего контракта обсудить все его условия и обязательства с юристами, психологами, личными представителями и агентами.

3.22. Воздерживаться в течение срока действия настоящего контракта (с учетом любого возможного продления срока его действия) в своих публичных и частных выступлениях от любой критики в адрес Клуба, его должностных лиц и других Профессиональных хоккеистов, работающих в Клубе.

3.23. Не нарушать прав Клуба на интеллектуальную собственность.

**Клуб обязан:**

3.24. Соблюдать законы и иные нормативные правовые акты, локальные нормативные акты, условия настоящего Контракта.

3.25. Создать необходимые условия для успешного выполнения Профессиональным хоккеистом своих профессиональных обязанностей.

3.26. Своевременно и в полном объеме выплачивать заработную плату в соответствии с системой оплаты, установленной в Клубе, и настоящим контрактом. На период временной нетрудоспособности Профессиональному хоккеисту выплачивается пособие в размере и на условиях, предусмотренных действующим законодательством Российской Федерации.

3.27. Предоставлять Профессиональному хоккеисту ежегодный основной оплачиваемый отпуск продолжительностью 28 календарных дней. Оплата отпуска производится не позднее, чем за три дня до его начала.[4]

---

[4] Ежегодный основной оплачиваемый отпуск Профессиональным хоккеистам в возрасте до 18 лет предоставляется продолжительностью 31 календарный день.

Клуб _____     Профессиональный хоккеист _____

Association of Translators and Interpreters of Ontario
Certified Translator
5
atio
Mark Vaintroub
2653

Профессиональному хоккеисту предоставляется ежегодный дополнительный оплачиваемый отпуск продолжительностью три календарных дня.

3.28. Обеспечить Профессиональному хоккеисту условия труда, отвечающие требованиям безопасности и гигиены, в том числе предоставлять необходимую спортивную одежду и спортивный инвентарь в соответствии с установленными в Клубе нормативами.

3.29. Создавать необходимые и достаточные условия для проживания и питания Профессионального хоккеиста в учебно-тренировочные и игровые периоды вне его постоянного места жительства.

3.30. Обеспечить обязательное медицинское и социальное страхование Профессионального хоккеиста при утрате трудоспособности, по возрасту и в иных установленных Законом случаях.

3.31. При заключении контракта в недельный срок Клуб обязан провести полное медицинское освидетельствование Профессионального хоккеиста для определения его пригодности для выполнения предстоящей работы. После прохождения медицинского обследования Клубом составляется медицинское заключение о состоянии здоровья Профессионального хоккеиста. Фактический допуск Профессионального хоккеиста к работе, после подписания настоящего контракта, является подтверждением того, что он здоров на момент подписания контракта, прошел полное углубленное медицинское освидетельствование в данном Клубе и годен для выполнения условий настоящего контракта.

3.32. Являясь налоговым агентом Профессионального хоккеиста в соответствии с законодательством Российской Федерации, своевременно и полностью исчислять, удерживать и перечислять в соответствующие бюджеты все налоги и сборы.

Ознакомить Профессионального хоккеиста с документами ИИХФ, ФХР, ПХЛ и Клуба, на которые содержится ссылка в настоящем контракте, а также с применимыми лично к нему страховыми полисами, предоставить ему по его письменному запросу их копии, а также предоставить ему все без исключения последующие дополнения к вышеуказанным документам.

3.33. Клуб обязан без требований какой-либо компенсации отпустить Профессионального хоккеиста для тренировок и выступлений за национальную сборную команду на международном соревновании без потери заработка или льгот, когда хоккеист приглашается ФХР представлять свою Страну в соответствии с Правилами ФХР и ИИХФ.

Несмотря на вышеизложенное, Клуб имеет право отказаться отпустить Профессионального хоккеиста для выступлений за национальную сборную, как предусмотрено Правилами ФХР и ИИХФ, когда по заключению независимого медицинского совета Профессиональный хоккеист является нетрудоспособным.

Клуб _____    Профессиональный хоккеист _____

Oct 07 2005 10:07AM                                                              p.13
07/10/2005  16:48   +7-095-213-13-04        HC "DYNAMO"                    PAGE  08

## 4. СУММА КОНТРАКТА

4.1. За выполнение предусмотренных данным контрактом обязательств, Клуб выплачивает Профессиональному хоккеисту заработную плату в размере¹.

Заработная плата выплачивается не реже, чем каждые полмесяца, в день, установленный администрацией Клуба².

4.2. Клуб может выплачивать Профессиональному хоккеисту премии в зависимости от оценки его игры, осуществляемой Главным тренером. Выплата таких премий осуществляется по усмотрению Руководителя Клуба в дополнение к заработной плате Профессионального хоккеиста, выплачиваемой на основании п. 4.1 настоящего Контракта.

4.3. В случае направления Профессионального хоккеиста в другой хоккейный Клуб без расторжения данного контракта, Профессиональный хоккеист будет получать вознаграждение не менее ___% от установленного п. 4.1. Контракта. Источник выплат устанавливается Клубом.

