Oct 07 2005 10:08AM                                                    p.18
07/10/2005  15:48    +7-095-213-13-04        HC "DYNAMO"              PAGE  13

1

# КОНТРАКТ ПРОФЕССИОНАЛЬНОГО ХОККЕИСТА

### Вниманию Профессионального хоккеиста!

Прежде чем подписывать контракт, Вы должны внимательно изучить его, чтобы быть уверенным, что все условия и обязательства, оговоренные ранее, включены в контракт и его содержание и трактовка Вам понятны.

## КОНТРАКТ ПРОФЕССИОНАЛЬНОГО ХОККЕИСТА
### Клуба Суперлиги ПХЛ
### (срочный трудовой договор)

РОО Хоккейный Клуб «Динамо», именуемый в дальнейшем «Клуб», в лице президента Харчука Анатолия Георгиевича, в лице действующего на основании Устава Клуба, с одной стороны, и гражданин
именуемый в дальнейшем «Профессиональный хоккеист», с другой стороны, руководствуясь достигнутым соглашением, заключили настоящий контракт о нижеследующем:

## 1. ПРЕДМЕТ КОНТРАКТА

1.1. Правовое регулирование и оформление взаимоотношений Профессионального хоккеиста и Клуба.

1.2. Профессиональный хоккеист принимается на работу в Клуб в качестве игрока в хоккей первой команды Клуба, а Клуб обязуется выплачивать Профессиональному хоккеисту заработную плату и обеспечивать условия труда, предусмотренные законодательством о труде, физической культуре и спорте и соглашением сторон. При этом профессиональный хоккеист соглашается с тем, что при снижении уровня мастерства, которое определяется исключительно по заключению Главного тренера или Генерального менеджера, по решению Руководителя Клуба, он может быть переведен для работы во вторую команду Клуба без дополнительного письменного согласия.

1.3. Профессиональный спортсмен и Клуб соглашаются с тем, что трудовые отношения не могут быть установлены на неопределенный срок в связи с характером предстоящей работы и условиями ее выполнения, поэтому заключаемый контракт является срочным.[1]

---

[1] Заключение контракта допускается с лицами, достигшими возраста шестнадцати лет.
В случаях получения основного общего образования, контракт могут заключить лица, достигшие возраста пятнадцати лет.

Клуб _____          *Профессиональный хоккеист* _____

[Seal: Association of Translators and Interpreters of Ontario — Certified Translator — atio — Mark Vaintroub — 2653]

Oct 07 2005 10:09AM                                                                    P.19
07/15/2005  16:40   +7-095-213-13-04        HO "DYNAMO"                      PAGE  14

2

## 2. СРОК ДЕЙСТВИЯ КОНТРАКТА

2.1. Срок действия контракта___ (___) лет/года.[2]
Начало:  _/_/_  г.  Окончание:  _/_/_  г.

2.2. По соглашению сторон устанавливается испытание при приеме на работу сроком - без испытательного срока[3].

2.3. При неудовлетворительном результате испытания Клуб имеет право до истечения срока испытания расторгнуть контракт с хоккеистом, предупредив его об этом в письменной форме не позднее, чем за три дня с указанием причин, послуживших основанием для признания этого хоккеиста не выдержавшим испытание.

2.4. Если срок испытания истек, а Профессиональный хоккеист продолжает работу в соответствии с настоящим контрактом, он считается выдержавшим испытание. Положительный результат испытания, а также надлежащим образом оформленная лицензия Профессионального хоккеиста, выданная ПХЛ, является свидетельством наличия у Профессионального хоккеиста соответствующей профессиональной квалификации, устраивающей Клуб, с учетом того, что в соответствии с п.1.2 настоящего Контракта в дальнейшем устанавливается право Главного тренера, Генерального менеджера, Руководителя Клуба вновь оценивать уровень качества игры Профессионального хоккеиста.

## 3. ОБЯЗАННОСТИ СТОРОН

Профессиональный хоккеист принимает на себя следующие обязательства:

3.1. Предоставить свои исключительные игровые услуги, звания, умение и навыки только Клубу, отработать установленный контрактом срок и не заключать никаких контрактов с другими хоккейными клубами и организациями Российской Федерации и за рубежом на все время действия настоящего контракта.

При этом Профессиональный хоккеист со всей ответственностью заявляет, что на момент подписания настоящего контракта не имеет никаких препятствий (в том числе оформленных в письменной форме) для его заключения и не имеется никаких обстоятельств и документов, которые могут сделать настоящий контракт недействительным после его подписания. Иные контракты и разного рода письменные обязательства с другими хоккейными клубами, организациями и их официальными представителями, как в Российской Федерации, так и за рубежом Профессиональный хоккеист

[2] Срок контракта не может превышать шести лет.
[3] Срок испытания не может превышать трех месяцев.
Исключение при приеме на работу не устанавливается для лиц, не достигших возраста восемнадцати лет.

Клуб_____         *Профессиональный хоккеист*_____



3

может заключать и подписывать исключительно после освобождения от обязательств, предусмотренных настоящим контрактом.

Профессиональный хоккеист также заявляет и гарантирует, что он не находится под запретом на выступления ни в какой Национальной федерации (ассоциации) или Лиге, полностью выполнил все свои обязательства и обязанности перед своим предыдущим клубом и нет никакой причины, почему ему не должна быть выдана трансферная карта Национальной федерации (ассоциации) и разрешение на работу.

3.2. Не играть ни за какую другую команду и не принимать участие в других спортивных мероприятиях без письменного разрешения Клуба.

3.3. Неукоснительно соблюдать Устав Клуба, Федерации хоккея России, Профессиональной хоккейной лиги, Международной федерации хоккея (ИИХФ) и требования настоящего контракта, включая правила по переходу в другие клубы России и клубы других стран, а также решения уполномоченных органов ФХР и ПХЛ при разрешении споров и быть юридически связанным Регламентом проведения соревнований ПХЛ и ФХР, локальные нормативные акты, содержащие нормы трудового права, принимаемые Клубом как работодателем.

3.4. Принимать участие в официальных соревнованиях ПХЛ только при наличии лицензии профессионального хоккеиста, порядок получения которой и правовые последствия ее отсутствия определяются специальным локальным нормативным актом ПХЛ.

3.5. Играть за Клуб в качестве хоккеиста во всех хоккейных матчах, проводимых Клубом, включая показательные матчи, матчи «Всех звезд» и международные игры за свою страну, на которые в установленном порядке получил вызов.

3.6. Не пользоваться услугами представителей (агентов), не имеющих официальную лицензию ПХЛ.

3.7. Выполнять все требования руководства Клуба и тренерского состава, касающиеся профессиональной учебы, тренировок и игровой практики.

Постоянно проявлять надлежащую заботу о необходимости поддержания высокого стандарта физической формы и не заниматься в свободное время любым видом спорта или тренировкой, если это может повредить и/или подвергнуть опасности физическое состояние хоккеиста или иначе затронуть способность играть в хоккей.

3.8. Не нарушать условий, указанных в любом страховом полисе, оформленном в пользу Профессионального хоккеиста или в пользу Клуба, содержание которого было доведено до сведения Профессионального хоккеиста, а также не заниматься никакой деятельностью или времяпрепровождением, которые в соответствии с условиями такого полиса могут лишить его силы.

Клуб _____            Профессиональный хоккеист _____

atio
Certified Translator
Mark Vaintroub
2653

4

3.9. Принимать участие в поездках по стране и за рубежом, принимать безоговорочно маршруты и транспортные средства, предложенные Клубом.

3.10. В связи с изменениями в организации командной игры Клуба, оказывать игровые услуги другому хоккейному клубу без расторжения данного контракта. Основанием такого перемещения является переуступка прав на услуги Профессионального хоккеиста другому клубу.

3.11. Постоянно находиться в оптимальной спортивной форме на протяжении всего хоккейного сезона и быть готовым выступать во всех матчах, проводимых Клубом.

3.12. В целях поддержания высокой спортивной формы для выполнения своих обязанностей по настоящему контракту Профессиональный хоккеист обязуется являться на тренировочные занятия в назначенные руководством команды день и время.

3.13. Присутствовать на всех медицинских освидетельствованиях и восстановительных мероприятиях, организуемых Клубом.

3.14. Вести себя на и за пределами хоккейной площадки в соответствии с высокими требованиями честности, морали, справедливой игры и спортивных отношений и воздерживаться от нанесения ущерба Клубу, ФХР, ПХЛ и профессиональному хоккею в целом.

3.15. Продолжать регулярные занятия (тренировки), если временно не сможет участвовать в играх и если его коснется временная дисквалификация.

3.16. Не принимать без предварительного письменного разрешения врача Клуба любые наркотические, анаболические, сильнодействующие или стимулирующие медицинские препараты и пищевые добавки. Профессиональной хоккеист настоящим признает, что в случае его дисквалификации, последовавшей в результате приема любых медицинских препаратов или пищевых добавок без предварительного письменного разрешения врача Клуба, или в случае ухудшения состояния его здоровья, последовавшего в результате приема таких препаратов или пищевых добавок, он за свой счет будет обязан возместить Клубу связанные с этим убытки. Кроме того, в случае такой дисквалификации или ухудшения состояния здоровья Профессионального хоккеиста, подтвержденного медицинским заключением, Клуб будет вправе расторгнуть настоящий контракт на основание п.3 ст.81 ТК РФ.

