Oct 07 2005 10:21AM                                                    p.9
07/18/2005 17:00   +7-095-213-13-04        HC "DYNAMO"        PAGE 09

# ПРИЛОЖЕНИЕ № 4



Oct 07 2005 10:21AM                                              P.10
07/10/2005  17:00  +7-895-213-13-04        HC "DYNAMO"           PAGE  09

FROM : HC "AVANGARD" LAW SERVICE    FAX NO. : 8 3812 580260    ИЮН. 30 2005 13:40  P2

# КОНТРАКТ ПРОФЕССИОНАЛЬНОГО ХОККЕИСТА

### Вниманию Профессионального хоккеиста!

Прежде чем подписывать контракт, Вы должны внимательно изучить его, чтобы быть уверенным, что все условия и обязательства, оговоренные ранее, включены в контракт и его содержание и трактовка Вам понятны.

## КОНТРАКТ ПРОФЕССИОНАЛЬНОГО ХОККЕИСТА
### Клуба Суперлиги ПХЛ
### (срочный трудовой договор)

Общество с Ограниченной Ответственностью «Хоккейный Клуб «Авангард» г. Омск, именуемый в дальнейшем «Клуб», в лице Президента Потанова Константина Николаевича, действующего на основании Устава Клуба, с одной стороны, и гражданин Овечкин Александр Михайлович, именуемый в дальнейшем «Профессиональный хоккеист», с другой стороны, руководствуясь достигнутым соглашением, заключили настоящий контракт о нижеследующем:

## 1. ПРЕДМЕТ КОНТРАКТА

1.1. Правовое регулирование и оформление взаимоотношений Профессионального хоккеиста и Клуба.

1.2. Профессиональный хоккеист принимается на работу в Клуб в качестве игрока в хоккей первой команды Клуба, а Клуб обязуется выплачивать Профессиональному хоккеисту заработную плату и обеспечивать условия труда, предусмотренные законодательством о труде, физической культуре и спорте и соглашением сторон. При этом профессиональный хоккеист соглашается с тем, что при снижении уровня мастерства, которое определяется исключительно по заключению Главного тренера или Генерального менеджера, по решению Руководителя Клуба, он может быть переведен для работы во вторую команду Клуба без дополнительного письменного согласия.

1.3. Профессиональный спортсмен и Клуб соглашаются с тем, что трудовые отношения не могут быть установлены на неопределенный срок в связи с характером предстоящей работы и условиями ее выполнения, поэтому заключаемый контракт является срочным.

## 2. СРОК ДЕЙСТВИЯ КОНТРАКТА

Клуб _____      Профессиональный хоккеист _____

Certified Translator
atio
Mark Vaintroub
2653

Oct 07 2005 10:21AM                                                              p.11
07/18/2005 17:08   +7-095-213-13-84        HC "DYNAMO"                      PAGE 10

FROM : HK "AVANGARD" LAW SERVICE      FAX NO. : 8 3812 582260      ИЮН. 30 2005 13:40  P3

2.1. Срок действия контракта ___один___ ( 1 ) лет/года.[2]
(Начало: 21 июля 2005 года. Окончание: 30 апреля 2006 года.

2.2. По соглашению сторон устанавливается испытание при приеме на работу сроком _____

2.3. При неудовлетворительном результате испытания Клуб имеет право до истечения срока испытания расторгнуть контракт с хоккеистом, предупредив его об этом в письменной форме не позднее, чем за три дня с указанием причин, послуживших основанием для признания этого хоккеиста не выдержавшим испытание.

2.4. Если срок испытания истек, а Профессиональный хоккеист продолжает работу в соответствии с настоящим контрактом, он считается выдержавшим испытание. Положительный результат испытания, а также надлежащим образом оформленная лицензия Профессионального хоккеиста, выданная ПХЛ, является свидетельством наличия у Профессионального хоккеиста соответствующей профессиональной квалификации, устраивающей Клуб, с учетом того, что в соответствии с п.1.2 настоящего Контракта в дальнейшем устанавливается право Главного тренера, Генерального менеджера, Руководителя Клуба вновь оценивать уровень качества игры Профессионального хоккеиста.

## 3. ОБЯЗАННОСТИ СТОРОН

Профессиональный хоккеист принимает на себя следующие обязательства:

3.1. Предоставить свои исключительные игровые услуги, знания, умение и навыки только Клубу, отработать установленный контрактом срок и не заключать никаких контрактов с другими хоккейными клубами и организациями Российской Федерации и за рубежом на все время действия настоящего контракта.

При этом Профессиональный хоккеист со всей ответственностью заявляет, что на момент подписания настоящего контракта не имеет никаких препятствий (в том числе оформленных в письменной форме) для его заключения и не имеется никаких обстоятельств и документов, которые могут сделать настоящий контракт недействительным после его подписания. Иные контракты и разного рода письменные обязательства с другими хоккейными клубами, организациями и их официальными представителями, как в

Клуб _____ Профессиональный хоккеист _____

07/18/2005  17:88  +7-095-213-13-84        HO "DYNAMO"        PAGE  11

FROM : HK "AVANGARD" LAW SERVICE    FAX NO. : 0 3812 580260    ИЮН. 30 2005 13:41  P4

его заключения.

8.3. В части регулирования трудовых отношений контракт вступает в силу с момента его подписания сторонами.

В части регулирования иных отношений, вытекающих из локальных нормативных актов ИИХФ, ФХР и ПХЛ, контракт вступает в силу с момента его регистрации в ПХЛ.

8.4. Контракт составлен в трех экземплярах, которые хранятся по одному у обеих сторон, в ПХЛ, и имеют одинаковую юридическую силу.

После прочтения настоящего контракта Клуб и Игрок соглашаются в том, что все условия и обязательства контракта, а также их трактовка им и полном объеме понятны. Все участники контракта имели возможность знакомиться по все подписанием обсудить все условия и обязательства со своими юристами, врачами, иметь своих представителей и контракт подписывается при свободном волеизъявлении сторон.

АДРЕСА И ПОДПИСИ СТОРОН:

КЛУБ                                  ПРОФЕССИОНАЛЬНЫЙ ХОККЕИСТ
Адрес: г. Омск, ул. Декабристов, д. 91    Овечкин Александр Михайлович
ИНН                                   17 сентября 1985 года рождения
                                      Паспорт: серия 45 01 № 924257, выдан ОВД
                                      Ростокино г. Москвы 30.01.2002 г.
Президент Клуба                       Адрес: г. Москва, ул. Сельскохозяйственная, д.18/4
/Потапов К.Ц./                        кв. 188

                                      Профессиональный хоккеист:

                                      /Овечкин А.М./

Клуб                     Профессиональный хоккеист

Association of Translators and Interpreters of Ontario
Certified Translator
atio
Mark Vaintroub
2653

# ПРИЛОЖЕНИЕ № 5



07/10/2005  17:08    +7-095-213-13-04    HC "DYNAMO"    PAGE 13

FROM : HK "AVANGARD" LAW SERVICE    FAX NO. : 8 3812 580260    ИЮН. 30 2005 13:39    P1

Конфиденциальное соглашение между Клубом и Игроком.

1. 

2. 

3. 

4. 

5. 

6. 

7. 

Овечкин А.М.

