# SUPPLEMENT 2



SUPPLEMENT № 3

## THE PLAYER'S CONTRACT, RULES OF TRANSFER, LEASE AND PAYMENT OF COMPENSATION

## 1. THE PLAYER'S CONTRACT

1.1. The relations of a Professional Player with the Club are regulated by the Contract. The Professional Player's Contract is signed on the basis of the Russian Federation Labor Law and local bylaws of the RIHF and the PHL.

1.2. The Professional Player's Contract is concluded in writing according to the Standard Professional Player's Contract approved by the PHL. Contracts, which are not based on the Standard Player's Contract are not accepted for registration by the PHL and any disputes on those contracts are not considered. The Contracts concluded by the clubs for the Super League before April 16, 2004 and for the Higher League before May 14, 2004, are considered legitimate if they do not contradict the local bylaws of the RIHF and the PHL.

1.3. The professional Club, a member of the PHL, may conclude the Professional Player's Contract with a player who is 16 years of age or older. In the event of receiving the General Secondary Education or leaving school pursuant to the Federal Law on Secondary Education, the contract can be signed by individuals who are15 years of age. Hockey players who are 14 years of age may conclude the Contract by consent of one of their parents, a guardian or child welfare body.

1.4. The Player, having the Youth Program Contract as well as the graduate of such program whose Contract has expired, must conclude their first Professional Player's contract with the professional club, which is supervising this Youth Program if the Player completed the Program or was enrolled in the Program for the last year. If the present provision is violated, the Player can be disqualified for a period of up to one year pursuant to the decision of the AC of the RIHF and the PHL.

1.5. The first Professional Player's Contract (fixed-term employment contract) is signed by the player and the Club for 5 years. Upon the expiration of such contract, the Club has the preferential (matching) right and the player must conclude a new contract for 3 years if the Club offers the player in writing:
- 30% increase to his total revenue for the last (5th) year of the expiring contract (for Super League);
- 10% increase to his total revenue for the last (5th) year of the expiring contract but not less than US $ 30,000 (for Higher League).

1.6. The Professional Player's Contract shall expire no later than April 30.

1.7. The contract may not be terminated less than 10 days before the end of the application submission.

1.8. The term of the Contract signed by a Professional Player who is a citizen of a foreign country (legionary) shall not exceed the term of his transfer card.

1.9. The hockey players whose contracts have expired, are divided into 3 categories:
CATEGORY 1. The players whose first 5-year professional contract expired and the players who signed a new 3-year contract upon expiration of this one.
CATEGORY 2. The players whose second professional contract expired or the players who are under 30 years of age.
CATEGORY 3. The players who are 30 years of age and who have no obligations to their former club with which they had their last contract. Such players may conclude any contracts at their discretion.

1.10. The Club has the preferential (matching) right to sign a new Contract with the Players from Category 2. In this case, within 10 days from the expiration of the Contract, the Club may offer the Player in writing a new Contract with at least a 10% increase. The Club shall notify the PHL about it.
If the Player does not accept this offer, he may sign a preliminary contract (fixed-term employment contract with probation period as per Article 70 and 71 of the Labor Code of the Russian Federation) with any other Club. His previous Club will have the right to match the terms and conditions of this Contract. If this does not take place within 10 days, the preliminary contract comes into effect and has the power of the main Contract.
If the Player has not received an offer of 10% increase to the previous Contract, he automatically becomes a Player of Category 3.

1.11. The preliminary Contract shall correspond to the approved Standard Player's Contract of the PHL. Such Contract shall stipulate the amount or there must be a Confidential Supplement to the Contract.

1.12. The club that offered the player a Preliminary Contract (new Club) must forward a copy of such Preliminary Contract and Confidential Agreement to the previous/former club within 3 days and must notify the PHL Tournament Committee about it in writing. A 10-day period required to make a decision is counted from the moment the previous/former club has received the named documents.

1.13. The players belonging to Category 2 must finalize their contract relations with the Club no later than 10 days before the beginning of the Championship.

1.14. The Contract is made in three counterparts, each page of which is signed by the parties. The Contract shall be registered with the PHL. After the registration, one copy is intended to remain at the Club, the second copy goes to the Player and the third to the PHL. The provision of the present Article also apply to the Contracts of the Players loaned to other Clubs.

1.15. Upon signing the Contract pursuant to the PHL rules, the Professional Player is registered, entered into the register of the professional players and gets his PHL licence as a Professional Player.

