IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MOSCOW DYNAMO | * | |
| Petitioner | * | |
| v. | * | CIVIL ACTION NO. 05-2245-EGS |
| ALEXANDER M. OVECHKIN | * | |
| Respondent | * | |

\* \* \* \* \* \* \* \* \* \* \*

**[PROPOSED] ORDER**

Having reviewed the Petitioner's Motion to Supplement Petition for Confirmation of Arbitration Award and for Permanent Injunctive Relief, it is this _____ day of December, 2005, hereby ORDERED:

1. That the petitioner's Motion to Supplement Petition for Confirmation of Arbitration Award and for Permanent Injunctive Relief is granted; and

2. That the affidavits of M.A. Lukina and Anatoly Kharchuk, attached to the Motion to Supplement Petition for Confirmation of Arbitration Award as Exhibits A and B, shall be considered as supplements to the Petition for Confirmation of Arbitration Award and for Permanent Injunctive Relief.

_____
Emmet G. Sullivan
United States District Judge

#495070v.1