IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MOSCOW DYNAMO** | * |
| **Petitioner** | * |
| v. | *   CIVIL ACTION NO. 05-2245-EGS |
| **ALEXANDER M. OVECHKIN** | * |
| **Respondent** | * |

\* \* \* \* \* \* \* \* \* \* \*

## REQUEST FOR A STATUS CONFERENCE

Petitioner Moscow Dynamo, by its undersigned attorneys, hereby respectfully requests that the Court promptly convene a status conference, and as grounds for the request says:

1.   On December 21, 2005, the Court conducted a hearing on the respondent's Motion to Dismiss the Petition to Confirm Arbitration Award and for Permanent Injunctive Relief. At the hearing's conclusion, the Court took the motion under advisement.

2.   At the hearing, counsel for petitioner addressed the likely need to seek temporary and/or preliminary injunctive relief in the event that the issues raised by the petition could not be resolved promptly. The petitioner did not move for that relief following the hearing because (a) it believed that such a motion would raise some of the same issues that will be resolved in the pending motion to dismiss, and (b) the Court indicated during the hearing that its decision would be issued promptly, considering the time-sensitive nature of the relief requested in the petition; that is, the enforcement of an

#497702v.1

arbitration award that, itself, contains injunctive relief that, by its terms, expires at the end of April 2006 (that is, at the end of the Russian Professional Hockey League season).

3. Almost four weeks have now passed since that hearing and the petitioner is concerned that the passage of time is diminishing, and could eventually eradicate, the value of the arbitration award (itself an injunction) that the petitioner seeks to enforce.

4. The petitioner therefore respectfully requests that a status conference be convened immediately, at which time the status of this matter and the pending motion can be discussed, and following which the petitioner can better determine what, if any, relief should be sought pending resolution of the pending motion. In light of the urgency of this matter, the petitioner's counsel is available to participate in such a conference by telephone.

5. Pursuant to Local Rule 7(m), William C. Sammons, counsel for petitioner, exchanged telephone messages with Peter J. W. Sherwin, counsel for respondent, on Friday January 13, 2006, concerning this request. Mr. Sherwin stated that the respondent has no opposition to the convening of a conference, but does not believe a conference is necessary and does not affirmatively consent to the relief sought here.

/s/ William S. Heyman
William C. Sammons
William S. Heyman, Bar No. 473451
Toyja E. Kelley, Bar No. 482977
Tydings & Rosenberg LLP
  100 East Pratt Street, 26th Floor
  Baltimore, Maryland  21202
  (410) 752-9700

Attorneys for Petitioner