**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| MOSCOW DYNAMO, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ. No. 05-2245 (EGS) |
| | ) | |
| ALEXANDER M. OVECHKIN, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

For the reasons discussed in the accompanying memorandum opinion, it is hereby

**ORDERED** that respondent's Motion to Dismiss is **GRANTED**; and it is

**FURTHER ORDERED** that petitioner's claim is **DISMISSED WITH PREJUDICE**; and it is

**FURTHER ORDERED** that petitioner's Motion to Request a Status Conference is DENIED AS MOOT; and it is

**FURTHER ORDERED** that the Clerk shall enter final judgment in favor of defendant and against plaintiff.


**Signed:    Emmet G. Sullivan**
           **United States District Judge**
           **January 18, 2006**