UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOSCOW DYNAMO
    Plaintiff,

v.                                       Civil Action No. 05-2245 EGS

ALEXANDER M. OVECHKIN
    Defendant

## JUDGMENT
## FOR DEFENDANT

This Cause having been considered by the Court on Respondents Motion to Dismiss, before the Honorable Emmet G. Sullivan, Judge presiding, and the issues having been duly briefed by all parties and the court having rendered its decision granting respondent's motion; now therefore, pursuant to the decision of the Court,

IT IS ORDERED, ADJUDGED AND DECREED that the defendant take nothing on the complaint against the plaintiff and that the said defendant have and recover costs from the plaintiff.

NANCY MAYER-WHITTINGTON, Clerk

Dated: January 19, 2006                                                  By: _____
                                                                             Carol Votteler, Deputy Clerk