4.4. При заключении контракта Профессиональному хоккеисту выплачивается единовременное пособие в размере ___ рублей.

4.5. При досрочном расторжении настоящего контракта по инициативе Клуба, Профессиональному хоккеисту выплачивается 25% от невыплаченной суммы заработной платы, независимо от дальнейшего трудоустройства Профессионального хоккеиста.

4.6. При нарушении Клубом установленного срока выплаты заработной платы, оплаты отпуска, выплат при увольнении и других выплат, причитающихся Профессиональному хоккеисту, Клуб обязан выплатить их с уплатой процентов (денежной компенсации) в размере и на условиях, предусмотренных действующим трудовым законодательством Российской Федерации.

## 5. РАСТОРЖЕНИЕ КОНТРАКТА

Контракт расторгается с истечением срока его действия, по соглашению сторон, а также в иных случаях, предусмотренных Трудовым кодексом Российской Федерации с учетом особенностей, предусмотренных Федеральным законом «О физической культуре и спорте в Российской Федерации» от 29 апреля 1999г. № 80-ФЗ и локальными нормативными актами, содержащими нормы трудового права, принятыми Клубом.

## 6. РАЗРЕШЕНИЕ СПОРОВ

¹ Размер и условия выплаты заработной платы, а также вся система оплаты труда Профессионального хоккеиста устанавливаются приложениями к настоящему контракту

Клуб _____        Профессиональный хоккеист _____

6.1. Индивидуальные трудовые споры – неурегулированные разногласия между Клубом и Профессиональным хоккеистом – рассматриваются в Арбитражном комитете ФХР и ПХЛ и стороны настоящего контракта соглашаются на исключительную юрисдикцию вышеуказанного Арбитража и обязуются в добровольном порядке исполнить его решение.

При этом Профессиональный хоккеист и Клуб согласны в том, что решения указанного Арбитража признаются во всем мире на основании Нью-Йоркской конвенции 1958 г. «О признании и приведении в исполнение иностранных арбитражных решений».

6.3. Все споры, разногласия или требования, возникшие из настоящего контракта или в связи с ним, в том числе касающиеся его исполнения, нарушения, прекращения или недействительности, подлежат рассмотрению исключительно на основании законодательства Российской Федерации.

6.4. В случае, если Профессиональный хоккеист переходит в любой другой Клуб, включая иностранный Клуб, без письменного разрешения Клуба, то Профессиональный хоккеист соглашается, что решение Арбитражного комитета ФХР и ПХЛ, запрещающее Профессиональному хоккеисту выступать за любой другой Клуб, включая иностранный Клуб, имеет полную силу в России и любой другой стране и Профессиональный хоккеист соглашается не опротестовывать решение Арбитражного комитета, запрещающее Профессиональному хоккеисту выступать за любой другой Клуб, включая иностранный Клуб.

6.5. Клуб и Профессиональный хоккеист соглашаются в том, что услуги, предоставленные Профессиональным хоккеистом по настоящему контракту, уникальны, неоценимы и не могут быть адекватно возмещены Клубу, поэтому Клуб имеет право на требование и получение через соответствующие инстанции ИИХФ, ФХР, ПХЛ запрещения для Профессионального хоккеиста выступать за любой другой клуб Российской Федерации или любой другой страны. Данные условия никаким образом не ограничивают права Клуба на выставление любых других претензий Профессиональному хоккеисту.

## 7. ОСОБЫЕ УСЛОВИЯ КОНТРАКТА

7.1. Профессиональный хоккеист и Клуб соглашаются в том, что настоящий контракт направляется и регистрируется в ПХЛ в установленном Регламентом проведения соревнований порядке, а также в том, что Профессиональный хоккеист обязан получить освобождение от исполнения обязательств по настоящему контракту, прежде чем он сможет предложить свои хоккейные игровые услуги любому другому Клубу, иным юридическим и физическим лицам в Российской Федерации и за её пределами.

Клуб _____        Профессиональный хоккеист _____

Association of Translators and Interpreters of Ontario
Certified Translator
atio
Mark Vaintroub
2653

7.2. Профессиональный хоккеист признает, что несмотря на его собственные уникальные навыки и способности, вклад Клуба в соответствии с данным контрактом, включая, но не только, заработную плату, иные денежные выплаты, использование помещений и оборудования, тренировки, возможность участвовать в соревнованиях в качестве члена команды и предоставленные услуги являются существенной частью в развитии хоккейных навыков и способностей хоккеиста, и что такой вклад является для него ценным в содействии карьере профессионального игрока в хоккей с шайбой.

7.3. В подготовительный и соревновательный периоды руководство Клуба имеет право устанавливать дополнительные разумные правила, регулирующие поведение и подготовку Профессионального хоккеиста, причем эти правила являются частью настоящего контракта в той же мере, как если бы они были включены в него.