3.17. Сохранять в тайне в течение всего времени действия настоящего контракта и 5 лет после его расторжения ставшие ему известными во время работы в Клубе следующие данные, являющиеся коммерческой тайной:
— имеющуюся в Клубе специальную и юридическую документацию, в том числе бухгалтерскую и статистическую;
— сведения, связанные с финансовыми операциями как самого Клуба, так и его деловых партнеров;
— сведения, связанные с выполнением непосредственно своих

Клуб_____          Профессиональный хоккеист_____

Certified Translator of Ontario
atio
Mark Vaintroub
2653

5

обязанностей, в том числе и размер установленного денежного вознаграждения;

— сведения, связанные с деятельностью Клуба и его партнеров, о проводимых ими коммерческих, юридических, научных разработках, являющихся собственностью Клуба.

3.18. Не получать самому или через своих родственников и доверенных лиц никаких денежных вознаграждений или имущественных выгод от любых граждан или организаций за достижение победы в матчах неспортивным методом или попытку иным образом повлиять на исход какой-либо конкретной встречи или серии игр и о подобных фактах незамедлительно сообщать Главному тренеру, Менеджеру или Руководителю Клуба.

3.19. Без письменного согласия Клуба не заключать самостоятельно или через третьих лиц любые спонсорские, промоутерские или рекламные соглашения.

3.20. Передать Клубу на период действия настоящего Контракта все права на использование своего изображения и имени в рекламных целях, если иное не установлено дополнительным соглашением.

3.21. Профессиональный хоккеист и его родители, опекун или попечитель заявляют и соглашаются в том, что они выполнят в случае необходимости все требования Клуба и/или Суда и подпишут все документы и явятся, если потребуется, в соответствующем российском Суде для объявления Профессионального хоккеиста эмансипированным. При этом они заявляют, что действуют согласно желанию Профессионального хоккеиста и своей свободной воле, и имели полную возможность до подписания настоящего контракта обсудить все его условия и обязательства с юристами, психологами, личными представителями и агентами.

3.22. Воздерживаться в течение срока действия настоящего контракта (с учетом любого возможного продления срока его действия) в своих публичных и частных выступлениях от любой критики в адрес Клуба, его должностных лиц и других Профессиональных хоккеистов, работающих в Клубе.

3.23. Не нарушать прав Клуба на интеллектуальную собственность.

**Клуб обязан:**

3.24. Соблюдать законы и иные нормативные правовые акты, локальные нормативные акты, условия настоящего Контракта.

3.25. Создать необходимые условия для успешного выполнения Профессиональным хоккеистом своих профессиональных обязанностей.

3.26. Своевременно и в полном объеме выплачивать заработную плату в соответствии с системой оплаты, установленной в Клубе, и настоящим контрактом. На период временной нетрудоспособности Профессиональному хоккеисту выплачивается пособие в размере и на условиях, предусмотренных

Клуб_____          Профессиональный хоккеист_____

Association of Translators and Interpreters of Ontario
Certified Translator
atio
Mark Vaintroub
2653

Oct 07 2005 10:10AM    p.23
07/18/2005  16:40  +7-895-213-13-84    НБ "DYNAMO"    PAGE  18

6

действующим законодательством Российской Федерации.

3.27.  Предоставлять  Профессиональному  хоккеисту  ежегодный основной оплачиваемый отпуск продолжительностью 28 календарных дней. Оплата отпуска производится не позднее, чем за три дня до его начала.[4]

Профессиональному  хоккеисту  предоставляется  ежегодный дополнительный  оплачиваемый  отпуск  продолжительностью  три календарных дня.

3.28.  Обеспечить  Профессиональному  хоккеисту  условия  труда, отвечающие  требованиям  безопасности  и  гигиены,  в  том  числе предоставлять необходимую спортивную одежду и спортивный инвентарь в соответствии с установленными в Клубе нормативами.

3.29. Создавать необходимые и достаточные условия для проживания и питания Профессионального хоккеиста в учебно-тренировочные и игровые периоды вне его постоянного места жительства.

3.30. Обеспечить обязательное медицинское и социальное страхование Профессионального хоккеиста при утрате трудоспособности, по возрасту и в иных установленных Законом случаях.

3.31. При заключении контракта в недельный срок Клуб обязан провести полное медицинское освидетельствование Профессионального хоккеиста для определения его пригодности для выполнения предстоящей работы.  После  прохождения  медицинского  обследования  Клубом составляется  медицинское  заключение  о  состоянии  здоровья Профессионального хоккеиста. Фактический допуск Профессионального хоккеиста к работе, после подписания настоящего контракта, является подтверждением того, что он здоров на момент подписания контракта, прошел полное углубленное медицинское освидетельствование в данном Клубе и готов для выполнения условий настоящего контракта.

3.32. Являясь налоговым агентом Профессионального хоккеиста в соответствии с законодательством Российской Федерации, своевременно и полностью исчислять, удерживать и перечислять в соответствующие бюджеты все налоги и сборы.

Ознакомить Профессионального хоккеиста с документами ИИХФ, ФХР, ПХЛ и Клуба, на которые содержатся ссылки в настоящем контракте, а также с применимыми лично к нему страховыми полисами, предоставить ему по его письменному запросу их копии, а также предоставить ему все без исключения последующие дополнения к вышеуказанным документам.

3.33. Клуб обязан без требований какой-либо компенсации отпустить Профессионального  хоккеиста  для  тренировок  и  выступлений  за национальную сборную команду на международном соревновании без

---

[4] Ежегодный основной оплачиваемый отпуск Профессиональным хоккеистам в возрасте до 18 лет предоставляется продолжительностью 31 календарный день.

Клуб_____    Профессиональный хоккеист_____

Association of Translators and Interpreters of Ontario
Certified Translator
atio
Mark Vaintroub
2653

7

потери заработка или льгот, когда хоккеист приглашается ФХР представлять свою Страну в соответствии с Правилами ФХР и ИИХФ.

Несмотря на вышеизложенное, Клуб имеет право отказаться отпустить Профессионального хоккеиста для выступлений за национальную сборную, как предусмотрено Правилами ФХР и ИИХФ, когда по заключению независимого медицинского совета Профессиональный хоккеист является нетрудоспособным.

## 4. СУММА КОНТРАКТА

4.1. За выполнение предусмотренных данным контрактом обязательств, Клуб выплачивает Профессиональному хоккеисту заработную плату – согласно штатному расписанию.

Заработная плата выплачивается не реже, чем каждые полмесяца, в день, установленный администрацией Клуба[2].

4.2. Клуб может выплачивать Профессиональному хоккеисту премии в зависимости от оценки его игры, осуществляемой Главным тренером. Выплата таких премий осуществляется по усмотрению Руководителя Клуба в дополнение к заработной плате Профессионального хоккеиста, выплачиваемой на основании п. 4.1 настоящего Контракта.

4.3. Все выплаты по настоящему контракту, в том числе предусмотренные конфиденциальными приложениями или дополнениями к контракту, включают в себя индивидуальную надбавку за профессиональное мастерство как хоккеисту Суперлиги ПХЛ в размере 50%.

В случае, когда профессиональный хоккеист в силу снижения уровня профессионального мастерства по заключению Главного тренера или Генерального менеджера первой команды Клуба проводит менее 75% официальных игр Чемпионата России в месяц среди команд Суперлиги ПХЛ, по решению Руководителя Клуба индивидуальная надбавка за профессиональное мастерство не выплачивается.

4.4. В случае направления Профессионального хоккеиста в другой хоккейный Клуб без расторжения данного контракта, Профессиональный хоккеист будет получать вознаграждение не менее 100 % от установленного п. 4.1. Контракта. Источник выплат устанавливается Клубом.

4.5. При заключении контракта Профессиональному хоккеисту выплачивается единовременное пособие в размере _____ рублей.

4.6. При досрочном расторжении настоящего контракта Профессиональному хоккеисту выплачивается заработная плата за фактически проработанное время.

[2] Размер и условия выплаты заработной платы, а также все прочие выплаты труда Профессионального хоккеиста устанавливаются применяемыми к настоящему контракту.

*Клуб* _____            *Профессиональный хоккеист* _____

Association of Translators and Interpreters of Ontario
Certified Translator
atio
Mark Vaintroub
2653

Oct 07 2005 10:10AM

07/10/2005  16:48   +7-095-213-13-04        HC "DYNAMO"              PAGE  20      P.25

8

4.7. При нарушении Клубом установленного срока выплаты заработной платы, оплаты отпуска, выплат при увольнении и других выплат, причитающихся Профессиональному хоккеисту, Клуб обязан выплатить их с уплатой процентов (денежной компенсации) в размере и на условиях, предусмотренных действующим трудовым законодательством Российской Федерации.

## 5. РАСТОРЖЕНИЕ КОНТРАКТА

Контракт расторгается с истечением срока его действия, по соглашению сторон, а также в иных случаях, предусмотренных Трудовым кодексом Российской Федерации с учетом особенностей, предусмотренных Федеральным законом «О физической культуре и спорте в Российской Федерации» от 29 апреля 1999г. № 80-ФЗ и локальными нормативными актами, содержащими нормы трудового права, принятыми Клубом.