Паспорт: 45 01 924237 от 30.01.

Выдан: ОВД Ростокино г. Москва

Certified Translator
atio
Mark Vaintroub
2653

# ПРИЛОЖЕНИЕ № 6





## РЕГИОНАЛЬНАЯ ОБЩЕСТВЕННАЯ ОРГАНИЗАЦИЯ
## ХОККЕЙНЫЙ КЛУБ «ДИНАМО» МОСКВА
## «DYNAMO» MOSCOW HOCKEY CLUB

№ 149/03                    « 01 » июля    200 6 г.

Профессиональная
Хоккейная лига России

НП «СК «Авангард»

В соответствии с дополнениями и изменениями в Регламенте официальных соревнований по хоккею сезона 2005 - 2006 г.г. Суперлиги и предварительным соглашением НП «СК «Авангард» с хоккеистом А. Овечкиным, РОО Хоккейный клуб «Динамо» Москва подтверждает свое согласие на подписание контракта Профессионального хоккеиста с А. Овечкиным и принимает обязательства по выплате указанной в предварительном соглашении суммы заработной платы.

С уважением,

Президент                                        А.Г. Харчук

НП „СК „Авангард"
вх. № 101 от
01.07.05

Association of Translators and Interpreters of Ontario
Certified Translator
atio
Mark Vaintroub
2653

125167, Россия, Москва, Ленинградский проспект
(095) 213-22-07, факс (095) 213-13-04
www.dynamo.ru, e-mail info@dynamo.ru

# ПРИЛОЖЕНИЕ № 7





**CAPS NEWS**

1)
**Capitals Agree to Terms with Alexander Ovechkin**
**First Overall Pick in 2004 Draft Agrees to Three-Year Deal**

WASHINGTON, D.C. – August 3, 2005 – The Washington Capitals today agreed to terms with left wing Alexander Ovechkin (oh-VECH-kihn), the first overall selection in the 2004 NHL Entry Draft, on a three-year contract, vice president and general manager George McPhee announced. In keeping with club policy, terms of the deal were not disclosed.

"Alexander is an incredibly gifted young player, and we are excited to have him join our club," said McPhee. "He has been playing at an elite level for several seasons and is ready to prove himself in the NHL. We look forward to having him in a Capitals' uniform for many years. He has an infectious style of play and displays an exciting combination speed, finesse and power."

Last season Ovechkin, 19, played 37 games for Dynamo Moscow of the Russian Super League, recording 13 goals and 13 assists while helping his team to a league championship. Despite missing 29 games while competing in tournaments and recovering from injury, he still ranked among team leaders in goals, assists and points. In 10 playoff games with Dynamo, he tallied two goals and four assists, tying for third on the team in points with six.

The 6'2", 212-pound, Moscow native also represented Russia in several international tournaments during the 2004-05 season, including the World Cup of Hockey, World Championships and World Junior Championships. At the 2005 World Championships in Austria, Ovechkin led the team in goals (5), points (8) and game-winning goals (2) while leading Russia to a third-place finish. During the 2005 World Junior Championships in North Dakota he was named the tournament's top forward. Appearing in six games, he led Russia in goals (7), points (11) and shots (29), helping the team to a second-place finish.

In four seasons with Dynamo Moscow, he has appeared in 152 Russian Super League games, totaling 36 goals and 32 assists for 68 points. He has also appeared in numerous other international tournaments, including the 2003 World Junior Championships, where he won a gold medal with Russia. On July 20 Ovechkin declared he was opting out of his Russian contract with Avangard Omsk in order to join the Capitals.

Alexander Ovechkin
Position: Left Wing
Birthday: Sept. 17, 1985 (Moscow, Russia)
Height: 6-2    Weight: 212    Shoots: Right
Acquired: Capitals' first-round choice, first overall, in the 2004 NHL Entry Draft
Career Statistics:

| Season Year | Team | | | | | League | Playoffs GP | G | A | Pts | Regular PIM |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | GP | G | A | Pts | PIM | | | | | |
| 2001-02 | Dynamo Moscow | | | Russia | | 22 | 2 | 2 | 4 | | 4 |
| | | 3 | 0 | 0 | 0 | | | | | | |
| | Dynamo Moscow 2 | | Russia-3 | | | 19 | 18 | 8 | 26 | | 20 |
| | Russia | | | | | WJC-18 | | 8 | 14 | 4 | 18 |
| | | 0 | | | | | | | | | |
| 2002-03 | Dynamo Moscow | | Russia | | | 40 | 8 | 7 | 15 | | 28 | 6 |
| | | 0 | | | 2 | | | | | | |
| | Russia | | | | | WJC | | 6 | 6 | 1 | 2 |
| | Russia | | | | | WJC-18 | | 6 | 9 | 4 | 13 |
| | | 6 | | | | | | | | | |
| 2003-04 | Dynamo Moscow | | Russia | | | 53 | 13 | 10 | 23 | 42 | 3 |
| | | 0 | | | 2 | | | | | | |
| | Russia | | | | | WJC | | 6 | 2 | 1 | 2 |
| | | 25 | | | | | | | | | |
| | Russia | | | | | WC | | 6 | 1 | 1 | 2 |
| 2004-05 | Russia | | | | | W-Cup | | 2 | 1 | 0 | 1 |
| | Dynamo Moscow | | Russia | | | 37 | 13 | 13 | 26 | 32 | |
| | | 10 | | | 31 | | | | | | |
| | Russia | | | | | WJC | | 6 | 7 | 4 | 11 |
| | | 4 | | | | | | | | | |
| | Russia | | | | | WC | | 5 | 5 | 3 | 4 |
| | | 4 | | | | | | | | | |

1)

Association of Translators and Interpreters of Ontario
Certified Translator
atio
Mark Vaintroub
2653

Oct 07 2005 10:23AM                                                    P.19
07/18/2005 17:00    +7-095-213-13-04    HC "ДУНАЙО"    PAGE 10

# ПРИЛОЖЕНИЕ № 8



ОТ:                    НОМЕР ТЕЛЕФОНА:              16 ABГ. 2005 15:33    CTP1

Федерация хоккея России          Профессиональная хоккейная лига

# АРБИТРАЖНЫЙ КОМИТЕТ

«8» августа 2005г.

г. Москва

Арбитражный комитет в составе:     Кукушкина В.В.;
                                    Баринова А.М.;
                                    Яковлева С.Г.;
                                    Козина В.И.;
                                    Овчинниковой Н.А.;
                                    Лукина М.А.

при участии: Президента ХК «Динамо» г. Москва Харчука А.Г.

Рассмотрел в открытом заседании 8 августа 2005 года заявление ХК «Авангард» г. Омск по вопросу перехода профессионального хоккеиста Овечкина А.М. из ХК «Динамо» г. Москва в ХК «Авангард» г. Омск.

Арбитражный комитет решил:

1. Заявление ХК «Авангард» г. Омск снять с рассмотрения.
2. Подтвердить право ХК «Динамо» г. Москва на получение компенсационных выплат за хоккеиста Овечкина А.М. как за воспитанника детско-юношеской спортивной школы «Динамо».
3. Рекомендовать Коллегии Суперлиги рассмотреть вопрос о неправомерности деятельности ХК «Авангард» г. Омск.