1.16. The early termination of the Contract is allowed only pursuant to the grounds set in the present Russian Federation legislation, local bylaws of the PHL and in accordance with the provisions of the Contract signed by the Professional Player.

1.17. The Player is NOT ALLOWED to switch clubs before the expiration of the Contract. The exceptions are the cases when the three parties (the Player, his present Club and his Future Club) come to an agreement about early transfer of the Player and a corresponding Transfer Contract has been signed (Agreement on Compensation for Training the Player).

1.18. The Player may not sign a Contract with two or more Clubs at the same time. If the Player has two or more valid employment agreements (Contracts), the previous of which has not expired or has not been terminated in the prescribed order before the new Contract was signed, this may result in the decision of the AC of the RIHF and the PHL to disqualify the Player for the period of two years for the PHL tournaments.

1.19. If the Player participates in the Club's pre-season training practice, he must sign an agreement with the Club for the pre-season training. Upon completion of the pre-season training, the Player must either sign the Professional Player's Contract with the Club or terminate the pre-season training agreement in the prescribed order.

1.20. The Club may unilaterally terminate the Contract with the Player if the Player has been disqualified. The disqualified Player may sign the Contract with another Club before the expiration of the disqualification or in the event of its cancellation. However, he may not participate in the official tournaments held by the RIHF and the PHL.

1.21. The Contract between the Club and the Player who is a member of the national team remains valid for the whole period when the player is playing for the national team.

1.22. If the Player is disabled by reason of injury or occupational disease sustained during the course of his employment as a hockey player during the training period or during the tournaments, the Club cannot terminate the Contract until the Player's rehabilitation or determination of a disability group and his retirement.

1.23. The long-term Contracts of a Player leased by other Clubs as well as the Contracts of the Players who are scheduled for lease, shall be reregistered with the Tournament Committee of the PHL.

## 2. MOVEMENTS OF THE PLAYERS

2.1. The rules of movements of a Player from one Club to another are mandatory for all subjects within the PHL structure.

2.2. A Professional Player registered with the PHL may switch clubs in the following cases:
- Upon the expiration of the Contract between the Player and the Club taking into account the requirements set in the present Supplement 3;
- Upon mutually agreed termination of the Contract;
- Upon agreement between 2 Clubs (present and future) and the Player on his transfer from another Club before the expiration of the Contract.

2.3. In order to regulate movements of the players-products of a Hockey Club and the players with valid Contracts from a Club to a Club, the Clubs shall conclude a Transfer Agreement (Agreement on Compensation for Training the Player) specifying the total amount of compensation, exact term of payment and permission for the Players to lease before the specified term. After the registration, each Club receives a copy of the Agreement whereas the third copy is forwarded to the PHL.

Mark Vaintroub

2.4. The head of the Club or another officer authorized by the Club may sign the Transfer or Lease Agreement (Agreement on Compensation for Training the Player).

2.5. The transfers of the Players are conducted within the terms set by the present Regulations (Chapter 6, Articles 3-4).

2.6. If the Club intends to obtain a Player who has a valid Contract, it must first notify the Player's Club in writing about its intention prior to negotiating with the Player. If this condition is violated, the Club may be fined in the amount of 50,000 (fifty thousand) rubles pursuant to the decision of the AC of the RIHF and the PHL.

2.7. The Player shall not be engaged in training practice with other Club until the Transfer Contract has been finalized according to the requirements of the present Regulations. The exceptions are the cases when the Clubs have a written agreement about the Player participating in the pre-season training practice. If this condition is violated, the Club may be fined in the amount of 50,000 (fifty thousand) rubles pursuant to the decision of the AC of the RIHF and the PHL and the Play may be disqualified for a period of 6 (six) months.

2.8. If the Player, having a valid Contract, abandons the Club, he may be disqualified for a period of one year pursuant to the decision of the AC of the RIHF and the PHL.

2.9. The transfers of the Players into the Army and Dynamo clubs are conducted on a common basis according to the present Regulations and the Player's Status. The Army and Dynamo Clubs may not include into the official PHL tournament lists the Players, conscripted to the military service, if they have the Contracts that expired according to Paragraph 1, Article 83 of the Labor Code of the Russian Federation. Exceptions are the cases when the Clubs have written agreements properly executed.

2.10. The transfer of the Player from the Clubs of other national Federations is registered according to the regulations of the IIHF with mandatory registration of the IIHF transfer card.