7.4. В случае заболевания или несчастного случая Профессиональный хоккеист, если обстоятельства позволят это сделать, должен немедленно предупредить Главного тренера и врача команды, и в течение 24 часов предоставить медицинское свидетельство, подтверждающее противопоказания занятиям хоккеем, и явиться в Клуб для прохождения медицинского обследования под контролем врача Клуба.

7.5. Если Профессиональный хоккеист получает травму в ходе игры, при переездах с командой, командировках от Клуба, а также на тренировочных занятиях, Клуб оплачивает ему в установленном порядке госпитализацию, вплоть до выписки, при условии, что больница и врач определены Клубом.

7.6. Если Профессиональный хоккеист нездоров и не сможет больше играть по причине травмы, полученной в ходе выполнения обязанностей Профессионального хоккеиста, контракт не может быть расторгнут Клубом до восстановления трудоспособности или установления группы инвалидности.

7.7. Клуб вправе ставить вопрос перед ФХР и ПХЛ о дисквалификации и лишении лицензии Профессионального хоккеиста за нарушение условий настоящего контракта и Регламента соревнований. В случае наступления дисквалификации на срок более одного месяца Клуб вправе расторгнуть контракт.

7.8. Клуб имеет право заключить с Профессиональным хоккеистом, которого принимает на работу, ученический договор (применительно к Главе 32 Трудового кодекса РФ).

Данный договор будет являться гражданско-правовым и регулироваться гражданским законодательством.

7.9. Профессиональный хоккеист соглашается с тем, что не имеет права уклониться от заключения ученического договора, так как профессиональное обучение, повышение квалификации, совершенствование мастерства – есть неотъемлемая часть основных обязанностей Профессионального хоккеиста, принятых на себя по настоящему контракту.

Клуб _____    Профессиональный хоккеист _____

Association of Translators and Interpreters of Ontario
Certified Translator
atio
Mark Vaintroub
2653

7.10. В случае окончательной потери трудоспособности Профессионального хоккеиста по данному виду деятельности в результате исполнения им обязанностей по настоящему контракту, Клуб выплачивает Профессиональному хоккеисту в течение месяца единовременную компенсацию в размере 50% от годовой суммы контракта (суммы заработной платы за соответствующий год), установленной данным контрактом или приложениями к нему.

7.11. В случае смерти Профессионального хоккеиста в результате исполнения им обязанностей по настоящему контракту, Клуб выплачивает его семье в течение месяца единовременную компенсацию в размере полной годовой суммы контракта (сумму заработной платы за соответствующий год), установленной данным контрактом или приложениями к нему.

7.12. Клуб не несет обязательств по лечению, если Профессиональный хоккеист получил травму в результате действий или бездействия, не связанных с его обязанностями и обязательствами как хоккеиста.

## 8. ЗАКЛЮЧИТЕЛЬНЫЕ ПОЛОЖЕНИЯ

8.1. После завершения очередного хоккейного сезона условия настоящего контракта могут быть пересмотрены по обоюдному письменному согласию сторон.

8.2. Профессиональный хоккеист и Клуб признают, что ФХР, ПХЛ и ИИХФ в свою очередь признают действительность настоящих пунктов контракта.

Профессиональный хоккеист заверяет, что у него была возможность изучить все документы, указанные в п. 3.3 и п. 3.29 настоящего контракта, до его заключения.

8.3. В части регулирования трудовых отношений контракт вступает в силу с момента его подписания сторонами.

В части регулирования иных отношений, вытекающих из локальных нормативных актов ИИХФ, ФХР и ПХЛ, контракт вступает в силу с момента его регистрации в ПХЛ.

8.4. Контракт составлен в трех экземплярах, которые хранятся по одному у обеих сторон, в ПХЛ, и имеют одинаковую юридическую силу.

После прочтения настоящего контракта Клуб и Игрок соглашаются в том, что все условия и обязательства контракта, а также их трактовка им в полном объеме приняты. Все участники контракта имели полную возможность до его подписания обсудить все условия и обязательства со своими юристами, врачами, агентами, иными представителями и контракт подписывается при свободном волеизъявлении сторон.

### АДРЕСА И ПОДПИСИ СТОРОН:

| КЛУБ | ПРОФЕССИОНАЛЬНЫЙ ХОККЕИСТ |
|---|---|
| Адрес: 125167 г. Москва, Ленинградский пр-т, д.36 | Овечкин Александр Михайлович 17 сентября 1985 года рождения |

Клуб _____    Профессиональный хоккеист _____

Association of Translators and Interpreters of Ontario
Certified Translator
10
atio
Mark Vaintroub
2653

ИНН _____                    Паспорт серия 45 01 824237, выдан ОВД
       _____                 "Росткино" г. Москвы  30.01. 2002г.
       _____                 Адрес: г. Москва, ул. Сельскохозяйственная
       _____                 д. 18 кор. 4 кв. 188
                                        Профессиональный хоккеист
Президент Клуба
                      /Харчук А.Г./                          _____ /Овечкин А.М./


Клуб _____          Профессиональный хоккеист _____