## 6. РАЗРЕШЕНИЕ СПОРОВ

6.1.  Индивидуальные трудовые споры — неурегулированные разногласия между Клубом и Профессиональным хоккеистом — рассматриваются в Арбитражном комитете ФХР и ПХЛ и стороны настоящего контракта соглашаются на исключительную юрисдикцию вышеуказанного Арбитража и обязуются в добровольном порядке исполнить его решение.

При этом Профессиональный хоккеист и Клуб согласны в том, что решения указанного Арбитража признаются во всем мире на основании Нью-Йоркской конвенции 1958 г. «О признании и приведении в исполнение иностранных арбитражных решений».

6.3. Все споры, разногласия или требования, возникшие из настоящего контракта или в связи с ним, в том числе касающиеся его исполнения, нарушения, прекращения или недействительности, подлежат рассмотрению исключительно на основании законодательства Российской Федерации.

6.4. В случае, если Профессиональный хоккеист переходит в любой другой Клуб, включая иностранный Клуб, без письменного разрешения Клуба, то Профессиональный хоккеист соглашается, что решение Арбитражного комитета ФХР и ПХЛ, запрещающее Профессиональному хоккеисту выступать за любой другой Клуб, включая иностранный Клуб, имеет полную силу в России и любой другой стране и Профессиональный хоккеист соглашается не опротестовывать решение Арбитражного комитета, запрещающее Профессиональному хоккеисту выступать за любой другой Клуб, включая иностранный Клуб.

6.5. Клуб и Профессиональный хоккеист соглашаются в том, что услуги, предоставленные Профессиональным хоккеистом по настоящему контракту, уникальны, неоценимы и не могут быть адекватно возмещены

Клуб_____         Профессиональный хоккеист_____



9

Клубу, поэтому Клуб имеет право на требование и получение через соответствующие инстанции ИИХФ, ФХР, ПХЛ запрещения для Профессионального хоккеиста выступать за любой другой клуб Российской Федерации или любой другой страны. Данные условия никаким образом не ограничивают права Клуба на выставление любых других претензий Профессиональному хоккеисту.

## 7. ОСОБЫЕ УСЛОВИЯ КОНТРАКТА

7.1. Профессиональный хоккеист и Клуб соглашаются в том, что настоящий контракт направляется и регистрируется в ПХЛ в установленном Регламентом проведения соревнований порядке, а также в том, что Профессиональный хоккеист обязан получить освобождение от исполнения обязательств по настоящему контракту, прежде чем он сможет предложить свои хоккейные игровые услуги любому другому Клубу, иным юридическим и физическим лицам в Российской Федерации и за ее пределами.

7.2. Профессиональный хоккеист признает, что, несмотря на его собственные уникальные навыки и способности, вклад Клуба в соответствии с данным контрактом, включая, но не только, заработную плату, иные денежные выплаты, использование помещений и оборудования, тренировки, возможность участвовать в соревнованиях в качестве члена команды и предоставленные услуги являются существенной частью в развитии хоккейных навыков и способностей хоккеиста, и что такой вклад является для него ценным в содействии карьере профессионального игрока в хоккей с шайбой.

7.3. В подготовительный и соревновательный периоды руководство Клуба имеет право устанавливать дополнительные разумные правила, регулирующие поведение и подготовку Профессионального хоккеиста, причем эти правила являются частью настоящего контракта в той же мере, как если бы они были включены в него.

7.4. В случае заболевания или несчастного случая Профессиональный хоккеист, если обстоятельства позволят это сделать, должен немедленно предупредить Главного тренера и врача команды, и в течение 24 часов предоставить медицинское свидетельство, подтверждающее противопоказания занятием хоккеем, и явиться в Клуб для прохождения медицинского обследования под контролем врача Клуба.

7.5. Если Профессиональный хоккеист получает травму в ходе игры, при переездах с командой, командировках от Клуба, а также на тренировочных занятиях, Клуб оплачивает ему в установленном порядке госпитализацию, вплоть до выписки, при условии, что больница и врач определены Клубом.

*Клуб*_____        *Профессиональный хоккеист*_____

10

7.6. Если Профессиональный хоккеист нездоров и не сможет больше играть по причине травмы, полученной в ходе выполнения обязанностей Профессионального хоккеиста, контракт не может быть расторгнут Клубом до восстановления трудоспособности или установления группы инвалидности.

7.7. Клуб вправе ставить вопрос перед ФХР и ПХЛ о дисквалификации и лишении лицензии Профессионального хоккеиста за нарушение условий настоящего контракта и Регламента соревнований. В случае наступления дисквалификации на срок более одного месяца Клуб вправе расторгнуть контракт.

7.8. Клуб имеет право заключить с Профессиональным хоккеистом, которого принимает на работу, ученический договор (применительно к Главе 32 Трудового кодекса РФ).

Данный договор будет являться гражданско-правовым и регулироваться гражданским законодательством.

7.9. Профессиональный хоккеист соглашается с тем, что не имеет права уклониться от заключения ученического договора, так как профессиональное обучение, повышение квалификации, совершенствование мастерства — есть неотъемлемая часть основных обязанностей Профессионального хоккеиста, принятых на себя по настоящему контракту.

7.10. В случае окончательной потери трудоспособности Профессионального хоккеиста по данному виду деятельности в результате исполнения им обязанностей по настоящему контракту, Клуб выплачивает Профессиональному хоккеисту в течение месяца единовременную компенсацию в размере 50% от годовой суммы контракта (суммы заработной платы за соответствующий год), установленной данным контрактом или приложениями к нему.

7.11. В случае смерти Профессионального хоккеиста в результате исполнения им обязанностей по настоящему контракту, Клуб выплачивает его семье в течение месяца единовременную компенсацию в размере полной годовой суммы контракта (сумму заработной платы за соответствующий год), установленной данным контрактом или приложениями к нему.

7.12. Клуб не несет обязательств по лечению, если Профессиональный хоккеист получил травму в результате действий или бездействия, не связанных с его обязанностями и обязательствами как хоккеиста.

## 8. ЗАКЛЮЧИТЕЛЬНЫЕ ПОЛОЖЕНИЯ

8.1. После завершения очередного хоккейного сезона условия настоящего контракта могут быть пересмотрены по обоюдному письменному согласию сторон.

8.2. Профессиональный хоккеист и Клуб признают, что ФХР, ПХЛ,

Клуб_____          Профессиональный хоккеист_____

Oct 07 2005 10:19AM    p.2
07/10/2005 17:08    +7-895-213-13-04    HO "DYNAMO"    PAGE 01

# ПРИЛОЖЕНИЕ № 2



*Приложение 3*

## КОНТРАКТ ХОККЕИСТА, ПРАВИЛА ПЕРЕХОДОВ, АРЕНДЫ И УПЛАТЫ КОМПЕНСАЦИОННЫХ ВЫПЛАТ

### 1. Контракт хоккеиста.

1.1. Взаимоотношения профессионального хоккеиста с клубом регулируются контрактом. Контракт профессионального хоккеиста заключается на основе трудового законодательства РФ и норм локальных нормативных актов ФХР и ПХЛ.

1.2. Контракт профессионального хоккеиста заключается в письменной форме в соответствии с Типовым контрактом профессионального хоккеиста, утвержденным ПХЛ. Контракты, составленные в форме, отличной от типовой, к регистрации в ПХЛ не принимаются и спорные вопросы по ним не рассматриваются. Контракты, заключенные клубами:
- для Суперлиги   —   до 16 апреля 2004 года;
- для Высшей лиги   —   до 14 мая 2004 года,

имеют легитимную силу, если не противоречат требованиям локальных нормативных актов ФХР и ПХЛ.

1.3. Заключение контракта профессионального хоккеиста с профессиональным хоккейным клубом-членом ПХЛ допускается с хоккеистом, достигшим возраста  16 лет. В случаях получения основного общего образования, либо оставления, в соответствии с федеральным законом общеобразовательного учреждения, контракт могут заключать хоккеисты, достигшие возраста 15 лет. С согласия одного из родителей (опекуна, попечителя) и органа опеки и попечительства контракты могут заключать хоккеисты, достигшие возраста 14 лет.

1.4. Хоккеист, имеющий контракт учащегося ДЮСШ, а также выпускник ДЮСШ (контракт которого закончился) обязаны заключить первый контракт профессионального хоккеиста с тем профессиональным хоккейным клубом, в состав которого входит ДЮСШ, которую хоккеист закончил или в которой обучался последний год. При нарушении данного положения, по решению АК ФХР и ПХЛ, хоккеист может быть дисквалифицирован сроком не одного года.

1.5. Первый контракт (срочный трудовой договор) профессионального хоккеиста заключается между Клубом и хоккеистом на срок 5 лет.

После окончания срока такого контракта Клуб имеет преимущественное право, а хоккеист обязан заключить новый контракт на срок 3 года, если Клуб предложит хоккеисту в письменной форме:
- 30-ти процентную надбавку к его совокупному доходу за пятый последний год истекающего контракта (для СУПЕРЛИГИ);
- 10-ти процентную надбавку к его совокупному доходу за пятый последний год истекающего контракта, но не менее 30 000 (Тридцать тысяч) долларов США за год (для ВЫСШЕЙ ЛИГИ).