Кукушкин В.В.

Баринов А.М.

Яковлев С.Г.

Козин В.И.

Овчинникова Н.А.

Лукин М.А.

Association of Translators and Interpreters of Ontario
Certified Translator
atio
Mark Vaintroub
2653

# ПРИЛОЖЕНИЕ № 9



Oct 07 2005 10:23AM                                                    P.22
07/10/2005 17:00   +7-095-213-13-04        HC "DYNAMO"        PAGE  21

# Выписка из протокола
## заседания Коллегии Суперлиги Профессиональной хоккейной лиги

**12.04.2005 г.**

г. Москва

Коллегия Суперлиги ПХЛ постановила:
1. Утвердить следующие изменения и дополнения в Регламент проведения соревнований на сезон 2005 – 2006 гг.
1.1.   Хоккеисты, у которых закончился контракт, подразделяются на три категории:

**Категория «1».**
Хоккеисты, у которых закончился первый профессиональный контракт сроком на 5 лет, а так же хоккеисты, которые заключили после окончания срока этого контракта следующий 3-х летний контракт.

**Категория «2».**
Хоккеисты, у которых закончился второй профессиональный контракт или не достигшие возраста 30 лет.

**Категория «3».**
К ней относятся хоккеисты, достигшие возраста 30 лет, необремененные никакими обязательствами по отношению к своему бывшему Клубу, с которым у них был заключен последний контракт. Такие хоккеисты вправе заключать любые контракты по своему усмотрению.

1.2.   Первый контракт (срочный трудовой договор) профессионального хоккеиста заключается между Клубом и хоккеистом на срок 5 лет.
        После окончания срока такого контракта Клуб имеет преимущественное право, а хоккеист обязан заключить новый контракт на срок 3 года, если Клуб в течение 10 дней предложит хоккеисту 30-ти процентную надбавку к его доходам за пятый последний год истекающего контракта, но не менее 100.000 (Сто тысяч) долларов США в год. Если хоккеист не получил такого предложения о надбавке к предыдущему контракту, он автоматически переходит в категорию «3».

1.3.   Клуб имеет преимущественное право на заключение нового контракта с хоккеистами, относящимися к категории «2». В этом случае в течение 10 дней Клуб имеет право предложить этому хоккеисту новый контракт с не менее чем 10% надбавкой.
        Если хоккеист не соглашается на это предложение, он может заключить предварительный контракт с любым другим Клубом. Его предыдущий Клуб имеет право повторить финансовые условия этого контракта. Если этого не происходит в течение 10 дней, предварительный контракт с новым клубом вступает в действие и имеет силу основного контракта.
        Если хоккеист не получил предложения о надбавке 10% к предыдущему контракту, он автоматически переходит в категорию «3».
        Предварительный контракт по форме должен соответствовать утвержденному типовому контракту ПХЛ, где должна быть указана сумма



1

контракта, либо к контракту должно прилагаться конфиденциальное приложение.

Клуб, предложивший хоккеисту предварительный контракт, обязан в 3-х дневный срок направить в предыдущий клуб этого хоккеиста копию предварительного контракта и конфиденциального соглашения и уведомить об этом в письменном виде Комитет по проведению соревнований ПХЛ. С момента получения предыдущим Клубом указанных документов начинается отсчет 10 дней, в течение которых Клуб обязан принять решение.

Хоккеисты, относящиеся к категории «2» обязаны урегулировать свои контрактные отношения с Клубом в срок не менее чем за 10 дней до начала Чемпионата.

1.4. В официальный протокол матча вносятся: 18 полевых хоккеистов и 2 вратаря без ограничения в возрасте, а также 2 «молодых» хоккеиста, родившихся после 31 декабря 1985 года. Максимальное количество хоккеистов (включая двух вратарей), заявляемых на матч, не должно превышать 22 человека.

В заявке команды на каждый матч сезона 2006-2007г.г. должно значиться не менее трех хоккеистов-воспитанников собственной (в структуре Клуба), либо состоящей с Клубом в договорных отношениях детско-юношеской спортивной школы. При этом такая школа должна находиться территориально в том субъекте РФ, где официально зарегистрирован Клуб, как юридическое лицо.

Воспитанником такой ДЮСШ считается хоккеист, возраст которого не превышает 22-х лет и который обучался в ней в течение любых трех лет, начиная с 13-летнего возраста.

На сезон 2007-2008г.г. в заявке команды должно значиться не менее четырех таких хоккеистов, возраст которых не будет превышать 23 лет, а на сезон 2008-2009г.г. – не менее шести хоккеистов, возраст которых не будет превышать 24 лет.

1.5. С хоккеистом не может быть расторгнут контракт менее чем за десять дней до начала заявочной или дозаявочной компании.

1.6. Последний срок дозаявок не может быть установлен позднее 30 декабря.

Хоккеисты могут быть заявлены без каких-либо ограничений за Клубы Высшей лиги согласно установленным там срокам дозаявок.

1.7. Переход хоккеиста, контракт которого закончился (надлежащим образом расторгнут), осуществляется без компенсационных выплат, за исключением перехода хоккеиста – воспитанника школы хоккейному клубу, с которым этот хоккеист заключил свой первый профессиональный контракт. В данном случае сумма компенсации устанавливается в размере до 100.000 (Сто тысяч) долларов США.

1.8. Утвержденные Коллегией Суперлиги положения настоящего Регламента не могут быть изменены в течение сезона, иначе как в случае единогласно принятого решения всеми членами Коллегии.



Oct.07 2005 10:24AM                                                           P.24
  07/18/2005 17:00   +7-095-213-13-04        HC "DYNAMO"              PAGE  23

1.9.   Матч за третье место не проводится. 3-е место присуждается и бронзовые
       медали вручаются команде, проигравшей в полуфинале и занявшей место
       выше в регулярном Чемпионате.
1.10.  Размещение и вынесение рекламы на ледовую поверхность Дворца спорта
       должно осуществляться только после обязательного согласования
       планограммы с Комитетом по проведению соревнований ПХЛ.

      Голосовали за данное постановление.
      Итоги голосования: решение «за» принято единогласно.


Секретарь Коллегии                                        С.Г. Яковлев



# ПРИЛОЖЕНИЕ № 10



**Вниманию руководителей хоккейных клубов Суперлиги и Высшей лиги!**

В связи с поступающими запросами от хоккейных клубов по поводу разъяснений положений действующего Регламента официальных российских соревнований по хоккею, Профессиональная хоккейная лига подготовила комментарий к ряду статей Регламента, который считаем необходимым, довести до вашего сведения.

В первую очередь обращаем Ваше внимание на пункт 1.4. Приложения 3 Регламента, в котором прописаны основные требования к подписанию первого профессионального контракта. В порядке контроля за переходами воспитанников ДЮСШ в дополнение к изложенным в Регламенте требованиям *Клубы должны предоставлять в Комитет по проведению соревнований сведения о хоккеистах, которые по каким-либо причинам отказались от подписания первого профессионального контракта, либо отказались подписывать не на 5 лет.*

По пункту 1.5. Приложения 3 Регламента: «Первый контракт (срочный трудовой договор) профессионального хоккеиста заключается между Клубом и хоккеистом на срок 5 лет.