2.11 If the Player-legionary is transferred between Clubs within the PHL or returns from a foreign club to a PHL club, all requirements of Supplement 3 apply to him.

2.12. The Club that has received the compensation for a Player from any IIHF or NHL Club, is no longer entitled to any financial or sports rights for this Player.

2.13. If a Club fails to fulfill the obligations of the Transfer / Lease Agreement (Agreement on Compensation for Training the Player), the PHL Tournament Committee may ban such Player from participating in tournaments no later than 24 hours before the beginning of the match.

**COMPENSATION**

3.1. The transfer of a Player from a Youth Program to the professional Club is processed with the mandatory compensation payment for training the Player pursuant to the Player's Status.

3.2. The Professional Player may join another Club without any compensation if the Player and his Club have come to a certain agreement and the present provision is reflected in the text of the main Contract registered with the PHL.

3.3. To regulate the payments between the Clubs or the Youth Programs, the following rates must be observed when the players switch Clubs:

3.3.1. If a graduate of a Youth Program is transferred to the professional Club and the first Professional Player's Contract has been signed, the Club shall pay compensation to all Youth Programs and/or Clubs who had agreements with the Player starting from the Player's age of 10. The compensation amount is calculated as follows:
- 500 nominal units for each full year the pupil was a member of the Youth Program (Club) from 10 to 12 years of age;
- 1,200 nominal units for each full year the pupil was a member of the Youth Program (Club) from 12 years of age.

The payments are made in proportion to the time the Player was enrolled in the Program or played for a Club. The exceptions are the programs owned by the Clubs, with which the Player signs his first Professional Player's Contract, or the Programs which have already received compensation.

Note:
- The Player is considered to become a participant of the Youth Program from the moment the Enrolment Order has been issued by the Program / Club officials;
- The compensation amount for an incomplete year is calculated according to the following formula:

$$X = 1200/365*n \text{ or } X = 500/365*n$$

where "X" is the compensation amount for the incomplete year and "n" is the number of days the Player played for the Club.

3.3.2. If the Player, who was a member of a Youth Program, moves from the club with which he had his first professional contract, this Club is entitled to compensation. The compensation amounts are as follows:
- Move of a player within the SUPER LEAGUE - up to 100,000 nominal units;
- Move of a player within the MAJOR LEAGUE - up to 100,000 nominal units;
- Move of a player from the SUPER LEAGUE to HIGHER LEAGUE - up to 100,000 nominal units;
- Move of a player from the HIGHER LEAGUE to SUPER LEAGUE - up to 100,000 nominal units;

All other movements of the Players, whose contracts expired, are performed without any compensation.

Note: Nominal unit = US $ 1 (Translator's note)

3.4. All disputes related to movements of a Player or a coach from a Club to a Club, shall be resolved only within the scope of hockey authorities.

3.5. If the Clubs do not reach agreement about the financial terms and conditions related to the movements of Players, the matter is forwarded to the AC of the RIHF and the PHL. Until the AC of the RIHF and the PHL has made the decision, the Player is banned from playing in any tournaments of the RIHF and the PHL.

3.6. All disputes related to movements of a Player that are beyond the scope of the present Regulations, are forwarded to the AC of the RIHF and the PHL. The decisions of the AC, as they have came into effect, become mandatory for all Clubs of the PHL.

3.7. The AC of the RIHF and the PHL accepts for consideration all documents regarding the Player-Club relations including those that have not been registered with the PHL.

3.8. The amount of compensation as well as the terms and conditions of its payment is stipulated in the Transfer Agreement (Agreement on Compensation for Training the Player). In the absence thereof, no claims related to Player's movement and compensation are accepted and considered by the AC of the RIHF and the PHL.

3.9. If a Club fails to pay the compensation in a timely manner, it may be penalized for 50,000 (fifty thousand) rubles pursuant to the decision of the AC of the RIHF and the PHL. Further, the Player may be banned from playing in the RIHF and the PHL tournaments until the mutual payments have been finalized.

## 4. LEASE OF A PLAYER

4.1. Lease of a Player is allowed in the official PHL tournaments without termination of the Contract with the main Club. Only Players born after December 31, 1983 may be leased. The maximum number of leased Players listed in a roster per season and each separate game shall not exceed 3 (three).

4.2. The lease of a Player shall be stipulated in a Contract between the Clubs that is made in three copies, one of which is forwarded to the PHL Tournament Committee. This Contract shall specify the terms and conditions of lease, the date of commencement and end.