1.6. Срок действия контракта профессионального хоккеиста должен заканчиваться не позднее 30 апреля.

1.7. С хоккеистом не может быть расторгнут контракт менее чем за десять дней  до начала заявочной или дозаявочной кампании.

1.8. Срок действия контракта хоккеиста – гражданина другого государства (легионера)  не может превышать срока действия оформленной на него трансферной карты.

1.9. Хоккеисты, у которых закончился контракт подразделяются на три категории:

Категория «1». Хоккеисты, у которых закончился первый профессиональный контракт сроком на 5 лет, а так же хоккеисты, которые заключили после окончания срока этого контракта следующий 3-х летний контракт.

Категория «2». Хоккеисты, у которых закончился второй профессиональный контракт или не достигшие возраста 30 лет.

Категория «3». К ней относятся хоккеисты, достигшие возраста 30 лет, необремененные никакими обязательствами по отношению к своему бывшему Клубу, с которыми у них был заключен последний контракт. Такие хоккеисты вправе заключать любые контракты по своему усмотрению.

1.10. Клуб имеет преимущественное право на заключение нового контракта с хоккеистами, относящимися к Категории «2». В этом случае в течение 10 дней с момента окончания срока контракта Клуб имеет право предложить в письменной форме этому хоккеисту новый контракт и не менее чем 10% надбавкой, известив об этом в письменной форме ПХЛ.

Если хоккеист не соглашается на это предложение, он может заключить предварительный контракт (срочный трудовой договор с испытательным сроком в соответствии со ст. 70 и 71 ТК РФ) с любым другим Клубом. Его предыдущий Клуб имеет право повторить условия этого контракта. Если этого не происходит в течение 10 дней, предварительный контракт с новым клубом вступает в действие и имеет силу основного контракта.

Если хоккеист не получил предложения о надбавке 10% к предыдущему контракту, он автоматически переходит в Категорию «3».

Association of Translators and Interpreters of Ontario
Certified Translator
atio
Mark Vaintroub
2653

2

1.11. Предварительный контракт по форме должен соответствовать утверждаемому типовому контракту ПХЛ, где должна быть указана сумма контракта, либо к контракту должно прилагаться конфиденциальное приложение.

1.12. Клуб, предложивший хоккеисту предварительный контракт (новый Клуб игрока), обязан в 3-х дневный срок направить в предыдущий клуб этого хоккеиста копию предварительного контракта и конфиденциального соглашения и уведомить об этом в письменном виде Комитет по проведению соревнований ПХЛ. С момента получения предыдущим Клубом указанных документов начинается отсчет 10 дней, в течение которых Клуб обязан принять решение.

1.13. Хоккеисты, относящиеся к Категории «Б» обязаны урегулировать свои контрактные отношения с Клубом в срок не менее, чем за 10 дней до начала Чемпионата.

1.14. Контракты профессиональных хоккеистов составляются в трех экземплярах, подписываются постранично и регистрируются в ПХЛ. После регистрации один экземпляр хранится в клубе, второй - у хоккеиста, третий - в ПХЛ. Положение данного пункта распространяется также на контракты хоккеистов, передаваемых в аренду другим клубам.

1.15. При заключении контракта в соответствии с правилами ПХЛ хоккеист регистрируется, вносится в официальный реестр профессиональных хоккеистов и получает лицензию ПХЛ как профессиональный хоккеист.

1.16. Досрочное расторжение контракта допускается исключительно по основаниям, предусмотренным действующим законодательством РФ, локальными нормативными актами ПХЛ и в соответствии с положениями заключенного с хоккеистом контракта.

1.17. До окончания срока действия контракта, переход хоккеиста из клуба в клуб ЗАПРЕЩЕН. Исключение составляют случаи, когда между тремя заинтересованными сторонами (сам хоккеист, его нынешний клуб и его будущий клуб) достигнута договоренность о переходе хоккеиста до окончания срока действия контракта и заключен соответствующий договор о переходе (Соглашение о компенсации за подготовку хоккеиста).

1.18. Хоккеист не имеет права заключать контракты с двумя и более клубами одновременно. Наличие у хоккеиста одновременно двух и более действующих трудовых договоров (контрактов), предыдущий из которых не прекращен в установленном порядке к моменту заключения нового, влечет за собой дисквалификацию хоккеиста сроком до двух лет в соревнованиях, проводимых АК ФХР и ПХЛ.

1.19. В случае нахождения хоккеиста в клубе на предсезонных просмотровых сборах между ним и хоккейным клубом должен быть оформлен договор на предсезонную подготовку. По окончании предсезонных сборов хоккеер обязан либо заключить контракт профессионального хоккеиста с хоккейным клубом, либо надлежащим образом расторгнуть договор на предсезонную подготовку.

1.20. При дисквалификации хоккеиста контракт с ним может быть расторгнут по решению руководства клуба в одностороннем порядке. Дисквалифицированный хоккеист до истечения срока дисквалификации, либо при ее отмене имеют право заключить контракт с другим клубом, однако не имеет права принимать участие в официальных соревнованиях, проводимых ФХР и ПХЛ.

1.21. Контракт между клубом и хоккеистом, зачисляемым в состав сборной команды России по хоккею, на период нахождения хоккеиста в сборной команде не расторгается.

1.22. Контракт со спортсменом, утратившим трудоспособность в связи с травмой, трудовым увечьем или профессиональным заболеванием, полученными на тренировочных занятиях, учебно-тренировочных сборах, спортивных соревнованиях, не может быть расторгнут по инициативе клуба до восстановления трудоспособности или установления инвалидности хоккеиста и перехода его на пенсию.

1.23. Долгосрочные контракты хоккеистов, передаваемых в аренду в другой хоккейный клуб, а также контракты хоккеистов, передаваемых в аренду, подлежат обязательной перерегистрации в Комитете по проведению соревнований ПХЛ.

2. Переходы хоккеистов

2.1. Правила перехода хоккеистов из одного клуба в другой клуб являются обязательными для всех субъектов, осуществляющих свою деятельность в системе ПХЛ.

2.2. Профессиональный хоккеист, зарегистрированный в ПХЛ, имеет право на переход из одного клуба в другой клуб в следующих случаях:
— по истечении срока действия контракта между хоккеистом и клубом, с учетом требований, предусмотренных настоящим Приложением 3;
— при оформлении досрочного расторжения контракта по взаимной договоренности хоккеиста и клуба;
— при достижении договоренности между двумя клубами (нынешним и будущим) и хоккеистом о его переходе в другой клуб до окончания срока действия контракта.

2.3. В целях упорядочения перехода хоккеистов-воспитанников ХК) и хоккеистов с действующими контрактами из клуба в клуб, между клубами обязательно заключается «Договор о переходе хоккеиста


Association of Translators and Interpreters of Ontario
Certified Translator
atio
Mark Vaintroub
2663

3

(Соглашение о компенсации за подготовку хоккеиста) с указанием полной суммы компенсации, точного срока расчетов и разрешения на выступление хоккеиста по указанного срока. После регистрации, по одному экземпляру «Договора о переходе хоккеиста» (Соглашения о компенсации за подготовку хоккеиста) остается в хоккейных клубах, а третий экземпляр хранится в ПХЛ.

2.4. Договор о переходе и аренде хоккеистов (Соглашение о компенсации за подготовку хоккеиста) имеют право подписывать руководитель хоккейного клуба или лица, уполномоченные руководством клуба.

2.5. Переходы хоккеистов осуществляются в сроки, установленные настоящим Регламентом (Глава 6 Статьи 3-4).

2.6. Клуб, желающий приобрести хоккеиста, имеющего действующий контракт, обязан до начала переговоров с хоккеистом проинформировать в письменном виде его клуб о своем намерении. При нарушении данного положения, по решению АК ФХР и ПХЛ, хоккейный клуб может быть подвергнут денежному штрафу в размере 50 000 (Пятьдесят тысяч) рублей.

2.7. Хоккеист не имеет права допускаться на тренировочных занятиях в другом клубе до полного юридического оформления его перехода в соответствии с требованиями настоящего Регламента. Исключение составляют случаи, когда между клубами заключено письменное соглашение о нахождении хоккеиста на просмотровых предсезонных сборах. При нарушении данного положения, по решению АК ФХР и ПХЛ, хоккейный клуб может быть подвергнут денежному штрафу в размере 50 000 (Пятьдесят тысяч) рублей, а хоккеист дисквалифицирован на срок до шести месяцев.

2.8. Хоккеист, самовольно покинувший клуб при наличии действующего контракта, по решению АК ФХР и ПХЛ, может быть дисквалифицирован сроком до одного года.

2.9. Переходы хоккеистов в армейские и «динамовские» клубы осуществляются на общих основаниях в соответствии с положениями настоящего Регламента и Статуса хоккеиста. «Армейским» и «динамовским» клубам, запрещается включать в заявки на участие в официальных соревнованиях, проводимых ПХЛ, хоккеистов, призванных на воинскую службу, при наличии у них контрактов профессиональных хоккеистов, прекративших свое действие по основаниям, изложенным в п. 1 ст. 83 Трудового кодекса Российской Федерации.