После окончания срока такого контракта Клуб имеет преимущественное право, а хоккеист обязан заключить новый контракт на срок 3 года, если Клуб предложит хоккеисту в письменной форме:

- 30-ти процентную надбавку к его совокупному доходу за пятый последний год истекающего контракта (для СУПЕРЛИГИ);
- 10-ти процентную надбавку к его совокупному доходу за пятый последний год истекающего контракта, но не менее 30 000 (Тридцать тысяч) долларов США в год (для ВЫСШЕЙ ЛИГИ)».

Комментарий к данному пункту: Клуб имеет возможность воспользоваться преимущественным правом продления в *течение десяти дней с момента окончания срока действия предыдущего контракта.*

*Клуб должен предоставить в Комитет по проведению соревнований сведения о хоккеистах, которые отказались после получения соответствующих предложений от заключения нового контракта на срок 3 года, либо потребовали подписать контракт менее чем на 3 года.*

В пункте 1.7. приложения 3 Регламента допущена опечатка, представляем следующую редакцию данного пункта:

«С хоккеистом не может быть расторгнут контракт менее чем за десять дней до окончания заявочной или дозаявочной компании».

Первый этап заявки – Суперлига    до 25.08.2005г.

Высшая лига  -  до 06.09.2005г.



Association of Translators and Interpreters of Ontario
Certified Translator
atio
Mark Vaintroub
2653

По пункту 3.3.2. Приложения 3 Регламента: «При переходе хоккеиста – воспитанника детско-юношеской спортивной школы из хоккейного клуба, с которым у него был заключен первый профессиональный контракт, этот клуб имеет право на получение компенсационных выплат.

Суммы компенсационных выплат составляют:

– переход хоккеиста внутри СУПЕРЛИГИ – до 100 000 у.е.
– переход хоккеиста внутри ВЫСШЕЙ ЛИГИ – до 50 000 у.е.
– переход хоккеиста из СУПЕРЛИГИ в ВЫСШУЮ ЛИГУ – до 50 000 у.е.
– переход хоккеиста из ВЫСШЕЙ ЛИГИ в СУПЕРЛИГУ – до 100 000 у.е.

Все остальные переходы хоккеистов, у которых срок действия контракта закончен, осуществляются без компенсационных выплат».

Комментарий к данному пункту: Хоккейный клуб имеет право на получение компенсационных выплат за хоккеиста - воспитанника ДЮСШ при первом переходе его в другой клуб. В остальных случаях хоккейный клуб утрачивает право на получение компенсационных выплат, даже если хоккеист первый раз переходил в другой клуб без компенсационных выплат.



ENGLISH TRANSLATION

# SUPPLEMENT 1



# STANDARD PLAYER'S CONTRACT
## IMPORTANT NOTICE TO PLAYER

Before signing this Contract, you should carefully examine it to be sure that all terms and conditions agreed upon have been included herein, and you understand its content and interpretation.

### PROFESSIONAL PLAYER'S CONTRACT
### SUPER LEAGUE OF THE PHL HOCKEY CLUB
#### Fixed Term Employment Contract

Regional nonprofit organization hockey club Dynamo Moscow (hereinafter Club) represented by Anatoly Georgievich Kharchuk, the president, acting on the basis of the Statute, on the one part, and Alexander Mikhailovich Ovechkin (hereinafter Professional Player), on the other part, concluded the present agreement as follows:

## 1. SUBJECT OF THE CONTRACT
1.1. Legal regulation and execution of the relations between the Professional Player (PP) and Club (C).

1.2. The (PP) is hereby employed by the (C) in the capacity of a skilled hockey Player of the first hockey team and the (C) undertakes to pay the (PP) his salary and guarantees the terms and conditions of labor as set by the legislation on labor, physical culture and sports and mutual agreement. At the same time the (PP) agrees that in the event of reduction of skills, which can only be assessed by the Head Coach or the General Manager and upon the decision of the Head of the Club, he may be transferred to team № 2 of the Club without additional written agreement.

1.3. (PP) and (C) agree that the term of the labor relations cannot be indefinite due to the character of the upcoming work and its conditions. Thus the present contract becomes a fixed-term labor contract.[1]

## 2. TERM OF THE CONTRACT
2.1. The present contract is valid for 1 year.
Commencement date: July 1, 2004
Expiration date: April 30, 2005

2.2. If agreed by the parties, there may be a probation period for _____.[2]

2.3. In the event the results of the probation period are unsuccessful, the Club may terminate the agreement with the Player prior to the expiration of the contract term, notifying the Player in writing at least 3 days prior to termination. The Club must specify the reasons and grounds to consider the player failing the probation period.

2.4. If the probation period has expired and the (PP) continues working pursuant to the present contract, he is considered to have passed the probation period successfully. The successful result of the probation period and a duly registered licence of a (PP) issued by the Professional

---

[1] Contract can be signed by individuals of 16 years and older.
In the event of General Secondary Education, the contract can be signed by individuals of 15 years and older.
[2] The term of the Contract cannot exceed five years.

Club _____     Professional Player /signature/

Hockey League serve as evidence of the professional qualification that suits the Club. At the same time, in the future, the Head coach as well as the General Manager and the Head of the Club may assess the skills of the Professional Player.

## 3. LEGAL OBLIGATIONS OF THE PARTIES

The Professional Player undertakes the following:

3.1. To give his exclusive playing services, knowledge and skills only to the Club; to complete his contract term and not to enter into other agreements with other hockey clubs and organizations in the Russian Federation and abroad for the whole term of the contract.

In doing so, the Professional player confirms that upon signing, there are no obstacles (including those in writing) that will preclude him from signing the present contract. He also confirms that there are no conditions or documents that will make the present contract void after it has been signed. The Professional Player may enter into any other contracts and sign various written obligations with other clubs, hockey organizations and their representatives in Russia or abroad only upon release from his obligations herein.

The Professional Player also agrees and guarantees that he is not banned from playing in any National Federation (Association) or League; that he fully met the obligations committed to the former club and that there are no reasons for the National Federation (Association) not to issue him a transfer card or a work permit.

3.2. Not to play for any other team and not to participate in any other sport without the written consent of the Club.

3.3. To faithfully follow the rules and the code of the Club, Russian Ice Hockey Federation, International Ice Hockey Federation and provisions of the present contract including the rules of transfer to other Russian or foreign clubs and decisions of the competent bodies of the RIHF and the PHL regarding various disputes; to be legally bound by the PHL and the RIHF Tournament Regulations; to follow the local statutory acts containing provisions of labor law passed by the club as the Player's employer.

3.4. To participate in the official PHL tournaments only upon availability of the Professional Player's Licence. The rules of licencing as well as the legal consequences of its absence are governed by a special local statutory act of the PHL.

3.5. To play hockey for the Club in all hockey games, including exhibition games, All Star Games and International Hockey Games for its country, for which he was invited in the prescribed order.

3.6. Not to employ services of representatives (agents) non-licenced by the PHL.

3.7. To follow all requirements of the Club management and coaches with respect to professional training and game practice; to keep himself in excellent physical condition and not to participate in any athletic sports or training if this may impair or endanger the Player's physical condition or otherwise effect his ablity to play hockey.