4.3. Pursuant to the Lease Agreement, the Club Lessor of the Player may recall the Player within the time frame stipulated in Chapter 6, Article 34 of the present Regulations if the Lease Agreement has a corresponding provision.

4.4. If the Clubs want to continue leasing the Player, the Agreement can be either extended or renewed.



# SUPPLEMENT 3



# REGIONAL NONPROFIT ORGANIZATION "DYNAMO" MOSCOW HOCKEY CLUB

125167, Russia, Moscow, 36 Leninigradskiy Prospekt
Tel. (095) 213-2201   Fax: (905) 213-1304
www.dynamo.ru   info@dynamo.ru

Reg. № 100/03
April 26, 2005

To:     A. M. OVECHKIN, Professional Player
Copy:  N. N. Uryupin, PHL Director

Moscow

Dear Alexander Mikhailovich,

Due to the expiration of your Professional Player's Contract, the hockey club Dynamo offers you a new Professional Player's Contract with a 30% increase of a total amount of compensation as compared with the 2004-2005 season.

Dynamo Sports Director       A. Ye. Panfilov
/signature/


Agent acknowledged on 26.04.05
/signature/



# SUPPLEMENT 4



SUPPLEMENT 4

# PROFESSIONAL HOCKEY PLAYER'S CONTRACT
## IMPORTANT NOTICE TO PLAYER

Before signing this Contract, you should carefully examine it to be sure that all terms and conditions agreed upon have been included herein, and you understand its content and interpretation.

## PROFESSIONAL HOCKEY PLAYER'S CONTRACT
### Club of the Super League of the Professional Hockey League
### (Fixed-term employment agreement)

Limited Liability Company Hockey Club "Avangard" hereinafter referred to as the CLUB represented by the president Konstantin Nikolaevich Potapov, acting on the basis of the Statute, on the one part, and A. M. Ovechkin hereinafter referred to as Professional Player, on the other part, concluded the present agreement as follows:

## 1. SUBJECT OF THE CONTRACT
1.1. Legal regulation and execution of the relations between the Professional Player (PP) and Club (C).

1.2. The (PP) is hired by the (C) in the capacity of a hockey player of the first hockey team and the (C) undertakes to pay the (PP) his salary and guarantees the terms and conditions of labor as stipulated in the labor legislation, physical culture and sports documents and mutual agreement. At the same time the (PP) agrees that in the event his skill level goes down, which can only be assessed by the Head Coach or the General Manager and upon the decision of the Head of the Club, he may be transferred to team № 2 of the Club without additional written agreement.

1.3. (PP) and (C) agree that the term of the labor relations cannot be indefinite due to the character of the upcoming work and its conditions. Thus the present contract becomes a fixed-term labor contract.[1]

## 2. TERM OF THE CONTRACT
2.1. The present contract is valid for 1 year[2].
Commencement date: July 21, 2005
Expiration date: April 30, 2006

2.2. If the parties agree, there may be a probation period _____ long.[3]

2.3. If the results of the probation period are unsuccessful, the Club has the right to terminate the agreement with the player prior to the expiration of the contract term, notifying the player in writing at least 3 days prior to termination. The Club must specify the reasons and grounds to consider the player failing the probation period.

---

[1] Contract can be signed by individuals of 16 years and older.
In the even of General Secondary Education, the contract can be signed by individuals of 15 years and older.
[2] Illegible
[3] Illegible

Club /signature/          Professional Player /signature/

2.4. If the probation period expires and the (PP) continues working according to the present contract, he is considered to have passed the probation period successfully. The successful result of the probation period and a duly registered licence of a (PP) issued by the Professional Hockey League serve as evidence of the professional qualification that suits the Club. At the same time, in the future, the Head coach as well as the General Manager and the Head of the Club may assess the skills of the Professional Player.

## 3. LEGAL OBLIGATIONS OF THE PARTIES

The Professional Player undertakes the following:

3.1. To render his exclusive playing services, knowledge and skills only to the Club; to complete his contract term and not to sign other agreements with other hockey clubs and organizations in the Russian Federation and abroad for the whole term of the contract.

In doing so, the Professional player confirms that upon signing, there are no obstacles (including those in writing) that will prevent him from signing the present contract. He as well confirms that there are no conditions or documents that will make the present contract void after it has been signed. All other contracts and various written obligations with other clubs, hockey organizations and their representatives...