Исключения составляют случаи взаимной договоренности клубов, надлежащим образом оформленные в письменном виде.

2.10. Переходы хоккеистов из клубов других национальных федераций оформляются в соответствии с установленными нормами ИИХФ с обязательным оформлением трансферной карты ИИХФ.

2.11. В случае перехода хоккеиста-легионера из клуба в клуб в системе ПХЛ или возвращения из-за рубежа в один из клубов ПХЛ, для него распространяются все требования Приложения 3.

2.12. Хоккейный клуб, получивший компенсацию за хоккеиста от любого клуба ИИХФ или НХЛ теряет за этого хоккеиста все спортивные и финансовые права.

2.13. В случае невыполнения обязательств «Договора о переходе (аренды) хоккеиста» (Соглашения о компенсации за подготовку хоккеиста) одним из хоккейных клубов, запрет на дальнейшее выступление данных хоккеистов осуществляется Комитетом по проведению соревнований ПХЛ не позднее, чем за 24 часа до начала матча.

## 3. Компенсационные выплаты

3.1. Переход хоккеиста из ДЮСШ в профессиональный клуб, оформляется с обязательной оплатой компенсационных выплат за подготовку хоккеиста согласно «СТАТУСА ХОККЕИСТА».

3.2. Допускается переход профессионального хоккеиста из одного профессионального клуба в другой без компенсационных выплат при условии, что между хоккеистом и его клубом достигнута соответствующая договоренность и данное положение отражено в тексте основного контракта, зарегистрированного в ПХЛ.

3.3. В целях упорядочения расчетов между клубами (ДЮСШ) при переходе хоккеистов необходимо придерживаться следующих правил и нормативов:

3.3.1. При переходе выпускника (учащегося) ДЮСШ в профессиональный хоккейный клуб с подписанием первого контракта профессионального хоккеиста, хоккейный клуб обязан произвести оплату компенсационных выплат всем ДЮСШ (клубам), у которых были оформлены договорные взаимоотношения с хоккеистом, начиная с 10 лет. Сумма компенсационных выплат рассчитывается исходя из следующих нормативов:

– 500 у.е. за каждый полный год пребывания учащегося в ДЮСШ (клубе) в возрасте от 10 до 12 лет;
– 1200 у.е. за каждый полный год пребывания учащегося в ДЮСШ (клубе) в возрасте, начиная с 12 лет.

Выплаты производятся пропорционально времени пребывания хоккеиста в ДЮСШ (клубе). Исключение составляют только собственные ДЮСШ, находящиеся в структуре клуба, с которым хоккеист подписывает первый контракт профессионального хоккеиста, а также ДЮСШ, получившие ранее компенсационные выплаты.

*Примечание:*

– срок пребывания хоккеиста в ДЮСШ (клубе) исчисляется с календарной даты выхода приказа по ДЮСШ (клубу) о его зачислении;
– сумма компенсационных выплат за неполный год пребывания в ДЮСШ (клубе) рассчитывается по следующей формуле:

$$X = 1200/365 \cdot n, \qquad либо \qquad X = 500/365 \cdot n$$

Association of Translators and Interpreters of Ontario
Certified Translator
atio
Mark Vaintroub
2653

где:    X — сумма выплат за неполный год;
д — количество дней, проведенных хоккеистом в ДЮСШ (клубе)
в неполном году.

3.3.2. При переходе хоккеиста – воспитанника детско-юношеской спортивной школы из хоккейного клуба,
с которым у него был заключен первый профессиональный контракт, этот клуб имеет право на получение
компенсационных выплат.

Суммы компенсационных выплат составляют:
– переход хоккеиста внутри СУПЕРЛИГИ – до 100 000 у.е.
– переход хоккеиста внутри ВЫСШЕЙ ЛИГИ – до 50 000 у.е.
– переход хоккеиста из СУПЕРЛИГИ в ВЫСШУЮ ЛИГУ – до 50 000 у.е.
– переход хоккеиста из ВЫСШЕЙ ЛИГИ в СУПЕРЛИГУ – до 100 000 у.е.

Все остальные переходы хоккеистов, у которых срок действия контракта закончен,
осуществляются без компенсационных выплат.

*Примечание:*    Под у.е. понимается рублевый эквивалент одного доллара США, исчисляемый по
курсу Центрального Банка РФ на день произведения оплаты.

3.4. Все споры, касающиеся переходов из клуба в клуб хоккеистов и тренеров, должны решаться только в
рамках хоккейных инстанций, предусмотренных настоящим Регламентом.
3.5. Если клубы не могут договориться о финансовых условиях перехода хоккеиста, вопрос передается на
рассмотрение АК ФХР и ПХЛ. До момента принятия решения АК ФХР и ПХЛ хоккеисту запрещается
выступать в официальных соревнованиях, проводимых ФХР и ПХЛ.
3.6. Все конфликтные ситуации и вопросы, связанные с переходами хоккеистов и выходящие за рамки
настоящего Регламента, рассматриваются Арбитражным комитетом ФХР и ПХЛ. Решение Арбитражного
комитета, вступившее в законную силу, является обязательным для всех клубов ПХЛ.
3.7. Арбитражный комитет ФХР и ПХЛ применяет к рассмотрению все документы, регулирующие
отношения «клуб-хоккеист», в т.ч. и не зарегистрированные в ПХЛ.
3.8. Размеры компенсационных выплат, а также сроки и порядок их уплаты оговариваются сторонами в
«Договоре о переходе хоккеиста» (Соглашении о компенсации за подготовку хоккеиста). При отсутствии
надлежащим образом оформленного «Договора о переходе хоккеиста» (Соглашения о компенсации за
подготовку хоккеиста) между клубами, никакие претензии по поводу перехода хоккеиста и уплаты
компенсационных выплат АК ФХР и ПХЛ не принимаются и не рассматриваются.
3.9. При несвоевременной оплате компенсационных выплат, по решению АК ФХР и ПХЛ, хоккейный клуб
может быть подвергнут денежному штрафу в размере 50 000 (Пятьдесят тысяч) рублей. Кроме этого,
хоккеисту может быть запрещено участие в официальных соревнованиях, проводимых ФХР и ПХЛ, до
окончания взаиморасчетов между клубами.

### 4. Аренда хоккеиста

4.1. В официальных соревнованиях ПХЛ разрешается временный переход хоккеиста из клуба в клуб
(аренда) без расторжения контракта с основным клубом. Разрешается передавать в аренду только
хоккеистов, родившихся после 31 декабря 1983 года. Максимальное количество арендованных хоккеистов,
заявляемых хоккейным клубом на сезон и в течение сезона, а также на каждый отдельный матч, не должно
превышать 3 (три) человека.
4.2. Передача хоккеиста в аренду оформляется двусторонним соглашением между хоккейными клубами,
составляемым в трех экземплярах, один из которых предоставляется в Комитет по проведению
соревнований ПХЛ. В данном соглашении оговариваются условия аренды игрока, а также сроки ее начала и
окончания.
4.3. В соответствии с договором аренды клуб-владелец хоккеиста имеет право вернуть данного хоккеиста в
сроки, оговоренные в *Главе 6 Статье 31* настоящего Регламента, если в договоре аренды есть
соответствующая запись.
4.4. В случае, если клубы желают продолжить аренду хоккеиста, соглашение может быть пролонгировано,
либо заключено новое.



Oct 07 2005 10:21AM                                                    p.7
07/10/2005  17:09  +47-095-213-13-04        HO "DYNAMO"              PAGE  06

# ПРИЛОЖЕНИЕ № 3



Oct 07 2005 10:21AM                                                                                    p.8
07/10/2005 17:08   +7-095-213-13-04        HO "DYNAMO"                    PAGE 07

# РЕГИОНАЛЬНАЯ ОБЩЕСТВЕННАЯ ОРГАНИЗАЦИЯ
## ХОККЕЙНЫЙ КЛУБ «ДИНАМО» МОСКВА
### «DYNAMO» MOSCOW HOCKEY CLUB

№ 100/03                                   "__" _____ 200 5 г.

Профессиональному хоккеисту
Овечкину А.М..

Копия: Директору ПХЛ
Урюпину Н.Н.

Москва

Уважаемый Александр Михайлович!

В связи с окончанием срока действия «Контракта профессионального хоккеиста» хоккейный клуб «Динамо» Москва предлагает Вам заключить новый «Контракт профессионального хоккеиста», общая сумма финансового вознаграждения которого увеличивается на 30% по сравнению с предыдущим сезоном.

Спортивный Директор                                                А.Е.Панфилов
ХК «Динамо» Москва

125167, Россия, Москва, Ленинградский пр-т, д.36
(095) 213-22-01, Факс (095) 213-13-04
www.dynamo.ru, e-mail info@dynamo.ru

Association of Translators and Interpreters of Ontario
Certified Translator
atio
Mark Vaintroub
2653

Oct 07 2005 10:21AM
07/18/2005 17:00   +7-895-213-13-04      НО "DYNAMO"      PAGE 08      P.9

# ПРИЛОЖЕНИЕ № 4



# КОНТРАКТ ПРОФЕССИОНАЛЬНОГО ХОККЕИСТА

### Внимание Профессионального хоккеиста!

Прежде чем подписывать контракт, Вы должны внимательно изучить его, чтобы быть уверенным, что все условия и обязательства, оговоренные ранее, включены в контракт и его содержание и трактовка Вам понятны.