3.8. Not to violate conditions stipulated in any insurance policy on behalf of the Professional Player or the Club; not to be engaged in any activity or occupation that may lead to the Player's exhaustion.

Club _____        Professional Player /signature/

3.9. To participate in travel with his team around the country and abroad, unconditionally accept all routs and means of transportation offered by the Club.

3.10. To provide service to another club due to changes in organization of the team play of the Club without termination of this Contract in the event the Player's services are loaned by another club.

3.11. To be constantly in optimal shape during the whole season and be ready to play in all games of the Club.

3.12. In order that the Player shall be fit and in proper condition for the performance of his duties as required by this Contract, the Player shall report for practice at such day and time as the team management may designate.

3.13. To undergo in all medical examination and rehabilitation measures arranged by the Club.

3.14. To conduct himself on and off the rink according to the highest standards of honesty, morality, fair play and sportsmanship, and to refrain from conduct detrimental to the best interests of the Club, the RIHF and the PHL or professional hockey generally.

3.15. To continue his practice on a regular basis if he temporarily cannot participate in games or if he is temporarily suspended.

3.16. Not to take any drug, anabolic, potent or doping agents or food supplements without the Club physician's preliminary written permission. The Professional Player hereby agrees that he shall compensate for all damages caused to the Club if his suspension was a result of taking any medical agents of food supplements without the Club physician's preliminary written permission or if his health condition deteriorated as a result of taking such medical agents of food supplements. Further, in the event of the Professional Player's suspension or deterioration of his health condition confirmed by a medical certificate, the Club may terminate the present Contract based on paragraph 3, Article 81 of the Labor Code of the Russian Federation.

3.17. To keep confidential during the whole contract term and 5 years after its termination the following information that becomes known to the Player during his employment with the Club:
- All the special and legal documents including accounting and statistical;
- The information related to financial operations of the Club and its business partners;
- The information related to performing his own duties including the amount of his compensation;
- The information related to the activities of the Club and its business partners and their commercial, legal, scientific research, which are the property of the Club.

3.18. Not to accept from any person or organization directly or through his relatives and agents, any bonus or anything of value for winning or otherwise attempting to affect the outcome of any particular game or series of games, which fact should be immediately reported to the Chief Coach, Manager or Head of the Club.

3.19. Not to enter into any sponsorship, promotion or advertising contracts independently or through third parties.


Club _____          Professional Player /signature/

3.20. To grant to the Club during the period of this Contract all rights to make use of any images of him and his name for advertising purposes unless otherwise specified by a separate agreement.

3.21. The Professional Player and his parents, his guardian or trustee declare and agree that if required, they shall fulfill all demands of the Club and/or Court and shall sign all documents and shall report themselves to the corresponding Russian court to declare the Professional Player emancipated. They also declare that they are acting according to the Player's wish and their free will and that before signing the Contract, they had a chance to discuss all terms and conditions with attorneys, psychologists, personal representatives and agents.

3.22. To refrain during the term of the Contract (including the possibility of its extension) in his public and private appearances from criticizing the Club, its officers and other Professional Players working at the same Club.

3.23. Not to violate the Club's intellectual property rights.


**The Club undertakes the following:**
3.24. To observe the law and other legal acts including local, terms and conditions of the present Contract.

3.25. To create all conditions for the Player to successfully fulfill his professional duties.

3.26. To pay the Professional Player in a timely manner and in full his salary according to the Club payment system and the present Contract. During any period of temporary disability, the Professional Player shall be entitled to a benefit in the amount and on terms stipulated by the present legislation of the Russian Federation.

3.27. To grant the Professional Player his annual paid vacation leave (28 calendar days). The vacation allowance is paid out not later than 3 days before the beginning of vacation.[4] The Professional Player is granted his annual additional vacation leave (3 days).

3.28. To provide the professional Player with labor conditions meeting the safety and hygiene requirements; to provide sportswear and gear as required by the Club standards.

3.29. To secure sufficient living and nutritional conditions during the training and game periods when the Player is away from his permanent place of living.

3.30. To ensure the mandatory medical and social insurance in the event of disability, age and other cases prescribed by law.

3.31. Upon entering into the Contract, the Club shall within 1 week conduct a full medical examination of the Professional Player in order to determine his ability to perform his future work. Upon completion of the medical examination, the medical certificate is prepared regarding the health condition of the Professional Player. The actual permit for the Professional Player to work after signing the Contract is the confirmation that the Player is in good health upon signing the Contract, has undergone complete medical examination at the Club and is ready to fulfill the Contract terms and conditions.

---

[4] The vacation leave of a Professional Player under 18 years of age is 31 calendar days.

Club _____          Professional Player /signature/

3.32. Being the tax agent of the Professional Player, the Club undertakes in a timely manner and according to the Russian legislation to calculate, withhold and transfer all taxes and duties to the corresponding budgets; to acknowledge the Professional Player with the documents of the IIHF, RIHF, PHL and the Club, to which there is a reference in the present Contract and the insurance policies related to the Player; to provide the Player with their copies upon his written request and to provide all following amendments to the named documents without exception.

3.33. The Club shall release the Player without any compensation demand and without the loss of his salary or benefits to practice and play for the national team in any international tournaments if the Player is invited by the RIHF to represent his country in accordance with the rules of the RIHF and the IIHF. However, the Club may refuse to release the Player to play for the National Team as specified by the RIHF and the IIHF Rules if the Player is considered disabled according to the decision of the independent medical Board.

## 4. THE AMOUNT OF THE CONTRACT

4.1. The Club hereby agrees, subject to the execution of the contract obligations, to pay the Player a salary of _____. The salary shall be paid in consecutive semi-monthly installments on the days specified by the Club administration[5].

4.2. The Club may pay bonuses to the Professional Player subject to his level of performance estimated by the Head Coach. Payment of such bonuses shall be made at the discretion of the Head of the Club in addition to the main salary paid out pursuant to Article 4.1 of the present Contract.

4.3. If the Player is loaned to another club without termination of this Contract, the Player shall receive compensation not less than _____% of the salary specified in Article 4.1 of the present Contract. The source of payments is determined by the Club.

4.4. Upon signing the Contract, the Player shall receive a lump sum in the amount of _____.

4.5. If the present Contract is terminated by the Club prior to its expiration, the Player shall be entitled to 25% of the remaining unpaid salary regardless of further employment of the Player.

4.6. If the Club defaults in the payment of the Player's salary, vacation, severance or other payments that the Player is entitled to, then the Club shall pay the above amounts with such interest and on such terms and conditions, as specified by the present Russian Labor Law.

## 5. TERMINATION OF THE CONTRACT

The contract is considered terminated upon its expiration, mutual agreement of the parties and other cases stipulated by the Labor Code of the Russian Federation subject to particulars specified in Federal Law № 80-ФЗ On Physical Culture and Sports in the Russian Federation dated April 29, 1999, and local regulatory documents containing standards of labor law passed by the Club.

## 6. DISPUTES

6.1. All individual labor disputes (unadjusted differences between the Club and the Professional Player) shall be considered by the Arbitration Committee of the RIHF and the PHL and the

---

[5] The amount and terms of payment of salary as well as the whole system of compensation the Professional Player may be subject to a supplement to the present contract.