8.3. In terms of labor relations, the present contract becomes effective from the moment it is signed by the parties. In terms of other relations based on the local regulations and documents of the Hockey Federation of Russia and Professional Hockey League, the contract becomes effective after it has been registered with the Professional Hockey League.

8.4. The contract has been signed in 3 copies: one for the Club, one for the Professional Player and one for the Professional Hockey League. All 3 copies have the same legal power.


Having read the present contract, the (PP) and the (C) agree that they understand all the terms and conditions of the contract. All parties, prior to signing the contract, had a chance to discuss the terms and obligations with their lawyers, doctors, agents and other representatives. The contract is signed by the parties of their own free will.

CLUB
Address: Omsk, 91 Dekabristov Street
INN _____

President of the Club          Potapov
/signature/

HOCKEY CLUB SEAL

PROFESSIONAL PLAYER
Alexander Mikhailovich Ovechkin
DOB: September 17, 1985
Passport: 45 01 924237issued by Rostokino Department of the Interior, City of Moscow
          on 30.01.2002
Address: Moscow, 18 Selskokhozyasvennaya Street, Building 4, Apt. 188
/signature/

          Club /signature/          Professional Player /signature/

# SUPPLEMENT 5



[ILLEGIBLE]

# CONFIDENTIAL AGREEMENT TO THE CONTRACT
# OF THE PROFESSIONAL PLAYER A. M. OVECHKIN

## CONFIDENTIAL AGREEMENT BETWEEN THE PLAYER AND THE CLUB

Omsk, Russian Federation

The present confidential agreement is the legally signed written agreement between the club and the player. It becomes an integral part of the Professional Player Contract duly registered with the Professional Hockey League of the Russian Federation. The confidential agreement is signed in order to stipulate the conditions of remuneration of the Professional Player.

Nonprofit partnership sports club "Avangard", city of Omsk, Russian Federation, is a legal entity represented by the president K. N. Potapov, acting on the basis of the Statute, on the one part, and A. M. Ovechkin, born on 17.09.1985, being a Russian hockey player, according to the Tournament Regulation of the official hockey tournaments, on the other part, concluded the present confidential agreement, hereinafter referred to as the Agreement, as follows:

1. All duties stipulated in the Agreement suit both parties. The player agrees to all customs and rules of the sports rotation in the Avangard hockey team. This agreement has a concrete character based on the requests of the Head Coach of the Avangard team.

2. Term of the Agreement: from July 21, 2005 to April 30, 2006. The Club agrees that the player may accept the contract offered by an NHL club at any time before midnight U.S. eastern zone on July 20, 2005. If the Player decides to accept such contract, the Club in turn agrees that the Player has the right to terminate this contract immediately and both parties (Club and Player) agree to annul this contract and consider it ineffective. In the event this contract is annulled, the Club and the Player will sign a document that releases the player from all obligations to the Club. Further, if the player decides to accept the contract offered by an NHL club and terminates this contract, the Club agrees that it may not demand any compensation either from the NHL club or the Player or any other organization or individual.

3. The total salary of the player in 2005-2006 is US $ 1,800.000 (one million eight hundred thousand).

4. The monthly salary during the season of 2005-2006 is US $ 180,000 after taxes and deductions during the 10-month period from July 21, 2005 to April 30, 2006. The salary is paid out in Russian rubles according to the exchange rate of the central bank of the Russian Federation on the date of the payment (between 25th and 30th day of each month).
   Before 30 July 2005 the player receives his salary in the amount of US $ 360,000 (three hundred thousand), which consists of the player's salary in July 2005 and April 2006. The condition to receive this amount is the absence of legal arguments regarding the rights for the player and the fact that the Club Avangard unconditionally owns him. The club as well pays out bonuses according to the Club Bonus Regulations.

5. The present contract becomes effective on July 21, 2005 only in case the player does not sign the agreement with the NHL Club Washington Capitals. The player may come to the Avangard Club on July 21, 2005.

6. The club agrees that par. 4.3. of the Professional Player Contract is not related to the professional player. The club agrees that it has no right to transfer the player to the second team of the club or to pass the right of ownership (to rent the player) to another club without player's and his agent's written consent.

7.  In the event of a new agreement between the NHL and International Hockey Federation, the Club agrees that any compensation to the club will be valid only given the agreement between the NHL and International Hockey Federation.