## КОНТРАКТ ПРОФЕССИОНАЛЬНОГО ХОККЕИСТА
### Клуба Суперлиги ПХЛ
### (срочный трудовой договор)

Общество с Ограниченной Ответственностью «Хоккейный Клуб «Авангард» г. Омск, именуемый в дальнейшем «Клуб», в лице Президента Потанова Константина Николаевича, действующего на основании Устава Клуба, с одной стороны, и. гражданин Овечкин Александр Михайлович, именуемый в дальнейшем «Профессиональный хоккеист», с другой стороны, руководствуясь достигнутым соглашением, заключили настоящий контракт о нижеследующем:

## 1. ПРЕДМЕТ КОНТРАКТА

1.1. Правовое регулирование и оформление взаимоотношений Профессионального хоккеиста и Клуба.

1.2. Профессиональный хоккеист принимается на работу в Клуб в качестве игрока в хоккей первой команды Клуба, а Клуб обязуется выплачивать Профессиональному хоккеисту заработную плату и обеспечивать условия труда, предусмотренные законодательством о труде, физической культуре и спорте и соглашением сторон. При этом профессиональный хоккеист соглашается с тем, что при снижении уровня мастерства, которое определяется исключительно по заключению Главного тренера или Генерального менеджера, по решению Руководителя Клуба, он может быть переведен для работы во вторую команду Клуба без дополнительного письменного согласия.

1.3. Профессиональный спортсмен и Клуб соглашаются с тем, что трудовые отношения не могут быть установлены на неопределенный срок в связи с характером предстоящей работы и условиями ее выполнения, поэтому заключаемый контракт является срочным.

## 2. СРОК ДЕЙСТВИЯ КОНТРАКТА

Клуб _____    Профессиональный хоккеист _____

2.1. Срок действия контракта ___ один ___ ( 1 ) лет/года.
Начало: 31 июля 2005 года. Окончание: 30 апреля 2006 года.

2.2. По соглашению сторон устанавливается испытание при приеме на работу сроком _____

2.3. При неудовлетворительном результате испытания Клуб имеет право до истечения срока испытания расторгнуть контракт с хоккеистом, предупредив его об этом в письменной форме не позднее, чем за три дня с указанием причин, послуживших основанием для признания этого хоккеиста не выдержавшим испытание.

2.4. Если срок испытания истек, и Профессиональный хоккеист продолжает работу в соответствии с настоящим контрактом, он считается выдержавшим испытание. Положительный результат испытания, а также надлежащим образом оформленная лицензия Профессионального хоккеиста, выдаваемая ПХЛ, является свидетельством наличия у Профессионального хоккеиста соответствующей профессиональной квалификации, устраивающей Клуб, с учетом того, что в соответствии с п.1.2 настоящего Контракта в дальнейшем устанавливается право Главного тренера, Генерального менеджера, Руководителя Клуба вновь оценивать уровень качества игры Профессионального хоккеиста.

## 3. ОБЯЗАННОСТИ СТОРОН

Профессиональный хоккеист принимает на себя следующие обязательства:

3.1. Предоставить свои исключительные игровые услуги, знания, умение и навыки только Клубу, отработать установленный контрактом срок и не заключать никаких контрактов с другими хоккейными клубами и организациями Российской Федерации и за рубежом на все время действия настоящего контракта.

При этом Профессиональный хоккеист со всей ответственностью заявляет, что на момент подписания настоящего контракта не имеет никаких препятствий (в том числе оформленных в письменной форме) для его заключения и не имеется никаких обстоятельств и документов, которые могут сделать настоящий контракт недействительным после его подписания. Иные контракты и разного рода письменные обязательства с другими хоккейными клубами, организациями и их официальными представителями, как в

---

Клуб _____   Профессиональный хоккеист _____

FROM : HK "AVANGARD" LAW SERVICE      FAX NO. : 8 3012 580260      ИЮН. 30 2005 13:41    P4

его заключения.

8.3. В части регулирования трудовых отношений контракт вступает в силу с момента его подписания сторонами.

В части регулирования иных отношений, вытекающих из локальных нормативных актов ИИХФ, ФХР и ПХЛ, контракт вступает в силу с момента его регистрации в ПХЛ.

8.4. Контракт составлен в трех экземплярах, которые хранятся по одному у обеих сторон, в ПХЛ, и имеют одинаковую юридическую силу.

После прочтения настоящего контракта Клуб и Игрок соглашаются в том, что все условия и обязательства контракта, а также их трактовка им и смысл обоими понятны. Все участники контракта имели полную возможность до его подписания обсудить все условия и обязательства со своими юристами, врачами, агентами, иными представителями и контракт подписывается при свободном волеизъявлении сторон.

### АДРЕСА И ПОДПИСИ СТОРОН.

**КЛУБ**
Адрес: г. Омск, ул. Декабристов, д.91
ИНН

Президент Клуба _____ /Потапов К.Н./

**ПРОФЕССИОНАЛЬНЫЙ ХОККЕИСТ**
Овечкин Александр Михайлович
17 сентября 1985 года рождения
Паспорт: серия 45 01 № 934457, выдан ОВД
Ростокино г. Москвы 30.01.2002 г.
Адрес : г. Москва, ул. Селезневская улица, д.15/4 кв.118

Профессиональный хоккеист:

_____ /Овечкин А.М./

Клуб _____          Профессиональный хоккеист _____

# ПРИЛОЖЕНИЕ № 5



Oct 07 2005 10:22AM                                                          p. 14
07/10/2005 17:08   +7-095-213-13-04        HO "DYNAMO"              PAGE   13

FROM : HK "AVANGARD" LAW SERVICE      FAX NO. : 0 3812 580260     ИЮН. 30 2005 13:39   P1

Конфиденциальное соглашение между Клубом и Игроком.

г. Омск, Российская Федерация. Настоящее Конфиденциальное соглашение является легким конфиденциальным письменным соглашением между Клубом и Игроком. Признается неотъемлемой частью Хоккейной Лиги России, в установленном порядке. Заключается с целью дополнения и конкретизации условия оплаты Контракта Профессионального игрока.

Некоммерческое партнерство «Спортивный клуб «АВАНГАРД» г. Омск, Гостиница «Авангард», являющееся юридическим лицом, в лице президента Потапова Константина Николаевича, действующего на основании Устава с одной стороны,

Игрок    Овечкин Александр Михайлович,    17.09.1985 р.р., являющийся российским гражданином, сыгравшего Российскому официальным российским национальным по хоккею, с другой стороны.

заключили настоящее Конфиденциальное соглашение (именуется далее по тексту как Соглашение) на следующих существенных условиях:

1.    Все обязанности изложенные в Соглашении, устраивают обе стороны. Игрок соглашается на весь объем обязанностей и провел в спортивного оборота Клуба - команды «Авангард» г. Омск. Соглашение в точку согласованное с Игроком, ознакомлен правил, с учетом пожеланий главного тренера команды «Авангард» г. Омск.

2.    Срок Соглашения: с «21» июля 2003 года по «30» апреля 2006 года. Клуб согласен на то, что Игрок имеет право получить предложенный контракт от Клуба НХЛ в любое время за 12 часов (время восточного побережья США) 20 июля 2005 года. Если Игрок решит принять этот предложенный контракт, Клуб в свою очередь соглашается на то, что Игрок имеет право прервать контракт немедленно и обе стороны Клуб и Игрок согласны аннулировать контракт и признать его недействительным. В случае аннулирования контракта Клуб и Игрок подписавшим документ, полностью освобождающий от (Игрока) от всех обязательств перед Клубом. Кроме того, если Игрок решит принять предложенный контракт от Клуба НХЛ и прервать этот контракт, Клуб соглашается на то, что он (Клуб) не в праве требовать какой-либо компенсации ни от Клуба НХЛ, ни от Игрока, ни от какой-либо организации или человека.

3.    Оплата заработная плата Игрока в сезоне 2005-2006 г.г. составляет 1 500 000 (Один миллион составляет пятьсот) долларов США.

4.    Рассчитанная заработная плата на сезон 2005-2006 гг. составляет: 150 000.(Сто пятьдесят тысяч) долларов США, после оплаты налогов и сборов, в течение 10 месяцев, с 21 июля 2005 года по 30 апреля 2006 гг. Оплата заработной платы осуществляется в рублях, технически выплачиваемых суммах, по курсу ЦБ РФ на дату выплаты, с 25 по 30 число текущего месяца.

По 30 июля 2005 года Игрок получает заработную плату в размере 350 000 (Триста пятьдесят тысяч) долларов США, которая складывается из заработной платы Игрока за гость 2005 года и перечисленной заработной платы Игрока за апрель 2006 года. Условием получения данной выплаты является отсутствие принадлежности спора по поводу прав на Игрока и его вступления принадлежащих Клубу «Авангард» Омск. Также Клуб выплачивает ознакомленный бонус, согласно Положению о премировании в Клубе.