Club _____        Professional Player /signature/

parties agree to the exclusive jurisdiction of the Arbitration Committee; the parties also agree that they shall abide by the terms of the awards of the Arbitration Committee. By doing so, the Professional Player and the Club agree that the decisions of the Arbitration Committee shall be recognized worldwide pursuant to the Convention on the Recognition and Enforcement of Foreign Arbitral Awards, New York, 1958.

6.3. All contractual disputes, differences or demands including those related to its execution, breach, termination or invalidity, are considered exclusively on the basis of the Russian Federation legislation.

6.4. If the Professional Player is transferred to any other club including a foreign one without the written consent of his Club, the Professional Player agrees that the Arbitration Committee award, banning the Professional Player from playing for any other club including a foreign club, shall become mandatory in Russia and in any foreign country and the Professional Player agrees not to appeal the Arbitration Committee award banning the Professional Player from playing for any other club including a foreign club.

6.5. The Club and the Professional Player agree that the services provided by the Player are of a unique character, the loss of which cannot be adequately compensated to the Club. The Player therefore agrees that the Club shall have the right through the IIHF, RIHF and the PHL to enjoin him from playing for any other club in the Russian Federation or any other country. The present conditions by no means limit the rights of the Club with respect to submitting any other claims against the Professional Player.

## 7. SPECIAL CONDITIONS

7.1. The Professional Player and the Club agree that the present Contract must be registered with the PHL in accordance with the Tournament regulations. They also agree that the Professional Player shall be released from his present contractual obligations before he may offer his service as a Professional Player to any other club, other legal entities or individuals in the Russian Federation or abroad.

7.2. The Professional Player agrees that despite his own unique knowledge and skills, the Club's contribution pursuant to this Contract including but not limited to salary and other monetary compensations, use of premises and equipment, training, participation in tournaments as a team member and other services provided by the Club, become an essential and integral part in the development of the Player's skills and abilities and that such contribution is valuable in his career of a professional hockey player.

7.3. The Club may from time to time during the training and tournament periods establish reasonable rules governing the conduct and conditioning of the Player, and such reasonable rules shall form part of this Contract as fully as if herein written.

7.4. Should the Player become sick or get into an accident, he, circumstances permitting, shall immediately inform the Head Coach and the Club's physician and within 24 hours provide a medical certificate confirming contraindications to play hockey and also submit himself to the Club for medical examination by the Club's physician.

7.5. If the Player is injured during the course of his employment as a hockey Player with the Club, including travel with his team, the Club will pay the Player's reasonable hospitalization

Club _____    Professional Player /signature/

until discharged from the hospital, provided that the hospital and doctor are approved by the Club.

7.6. If the Player is disabled and unable to perform his duties as a hockey Player by reason of an injury sustained during the course of his employment as a hockey Player, the present Contract may not be terminated by the Club until the Player's rehabilitation or determination of a disability group.

7.7. The Club may request that the Professional Player be disqualified and his licence suspended for the violation of the Contract terms and the Tournament Regulations. The Club may terminate the Contract if the Player is disqualified for a period of more than a month.

7.8. The Club may sign an Apprenticeship Agreement with the Professional Player hired by the Club (as per Article 32 of the Russian Federation Labor Law). This shall be a civil agreement and it shall be governed by the civil legislation.

7.9. The Professional Player agrees that he may not refuse the apprenticeship agreement due to the fact that apprenticeship training and skills improvement become an integral part of the main duties of the Professional Player under this Contract.

7.10. If the Player is permanently disabled and unable to perform his duties as a hockey Player by reason of an injury sustained during the course of his employment as a hockey Player, the Club shall pay the Professional Player within a month a lump sum compensation equal to 50% of the annual Contract amount (total annual amount of salary) stipulated by the Contract or a supplement to the Contract.

7.11. If the Player dies by reason of an injury sustained during the course of his employment as a hockey Player, the Club shall pay the Professional Player's family within a month a lump sum compensation equal to the annual Contract amount (total annual amount of salary) stipulated by the Contract or a supplement to the Contract.

7.12. The Club will not be held liable for the Player's treatment, if the Player is injured due to act or omission not related to his duties as a hockey player.

8. FINAL PROVISIONS
8.1. The terms and conditions of the present Contract can be reviewed upon the end of the hockey season by mutual agreement of the parties.
8.2. The Professional Player and Club agree that the RIHF, PHL and the IIHF recognize the present provisions of the Contract. The professional Player agrees and declares that he had an opportunity to study the documents specified in Articles 3.3 and 3.29 of the present Contract before signing.
8.3. With regards to the labor relations, the Contract comes into effect from the moment it is signed. With regards to other relations associated with the local regulatory documents of the IIHF, RIHF and the PHL, the Contract comes into effect from the moment of its registration with the PHL.

Having read the present Contract, the Club and the Player agree that all the terms and obligations of the Contract as well as their interpretation are clear to them. All parties to this Contract had an opportunity to discuss all terms and obligations with their attorneys, physicians, agents and other representatives and the Contract is signed of their own free will.

Club _____        Professional Player /signature/

**ADDRESSES AND SIGNATURES**

**CLUB**
125167, Moscow, 36 Leningradsky Prospekt
INN: _____

A. G. Kharchuk, President
/signature/

**PROFESSIONAL PLAYER**
Alexander Mikhailovich Ovechkin
DOB: September 17, 1985
Passport: 45 01 924237issued by Rostokino Department of the Interior, City of Moscow
          on 30.01.2002
Address: Moscow, 18 Selskokhozyasvennaya Street, Building 4, Apt. 188
/signature/

Club _____    Professional Player /signature/



### STANDARD PLAYER'S CONTRACT
IMPORTANT NOTICE TO PLAYER

Before signing this Contract, you should carefully examine it to be sure that all terms and conditions agreed upon have been included herein, and you understand its content and interpretation.

### PROFESSIONAL PLAYER'S CONTRACT
SUPER LEAGUE OF THE PHL HOCKEY CLUB
Fixed Term Employment Contract

Regional nonprofit organization hockey club Dynamo Moscow (hereinafter Club) represented by Anatoly Georgievich Kharchuk, the president, acting on the basis of the Statute, on the one part, and _____ (hereinafter Professional Player), on the other part, concluded the present agreement as follows:

### 1. SUBJECT OF THE CONTRACT
1.1. Legal regulation and execution of the relations between the Professional Player (PP) and Club (C).

1.2. The (PP) is hereby employed by the (C) in the capacity of a skilled hockey Player of the first hockey team and the (C) undertakes to pay the (PP) his salary and guarantees the terms and conditions of labor as set by the legislation on labor, physical culture and sports and mutual agreement. At the same time the (PP) agrees that in the event of reduction of skills, which can only be assessed by the Head Coach or the General Manager and upon the decision of the Head of the Club, he may be transferred to team № 2 of the Club without additional written agreement.

1.3. (PP) and (C) agree that the term of the labor relations cannot be indefinite due to the character of the upcoming work and its conditions. Thus the present contract becomes a fixed-term labor contract.[1]

### 2. TERM OF THE CONTRACT
2.1. The present contract is valid for _____ year(s).
Commencement date: July 21, 2005
Expiration date: April 30, 2006

2.2. If agreed by the parties, there may be a probation period for _____.[2]

2.3. In the event the results of the probation period are unsuccessful, the Club may terminate the agreement with the Player prior to the expiration of the contract term, notifying the player in writing at least 3 days prior to termination. The Club must specify the reasons and grounds to consider the player failing the probation period.