CLUB
[illegible]

/signature/    /AVANGARD SEAL/

PROFESSIONAL PLAYER
A. M. Ovechkin
Passport: 45 01 924237 issued by Rostokino Department of the Interior, City of Moscow
        on 30.01.2002

Ovechkin        /signature/



**SUPPLEMENT 6**



**REGIONAL NONPROFIT ORGANIZATION "DYNAMO" MOSCOW HOCKEY CLUB**
125167, Russia, Moscow, 36 Leninigradskiy Prospekt
Tel. (095) 213-2201   Fax; (905) 213-1304
www.dynamo.ru   Info@dynamo.ru

Reg. № 149/03
July 1, 2005

Russian Professional Hockey League
Sports Club "Avangard"

According to the amendments to the Tournament Regulations of the official hockey tournaments of the 2005-2006 season of the Super League and according to the preliminary agreement of the sports club "Avangad" with player A. Ovechkin, the Regional Nonprofit Organization hockey club Dynamo Moscow confirms its agreement to sign the Professional Player's Contract with A. Ovechkin and commits to pay the salary amount stipulated in the preliminary agreement.

Sincerely,

President     A. G. Kharchuk
/signature/

Sports club "Avangard"
Incoming № 101 dated 1.07.05



# SUPPLEMENT 7



Oct 07 2005 10:22AM                                                    p.18
07/10/2005  17:00  +7-095-213-13-04        H3 "DYNAMO"          PAGE  17



# CAPS NEWS

()
**Capitals Agree to Terms with Alexander Ovechkin**
**First Overall Pick in 2004 Draft Agrees to Three-Year Deal**

WASHINGTON, D.C. – August 5, 2005 – The Washington Capitals today agreed to terms with left wing Alexander Ovechkin (oh-VEHCH-kihn), the first overall selection in the 2004 NHL Entry Draft, on a three-year contract, vice president and general manager George McPhee announced. In keeping with club policy, terms of the deal were not disclosed.

"Alexander is an incredibly gifted young player, and we are excited to have him join our club," said McPhee. "He has been playing at an elite level for several seasons and is ready to prove himself in the NHL. We look forward to having him in a Capitals' uniform for many years. He has an infectious style of play and displays an exciting combination speed, finesse and power."

Last season Ovechkin, 19, played 37 games for Dynamo Moscow of the Russian Super League, recording 13 goals and 13 assists while helping his team to a league championship. Despite missing 29 games while competing in tournaments and recovering from injury, he still ranked among team leaders in goals, assists and points. In 10 playoff games with Dynamo, he tallied two goals and four assists, tying for third on the team in points with six.

The 6'2", 212-pound, Moscow native also represented Russia in several international tournaments during the 2004-05 season, including the World Cup of Hockey, World Championships and World Junior Championships. At the 2005 World Championships in Austria, Ovechkin led the team in goals (5), points (8) and game-winning goals (2) while leading Russia to a third-place finish. During the 2005 World Junior Championships in North Dakota he was named the tournament's top forward. Appearing in six games, he led Russia in goals (7), points (11) and shots (29), helping the team to a second-place finish.

In four seasons with Dynamo Moscow, he has appeared in 152 Russian Super League games, totaling 36 goals and 32 assists for 68 points. He has also appeared in numerous other international tournaments, including the 2003 World Junior Championships, where he won a gold medal with Russia. On July 20 Ovechkin declared he was opting out of his Russian contract with Avangard Omsk in order to join the Capitals.
Alexander Ovechkin
Position: Left Wing
Birthday: Sept. 17, 1985 (Moscow, Russia)
Height: 6'2      Weight: 212      Shoots: Right
Acquired: Capitals' first-round choice, first overall, in the 2004 NHL Entry Draft
Career Statistics:

| Season Year | GP | Team | G | A | Pts | PIM | League | Playoffs GP | G | A | Pts | Regular PIM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2001-02 | 3 | Dynamo Moscow | Russia | 0 | 0 | 0 | | 22 | 2 | 2 | 4 | 4 |
| | | Dynamo Moscow 2 | Russia-3 | | | | 19 | 18 | 8 | 26 | 20 | |
| | 0 | Russia | | | | | WJC-18 | | 8 | 14 | 4 | 18 |
| 2002-03 | 0 | Dynamo Moscow | Russia | 0 | 0 | | 40 | 8 | 7 | 15 | 28 | 5 |
| | | Russia | | | | | WJC | | 6 | 6 | 1 | 7 |
| | 6 | Russia | | | | | WJC-18 | | 6 | 9 | 4 | 13 |
| 2003-04 | 29 | Dynamo Moscow | Russia | | | | 53 | 13 | 10 | 23 | 42 | 3 |
| | | Russia | | | | | WJC | | 6 | 5 | 2 | 7 |
| | 0 | Russia | | | | | WC | | 6 | 1 | 1 | 2 |
| 2004-05 | 10 | Russia | 2 | 6 | | | W-Cup | | 2 | 1 | 0 | 1 | 2 |
| | | Dynamo Moscow | Russia 31 | | | | 37 | 13 | 13 | 26 | 32 | |
| | | Russia | | | | | WJC | | 6 | 7 | 4 | 11 |
| | | Russia | | | | | WC | | 8 | 5 | 3 | 8 |