5.    Данное Соглашение вступают в юридическую силу с 21 июля 2005 года, только в том случае если Игрок не подписывает контракт в Клубом НХЛ «Вашингтон Кэпиталз». Игроку разрешено прибыть в расположение Клуба «Авангард» 21 июля 2005 года.

6.    Клуб признает, что п.4.3 Контракта на профессионального хоккеиста на распространяется. Клуб соглашается, что не имеет право переводить Игрока на вторую команду Клуба или временно передавать права на Игрока (отдавать в аренду) любому Клубу без письменного согласия Игрока и его Агента.

7.    В случае заключения нового соглашения между НХЛ и Международной Федерацией Хоккея, Клуб признается и согласен на то, что любая компенсация, предоставленная Клубу, будет действительна только при наличии соглашения между НХЛ и Международной Федерацией Хоккеи.

За Клуб:                                                    Овечкин А.М.
Ген. директор по правовой                   Паспорт 45 01 924237 от 30.01 ...
и спортивной деятельности                   Выдан ОВД Ростокино г. Москвы
                              Сычев П.О.

# ПРИЛОЖЕНИЕ № 6



Oct 07 2005 10:22AM                                              p.16
07/18/2005 17:08   +7-095-213-13-04        HO "DYNAMO"        PAGE 15



# РЕГИОНАЛЬНАЯ ОБЩЕСТВЕННАЯ ОРГАНИЗАЦИЯ
## ХОККЕЙНЫЙ КЛУБ «ДИНАМО» МОСКВА
### «DYNAMO» MOSCOW HOCKEY CLUB

№ 149/03                          « 01 » июля      200 6 г.

Профессиональная
Хоккейная лига России

НП «СК «Авангард»

В соответствии с дополнениями и изменениями в Регламенте официальных соревнований по хоккею сезона 2005 - 2006 г.г. Суперлиги и предварительным соглашением НП «СК «Авангард» с хоккеистом А. Овечкиным, РОО Хоккейный клуб «Динамо» Москва подтверждает свое согласие на подписание контракта Профессионального хоккеиста с А. Овечкиным и принимает обязательства по выплате указанной в предварительном соглашении суммы заработной платы.

С уважением,

Президент                                      А.Г. Харчук

*НП "СК "Авангард"*
*Вх. № 101  от*
*01.07.05*

125167, Россия, Москва, Ленинградский
(095) 213-22-... факс: (095) 213-...
www.dynamo.ru, e-mail: info@dynamo.ru

Association of Translators and Interpreters of Ontario
Certified Translator
atio
Mark Vaintroub
2653

# ПРИЛОЖЕНИЕ № 7





# CAPS NEWS

[]
**Capitals Agree to Terms with Alexander Ovechkin**
**First Overall Pick in 2004 Draft Agrees to Three-Year Deal**

WASHINGTON, D.C. - August 5, 2005 - The Washington Capitals today agreed to terms with left wing Alexander Ovechkin (oh-VECH-kihn), the first overall selection in the 2004 NHL Entry Draft, on a three-year contract, vice president and general manager George McPhee announced. In keeping with club policy, terms of the deal were not disclosed.

"Alexander is an incredibly gifted young player, and we are excited to have him join our club," said McPhee. "He has been playing at an elite level for several seasons and is ready to prove himself in the NHL. We look forward to having him in a Capitals' uniform for many years. He has an infectious style of play and displays an exciting combination speed, finesse and power."

Last season Ovechkin, 19, played 37 games for Dynamo Moscow of the Russian Super League, recording 13 goals and 13 assists while helping his team to a league championship. Despite missing 23 games while competing in tournaments and recovering from injury, he still ranked among team leaders in goals, assists and points. In 10 playoff games with Dynamo, he tallied two goals and four assists, tying for third on the team in points with six.

The 6'2", 212-pound, Moscow native also represented Russia in several international tournaments during the 2004-05 season, including the World Cup of Hockey, World Championships and World Junior Championships. At the 2005 World Championships in Austria, Ovechkin led the team in goals (5), points (9) and game-winning goals (2) while leading Russia to a third-place finish. During the 2005 World Junior Championships in North Dakota he was named the tournament's top forward. Appearing in six games, he led Russia in goals (7), points (11) and shots (29), helping the team to a second-place finish.

In four seasons with Dynamo Moscow, he has appeared in 152 Russian Super League games, totaling 36 goals and 32 assists for 68 points. He has also appeared in numerous other international tournaments, including the 2003 World Junior Championships, where he won a gold medal with Russia. On July 20 Ovechkin declared he was opting out of his Russian contract with Avangard Omsk in order to join the Capitals.

Alexander Ovechkin
Position: Left Wing
Birthday: Sept. 17, 1985 (Moscow, Russia)
Height: 6'2        Weight: 212        Shoots: Right
Acquired: Capitals' first-round choice, first overall, in the 2004 NHL Entry Draft
Career Statistics:

| Season Year | Team | | | | | League | Playoffs GP | G | A | Pts | PIM | Regular |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | GP | G | A | Pts | PIM | | | | | | | |
| 2001-02 | Dynamo Moscow | Russia | | | | | 22 | 2 | 2 | 4 | 4 | |
| 3 | 0 | 0 | 0 | | 0 | | | | | | | |
| | Dynamo Moscow 2 | Russia-3 | | | | 19 | 18 | 8 | 26 | 20 | | | |
| | Russia | | | | | WJC-18 | | 8 | 14 | 4 | 18 | |
| 2002-03 | Dynamo Moscow | Russia | | | | 40 | 8 | 7 | 15 | 28 | | 5 |
| 0 | 0 | 0 | 2 | | | | | | | | | |
| | Russia | | | | | WJC | | 6 | 6 | 1 | 2 | |
| | Russia | | | | | WJC-18 | | 6 | 7 | 4 | 13 | |
| 6 | | | | | | | | | | | | |
| 2003-04 | Dynamo Moscow | Russia | | | | 53 | 13 | 10 | 23 | 42 | | 3 |
| 0 | 0 | 0 | 2 | | | | | | | | | |
| | Russia | | | | | WJC | | 6 | 5 | 2 | 1 | |
| 25 | | | | | | | | | | | | |
| | Russia | | | | | WC | | 2 | 1 | 1 | 2 | |
| 2004-05 | Russia | | | | | W-Cup | | 2 | 1 | 0 | 1 | |
| 10 | 2 | | | | | | | | | | | |
| | Dynamo Moscow | Russia | | | | 37 | 13 | 13 | 26 | 32 | | |
| | | | | 6 | 31 | | | | | | | |
| | Russia | | | | | WJC | | 6 | 7 | 4 | 11 | |
| 4 | | | | | | | | | | | | |
| | Russia | | | | | WC | | 5 | 8 | 3 | 8 | |

()


Association of Translators and Interpreters of Ontario
Certified Translator
atio
Mark Vaintroub
2653

# ПРИЛОЖЕНИЕ № 8



Oct 07 2005 10:23AM                                              P.20
07/10/2005 17:08    +7-095-213-13-04.       HO "DYNAMO"      PAGE 19

ОТ:                    НОМЕР ТЕЛЕФОНА:                 16 АВГ. 2005 15:33    СТР1

Федерация хоккея России              Профессиональная хоккейная лига

## АРБИТРАЖНЫЙ КОМИТЕТ

г. Москва                                      «8» августа 2005г.

Арбитражный комитет в составе:    Кукушкина В.В.;
                                  Баринова А.М.;
                                  Яковлева С.Г.;
                                  Козина В.И.;
                                  Овчинниковой Н.А.;
                                  Лукиной М.А.;

при участии: Президента ХК «Динамо» г. Москва Харчука А.Г.

Рассмотрел в открытом заседании 8 августа 2005 года заявление ХК «Авангард» г. Омск по вопросу перехода профессионального хоккеиста Овечкина А.М. из ХК «Динамо» г. Москва в ХК «Авангард» г. Омск.

Арбитражный комитет решил:

1. Заявление ХК «Авангард» г. Омск снять с рассмотрения.
2. Подтвердить право ХК «Динамо» г. Москва на получение компенсационных выплат за хоккеиста Овечкина А.М. как за воспитанника детско-юношеской спортивной школы «Динамо».
3. Рекомендовать Коллегии Суперлиги рассмотреть вопрос о неправомерности деятельности ХК «Авангард» г. Омск.

Кукушкин В.В.

Баринов А.М.

Яковлев С.Г.

Козин В.И.

Овчинникова Н.А.

Лукина М.А.

Association of Translators and Interpreters of Ontario
Certified Translator
atio
Mark Vaintroub
2653

# ПРИЛОЖЕНИЕ № 9



p. 22

Oct 07 2005 10:23AM

07/10/2005 17:00   +7-095-213-13-04      НС "ДИНАМО"        PAGE 21

# Выписка из протокола

заседания Коллегии Суперлиги Профессиональной хоккейной лиги

г. Москва                                          12.04.2005 г.

Коллегия Суперлиги ПХЛ постановила:

1. Утвердить следующие изменения и дополнения в Регламент проведения соревнований на сезон 2005—2006 гг.