2.4. If the probation period has expired and the (PP) continues working pursuant to the present contract, he is considered to have passed the probation period successfully. The successful result of the probation period and a duly registered licence of a (PP) issued by the Professional

---

[1] Contract can be signed by individuals of 16 years and older.
In the event of General Secondary Education, the contract can be signed by individuals of 15 years and older.
[2] The term of the Contract cannot exceed five years.

Club _____     Professional Player _____

Hockey League serve as evidence of the professional qualification that suits the Club. At the same time, in the future, the Head coach as well as the General Manager and the Head of the Club may assess the skills of the Professional Player (Article 1.2 of the present Contract).

## 3. LEGAL OBLIGATIONS OF THE PARTIES

The Professional Player undertakes the following:

3.1. To give his exclusive playing services, knowledge and skills only to the Club; to complete his contract term and not to enter into other agreements with other hockey clubs and organizations in the Russian Federation and abroad for the whole term of the contract.

In doing so, the Professional player confirms that upon signing, there are no obstacles (including those in writing) that will preclude him from signing the present contract. He also confirms that there are no conditions or documents that will make the present contract void after it has been signed. The Professional Player may enter into any other contracts and sign various written obligations with other clubs, hockey organizations and their representatives in Russia or abroad only upon release from his obligations herein.

The Professional Player also agrees and guarantees that he is not banned from playing in any National Federation (Association) or League; that he fully met the obligations committed to the former club and that there are no reasons for the National Federation (Association) not to issue him a transfer card or a work permit.

3.2. Not to play for any other team and not to participate in any other sport without the written consent of the Club.

3.3. To faithfully follow the rules and the code of the Club, Russian Ice Hockey Federation, International Ice Hockey Federation and provisions of the present contract including the rules of transfer to other Russian or foreign clubs and decisions of the competent bodies of the RIHF and the PHL regarding various disputes; to be legally bound by the PHL and the RIHF Tournament Regulations; to follow the local statutory acts containing provisions of labor law passed by the club as the Player's employer.

3.4. To participate in the official PHL tournaments only upon availability of the Professional Player's Licence. The rules of licencing as well as the legal consequences of its absence are governed by a special local statutory act of the PHL.

3.5. To play hockey for the Club in all hockey games, including exhibition games, All Star Games and International Hockey Games for its country, for which he was invited in the prescribed order.

3.6. Not to employ services of representatives (agents) non-licenced by the PHL.

3.7. To follow all requirements of the Club management and coaches with respect to professional training and game practice; to keep himself in excellent physical condition and not to participate in any athletic sports or training if this may impair or endanger the Player's physical condition or otherwise effect his ablity to play hockey.

3.8. Not to violate conditions stipulated in any insurance policy on behalf of the Professional Player or the Club; not to be engaged in any activity or occupation that may lead to the Player's exhaustion.

Club _____    Professional Player _____

3.9. To participate in travel with his team around the country and abroad, unconditionally accept all routs and means of transportation offered by the Club.

3.10. To provide service to another club due to changes in organization of the team play of the Club without termination of this Contract in the event the Player's services are loaned by another club.

3.11. To be constantly in optimal shape during the whole season and be ready to play in all games of the Club.

3.12. In order that the Player shall be fit and in proper condition for the performance of his duties as required by this Contract, the Player shall report for practice at such day and time as the team management may designate.

3.13. To undergo in all medical examination and rehabilitation measures arranged by the Club.

3.14. To conduct himself on and off the rink according to the highest standards of honesty, morality, fair play and sportsmanship, and to refrain from conduct detrimental to the best interests of the Club, the RIHF and the PHL or professional hockey generally.

3.15. To continue his practice on a regular basis if he temporarily cannot participate in games or if he is temporarily suspended.

3.16. Not to take any drug, anabolic, potent or doping agents or food supplements without the Club physician's preliminary written permission. The Professional Player hereby agrees that he shall compensate for all damages caused to the Club if his suspension was a result of taking any medical agents of food supplements without the Club physician's preliminary written permission or if his health condition deteriorated as a result of taking such medical agents of food supplements. Further, in the event of the Professional Player's suspension or deterioration of his health condition confirmed by a medical certificate, the Club may terminate the present Contract based on paragraph 3, Article 81 of the Labor Code of the Russian Federation.

3.17. To keep confidential during the whole contract term and 5 years after its termination the following information that becomes known to the Player during his employment with the Club:
- All the special and legal documents including accounting and statistical;
- The information related to financial operations of the Club and its business partners;
- The information related to performing his own duties including the amount of his compensation;
- The information related to the activities of the Club and its business partners and their commercial, legal, scientific research, which are the property of the Club.

3.18. Not to accept from any person or organization directly or through his relatives and agents, any bonus or anything of value for winning or otherwise attempting to affect the outcome of any particular game or series of games, which fact should be immediately reported to the Chief Coach, Manager or Head of the Club.

3.19. Not to enter into any sponsorship, promotion or advertising contracts independently or through third parties.

Club _____          Professional Player _____

3.20. To grant to the Club during the period of this Contract all rights to make use of any images of him and his name for advertising purposes unless otherwise specified by a separate agreement.

3.21. The Professional Player and his parents, his guardian or trustee declare and agree that if required, they shall fulfill all demands of the Club and/or Court and shall sign all documents and shall report themselves to the corresponding Russian court to declare the Professional Player emancipated. They also declare that they are acting according to the Player's wish and their free will and that before signing the Contract, they had a chance to discuss all terms and conditions with attorneys, psychologists, personal representatives and agents.

3.22. To refrain during the term of the Contract (including the possibility of its extension) in his public and private appearances from criticizing the Club, its officers and other Professional Players working at the same Club.

3.23. Not to violate the Club's intellectual property rights.

**The Club undertakes the following:**
3.24. To observe the law and other legal acts including local, terms and conditions of the present Contract.

3.25. To create all conditions for the Player to successfully fulfill his professional duties.

3.26. To pay the Professional Player in a timely manner and in full his salary according to the Club payment system and the present Contract. During any period of temporary disability, the Professional Player shall be entitled to a benefit in the amount and on terms stipulated by the present legislation of the Russian Federation.

3.27. To grant the Professional Player his annual paid vacation leave (28 calendar days). The vacation allowance is paid out not later than 3 days before the beginning of vacation.[4] The Professional Player is granted his annual additional vacation leave (3 days).

3.28. To provide the professional Player with labor conditions meeting the safety and hygiene requirements; to provide sportswear and gear as required by the Club standards.

3.29. To secure sufficient living and nutritional conditions during the training and game periods when the Player is away from his permanent place of living.

3.30. To ensure the mandatory medical and social insurance in the event of disability, age and other cases prescribed by law.

3.31. Upon entering into the Contract, the Club shall within 1 week conduct a full medical examination of the Professional Player in order to determine his ability to perform his future work. Upon completion of the medical examination, the medical certificate is prepared regarding the health condition of the Professional Player. The actual permit for the Professional Player to work after signing the Contract is the confirmation that the Player is in good health upon signing the Contract, has undergone complete medical examination at the Club and is ready to fulfill the Contract terms and conditions.