()

**SUPPLEMENT 8**



Russian Ice Hockey Federation                    Professional Hockey League

# ARBITRATION COMMITTEE

Moscow
August 8, 2005

On August 8, 2005, the Arbitration Committee consisting of V. V. Kukushkin, A. M. Barinov, S. G. Yakovlev, V. I. Kozin, N. A. Ovchinnikova and M. A. Lukina with participation of A. G. Kharchuk, the President of hockey club Dynamo, conducted an open arbitration hearing with respect to Avangard's claim on transfer of professional player A. M. Ovechkin from hockey club Dynamo Moscow to hockey club Avangard Omsk.

The Arbitration Committee decided as follows:
1. To dismiss Avangard's claim from consideration;
2. To confirm that Dynamo Moscow is entitled to compensation for player A. M. Ovechkin, the product of the youth program of Dynamo.
1. To recommend the Board of the Super League to consider an issue on unlawful activity of the hockey club Avangard Omsk.

| | |
|---|---|
| V. V. Kukushkin | /signature/ |
| A. M. Barinov | /signature/ |
| S. G. Yakovlev | /signature/ |
| V. I. Kozin | /signature/ |
| N. A. Ovchinnikova | /signature/ |
| M. A. Lukina | /signature/ |



**SUPPLEMENT 9**



## MINUTES OF THE MEETING OF THE SUPER LEAGUE BOARD OF THE PHL
(excerpt)

Moscow, 12.04.2005

The Board of the Super League has decided:

1.  To approve the following amendments to the 2005-2006 Tournament Regulations.

1.1.     The hockey players whose contracts have expired, are divided into 3 categories:

CATEGORY 1. The players whose first 5-year professional contract expired and the players who signed a new 3-year contract upon expiration of the first one.

CATEGORY 2. The players whose second professional contract expired and the players who are under 30 years of age.

CATEGORY 3. The players who are 30 years of age and who have no obligations to their former club, with which they had their last contract. Such players may conclude any contracts at their discretion.

1.2.     The first contract (fixed-term employment contract) of a professional player is concluded with the club for a period of 5 years.

After the expiration of the contract, the club has the preferential (matching) right and the player must conclude a new contract for 3 years if, within 10 days, the Club offers the player a 30% increase to his income for the 5th (last) year of the expiring contract but not less than US $ 100,000 per year. If a player has not received such offer, he automatically becomes a player of category 3.

1.3.     The Club has the priority right to conclude a new contract with the players of category 2. In this case, within 10 days the Club can offer this player a new contract with at least 10% increase.

If the player does not accept this offer, he may conclude a preliminary contract with any other Club. His previous (former) club may match the <u>financial conditions</u> of this contract. If this does not happen within 10 days, the preliminary contract with the other Club comes into effect and becomes the primary contract.

If the player has not received a 10% increase offer, he automatically becomes a player of category 3.

The preliminary contract must correspond to the standard contract of the PHL indicating the contract amount; otherwise the contract must have a confidential supplement / schedule.

The club that offered the player a preliminary contract must forward a copy of the preliminary contract and confidential agreement to the previous/former club within 3 days and must notify the PHL Tournament Committee about it in writing. The 10-day period for making a decision is counted from the moment the previous/former club has received the named documents.

The players belonging to category 2 must finalize their contract relations with the Club no later than 10 days before the beginning of the Championship.

1.4.     The start list has the following entry: 18 field players and 2 goalkeepers without any age limitations as well as 2 "young" players born after December 31, 1985. The maximum number of players for the game cannot exceed 22 players.

The team entry form for each game of 2006-2007 seasons must have at least 3 players who are alumni of the youth sports schools, which belong to the club, or have contracts with the club. Both the school and the club, which must be officially registered as a legal entity, must be located in the territory of the same subject of the Russian Federation.