1.1.    Хоккеисты, у которых закончился контракт, подразделяются на три категории:

**Категория «1».**
Хоккеисты, у которых закончился первый профессиональный контракт сроком на 5 лет, а так же хоккеисты, которые заключили после окончания срока этого контракта следующий 3-х летний контракт.

**Категория «2».**
Хоккеисты, у которых закончился второй профессиональный контракт или не достигшие возраста 30 лет.

**Категория «3».**
К ней относятся хоккеисты, достигшие возраста 30 лет, необремененные никакими обязательствами по отношению к своему бывшему Клубу, с которым у них был заключен последний контракт. Такие хоккеисты вправе заключать любые контракты по своему усмотрению.

1.2.    Первый контракт (срочный трудовой договор) профессионального хоккеиста заключается между Клубом и хоккеистом на срок 5 лет.
           После окончания срока такого контракта Клуб имеет преимущественное право, а хоккеист обязан заключить новый контракт на срок 3 года, если Клуб в течение 10 дней предложит хоккеисту 30-ти процентную надбавку к его доходам за пятый последний год истекающего контракта, но не менее 100.000 (Сто тысяч) долларов США в год. Если хоккеист не получил такого предложения о надбавке к предыдущему контракту, он автоматически переходит в категорию «3».

1.3.    Клуб имеет преимущественное право на заключение нового контракта с хоккеистами, относящимися к категории «2». В этом случае в течение 10 дней Клуб имеет право предложить этому хоккеисту новый контракт с не менее чем 10% надбавкой.
           Если хоккеист не соглашается на это предложение, он может заключить предварительный контракт с любым другим Клубом. Его предыдущий Клуб имеет право повторить ~~эти условия~~ на этих условиях этого контракта. Если этого не происходит в течение 10 дней, предварительный контракт с новым клубом вступает в действие и имеет силу основного контракта.
           Если хоккеист не получил предложения о надбавке 10% к предыдущему контракту, он автоматически переходит в категорию «3».
           Предварительный контракт по форме должен соответствовать утвержденному типовому контракту ПХЛ, где должна быть указана сумма



контракта, либо к контракту должно прилагаться конфиденциальное приложение.

Клуб, предложивший хоккеисту предварительный контракт, обязан в 3-х дневный срок направить в предыдущий клуб этого хоккеиста копию предварительного контракта и конфиденциального соглашения и уведомить об этом в письменном виде Комитет по проведению соревнований ПХЛ. С момента получения предыдущим Клубом указанных документов начинается отчет 10 дней, в течение которых Клуб обязан принять решение.

Хоккеисты, относящиеся к категории «2» обязаны урегулировать свои контрактные отношения с Клубом в срок не менее чем за 10 дней до начала Чемпионата.

1.4.  В официальный протокол матча вносится: 18 полевых хоккеистов и 2 вратаря без ограничения в возрасте, а также 2 «молодых» хоккеиста, родившихся после 31 декабря 1985 года. Максимальное количество хоккеистов (включая двух вратарей), заявляемых на матч, не должно превышать 22 человека.

В заявке команды на каждый матч сезона 2006-2007г.г. должно значиться не менее трех хоккеистов-воспитанников собственной (в структуре Клуба), либо состоящей с Клубом в договорных отношениях детско-юношеской спортивной школы. При этом такая школа должна находиться территориально в том субъекте РФ, где официально зарегистрирован Клуб, как юридическое лицо.

Воспитанником такой ДЮСШ считается хоккеист, возраст которого не превышает 22-х лет и который обучался в ней в течение любых трех лет, начиная с 13-летнего возраста.

На сезон 2007-2008г.г. в заявке команды должно значиться не менее четырех таких хоккеистов, возраст которых не будет превышать 23 лет, а на сезон 2008-2009г.г. – не менее шести хоккеистов, возраст которых не будет превышать 24 лет.

1.5.  С хоккеистом не может быть расторгнут контракт менее чем за десять дней до начала заявочной или дозаявочной компании.

1.6.  Последний срок дозаявок не может быть установлен позднее 30 декабря.

Хоккеисты могут быть заявлены без каких-либо ограничений за Клубы Высшей лиги согласно установленным там срокам дозаявок.

1.7.  Переход хоккеиста, контракт которого закончился (надлежащим образом расторгнут), осуществляется без компенсационных выплат, за исключением перехода хоккеиста – воспитанника школы хоккейному клубу, с которым этот хоккеист заключил свой первый профессиональный контракт. В данном случае сумма компенсации устанавливается в размере до 100.000 (Сто тысяч) долларов США.

1.8.  Утвержденные Коллегией Суперлиги положения настоящего Регламента не могут быть изменены в течение сезона, иначе как в случае единогласно принятого решения всеми членами Коллегии.



Association of Translators and Interpreters of Ontario
Certified Translator
atio
Mark Vaintroub
2653

1.9.    Матч за третье место не проводится. 3-е место присуждается и бронзовые
медали вручаются команде, проигравшей в полуфинале и занявшей место
выше в регулярном Чемпионате.

1.10.    Размещение и нанесение рекламы на ледовую поверхность Дворца спорта
должно осуществляться только после обязательного согласования
планограммы с Комитетом по проведению соревнований ПХЛ.

Голосовали за данное постановление.
Итоги голосования: решение «за» принято единогласно.


Секретарь Коллегии                                                    С.Г. Яковлев



Oct 07 2005 10:24AM                                                    P.25
07/10/2005  17:08   +7-695-213-13-84        HC "DYNAMO"              PAGE  24

# ПРИЛОЖЕНИЕ № 10



Oct 07 2005 10:24AM                                                    p.26
07/18/2005 17:00   +7-095-213-13-84      HC "DYNAMO"              PAGE 25

**Вниманию руководителей хоккейных клубов Суперлиги и Высшей лиги!**

В связи с поступающими запросами от хоккейных клубов по поводу
разъяснений положений действующего Регламента официальных российских
соревнований по хоккею, Профессиональная хоккейная лига подготовила
комментарий к ряду статей Регламента, который считаем необходимым,
довести до вашего сведения.

В первую очередь обращаем Ваше внимание на пункт 1.4. Приложения 3
Регламента, в котором прописаны основные требования к подписанию
первого профессионального контракта. В порядке контроля за переходами
воспитанников ДЮСШ в дополнение к изложенным в Регламенте
требованиям *Клубы должны предоставлять в Комитет по проведению
соревнований сведения о хоккеистах, которые по каким-либо причинам
отказались от подписания первого профессионального контракта, либо
отказались подписывать не на 5 лет.*

По пункту 1.5. Приложения 3 Регламента: «Первый контракт (срочный
трудовой договор) профессионального хоккеиста заключается между Клубом
и хоккеистом на срок 5 лет.

После окончания срока такого контракта Клуб имеет преимущественное
право, а хоккеист обязан заключить новый контракт на срок 3 года, если
Клуб предложит хоккеисту в письменной форме:
- 30-ти процентную надбавку к его совокупному доходу за пятый
  последний год истекающего контракта (для СУПЕРЛИГИ);
- 10-ти процентную надбавку к его совокупному доходу за пятый
  последний год истекающего контракта, но не менее 30 000
  (Тридцать тысяч) долларов США в год (для ВЫСШЕЙ ЛИГИ)».

Комментарий к данному пункту: Клуб имеет возможность
воспользоваться преимущественным правом продления в *течение десяти
дней с момента окончания срока действия предыдущего контракта.*

*Клуб должен предоставить в Комитет по проведению соревнований
сведения о хоккеистах, которые отказались после получения
соответствующих предложений от заключения нового контракта на
срок 3 года, либо потребовали подписать контракт менее чем на 3 года.*

В пункте 1.7. приложения 3 Регламента допущена опечатка,
представляем следующую редакцию данного пункта:

«С хоккеистом не может быть расторгнут контракт менее чем за десять
дней до окончания заявочной или дозаявочной компании».
Первый этап заявки – Суперлига    –  до 25.08.2005г.
                    Высшая лига  -  до 06.09.2005г.



По пункту 3.3.2. Приложения 3 Регламента: «При переходе хоккеиста – воспитанника детско-юношеской спортивной школы из хоккейного клуба, с которым у него был заключен первый профессиональный контракт, этот клуб имеет право на получение компенсационных выплат.

Суммы компенсационных выплат составляют:
– переход хоккеиста внутри СУПЕРЛИГИ – до 100 000 у.е.
– переход хоккеиста внутри ВЫСШЕЙ ЛИГИ – до 50 000 у.е.
– переход хоккеиста из СУПЕРЛИГИ в ВЫСШУЮ ЛИГУ – до 50 000 у.е.
– переход хоккеиста из ВЫСШЕЙ ЛИГИ в СУПЕРЛИГУ – до 100 000 у.е.

Все остальные переходы хоккеистов, у которых срок действия контракта закончен, осуществляются без компенсационных выплат».

Комментарий к данному пункту: Хоккейный клуб имеет право на получение компенсационных выплат за хоккеиста - воспитанника ДЮСШ при первом переходе его в другой клуб. В остальных случаях хоккейный клуб утрачивает право на получение компенсационных выплат, даже если хоккеист первый раз переходил в другой клуб без компенсационных выплат.