---

[4] The vacation leave of a Professional Player under 18 years of age is 31 calendar days.

Club _____        Professional Player_____

3.32. Being the tax agent of the Professional Player, the Club undertakes in a timely manner and according to the Russian legislation to calculate, withhold and transfer all taxes and duties to the corresponding budgets; to acknowledge the Professional Player with the documents of the IIHF, RIHF, PHL and the Club, to which there is a reference in the present Contract and the insurance policies related to the Player; to provide the Player with their copies upon his written request and to provide all following amendments to the named documents without exception.

3.33. The Club shall release the Player without any compensation demand and without the loss of his salary or benefits to practice and play for the national team in any international tournaments if the Player is invited by the RIHF to represent his country in accordance with the rules of the RIHF and the IIHF. However, the Club may refuse to release the Player to play for the National Team as specified by the RIHF and the IIHF Rules if the Player is considered disabled according to the decision of the independent medical Board.

## 4. THE AMOUNT OF THE CONTRACT

4.1. The Club hereby agrees, subject to the execution of the contract obligations, to pay the Player a salary of _____. The salary shall be paid in consecutive semi-monthly installments on the days specified by the Club administration[5].

4.2. The Club may pay bonuses to the Professional Player subject to his level of performance estimated by the Head Coach. Payment of such bonuses shall be made at the discretion of the Head of the Club in addition to the main salary paid out pursuant to Article 4.1 of the present Contract.

4.3. If the Player is loaned to another club without termination of this Contract, the Player shall receive compensation not less than _____% of the salary specified in Article 4.1 of the present Contract. The source of payments is determined by the Club.

4.4. Upon signing the Contract, the Player shall receive a lump sum in the amount of _____.

4.5. If the present Contract is terminated by the Club prior to its expiration, the Player shall be entitled to 25% of the remaining unpaid salary regardless of further employment of the Player.

4.6. If the Club defaults in the payment of the Player's salary, vacation, severance or other payments that the Player is entitled to, then the Club shall pay the above amounts with such interest and on such terms and conditions, as specified by the present Russian Labor Law.

## 5. TERMINATION OF THE CONTRACT

The contract is considered terminated upon its expiration, mutual agreement of the parties and other cases stipulated by the Labor Code of the Russian Federation subject to particulars specified in Federal Law № 80-ФЗ On Physical Culture and Sports in the Russian Federation dated April 29, 1999, and local regulatory documents containing standards of labor law passed by the Club.

## 6. DISPUTES

6.1. All individual labor disputes (unadjusted differences between the Club and the Professional Player) shall be considered by the Arbitration Committee of the RIHF and the PHL and Russian

---

[5] The amount and terms of payment of salary as well as the whole system of compensation of the Professional Player may be subject to a supplement to the present contract.

Club _____         Professional Player _____

parties agree to the exclusive jurisdiction of the Arbitration Committee; the parties also agree that they shall abide by the terms of the awards of the Arbitration Committee. By doing so, the Professional Player and the Club agree that the decisions of the Arbitration Committee shall be recognized worldwide pursuant to the Convention on the Recognition and Enforcement of Foreign Arbitral Awards, New York, 1958.

6.3. All contractual disputes, differences or demands including those related to its execution, breach, termination or invalidity, are considered exclusively on the basis of the Russian Federation legislation.

6.4. If the Professional Player is transferred to any other club including a foreign one without the written consent of his Club, the Professional Player agrees that the Arbitration Committee award, banning the Professional Player from playing for any other club including a foreign club, shall become mandatory in Russia and in any foreign country and the Professional Player agrees not to appeal the Arbitration Committee award banning the Professional Player from playing for any other club including a foreign club.

6.5. The Club and the Professional Player agree that the services provided by the Player are of a unique character, the loss of which cannot be adequately compensated to the Club. The Player therefore agrees that the Club shall have the right through the IIHF, RIHF and the PHL to enjoin him from playing for any other club in the Russian Federation or any other country. The present conditions by no means limit the rights of the Club with respect to submitting any other claims against the Professional Player.

## 7. SPECIAL CONDITIONS

7.1. The Professional Player and the Club agree that the present Contract must be registered with the PHL in accordance with the Tournament regulations. They also agree that the Professional Player shall be released from his present contractual obligations before he may offer his service as a Professional Player to any other club, other legal entities or individuals in the Russian Federation or abroad.

7.2. The Professional Player agrees that despite his own unique knowledge and skills, the Club's contribution pursuant to this Contract including but not limited to salary and other monetary compensations, use of premises and equipment, training, participation in tournaments as a team member and other services provided by the Club, become an essential and integral part in the development of the Player's skills and abilities and that such contribution is valuable in his career of a professional hockey player.

7.3. The Club may from time to time during the training and tournament periods establish reasonable rules governing the conduct and conditioning of the Player, and such reasonable rules shall form part of this Contract as fully as if herein written.

7.4. Should the Player become sick or get into an accident, he, circumstances permitting, shall immediately inform the Head Coach and the Club's physician and within 24 hours provide a medical certificate confirming contraindications to play hockey and also submit himself to the Club for medical examination by the Club's physician.

7.5. If the Player is injured during the course of his employment as a hockey Player with the Club, including travel with his team, the Club will pay the Player's reasonable hospitalization until discharged from the hospital, provided that the hospital and doctor are approved by the Club.

Club _____　　Professional Player _____

7.6. If the Player is disabled and unable to perform his duties as a hockey Player by reason of an injury sustained during the course of his employment as a hockey Player, the present Contract may not be terminated by the Club until the Player's rehabilitation or determination of a disability group.

7.7. The Club may request that the Professional Player be disqualified and his licence suspended for the violation of the Contract terms and the Tournament Regulations. The Club may terminate the Contract if the Player is disqualified for a period of more than a month.

7.8. The Club may sign an Apprenticeship Agreement with the Professional Player hired by the Club (as per Article 32 of the Russian Federation Labor Law). This shall be a civil agreement and it shall be governed by the civil legislation.

7.9. The Professional Player agrees that he may not refuse the apprenticeship agreement due to the fact that apprenticeship training and skills improvement become an integral part of the main duties of the Professional Player under this Contract.

7.10. If the Player is permanently disabled and unable to perform his duties as a hockey Player by reason of an injury sustained during the course of his employment as a hockey Player, the Club shall pay the Professional Player within a month a lump sum compensation equal to 50% of the annual Contract amount (total annual amount of salary) stipulated by the Contract or a supplement to the Contract.

7.11. If the Player dies by reason of an injury sustained during the course of his employment as a hockey Player, the Club shall pay the Professional Player's family within a month a lump sum compensation equal to the annual Contract amount (total annual amount of salary) stipulated by the Contract or a supplement to the Contract.

7.12. The Club will not be held liable for the Player's treatment, if the Player is injured due to act or omission not related to his duties as a hockey player.

8. FINAL PROVISIONS
8.1. The terms and conditions of the present Contract can be reviewed upon the end of the hockey season by mutual agreement of the parties.
8.2. The Professional Player and Club agree that the RIHF, PHL and

Club _____          Professional Player _____