A player is considered to be a school alumnus if he is under 22 years of age and has been a student of such school for any 3 years starting from the age of 13.

The team entry form for 2007-2008 seasons must have at least 4 such players whose age does not exceed 23 years, and for the 2008-2009 seasons at least 6 players whose age does not exceed 24 years.

1.5.    The contract cannot be terminated less than 10 days before the end of the application submission.

1.6.    The latest date for the additional application submission to be submitted is 30 December.
The players can be listed without any limitations for Major League clubs according to the accepted terms for additional application submission.

1.7.    Switching clubs of the player whose contract has expired (not terminated) is not subject to any compensation except the transfer of a player-alumnus to the hockey club with which the player concluded his first professional contract. In such case, the compensation amount is $ US 100,000

1.8.    The provisions of the present Tournament Regulations approved by the Board of the Super League cannot be amended during the season unless all the members of the Board have made such decision unanimously.

1.9.    The game for 3rd place is not played. The 3rd place and bronze medals are awarded to the team which lost in the semifinals and took higher place in the regular Championships.

1.10.   Advertising on the ice of the Sports Palace is allowed only after mandatory approval of the advertising chart and diagram by the PHL Committee.

Voted for this resolution.
Results: Carried unanimously.

Secretary of the Board        S. G. Yakovlev
/signature/

OFFICIAL ROUND SEAL



**SUPPLEMENT 10**



TO: THE HEADS OF THE HOCKEY CLUBS OF THE SUPER LEAGUE AND MAJOR LEAGUE

Due to a number of inquires submitted from the hockey clubs regarding clarification of the provisions of the present Regulations of the official Russian hockey tournaments, the Professional Hockey League (PHL) has prepared commentaries to a number of articles of the Regulations, which we consider necessary to bring to your attention.

First of all, we would like to draw your attention to par.1.4. of Schedule 3 of the Regulations, which stipulates the main requirements regarding signing the first professional contract. In order to monitor the transfers of the players from the youth sport schools, in addition to the requirements of the Regulations, the Tournament Committee must receive the information from the clubs about the players, who either refused to sign their first professional contract at all or refused to sign it for 5 years.

Article 1.5 of Schedule 3 of the Regulations:
"The first contract (fixed-term employment contract) of the professional hockey player is concluded by the player and the Club for 5 years.

After the expiration of such contract, the Club has the preferential (matching) right and the player must conclude the new contract for 3 years if the Club offers the player in writing:
- 30% increase to his total revenue for the last (5th) year of the expiring contract (for Super League)
- 10% increase to his total revenue for the last (5th) year of the expiring contract but not less than US $ 30,000 (for Major League)
COMMENTARIES: The Club may use the Preferential (matching) right to extend the contract within 10 days from the day of its expiration. The club must inform the Tournament Committee about the players who, despite the received offers, refused to conclude the contract for 3 years or demanding signing the contract for less than 3 years.

There is a misprint in Article 1.7. of Schedule 3 of the Regulations. The revised version is as follows: The contract cannot be terminated less than 10 days before the end of the application submission".

| 1st stage of application: | SUPER LEAGUE | before 25.08.2005 |
| | MAJOR LEAGUE | before 06.09.2005 |

Article 3.3.2 of Schedule 3 of the Regulations:
If the player, who was a student of a youth sports school, is transferred from the club with which he had his first professional contract, this club is entitled to compensation. The compensation amounts are as follows:
- transfer of a player within the SUPER LEAGUE - up to 100,000 nominal units;
- transfer of a player within the MAJOR LEAGUE - up to 100,000 nominal units;
- transfer of a player from the SUPER LEAGUE to MAJOR LEAGUE - up to 100,000 nominal units;
- transfer of a player from the MAJOR LEAGUE to SUPER LEAGUE - up to 100,000 nominal units;

All other transfers of players whose contracts expired are performed without any compensation.
COMMENTARIES: A Hockey Club is entitled to compensation for a player-alumni of the youth sports school during his **first transfer** to another cub. In all other events the club loses its entitlement to compensation even if the player was transferred to another club without compensation.

Article 1.10 of Schedule 3 of the Regulations:

Provision that the "previous club may match the terms and conditions of the contract" means **financial** terms and conditions. The named interpretation is the only correct one in part 1 of the article where a 10% increase is referred to, and no other terms and conditions are implied. It is also noted in the audio record and official minutes of the League Board, which clearly stipulates **financial** conditions of the contract.

